APPEAL,CLOSED,PROSE–PR,TYPE–G

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:14–cv–01716–RMC

| | |
|---|---|
| MADSEN v. SMITH | Date Filed: 10/10/2014 |
| Assigned to: Judge Rosemary M. Collyer | Date Terminated: 02/23/2015 |
| Cause: 28:2241 Petition for Writ of Habeas Corpus (federa | Jury Demand: None |
| | Nature of Suit: 530 Prisoner Petition: General (Habeas Corpus) |
| | Jurisdiction: U.S. Government Defendant |

**Petitioner**

**KURT MADSEN**  represented by  **KURT MADSEN**
345–102
MCRAE CORRECTIONAL INSTITUTION
P.O. DRAWER 55030
MCRAE HELENA, GA 31055
PRO SE

V.

**Interested Party**

**UNITED STATES OF AMERICA**  represented by  **Sherri Lee Berthrong**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 252–7561
Fax: (202) 252–7559
Email: sherri.berthrong@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**WILLIAM SMITH**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/10/2014 | 1 | | PETITION for Writ of Habeas Corpus (Filing fee $ 0.00.) filed by KURT MADSEN. (Attachments: # 1 Civil Cover Sheet)(rdj) (Entered: 10/16/2014) |
| 10/10/2014 | 2 | | MOTION for Leave to Proceed in forma pauperis by KURT MADSEN (rdj) (Entered: 10/16/2014) |
| 10/10/2014 | | | FIAT ORDER granting 2 Motion for Leave to Proceed in forma pauperis |

| | | | |
|---|---|---|---|
| | | | "Leave to file without prepayment of costs GRANTED". Signed by Judge Amy Berman Jackson on 10/8/2014. (rdj) (Entered: 10/16/2014) |
| 10/17/2014 | 3 | | ORDER DIRECTING RESPONDENT TO SHOW CAUSE. Signed by Judge Rosemary M. Collyer on October 16, 2014. (cdw) (Entered: 10/17/2014) |
| 10/20/2014 | | | SHOW CAUSE (1) Issued as to WILLIAM SMITH pursuant to Order to Show Cause 3 . (kb) (Entered: 10/20/2014) |
| 10/29/2014 | 4 | | SHOW CAUSE Executed as to United States Attorney General and the United States Attorney for the District of Columbia pursuant to Order to Show Cause 3 ; Date of Service of show cause order as to United States Attorney for the District of Columbia 10/28/2014 and United States Attorney General 10/17/14. (rdj) (Entered: 10/29/2014) |
| 11/03/2014 | 5 | | NOTICE of Appearance by Sherri Lee Berthrong on behalf of UNITED STATES OF AMERICA (Berthrong, Sherri) (Entered: 11/03/2014) |
| 11/05/2014 | 6 | | Mail Returned as undeliverable sent to Kurt Madsen. Type of Document Returned: Court's Order 3 of 10/16/2014. No forwarding information provided; petitioner was released on 9/29/2014. (cdw) (Entered: 11/05/2014) |
| 11/12/2014 | 7 | | First MOTION for Extension of Time to File Response/Reply *to Petitioner's Petition For A Writ Of Habeas Corpus* by UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(Berthrong, Sherri) (Entered: 11/12/2014) |
| 11/17/2014 | | | MINUTE ORDER granting 7 the United States' Motion for Enlargement of Time. The United States shall file a response to 1 Petitioner's Petition for a Writ of Habeas Corpus no later than December 17, 2014. Signed by Judge Rosemary M. Collyer on November 17, 2014. (lcrmc1) (Entered: 11/17/2014) |
| 11/17/2014 | | | Set/Reset Deadlines/Hearings: Response to 1 due by 12/17/2014. (cdw) (Entered: 11/18/2014) |
| 12/10/2014 | 8 | | MOTION to Dismiss *Petitioner's Petition For A Writ Of Habeas Corpus* by UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Berthrong, Sherri) (Entered: 12/10/2014) |
| 01/05/2015 | 9 | | ORDER. Petitioner shall file his opposition or other response to 8 the United States' Motion to Dismiss no later than February 6, 2015. If the petitioner does not respond by this date, the Court may summarily deny the petition for a writ of habeas corpus and dismiss the case. Signed by Judge Rosemary M. Collyer on January 5, 2015. (lcrmc1) (Entered: 01/05/2015) |
| 01/05/2015 | | | Set/Reset Deadlines/Hearings: Response to 8 due by 2/6/2015. (cdw) (Entered: 01/06/2015) |
| 02/20/2015 | 10 | | MEMORANDUM AND OPINION. Signed by Judge Rosemary M. Collyer on February 20, 2015. (lcrmc1) (Entered: 02/20/2015) |
| 02/20/2015 | 11 | | ORDER granting 8 United States' Motion to Dismiss. The 3 Order Directing Respondent to Show Cause is discharged. The 1 Petition for a Writ of Habeas Corpus is denied. This case is dismissed without prejudice. The Clerk is directed |

