UNITED STATES COURT OF APPEALS
FOR _____ ___

FILED  AUG 24 2015

CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. 15-5192 | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) KURT MADSEN   C. Date of Delivery 8/29/2015<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>MADSEN.APPELLANT@GMAIL.<br>NOT USPS.COM!?!? 7/30/2015 |
| 1. Article Addressed to:<br>KURT MADSEN<br>24608 116TH AVENUE SE<br>KENT, WA 98030<br>MADSEN.APPELLANT@GMAIL.COM<br>WHY THE ABRIDGMENT? | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. 7007 0710 0004 7191 9575 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540