# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 15-5192



KURT MADSEN,                                               Appellant,

V.

WILLIAM SMITH,                                             Appellee.

### MOTION FOR EXTENSION OF TIME

I, Kurt Madsen, the Appellant, request an Extension of Time to comply with the Order of the Court of July 24, 2015.

I request an Extension of the 9 documents listed which have a deadline of today August 24, 2015 until September 22, 2015.

I request an Extension of Dispositive Motions with a deadline of September 8, 2015 until October 5, 2015.

### AUTHORITY

D.C. Cir. Rule 26 (b) and FRAP Rule 6 (b) "if a request is made, before the original time or its extension expires"

Although the time expires today August 24, 2015 and I am currently being denied access to the ECF Appellate PACER Filing system, I should be able

1

to spend a few hours locating a printer, paper an envelope fill out all the necessary mailing information (twice) try and locate the funds to pay the USPS fee and have this motion 2,800 mile journey to Washington D.C. CREATED FROM 8:00 AM - 12:00PM AFTER USING OPEN OFFICE LAPTOP WAS DAMAGED BY "SWORN JAIL"

## GROUNDS FOR RELIEF

I am somewhat baffled the Department of Justice is defending William Smith when he should be prosecuted under Title 18 USC 241 and 242 along with the 3 teamster's union officers who removed me by force and threat of bodily injury from Washington D.C.

I made the 2,800 mile journey to the Seat of the Government of the United States of America as indicated in Article 1 Section 8 Clause 17 on July 4, 2014.

I'm not going to waste my time explaining details in this motion, however, on September 29, 2014, when I informed Appellee I had a pending Writ of Habeas Corpus, demanded to return to Court as ordered and demanded to see the "warrant" and informed Appellee the "officers" are not United States Marshals (as they disguised themselves) they have not taken an Oath to support the United States Constitution as Article 6 Clause 2 requires.

Appellee refused to listen to my demands and said "Get the fuck out of my jail" which triggered the forced removal and threats. (Attempted to obtain video to date no-avail)

In my opinion Appellee needs to Get the @#*! Out of operating a "needful Building" in the 10 mile square area of Article 1 Section 8 Clause 17 within the Seat of the Government of the Union of the United States, when Appellee is not a genuine officer in a position of "public trust" under Article 6 Clause 3.

My reason for seeking Justice in Washington D.C. Is due to an apparent massive corruption in Washington State, the same subject is being repeated whereby my repeated petitions result in "repeated injury" by "swarms of officers" whom subject me to "jurisdiction foreign to our Constitution" principals of the Declaration of Independence which led to the birth of the

2

Constitution of the United States.

I have evidence the Appellee suspended my privilege of Writ of Habeas Corpus under Article 1 Section 9 Clause 2, by intercepting United States Postal Service Mail.

My original Privilege of Writ of Habeas Corpus was suspended by the actions of Appellee, although Appellee conspired with others, he should have at least listened to my demands on September 29, 2015, which returned me to a land of lawlessness which I traveled 2,800 miles to Washington D.C. in search of Justice.

Since Appellee prevented Due Process of Law I must now seek an Extension due to his rebellion against the "Supreme Law of the Land" as defined in Article 6 Clause 2.

The point here is on July 24, 2015 I was arrested based upon the same underlying cause which I was seeking Justice to redress.

However, although I requested the mailing address to the Appellate Courts nothing was provided, by the insurrecting "officers" whom "held me to answer" incommunicado.

Here in the land of lawlessness the rebels, have erected a building called the South Correctional Entity "SCORE JAIL" I would imagine they have the same fears as those whom operated Andersonville after the Civil War.

Apparently they migrated to Washington Territory, now instead of black slaves the "involuntary servitude" is "equal protection" race, sex, national origin, age. All People are subjected to jurisdiction foreign to our Constitution and the intended protections of the "instrument" which enforcement and effect is contrary to the 13th Amendment and the 5th Amendment.

I am trying to "suppress insurrection" I don't plan on charging anything under Section 4 of the 14th Amendment, I'm doing it Pro Patria

However, the United States should intervene under Article 4 Section 4 and

3

the enforcement provisions of Section 2 of the 13th Amendment. Also under Section 5 of the 14th Amendment which should apply within the Jurisdiction of the Seat of the Union of the United States.

The supply line of Grants to provide "Aid and Comfort" for the Domestic Violence of being erroneously enslaved to provide "involuntary servitude" to the new form of the "cotton gin" the financial cash cow of the United States Treasury paying Grants to prisons similar to Andersonville. Circa 1864 should be severed along with Appellee operating an erroneously established "needful Building" which should be operated by the United States under Article 6 Clause 3 and their officers in a position of "public trust" not the corporation of D.C.

## CONCLUSION

I did not receive the Certified Letter or have knowledge of the Order of the Court dated July 24, 2015 until August 21, 2015.

Based upon these facts the Court should Grant the Motion.

And the enclosed Motion ECF Appellate Filer and Waiver of PACER fee's.

Submitted on August 24, 2015 to the Court and Counsel.

Kurt Madsen
Madsen.appellant@gmail.com
202-602-9136

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2015, through effort of printing addressing. I have caused a copy of this MOTION FOR EXTENSION OF TIME and

<u>MOTION FOR ECF APPELLAT FILING ACCESS/PASSWORD</u>

<u>MOTION FOR PACER FEE WAIVER</u>

to be sent "third-world" first-class USPS mail to :

| Mark J. Langer Clerk. | Suzanne Grealy-Curt |
| United States Court of Appeals | Assistant United States Attorney |
| For the District of Columbia Curcuit | 555 Fourth Street NW, Room 8104 |
| 333 Constitution Avenue, NW | Washington, D.C. 20530 |
| Washington D.C. 20001-2866 | |

NOTE! 98032 USPS OFFICE CLOSED AT 5:00 PM ITS 6:00PM

NOTE NOW 5:45 PM PST WAS AT KENT MUNICIPLE COURT UNTIL 3:00 JUST GOT FINISHED HERE AT THE KING COUNTY PUBLIC LIBRARY / PRINT / CREATE - HAD TO LEAVE HOUSE @ 12:00 LAPTOP SCREEN WAS DAMAGED BY "SCORE" JAZZ BY VACUUM SEALING IN CASE DESIGNED FOR SHOCK IMPACT

August 24, 2014

Kurt Madsen
Madsen.appellant@gmail.com
202-602-9136

STILL NEED TO GET TO POST OFFICE — $5.50? 5/8