UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

No.15-5192

KURT MADSEN,     Appellant,

V.

WILLIAM SMITH,     Appellee.



## MOTION FOR ECF APPELLAT FILING ACCESS/PASSWORD

## MOTION FOR PACER FEE WAIVER

I, Kurt Madsen, the Appellant, request the Court grand permission for the ECF Clerk to provide ECF Appellate Filer access.

I received approval from the 9th Circuit Court of Appeals.

I am computer literate and although I was denied access by the District Court for the District of Columbia. I have ECF filer's access to the District Court for the Western District of Washington.

It is a waste of time for everyone and counterproductive to continue my inability to file electronically.

I would also request the Court of Appeals for the District of Columbia Circuit enter an order for the District Court for the District of Columbia permit ECF Access/Password considering the FRCP is being delayed and other pleadings can be filed even though a single Judge considers the case Moot. How can someone CRIMINALLY AND ERRONEOUSLY CREATE mootness?

I am having problems financially and currently have a suspended PACER account, considering I am proceeding IFP I request a waiver of the PACER Fees.

Which I swear under the penalty of perjury will not be abused and only pertain to accessing "information" as it relates to this appeal. Additionally it helps to be able to immediately access links created and related to PACER documents.

*NOTE: THE 98032 USPS OFFICE CLOSED AT 5:00 PM ITS 6:00 PM*

Submitted August 24, 2015 Kurt Madsen Madsen.appelant@gmail.com
202-602-9136

*ECF I WOULD HAVE UNTIL 11:59 TO VERIFY DATE STAMP.*

5