UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 15-5192

_____

KURT MADSEN,                                                             Appellant,

    v.

WILLIAM SMITH,                                                    Appellee.

**MOTION FOR AN EXTENSION OF TIME WITHIN
WHICH TO FILE MOTION**

On August 28, 2015, appellant Madsen filed a motion for an extension of time until October 5, 2015, within which to file a dispositive motion. The government does not oppose the motion, and also moves for an extension of time, through and including October 5, 2015, to file its dispositive motion. The government's dispositive motion is currently due September 8, 2015. Madsen is *pro se* and the undersigned Assistant United States Attorney has not sought or obtained his consent. This is the government's first request for an extension in this matter.

As grounds for this motion, the government states that the undersigned AUSA, to whom this matter is assigned, must review and

digest the procedural history of appellant's case and claims; and because of the press of other appellate business, seeks an extension of time in this matter.

WHEREFORE, the United States respectfully requests that this Court grant the government an extension of time, until October 5, 2015, within which to file its dispositive motion.

        Respectfully submitted,

        VINCENT H. COHEN, JR.
        Acting United States Attorney

        ELIZABETH TROSMAN
        Assistant United States Attorney

        _____/s/_____
        SUZANNE GREALY CURT
        D.C. Bar #349654
        Assistant United States Attorney
        555 Fourth Street, NW, Room 8104
        Washington, D.C. 20530
        (202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2015, I have caused a copy of the foregoing Motion for an Extension of Time to be sent by first-class mail to:

>Kurt Madsen
>24608 116th Avenue, SE
>Kent, WA 98030


>_____/s/_____
>SUZANNE GREALY CURT
>Assistant United States Attorney