

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

# 15-5192

KURT MADSEN    APPELLANT

V,

WILLIAM   SMITH   APPELLEE


NOTICE OF INABILITY TO SERVE DUE TO STATE OF INSLAVEMENT AND INVOLUNTARY SERVITUDE

NOTIFICATION OF SERVICE THAT TODAY SEPTEMBER 22, 2015, I GAVE THIS PLEADING TO AN "OFFICER" OF "SCORE" TO PLACE IN THE UNITED STATES MAIL - FIRST-CLASS FROM A VERY REAL FORM OF SLAVERY.

KURT MADSEN
SOUTH CORRECTIONAL ENTITY
20817 17TH AVE SOUTH
DES MOINES, WA  93198

As indicated in the motion for intervention by United States Congress and notification of treason.

I, Kurt Madsen the Appellant, am housed in a Teamsters union contracted entity, aptly named South Correctional Entity 'SCORE JAIL' an apparent attempt at "correcting" the loss of slaves during the Civil War by the insurrectionist who invented "Information" to circumvent a Republican form of government and the 5th and 13th even 14th amendments.

Either way just like a slave my access to the outside world is extremely restricted. I was barely able to obtain the courts address paper pencil and envelope.

I shall try and get a certified receipt for mailing.

Otherwise the United States shall receive service through the ECF notification system after pleadings are scanned and pocketed.

I Kurt Madsen swear under the penalty of perjury as to the facts contained herein Moreover I have no access to a copy machine or the address for the U.S. Attorney

September 22 2015

[signature]