RECEIVED
Mail Room
SEP 29 2015
United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA.

#15-5192

KURT MADSEN APPELLANT

V.

WILLIAM SMITH, APPELLEE.




MOTION TO POSTPONE DOCKETING STATEMENT AND OTHER COURT OF APPEALS ORDERS UNTILL DETERMINATION OF MOTION FOR INTERVENTION BY CONGRESS AND/OR RULE 46 OBJECTIONS RULINGS BY THE DISTRICT COURT ARE "ORDERD"-"RULED" UPON.

9-SC
1-WF-4I

SUBMITTED SEPTEMBER 22, 2015

KURT MADSEN
2018 17 17TH AVE SOUTH
DES MOINES, WA 98198

AS INDICATED I AM UNDER A CONDITION OF INVOLUNTARY SERVITUDE

ALTHOUGH I MOTIONED FOR ECF APPELLATE FILER PACER ACCESS AS OF SEPTEMBER 15, 2015 I DID NOT RECEIVE CONFIRMATION. I REQUESTED AN EXTENSION OF TIME UNTILL TODAY SEPTEMBER 22, 2015.

AFTER REVIEWING THE RECORD, IT APPEARS THE TIME-LINE TRIGGERING EVENT WAS THE DENIAL OF THE COA BY THE DISTRICT COURT.

WHICH WAS FILED BEFORE THE DISTRICT COURT RECEIVED THE ORDER FROM THE COURT OF APPEALS

ON JULY 10, 2015, I LOCATED THE JULY 10, 2015 ORDER ON PACER.

WHEREBY A MOTION FOR RECUSAL AND RULE 46 OBJECTIONS ~~[illegible]~~ WERE FILED WITH THE CLERK. VIA EMAIL, WHO CHOSE TO VIOLATE 18 USC§ 2076

AT ANY RATE ON JULY 13, 2015 U.S. DISTRICT COURT JUDGE COLLYER WAS AWARE OF THE RECUSAL MOTION AND RULE 46 OBJECTIONS.

ON JULY 15, 2015 I WAS FORCED TO USE ANOTHER COMMERCIAL CARRIER OTHER THAN GOOGLE AND THE USCOURTS.GOV SERVER.

HOWEVER, JUDGE COLLYER WAS NOTIFIED OF THE SECOND MAILING. THROUGH A TELEPHONE CONVERSATION WITH HER CLERK.



>

THEREFORE, A PREPONDERANCE OF THE EVIDENCE INCLUDING "POSITIVE LAW" LISTED UNDER 1 USC § 204 IT APPEARS JUDGE COLLYER ABUSED HER "JUDICIAL POWER" BY MAKING A DETERMINATION OF THE COA, WHILE PRETENDING NOT TO KNOW OF THE RECUSAL MOTION,

MOREOVER, EVADING THE RULE 46 OBJECTIONS.

BASED UPON THE OBVIOUS, THAT THE RULE 46 OBJECTIONS HAVE YET TO BE RULED UPON AND A MOTION FOR INTERVENTION BY THE UNITED STATES CONGRESS IS NOW PENDING.

I KURT MADSEN MOTION THAT THE OTHER ODERS OF THE COURT OF APPEALS (WHICH CAME TO FRUSTRATION BY THE SPEEDY DETERMINATION BY THE DISTRICT COURT WHO SUSPENDED THE WRIT OF HABEAS FROM AT LEAST THE DATE STAMPED (DKT 1) SEPEMBER 8 TO OCTOBER 10, 2014 DATE STAMP. VIOLATING 18 USC 2076)

BE ~~SUSPENDED~~ POSTPONED UNTIL THE SUSPENDED RULE 46 OBJECTIONS CAN BE RULED UPON OR THE REPEATED PLEAS TO CONGRESS CAN BE INTERVENED.

SUBMITTED UNDER THE PENALTY OF PERJURY KEN OF THE UNITED STATES LAWS.

SEPEMBER 22, 2015. 3 of 3

[signature]




SOUTH CORRECTIONAL ENTITY

Serving the Cities of Auburn, Burien, Des Moines, Federal Way, Renton, SeaTac, and Tukwila

# INMATE GRIEVANCE FORM

INMATE NAME # [illegible]

| 1 | Instructions | Your grievance must be filed within 24 hours of an alleged incident. Please complete only the shaded portion of this form. Give the completed form to a Corrections Officer. PRINT CLEARLY |
|---|---|---|

| NAME: LAST, FIRST, MIDDLE INITIAL | TODAY'S DATE: | HOUSING CELL NUMBER: |
|---|---|---|
| [illegible] | [illegible] | 5S-j6 |

PLEASE MARK THE TOPICS YOU ARE WRITING ABOUT

- ☐ HOUSING
- ☑ MAIL
- ☐ YOUR PROPERTY
- ☐ RELIGIOUS SERVICE
- ☐ PHONES
- ☐ OTHER: [illegible]
- ☐ INMATE PROGRAMS
- ☐ MEDICAL
- ☐ VISITATION
- ☑ INMATE TREATMENT
- ☐ STAFF
- ☐ APPEAL GRIEVANCE
- ☐ APPEAL HEARING
- ☐ FOOD SERVICE
- ☐ SANCTIONS
- ☐ COMMISSARY

☑ I HAVE TRIED TO RESOLVE THIS PROBLEM BY SPEAKING WITH A CORRECTIONS OFFICER.

NAME OF CORRECTIONS OFFICER: [illegible]

On September 15, 2015, I was [illegible] to the "[illegible]" by a [illegible] "officer" since then [illegible] I have asked every [illegible] to see a copy of the [illegible] and [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

☐ Check here if using another page.

YOUR GRIEVANCE WILL BE REVIEWED BY CORRECTIONS STAFF. YOU WILL RECEIVE A REPLY WITHIN SEVEN (7) DAYS.

| Your Signature: [signature] | Received by: | Date: | Time: |
|---|---|---|---|

| 2 | Instructions | THIS SECTION TO BE COMPLETED BY CORRECTIONS STAFF ONLY. |
|---|---|---|

Grievance resolution:

US Court of Appeals DC : 333 Constitution Ave NW Wa DC 20001

Supreme Court of US : 1 First St NE Washington DC 20543 (202)479-3000

You are here for DCR. You will receive copies of all your paperwork at your hearing

Grievance: ☐ Has merit ☐ Does not have merit ☑ Inmate advised

☐ Check here if using another page.

Corrections Officer Signature: [signature] J20

Date: 9/20/15

You may appeal within 72 hours. Your appeal must be in writing and fully describe why you think the resolution was not acceptable. The appeal decision is final.