

UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA

#15-5192

KURT MADSEN   APPELLANT

V.

WILLIAM SMITH   APPELLEE.

MOTION FOR INTERVENTION BY UNITED STATES CONGRESS.

NOTIFICATION OF TREASON TO CHIEF JUDGE OF THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA, AS APPLICABLE UNDER TITLE 1 UNITED STATES CODE SECTION 204 1 USC §204 "POSITIVE LAW" 18 USC §2182?

I KURT MADSEN SWEAR UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THE FACTS HEREIN ARE TRUE AND CORRECT.
SEPTEMBER 22, 2015

KURT MADSEN
SOUTH CORRECTIONAL ENTITY
20817 17TH AVE S
DES MOINES WA 98198

## INTRODUCTION / AFFIDAVIT

I, KURT MADSEN, APPELLANT AM CURRENTLY INSLAVED AT THE SOUTH CORRECTIONAL ENTITY "SCORE JAIL" 20817 17TH AVE S, DES MOINES WA 98198.

I WAS KIDNAPPED ON SEPTEMBER 15, 2015 BY ANOTHER ENTITY OF THE TEAMSTERS UNION EMPIRE THE CITY OF KENT POLICE DEPARTMENT, WHO ENTERED MY BEDROOM AT MY RESIDENCE 24608 116TH AVE SE KENT, WA 98030.

THE TEAMSTERS UNION OFFICER PULLED ME NAKED OUT OF MY BED AND TRANSFERED ME TO "SCORE JAIL" ANOTHER ENTITY WHICH SUPPORTS THE TEAMSTERS UNION EMPIRE.

THE TEAMSTERS OFFICER REFUSED TO PRODUCE THE 'WARRANT' AS HAS THE TEAMSTERS ENTITY ("SCORE JAIL")

HOWEVER, ALL INDICATIONS ARE IT IS THE SAME TYPE OF 'WARRANT' WHICH WAS ARTICULATED IN THE ORIGINAL APPLICATION FOR WRIT OF HABEAS CORPUS. (SEE APPLICATION ATTACHED TO NOTICE OF APPEAL)

ALTHOUGH MY IGNORANCE OF THE LAW IS NO EXCUSE, I HAVE RECENTLY REALIZED 1 USC § 204 "POSITIVE LAW" AS PRIMA FACIA EVIDENCE. WHICH IS SUPREME TO THE "ONE SUPREME COURT" "RULE DISCHARGED" IN MARBURY V. MADISON (1803)

2 of 12

1

Moreover, I should have received discharge under Title 18 USC § 3182 through the United States District Court for the District of Columbia, through counsel under the Criminal Justice Act.

Since I was denied the right in the Inferior Superior Court for the District of Columbia, under Faretta v California, under DC Code § 16-1903? (Not sure of #) once I named Eric Holder the Article 1 Section 9 Clause 2 Habeas Corpus transfers to the United States District Court under § 23-704 - DC Code "Fugitive from Justice" is heard under 18 USC § 3182.

My ignorance of the law was due to the denial of due process of law by the CJA appointed counsel and the Inferior Superior Court.

The "Acting Chief Executive Officer" of the District of Columbia under DC Code was notified of acts of treason. Lee Satterfield.

He was also "Some Judge" under 18 USC 2182 - Not sure of # - Notified of acts of treason

An US worn "Officer" via Article 6 Clause 3 or Title 1 USC § 204 "Positive Law" 4 USC § 101 who issues arrest warrants, however has an allegiance to the Union of the United States is a traitor!

Moreover, it is an act of tyranny.
It is contrary to every charter of freedom.

THE TEAMSTERS UNION WAS DEFINED BY ROBERT F. KENNEDY AS "THE ENEMY WITHIN" (CIRCA 1960 AS ATTORNEY GENERAL OF USA) THEIR "THE ENEMY WITHIN" CHARTERED FLIGHT AS ARTICULATED IN DKT. 12 WHICH ARRIVED AT DAWN IN THE DISTRICT (DULLES) REMOVED ME BY FORCE BEFORE THE UNITED STATES MARSHALLS SERVICE USMS ARRIVED FOR SERVICE AT THE APPELLEE'S BUILDING IN THE DISTRICT.

I WAS REMOVED WITHOUT THE CLOTHS APPELLEE TOOK FROM MY BACK. (SWIFT AND CERTAIN REMOVAL)

JUDGE COLLYER REPEATEDLY CLAIMS THE CASE IS MOOT BECAUSE I AM NOT IN THE DISTRICT'S JURISDICTION.

