# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 15-5192** | **September Term, 2015** |
| | 1:14-cv-01716-RMC |
| | Filed On: October 7, 2015 [1577016] |

Kurt Madsen,

      Appellant

    v.

William Smith,

      Appellee

## O R D E R

    Upon consideration of appellee's motion for extension of time to file dispositive motion, appellant's motions for extension of time to file initial submissions, and appellant's motion for permission to file electronically and for waiver of PACER fees, it is

    **ORDERED** that appellee's motion for extension of time be granted. Appellee's motion to dismiss is deemed timely filed. It is

    **FURTHER ORDERED** that the deadlines for appellant's initial submissions and procedural and dispositive motions be suspended pending further order of the court. It is

    **FURTHER ORDERED** that consideration of appellant's motion for permission to file electronically and for waiver of PACER fees be deferred pending further order of the court.

                                          FOR THE COURT:
                                          Mark J. Langer, Clerk

                              BY:    /s/
                                          Mark A. Butler
                                          Deputy Clerk