RECEIVED
Mail Room
OCT 1 6 2015
United States Court of Appeals
District of Columbia Circuit

# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer
Clerk

October 7, 2015

*[Handwritten note on sticky note: Kurt Madsen is incarcerated at SCORE Jail. Attached is the signed acknowledgement. — SCORE Jail]*

Warden (Des Moines)
South Correctional Entity
WA State Prison
20817 17th Avenue South
Des Moines, WA 98198

Re:   15-5192   Kurt Madsen v. William Smith

Dear Warden:

    Enclosed is an order from the court filed in a case pending before this court, addressed to Kurt Madsen, 19817, a resident of your facility. Also enclosed is a copy of a motion to dismiss filed by the appellee. Your cooperation in delivering these documents and obtaining an acknowledgment of receipt would be greatly appreciated.

    If the addressee is no longer at your facility or has refused to acknowledge receipt, or if your facility's rules do not permit you to assist the court in obtaining an acknowledgment, please follow the instructions on the attached sheet entitled "Instructions to the Warden." Whether or not you are able to assist the court in obtaining an acknowledgment, please treat the enclosed as special legal mail pursuant to 28 C.F.R. §§ 540.2©, 540.18 and 540.19, or applicable state regulations.

    Please have addressee acknowledge receipt by signing below and returning this letter in the envelope provided. Thank you very much for your assistance.

Very truly yours,
Mark J. Langer, Clerk

BY:   /s/
Laura M. Chipley
Deputy Clerk

Receipt Acknowledged:
*[Handwritten: SEE ARTICLE 1 SECTION 16 CLAUSE 1 AND 3 THIS IS AN UNCONSTITUTIONAL ENTITY AND ALLIANCE SCORE IS TREASON! KURT MADSEN]*
(Signature of Appellant)

*[Handwritten date: 10/13/2015]*
(Date)

*[Stamp: UNITED STATES COURT OF APPEALS DISTRICT OF COLUMBIA CIRCUIT   OCT 16 2015   CLERK]*

Attachment:
    Instructions to Warden