UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

15-5192

KURT MADSEN                                    APPELLANT

V.

WILLIAM SMITH                                  APPELLEE



MOTION FOR COA - CERTIFICATION
OF OBJECTION APPEALABILITY
COA FOR ECF ~~[redacted]~~ - PASSWORD DENIAL.

AND THE APPELLANT FILED RULE 46 OBJECTIONS PRIOR TO THE DISTRICT COURT DENIAL OF APPEALABILITY, DOA

ALTHOUGH THE APPELLANT ~~FILE~~ INCORPORATED THE OBJECTIONS IN ~~THE~~ MOTION FOR RECUSAL, THE RECUSAL MOTION WAS RULED UPON WITHOUT REVERTING TO OBJECTIONS THE APPELLANT RESPECTFULLY REQUESTS THE COURT ORDER WHY A CERTIFICATION OF OBJECTION APPEALABILITY SHOULD NOT ISSUE.
TO THE DISTRICT COURT JUDGE WHO FILED THE DOA BEFORE THE REQUEST FOR COA ARRIVED AT THE DISTRICT COURT.
MOREOVER, CONSIDERING RULE 60(b) AND THE ONE YEAR LIMITATIONS, ORDER WHY A COA SHOULD NOT ISSUE AS TO THE MINUTE ORDER DENYING ECF PASSWORD WHICH WILL PERMIT A RULE 60(b) MOTION.
RESPECTFULLY SUBMITTED OCTOBER 15, 2015

KURT MADSEN



RECEIVED Mail Room OCT 21 2015 United States Court of Appeals District of Columbia Circuit

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

## 15-5192

KURT MADSEN                                    APPELLANT

V.

WILLAM SMITH                                   APPELLEE

### CERTIFICATION OF APPELLANT
### ~~REQUEST FOR~~ COA - ~~CERTIFY OBJECTION~~
### "~~LET THIS BE FILED~~" APPEALABILITY

I, KURT MADSEN, THE APPELLANT HEREBY CERTIFY THE FACTS CONTAINED HEREIN. (~~EXCEPT WHAT CAN NOT BE TRUE~~)

ON JULY 13, 2015, I SENT- VIA EMAIL - A MOTION FOR RECUSAL AND RULE 46 OBJECTIONS, TO THE UNITED STATES DISTRICT COURT CLERK, AT THE SAME EMAIL ADDRESS AS THE NOTICE OF APPEAL. NOA I EVEN CALLED JUDGE COLLYERS BALIFF.

THE CASE WAS DOCKETED ON FRIDAY JULY 10, 2015, HOLDING THE APPEAL IN ABEYANCE UNTIL AN APPEAL DETERMINATION WAS MADE BY JUDGE COLLYER. IN THE DISTRICT COURT.

THE JUDGE WHO'S DECISION'S WERE BEING APPEALD.?

ONE WOULD THINK THAT WOULD BE A CONFLICT OF INTEREST. 28 USC 47?

I CURRENTLY DO NOT HAVE ACCESS TO A LAW LIBRARY OR THE INTERNET, IN FACT I HAVE NOT HAD ACCESS SINCE 9/15/2015 WHEN I WAS TAKEN NAKED AT GUN-POINT FROM MY BED. I WAS JUST RESEARCHING "POSITIVE LAW" AT US HOUSE.GOV. JUST BEFORE GOING TO SLEEP. IM NOW IN THE NIGHTMARE I AWOKE TO. AT GUN POINT. VIA THE ENEMY WITHIN.

1 OF 5

FOR 30 DAYS THE ENEMY WITHIN'S GUILD SOUTH CORRECTIONAL ENTITY REFUSES ACCESS.

NO MATTER WHERE I TRAVEL, THE ENEMY WITHIN (AS DEFINED BY THE UNITED STATES ATTORNEY GENERAL ROBERT F. KENNEDY) CONSIDERS ME "IN-CUSTODY", AT MY HOUSE AND EVEN WITHIN THE DISTRICT OF COLUMBIA & EVEN IN THE MADISON BUILDING/LAW LIBRARY OF CONGRESS.

THEREFORE, THE "MAIL BOX" RULE SHOULD APPLY, I HAD EVEN SENT THE MOTION CERTIFIED "FIRST CLASS" ON JULY 15, 2015. BEFORE THE DOA.

WHAT ARE THE AVERAGE RESPONSE TIMES TO A DOA – DENIAL OF APPEALABILITY?

THE DISTRICT COURT RELEASED THE ORDER 7/17/2015 / DOA 7/16/2015

I, KURT MADSEN FURTHER CERTIFY THAT ON SEPTEMBER 29, 2014, I TRIED TO "STAND MY GROUND" I WAS KIDNAPPED BY FORCE BY THE ENEMY WITHIN.