2

| | | | |
|---|---|---|---|
| | | | to mail a copy of the Order to Petitioner. Signed by Judge Rosemary M. Collyer on February 20, 2015. (lcrmc1) (Entered: 02/20/2015) |
| 03/27/2015 | 12 | | MOTION for Reconsideration re 11 Order on Motion to Dismiss, MOTION to Withdraw Dismissal by KURT MADSEN "Let this be filed" by Judge Rosemary M. Collyer (rdj) (Entered: 03/30/2015) |
| 04/28/2015 | 13 | | MOTION for CM/ECF Password by KURT MADSEN "Let this be filed" by Judge Rosemary M. Collyer(rdj) (Entered: 04/30/2015) |
| 05/07/2015 | 14 | | ORDER denying 12 Petitioner's Motion for Reconsideration, as well as his requests to reopen this action and to serve the respondent. Signed by Judge Rosemary M. Collyer on May 7, 2015. (lcrmc1) (Entered: 05/07/2015) |
| 05/07/2015 | | | MINUTE ORDER denying 13 Petitioner's Motion for CM/ECF Password as moot. Signed by Judge Rosemary M. Collyer on May 7, 2015. (lcrmc1) (Entered: 05/07/2015) |
| 06/30/2015 | 15 | | NOTICE OF APPEAL as to 10 Memorandum & Opinion, MINUTE Order on Motion for CM/ECF Password, 11 Order on Motion to Dismiss, 14 Order on Motion for Reconsideration, Order on Motion to Withdraw by KURT MADSEN. Fee Status: No Fee Paid. Parties have been notified. "Let this file as Notice of Appeal." by Judge Rosemary M. Collyer (zrdj) (Entered: 07/02/2015) |
| 07/01/2015 | 16 | | MOTION for Leave to Appeal in forma pauperis by KURT MADSEN "Let this be filed" by Judge Rosemary M. Collyer (zrdj) (Entered: 07/02/2015) |
| 07/02/2015 | 17 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. Motion to proceed on appeal in forma pauperis has been filed. Another transmission will be forwarded when the motion has been decided re 15 Notice of Appeal. (zrdj) (Entered: 07/02/2015) |
| 07/06/2015 | | 4 | MINUTE ORDER granting 16 Motion for Leave to Appeal in forma pauperis. Signed by Judge Rosemary M. Collyer on July 6, 2015. (lcrmc1) (Entered: 07/06/2015) |

3

```
Message-Id:4389810@dcd.uscourts.gov
Subject:Activity in Case 1:14-cv-01716-RMC MADSEN v. SMITH Order on Motion for Leave to
Appeal in forma pauperis
Content-Type: text/html
```

# U.S. District Court

# District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 7/6/2015 at 5:19 PM and filed on 7/6/2015

| | |
|---|---|
| **Case Name:** | MADSEN v. SMITH |
| **Case Number:** | 1:14−cv−01716−RMC |
| **Filer:** | |
| **WARNING: CASE CLOSED on 02/23/2015** | |
| **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER granting [16] Motion for Leave to Appeal in forma pauperis. Signed by Judge Rosemary M. Collyer on July 6, 2015. (lcrmc1)**


**1:14−cv−01716−RMC Notice has been electronically mailed to:**

Sherri Lee Berthrong      sherri.berthrong@usdoj.gov, Leslie.Gerardo@usdoj.gov, barbara.burnett@usdoj.gov, usadc.docketing@usdoj.gov

**1:14−cv−01716−RMC Notice will be delivered by other means to::**

KURT MADSEN
345−102
MCRAE CORRECTIONAL INSTITUTION
P.O. DRAWER 55030
MCRAE HELENA, GA 31055