IN MY AFFIDAVIT I WAS IGNORANT IN MENTIONING THE 1 USC § 204 POSITIVE LAW TO CREATE THE PRIMA FACIA EVIDENCE, AS IT RELATES TO "INVOLUNTARY SERVITUDE" AND BEING RETURNED TO A STATE OF PEONAGE, FROM THE SEAT OF ASYLUM.

I WAS IN THE DISTRICT WHEN THE CLERK DECIDED TO VIOLATE 18 USC 2076 AND SUSPEND THE PRIVILEDGE OF WRIT OF HABEAS CORPUS ALTHOUGH FILED AFTER AN ORIGINAL, IT WAS HELD OVER 30 DAYS FROM SEPTEMBER 8, 2014 THROUGH OCTOBER 10, 2014.

MOREOVER ON SEPTEMBER 29, 2014 I WAS KIDNAPPED AND REMOVED BY FORCE FROM THE DISTRICT AND NOW RETURNED TO A STATE OF PEANAGE "INVOLUNTARY SERVITUDE"

THE WASHINGTON STATE GOVERNOR WAS NOTIFIED IN AUGUST 18 USC 3182 HAS A 30 DAY TIME FRAM!

4 of 12

2014, THE ASSISTANT UNITED STATES ATTORNEY WAS NOTIFIED IN AUGUST AND SEPTEMBER, 2014.

THE AUSA WAS ROBERT LITTLE AND ANOTHER WHO RECEIVED TWO SEPERATE REQUISITION REQUESTS. BOTH BASED UPON A "WARRANT" ISSUED BY AN "OFFICER" OF "THE ENEMY WITHIN"

THE DOCUMENTS CAN BE LOCATED IN THE NOTICE OF APPEAL ACROBAT DOCUMENT CLOUD LINKS.

ON SEPTEMBER 15, 2015 BEFORE I WAS KIDNAPPED AND HELD INSLAVED, I SPOKE TO A UNITED STATES POSTAL WORKER, WE CONCLUDED IT WOULD COST ABOUT $13⁰⁰ TO SEND THE DOCUMENTS TO WASHINGTON D.C. THROUGH THE USPS, AND VERIFY RECEIPT.

THROUGH "ERIN AIR" THE "CHARTERS OF SLAVERY", THE SEPTEMBER 29, 2014 CHARTERED FLIGHT TO DULLES INTERNATIONAL AND BACK TO SEATTLE COST THE TEAMSTERS UNION ABOUT $43,000⁰⁰ NOTHING FOR THE MASTERS OF THE TEAMSTERS UNION!

A PICTURE OF THIS AIRCRAFT IS CONTAINED IN THE MOTION FOR RECUSAL AND RULE 46 OBJECTIONS.

IT STRIKES ME AS A MASSIVE ABUSE OF POWER FOR THE DISTRICT COURT JUDGE TO ALLOW THEN PROHIBIT FILING VIA EMAIL.

MOREOVER, TO RULE ON THE COA ISSUED

5 of 12

AFTER THE DISTRICT COURT RECEIVED THE COURT OF APPEALS ORDER.

THIS IS BECAUSE THE DISTRICT COURT RECEIVED AND REFUSED TO FILE THE MOTION FOR RECUSAL AND RULE 46 OBJECTIONS ON JULY 13TH, 2015.

THE DISTRICT COURT THEN FILES THE DENIAL OF COA, KNOWING A RECUSAL MOTION AND RULE 46 OBJECTIONS WERE MADE.

THEN FILED THE "DOCKET" PRIOR TO FILING THE RECEIVED RECUSAL MOTION AND RULE 46 OBJECTIONS.

THE DISTRICT COURT THEN FILED A DENIAL OF RECUSAL AND
        FAILED TO RULE ON RULE 46 OBJECTIONS.

THE DISTRICT COURT CAN NOT BE TRUSTED TO HANDLE A RULE 60(b) MOTION FOR RELIEF. MOREOVER, THE DISTRICT COURT BACKDATED THE MARCH 21, 2015 MAILING TO COINCIDE WITH THE 28 DAY RULE 59.

I DID NOT RECEIVE DUE PROCESS OF 28 USC §2071 "THEIR BUSINESS" EQUALLY

THE UNITED STATES WAS GIVEN 20 DAYS (FROM THE 18 USC 2076 VIOLATION) FROM NOTIFICATION BY U.S. MARSHALLS, MINE WAS THE CORRUPTION NOTIFICATION.