(NOTE: SLAVERY WAS A SOURCE OF INCOME FOR THE SAME TYPE OF PEOPLE WHO LOST THE CIVIL WAR AND TOOK OVER THE NAME "TEAMSTERS UNION" – IN 1903 – WHO INVENTED INCARCERATION)

NO OFFICERS FOR THE ENEMY WITHIN, EXCEPT THE SECRETARY, HAS TAKEN AN OATH TO SUPPORT THE CONSTITUTION, NONE SUPPORT THE CONSTITUTION. SEE 4 USC §101-102.

ON OCTOBER 6, 2015 AND OCTOBER 14, 2015, I WAS ORDERED OUT OF A "HEARING" CONDUCTED BY THE ENEMY WITHIN, BECAUSE I DEMANDED DUE PROCESS OF 'POSITIVE LAW', AN UNSWORN 'OFFICER' WAS GOING TO SUBJECT ME TO 'JURISDICTION FOREIGN TO OUR CONSTITUTION'. A PRINCIPAL IN THE CREATION OF THE DECLARATION OF INDEPENDENCE

THIS 'OFFICER' WAS WORSE THAN A DRUNKEN MOTHERS CHILD, IT WAS GOING TO BE A FULL TERM ABORTION OF JUSTICE, I DEMANDED HE READ MY WRITTEN OBJECTIONS –

IN REALITY THIS CASE IS UNDER-DEVELOPED, SLAVERY AND INVOLUNTARY SERVITUDE WERE ABOLISHED BY THE 13TH AMENDMENT.

THE REQUISITION REQUEST WAS NOTHING MORE THAN A DEMAND FOR PROPERTY, DID NOT COMPORT WITH 18 USC 3182 WHICH IS WHY LEE SATTERFIELD ABORTED THE HEARING. (6 MONTHS - SATTERFIELD IS JURY OR LESS    NO JURY TRIAL IN D.C. ☹)

NOTE: THE CHANGE IN 18 USC § 3182 30 DAYS FROM 6 MONTHS. WOW!

6 MONTHS IN UNITED STATES V. MORELAND (1922) BEFORE 1 USC 204

2 OF 5

SATTERFIELD PULLED SOME SLICK MOVES.

I BELIEVE THEIR WAS SOME SEROUSE FRAUD CONDUCTED WITHIN THE DISTRICT.

THAT IS WHY I ASKED FOR INTERVENTION BY THE UNITED STATES CONGRESS.

IF THIS WAS SIMPLY A GAME OF CHESS, THAN EVERYTHING WOULD BE ABOVE BOARD AN ALL MOVES ARE VISABLE.

MY LIBERTY IS NOT A GAME, WHERE THE PLAY IS SUSPENDED.

I NOTICED THE COURT OF APPEALS OCTOBER 7, 2015, BASICALLY HAS SUSPENDED THE EARLIER MOTIONS AND ORDERS.

PERHAPS IN AN APPEAL IT'S FINE, I'M AT A LOSS AS TO WHY IT HAPPEND IN AUGUST AND SEPTEMBER 2014
THAT IS SUSPENDING THE ARTICLE 1 SECTION 9 CLAUSE 2 PRIVILEDGE. CONTRARY TO THE CONSTITUTION

PERHAPS THE ENIMY WITHIN IS NOW MORE POWERFULL THAN THE UNION OF THE UNITED STATES

THE SAME TYPE OF PEOPLE WERE VERY PISSED OFF LOSING THEIR 'PROPERTY' AS DEFINED IN DRED SCOTT v. SANDFORD (1857). THEY MADE SOLID GROUND AFTER ELIMINATING, ~~[struck]~~ PRESIDENT LINCOLN, UNTIL THE CIVIL RIGHTS MOVEMENT. ELIMINATING JOHN F. KENNEDY 1963 THEY MADE PROGRESS, THEN TAKING OUT MARTIN LUTHER KING JR. IN 1968, FOLLOWED BY JFK'S BROTHER WHO WAS A SHOE IN FOR THE ARTICLE 2 PRESIDENTIAL POWER. ROBERT KENNEDY 1968 COINED THE TERM 'THE ENIMY WITHIN' WHO NEVER LEFT AFTER THE CIVIL WAR.*
INSTEAD OF ᴧ INSURRECTION IT IS NOW INFILTRATION
               ALL OUT
THEY PROBLY ~~[struck]~~ TOOK OUT TOM WHALES TOO. 2011 (SEATTLE)

3 OF 5

3

ARE THEY NOW THE UNITED SUPER POWER?

I, THINK THE INFERIOR COURT'S ARE INFILTRATED BY INSURRECTIONISTS, EMPOWERD BY THE ENEMY WITHIN EMULMENTS FROM OUR TREASURY!

IT MAY HAVE STARTED WITH THE INTERPRITATION OF AN 'INSTRUMENT' CIRCA 1803 WANTING TO EXTEND SLAVERY IN THE TREATY OF PARIS AND LOUISIANA PURCHASE LANDS. — LIKE THE 1857 INTERPRETATION.