6 of 12

I, KURT MADSEN, THE APPELLANT, HEREBY MOTION THE CHIEF JUDGE OF THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA TO ISSUE AN ORDER TO THE UNITED STATES CONGRESS TO INTERVENE UPON THE ACTS OF INSURRECTION AND 'INVOLUNTARY SERVITUDE' WHICH CULMINATED ON SEPTEMBER 29, 2014 IN THE ARTICLE 1 SECTION 8 CLAUSE 17 DISTRICT OF THE SEAT OF THE GOVERNMENT OF THE UNITED STATES IN A BUILDING WITHIN THE 10 MILE SQUARE AREA OPERATED BY APPELLEE.

## AUTHORITY

PURSUANT TO TITLE 1 USC§ 204 "POSITIVE LAW" IS PRIMA FACIA EVIDENCE IN ANY COURT WITHIN THE UNITED STATES, THEREIN, DISTRICT OF COLUMBIA CODE IS ALSO PRIMA FACIA EVIDENCE.

UNDER ARTICLE 6 CLAUSE 2 THE CONSTITUTION OF THE UNITED STATES IS THE SUPREME LAW OF THE LAND.

ALTHOUGH I HAVE ARTICULATED BY DISTAIN FOR MARBURY V. MADISON (1803) WHICH TOGETHER WITH DRED SCOTT V SANDFORD (1857) ONLY SEEMS TO EXTEND SLAVERY INTO THE NEXT TREE OF FREE STATES, UNDER ARTICLE 4 SECTION 4 THE GENUINE JUDICIAL BRANCH.

IT'S AS IF JHON MARSHALL SOLD SOCIETY UPON A WHOLE NEW JUDICIAL BRANCH IN HIS ELOQUENT EXPLANATION IN THE MARBURY V. MADISON OPINION, WHICH WAS NOT ASKED FOR BY PRESIDENT THOMAS JEFFERSON UNDER ARTICLE 2 SECTION 2,

THE SUBJECT IS TO COMPLEX TO EXPLAIN USING ONLY A GOLF PENCIL AND MY MEMORY, KNOWING A BETTER WAY EXISTS. –

"THE RULE DISCHARGED" HAS ELIMINATED ARTICLE 4 SECTION 4 "REPUBLICAN FORM" OF GOVERNMENT UNDER ARTICLE 6 CLAUSE 2 AND STATE COURT JUDGES WHO'S CLAIMS TO FAME ARE "SAY WHAT THE LAW IS"

I HAVE SOMEWHAT OF A SOFT SPOT ON THE SUBJECT AS IT RELATES TO THE UNITED STATES COURT OF APPEALS IN THE DISTRICT OF COLUMBIA, HOWEVER THE 5th AMENDMENT IN COMBINATION WITH THE 13th NOT FULL REALIZED, EITHER THE COURT OR A DERIVATIVE DECIDED UNITED STATES V. MORELAND IN 1922.

USUALLY THE "ONE SUPREME COURT" WILL ALLOW AN APPEAL OF AN "OPINION" OF A JUDGE OR A STATE COURT JUDGE TO BECOME THE NEW RULE DISCHARGED AND THE "ONE SUPREME COURT LAW OF THE LAND" CONTRARY TO ARTICLE 6 CLAUSE 2.

FOR AUTHORITY ON THE ISSUE LOOK AT THE DISENT IN HURTADO V. CALIFORNIA (1884) PLESSY V. FURGUSON. MAXWELL V DOW (1900) + SEVERAL OTHERS YOU WILL FIND NO MEMORY OF ~~~~ THE HONORABLE JUDGE JOHN MARSHALL HARLAN IN THE "ONE SUPREME COURT" WHICH BROKE GROUND ON DECEMBER 20 AND GIVES AN ARTICLE 1 SECTION 8 CLAUSE 10 TITLE OF NOBILITY TO JUDGE JOHN MARSHALL – AS "THEIR BUSINESS" 28 USC§2071 FOR SOUTH CAROLINA AND DECEMBER 20th HAS & SHEWN,!