THE INFILTRATION HAS ALLOWED FOR THE INVENTION OF BEING 'HELD TO ANSWER' FOR CRIMES WHICH RESULT IN THE INSANITY OF INVOLUNTARY SERVITUDE. SEE TITLE 18 USC ____?

THE "LAW" IS CREATED ENFORCED AND ADJUDICATED BY THE ENEMY WITHIN. SEE RICO ACT 18 USC ____?

WHO BY THEIR OWN ADMISSIONS DO NOT SUPPORT THE CONSTITUTION OF THE UNITED STATES. SEE ARTICLE 6 CLAUSE 3
4 USC§.101

IF THAT IS NOT TYRANTS COMMITTING TREASON ON THE UNION OF THE UNITED STATES CONSTITUTION THEN NOTHING ELSE IS. (SEE 18 USC 2182? NOTIFICATION)

ANYTHING MORE BY THE TYRANT TRAITORS IS ALL OUT WAR, WHAT WAS CIVIL ABOUT THE CIVIL WAR?

SO MUCH FOR THE INTENT OF THE 13TH AND 14TH AMENDMENTS OR ONE COUNTRY ONE PEOPLE ONE CONSTITUTION

IF THE ACTIONS OF JUDGE COLLYERS INCUBATION AND JUDGE SATTERFIELDS INTERCEPTION, ARE NOT APPEALABLE. MOREOVER, THE SUSPENTION OF THE PRIVILEDGE OF WRIT OF HABEAS CORPUS IN THE DISTRICT OF COLUMBIA AND THE ABILITY TO AMEND THE ACTIONS OF THE ENEMY WITHIN UNDER POSITIVE LAWS WHICH WILL REFLECT THE KIDNAPPING AND SUBSEQUENT INVOLUNTARY SERVITUDE.

THAN NOTHIN IN THE DISTRICT OF COLUMBIA SHOLD BE APPEALABLE, IS IT ALBERT PIKES PEAK?

KKK

4 OF 5

EVEN IF I LEAVE HERE TODAY FROM THE $CORE $OUTH 'CORRECTIONAL' ENTITY, ESTABLISHED CONTRARY TO ARTICLE I, SEC 10 CLAUSE 1 & 3 AND I FIND A STATE COURT JUDGE AS HONORABLE AS ~~THE~~ THE HONORABLE DOUGLAS MCBROOM REGARDING THE EX POST FACTO CLAUSE (SEE WASHINGTON STATE v. KURT MADSEN 2009) AND HE THEN PERMITS ME TO TRAVEL SOUTH OF HWY 518 I 405 IN KING COUNTY, OR ANYWHERE SOUTH, OR I ESCAPE THE ENEMY WITHIN! PERHAPS I TRAVEL SOUTH AND THE ENEMY WITHIN PUTS A BULLIT IN MY BRAIN OR THROWS ME OUT IN FRONT OF A TRAIN, WILL I DIE IN VAIN? WAS I D.O.A. ON JULY 5, 2014 AT THE LAW LIBRARY OF CONGRESS? ONE WOULD THINK PEOPLE IN MY PLIGHT AND FLIGHT TO THE DISTRICT OF COLUMBIA WAS NOT IN VAIN, SINCE I WAS KIDNAPPED FROM THE JURISDICTION BY ~~THE ENEMY WITHIN~~ CONGRESS SHOULD ~~THEN~~ JUST PASS A LAW CLAIMING ALL THE YOUNG BOYS IN VIETNAM, WORLD WAR II AND THE CIVIL WAR AND OTHERS FOUGHT AND DIED IN VAIN, THEY ARE OUT OF CONGRESS JURISDICTION IN THE SPIRIT WORLD, ~~OUTSIDE THE JURISDICTION OF THE DISTRICT~~ ~~BECAUSE THE SUPERPOWER OF THE UNION OF THE UNITED STATES IS THE TEAMSTERS UNION~~ ① ~~AND THE NATIONAL LABOR RELATIONS BOARD SET THE STAGE.~~ I DECLARE UNDER THE PENALTY OF PERJURY I HOPE AND PRAY MY ~~PROPHECY~~ IS NOT TRUE, AND CERTIFY THE APPEAL ~~COA~~ IS TAKEN IN GOOD-FAITH AND THE DOA SHOULD BE RE-SENT TO THE INFERIOR DISTRICT COURT TO CERTIFY THE RULE 46 OBJECTIONS, OCTOBER 15, 2015
OR WAS I DOA?   KURT MADSEN

PLEASE SEND ELECTRONIC NOTICE TO "APPELLEE"
① IN ACCORDANCE WITH JUDGE COLLYERS "GOOD-BEHAVIOUR" UNDER ARTICLE 3, CREATES A NEW ARTICLE I SECTION I LAW — DO NOT PASS —

5 OF 5