8 of 12

"IT IS UNCLEAR WHAT THE COURT OF APPEALS MIGHT DO. HOWEVER, RELIANCE UPON THE RECORD WHICH IS LIMITED DUE TO TRAITORS PROVIDING "AID AND COMFORT" TO "THE ENEMY WITHIN" WOULD BE AN INJUSTICE AND FURTHER "AID AND COMFORT" TO "THE ENEMY WITHIN" WHICH THIS PLEADING PRE-DATES THE DECISION TO ELIMINATE THE OVERSIGHT IN THE U.S. DISTRICT COURT IN NEW YORK OF THE TEAMSTERS UNION.

THEY ARE IN VIOLATION OF THE NATIONAL LABOR RELATIONS BOARD ACT 29 USC § 152 WHEREBY HAVE OVERTAKEN THE CONSTITUTIONAL POWERS OF WASHINGTON! THE TEAMSTERS UNION OFFICERS HAVE COMMITTED MAJOR ~~CRIMES~~ ORGANIZED "CRIMES AGAINST THE UNITED STATES" - SEE "POSITIVE LAWS"
THEY VIOLATED MY RIGHTS SECURED AFTER THE CIVIL WAR!
THE TEAMSTERS UNION HAS INVADED THE STATE OF WASHINGTON.
AS I INDICATED IN MY MOTION FOR EXTENSION OF TIME RACE, AGE SEX ALL APART OF "INVOLUNTARY SERVITUDE" WITHOUT BEING A PARTY DULY CONVICTED.
A YOUNG NATIVE AMERICAN KID WHO WAS ONLY 17 FOR HIS LATEST "INVOLUNTARY SERVITUDE" WAS ONLY 12 YEARS OLD WHEN THE TEAMSTERS UNION VICTIMIZED HIM AS AN ADULT.

9 of 12

APPENDIX J IS THE EVIDENCE KCB WAS TREATED AS AN ADULT BY THE ENEMY WETHEN IN NOVEMBER 2006, YET BORN JANUARY 2004.

HIS FINGER PRINTS ON PAGE 3 LOOK LIKE MY SMALL HAND WHEN I WAS 15, AS USED BY THE ENEMY WETHEN IN THE REQUESTION REQUEST.

KCB WAS TREATED LIKE AN ADULT AT
1) 12 YEARS
2) 12 YEARS
3) 13 YEARS
4) 13 YEARS
5) 13 YEARS
6) 15 YEARS
7) 16 YEARS
8) 17 YEARS.
SEE PAGE 2 APPENDIX J.

IS IT DUE TO THE FACT HE IS A NATIVE AMERICAN UNDER THE ENABLING ACT OF 1889?

CURRENTLY KCB IS CURLED UP IN A BALL, OR IN A FETAL POSITION, (OR USUALLY IS) THREE DOORS DOWN. HE REFUSES TO ATTEND THE ~~DEFFFFFFFF~~ TEAMSTERS HEARINGS.

HIS MOM WAS RAPPED BY THE INSURRECTION

10 of 12

OF THE TEAMSTERS UNION OFFICERS

DOES THE JUVENILE JUSTICE ACT PROTECT JUVENILES?

THE COURT OF APPEALS CAN DO NOTHING FOR KCB OR OTHER TEAMSTERS UNION VICTIMS.

HOWEVER, THE UNITED STATES CONGRESS CAN.

I LEFT THIS LAND OF LAWLESSNESS TO SEEK JUSTICE IN THE DISTRICT OF THE UNION OF THE UNITED STATES.

ONLY TO BE RETURNED TO THE PREVIOUS CONDITION OF SERVITUDE.

MUST I CITE THE SUPREME LAW OF THE LAND AND POSITIVE LAW?

OR THE AUTHORITY WHICH DISCHARGE THE RULE TO OVERRULE THE REPUBLICAN FORM OF GOVERNMENT?

BECAUSE I WOULD BET $18 TRILLION DOLLARS THE PEOPLE OF THE UNITED STATES WOULD HAVE SOMETHING TO SAY REGARDING THE ACCUSATIONS OF JUVENILES TO BE TREATED LIKE ADULTS DISCHARGING RULES!

11 of 12

## Conclusion

The "judicial power" of an appointed Article 2 Section 2 "officer" - inferior officer on the advice and consent of the Senate has allowed the Article 1 Section 9 Clause 2 writ to be suspended. ~~Although~~ The "judicial power" of the Article 2 Section 2 appointed inferior officer has limited the scope of an appeal.

Additionally the "judicial power" inferior Article 6 Clause 3 officer has provided "aid and comfort" to persons of organized crime who imprison "partys" not duly convicted, ~~to~~ for 'involuntary servitude'.

Moreover, the acting "chief executive power" of the destroyed Lee Satter Field provided aid and comfort to 'the enemy within' by returning requisition and removing writ of habeas from court file.

Therefore I request Congressional intervention and oversight regarding this matter.

September 22, 2015

12 of 12

South Corruption Entity

EXHIBIT J

Case Number: 11-1-00765-2  Date: August 17, 2011
SerialID: D8D92F86-F20D-AA3E-587D9CD29E428204
Digitally Certified By: Kevin Stock Pierce County Clerk, Washington

11-1-00765-2


FILED
CRIMINAL DIV. 1
IN OPEN COURT
AUG 16 2011
PIERCE COUNTY Clerk
By _____ DEPUTY

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

AUG 16 2011
351695
8/18/11

STATE OF WASHINGTON,
　　　　　　　　　　　　　Plaintiff,
vs.
KYLE C▇▇▇ D▇▇▇▇
　　　　　　　　　　　　　Defendant.

SID: WA23739681
DOB: 01/▇▇/1994

CAUSE NO. 11-1-00765-2

JUDGMENT AND SENTENCE (JS)
[X] Prison  [ ] RCW 9.94A.712 Prison Confinement
[ ] Jail One Year or Less
[ ] First-Time Offender
[ ] Special Sexual Offender Sentencing Alternative
[ ] Special Drug Offender Sentencing Alternative
[ ] Breaking The Cycle (BTC)
[ ] Clerk's Action Required, para 4.5 (SDOSA),
4.7 and 4.8 (SSOSA) 4.15.2, 5.3, 5.6 and 5.8
[ ] Juvenile Decline [ ] Mandatory [ ] Discretionary

I. HEARING

1.1  A sentencing hearing was held and the defendant, the defendant's lawyer and the (deputy) prosecuting attorney were present.

II. FINDINGS

There being no reason why judgment should not be pronounced, the court FINDS:

2.1  CURRENT OFFENSE(S): The defendant was found guilty on ___8/16___, 2011 by [X] plea [ ] jury-verdict [ ] bench trial of:

| COUNT | CRIME | RCW | ENHANCEMENT TYPE* | DATE OF CRIME | INCIDENT NO. |
|---|---|---|---|---|---|
| I | ASSAULT IN THE SECOND DEGREE (E26) | 9A.36.190 9A.36.210 | None | 2/12/2011 | PCSD 110430200 |
| II | UNLAWFUL POSSESSION OF A FIREARM IN THE SECOND DEGREE (GGG104) | 9.41.010 9.41.040(2)(a)(i) | None | | PCSD 110430200 |

AA
AB   MON

* (F) Firearm, (D) Other deadly weapons, (V) VUCSA in a protected zone, (VH) Veh. Hom, See RCW 46.61.520,
(JP) Juvenile present, (SM) Sexual Motivation, (SCF) Sexual Conduct with a Child for a Fee. See RCW
9.94A.533(8). (If the crime is a drug offense, include the type of drug in the second column.)

JUDGMENT AND SENTENCE (JS)
(Felony) (7/2007) Page 1 of 10

11-9-09145-8

Office of Prosecuting Attorney
930 Tacoma Avenue S. Room 946
Tacoma, Washington 98402-2171
Telephone: (253) 798-7400

1 of 3

Case Number: 11-1-00765-2 Date: August 17, 2011
SerialID: D8D92F86-F20D-AA3E-587D9CD29E428204
Digitally Certified By: Kevin Stock Pierce County Clerk, Washington

11-1-00765-2

as charged in the AMENDED Information

[ ] Current offenses encompassing the same criminal conduct and counting as one crime in determining the offender score are (RCW 9.94A.589):

[ ] Other current convictions listed under different cause numbers used in calculating the offender score are (list offense and cause number):

2.2    CRIMINAL HISTORY (RCW 9.94A.525):

| | CRIME | DATE OF SENTENCE | SENTENCING COURT (County & State) | DATE OF CRIME | A or J ADULT JUV | TYPE OF CRIME |
|---|---|---|---|---|---|---|
| 1 | RES BURG | 11/07/06 | Pierce Cty, WA | 9/19/06 | Adult | NV |
| 2 | UPFIREARM II | 11/07/06 | Pierce Cty, WA | 9/19/06 | Adult | NV |
| 3 | ATT RES BURG | 2/07/07 | Pierce Cty, WA | 1/17/07 | Adult | NV |
| 4 | ATT BURG 2 | 2/07/07 | Pierce Cty, WA | 1/17/07 | Adult | NV |
| 5 | BURG 2 | 5/10/07 | Pierce Cty, WA | 3/26/07 | Adult | NV |
| 6 | BURG 2 | 2/24/09 | Pierce Cty, WA | 10/31/08 | Adult | NV |
| 7 | CUSTODIAL ASLT | 8/31/10 | Lewis Cty, WA | 3/09/10 | Adult | NV |
| 8 | OTHER CURRENT | Current | Pierce Cty, WA | 2/12/11 | Adult | |

[ ] The court finds that the following prior convictions are one offense for purposes of determining the offender score (RCW 9.94A.525):

2.3    SENTENCING DATA:

| COUNT NO. | OFFENDER SCORE | SERIOUSNESS LEVEL | STANDARD RANGE (not including enhancements) | PLUS ENHANCEMENTS | TOTAL STANDARD RANGE (including enhancements) | MAXIMUM TERM |
|---|---|---|---|---|---|---|
| I | 4.5 | IV | 15 – 20 MONTHS | NONE | 15 – 20 MONTHS | 10YRS/ $20,000 |
| II | 4.5 | III | 12+ - 16 MONTHS | NONE | 12+ - 16 MONTHS | 5YRS/ $10,000 |

2.4    [ ] EXCEPTIONAL SENTENCE. Substantial and compelling reasons exist which justify an exceptional sentence:

[ ] within [ ] below the standard range for Count(s) _____.

[ ] above the standard range for Count(s) _____.

     [ ] The defendant and state stipulate that justice is best served by imposition of the exceptional sentence above the standard range and the court finds the exceptional sentence furthers and is consistent with the interests of justice and the purposes of the sentencing reform act.

     [ ] Aggravating factors were [ ] stipulated by the defendant, [ ] found by the court after the defendant waived jury trial, [ ] found by jury by special interrogatory.

Findings of fact and conclusions of law are attached in Appendix 2.4. [ ] Jury's special interrogatory is attached. The Prosecuting Attorney [ ] did [ ] did not recommend a similar sentence.

2.5    ABILITY TO PAY LEGAL FINANCIAL OBLIGATIONS. The court has considered the total amount owing, the defend's past, present and future ability to pay legal financial obligations, including the defendant's financial resources and the likelihood that the defendant's status will change. The court finds that the defendant has the ability or likely future ability to pay the legal financial obligations imposed herein. RCW 9.94A.753.

[ ] The following extraordinary circumstances exist that make restitution inappropriate (RCW 9.94A.753):

JUDGMENT AND SENTENCE (JS)
(Felony) (7/2007) Page 2 of 10

Office of Prosecuting Attorney
930 Tacoma Avenue S. Room 946
Tacoma, Washington 98402-2171
Telephone: (253) 798-7400

2 of 3

Case Number: 11-1-00765-2  Date: August 17, 2011
SerialID: D8D92F86-F20D-AA3E-587D9CD29E428204
Digitally Certified By: Kevin Stock Pierce County Clerk, Washington

11-1-00765-2

## IDENTIFICATION OF DEFENDANT

SID No. WA23739681  
(If no SID take fingerprint card for State Patrol)

Date of Birth 01/██/1994

FSI No. 361554PC7

Local ID No. UNK

PCN No. 540356017

Other

Aliasname, SSN, DOB:

Race:
[ ] Asian/Pacific Islander
[ ] Black/African-American
[ ] Caucasian
[X] Native American
[ ] Other:

Ethnicity:
[ ] Hispanic
[X] Non-Hispanic

Sex:
[X] Male
[ ] Female

**FINGERPRINTS**

Left four fingers taken simultaneously | Left Thumb

Right Thumb | Right four fingers taken simultaneously

I attest that I saw the same defendant who appeared in court on this document affix his/her fingerprints and signature thereto. Clerk of the Court, Deputy Clerk: _[signature]_ Dated: 5/10/11

DEFENDANT'S SIGNATURE: _[signature]_

DEFENDANT'S ADDRESS: DOC

JUDGMENT AND SENTENCE (JS)  
(Felony) (7/2007) Page 10 of 10

Office of Prosecuting Attorney  
930 Tacoma Avenue S. Room 946  
Tacoma, Washington 98402-2171  
Telephone: (253) 798-7400

3 of 3