

UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT




15-5192

KURT MADSEN, APPELLANT

V.

WILLIAM SMITH, APPELLEE.

UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
FILED OCT 21 2015
CLERK

4-LD

# MOTION FOR APPLICATION OF MAIL BOX RULE AND CERTIFICATION OF DISTRICT OF COLUMBIA RECORDS.

THE APPELLANT THANKS THE COURT FOR THEIR INTEGRITY AND ETHICAL INSIGHT IN SENDING A COPY OF APPELLEE'S MOTION TO DISMISS FOR LACK OF COA. AND THE PUBLIC DOCKET AND ORDER.

I COULD IMAGINE IT WAS SOMEWHAT OF A SHOCKER TO APPELLEE WHEN REALIZING THE CLAIM I WAS NOT "IN-CUSTODY" WAS FALSE, SAME DISTORTED TRUTH INJUSTICE.

HOWEVER, I DOUBT THE SHOCK WOULD COMPARE TO THE SHOCK, I WAS THREATEND WITH ON SEPTEMBER 29, 2014, WHICH IF I RESISTED OR SPOKE ANY FURTHER 50,000 VOLTS OF ELECTRICITY

WOULD BE SENT THROUGH MY BODY.

PERHAPS APPELLE'S COUNSEL WAS SIMPLY RE-LIEING ON THE PHONE CALL I MADE TO HER [SHE HAD NO-CLUE ABOUT THE CASE] OR ON THE RECORD AS IT STOOD SEPTEMBER 4, 2015.

IT IS UNBELIEVABLE APPELLEE WOULD CLAIM THAT I HAVE FAILED TO MAKE A SUBSTANTIAL CONSTITUTIONAL CLAIM.

THE REASON I TRAVELED TO WASHINGTON D.C. FROM WASHINGTON STATE IS BECAUSE THE CONSTITUTION IN WASHINGTON STATE IS TWISTED BEYOND THE WAX SHAPES REFERRD TO BY THOMAS JEFFERSON AND THE "SAY WHAT THE LAW IS" IN MARBURY V. MADISON (1803)

IT IS TWISTED AND DEFORMED LIKE A CHILD WITH DOWN SYNDROM, WHERE THE MOTHER DRANK HERSELF TO SLEEP AND AS SOON AS SHE AWOKE, NOW THE CHILD'S BODY IS TWISTED AND DEFORMED AND THE ELECTRONS IN HIS OR HER BRAIN DON'T FIRE THE PROPER ELECTRICAL ((SHOCK)) FOR LACK OF A BETTER WORD.

WAS DREED SCOTT V. SANDFORD (1857) BY A JURIST OF REASON?

IN MY OPINION IT WAS TREASON ON THE CONSTITUTION.

UNDER THE 13TH AMENDMENT THE DISTRICT COURT HAS JURISDICTION REGARDING CLAIMS OF INVOLUNTARY SERVITUDE, WHERE ONE IS RETURNED TO A STATE OF PEONAGE, ALSO ACTION IN AMENDING TO REFLECT THE STATE OF INVOLUNTARY SERVITUDE TAKE TO UNDER A 'POSITIVE LAW'- NO ACCESS TO CITE.

THE REASON I TRAVELED TO WASHINGTON DC. WAS TO APPEAL TO THE "ONE SUPREME COURT" AND ESCAPE THE PEONAGE SINCE WASHINGTON STATE DOES NOT COMPLY WITH THE 13TH 14TH OR 5TH AMENDMENTS.

THE APPELLEES COUNSEL IN THE DISTRICT COURT KNEW THIS. SHE PROVIDED THE "SHOCK AND AW" MUCH LIKE APPELLEE'S PRESENT COUNSEL.

SINCE THE GOVERNMENT OF THE UNITED STATES SEEMS SO BENT/TWISTED ON PROVIDING "AID AND COMFORT" TO SOMEONE [ROBERT F, KENNEDY] WHO AS THE HEAD OF THE ATTORNEY GENERALS OFFICE DEFINED THE TEAMSTERS AS "THE ENEMY WITHIN."

THE APPELLANT MOTIONS THE COURT OF APPEALS TO DOCKET THE FOLLOWING UNDER THE "MAIL BOX RULE"

1) ORIGINAL WRIT OF HABEAS CORPUS. (ATTACHED TO NOA)

FILED ON AUGUST 7, 2014 IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA. THE COURT OF APPEALS JURISDICTION.

A COPY WAS RECEIVED BY THE GOVERNMENT AUSA RICHARD LITTLE.

2) AUGUST 18, 2014 REQUISITION REQUEST

SENT "FIRST-CLASS" MAIL TO LEE SATTERFIELD, ON AUGUST 15, 2014 RETURNED "FIRST-CLASS" MAIL TO THE WASHINGTON STATE GOVERNOR.

* I MAILED THE WRIT OF HABEAS BECAUSE THE ATTORNEY FAILED TO TAKE MY CALLS.

3) SEPTEMBER 22, 2014 REQUISITION REQUEST

SENT "FIRST CLASS" MAIL TO THE ATTORNEY GENERALS OFFICE IN WASHINGTON DC. FROM THE WASHINGTON STATE GOVERNOR

4) JULY 13, 2015 MOTION FOR RECUSAL AND RULE 46 OBJECTIONS.

USING A PENCIL TO ARTICULATE THE INJUSTICE WOULD BE AN INJUSTICE ITSELF.

IT'S NOT CLEAR TO ME HOW THE GOVERNMENT ACCOUNTABILITY DEPARTMENT FUNCTIONS. PERHAPS AN INQUIRY AND AUDIT IS IN ORDER!

THIS MOTION 4) AND OBJECTIONS WAS SENT VIA E-MAIL ON JULY 17, 2015 AN WITHIN THE "IN-BOX" OF THE DISTRICT COURT CLERK.

MOREOVER, IT WAS CERTIFIED "FIRST-CLASS" MAIL ON JULY 14, 2015.

4 OF 10

IT WAS VERY QUICK AND CLERKER OF THE DISTRICT COURT TO FILE THE DENIAL OF THE COA WHILE THE PLEADING WAS IN-ROUTE TO THE COURT, A VIOLATION OF POSITIVE LAW FOR THE NEGATIVE ACT.

I MOTION THE COURT OF APPEALS EITHER OBTAIN THE DOCUMENTS LISTED THROUGH THE ADOBE ACROBAT DOCUMENT CLOUD, WHEREBY THE LINKS ARE PROVIDED IN THE NOA AND MOTION FOR RECUSAL AND RULE 46 OBJECTIONS [DKT 22] OR ORDER THE DISTRICT COURT TO MAKE THEM PART OF THE RECORD NUNC PRO TUNC OR UNDER THE "MAIL BOX RULE"

BOTH THE DISTRICT COURT AND APPELLEE HAD KNOWLEDGE.

I FURTHER MOTION ALL FILES, DOCUMENTS AND RECORDS FROM THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA BE TRANSMITTED TO THE UNITED STATES COURT OF APPEALS IN THE CASES OF:

UNITED STATES V. KURT MADSEN 2014 FUG 013314

UNITED STATES V. KURT MADSEN 2014 FUG 016322

BEING REFERENCE BY APPELLEE AS JUSTIFICATION FOR KIDNAPPED/ REMOVAL FROM JURISDICTION.

SINCE THE UNITED STATES IS A PARTY, ANY INQUIRY INTO EXTRADITION UNDER 18 USC § 3182 SHOULD HAVE TAKEN PLACE IN AN ARTICLE 3 "INFERIOR COURT" ie. UNITED STATES DISTRICT COURT

APPENDIX A IS A COPY OF THE ORDER I WAS TO RETURN TO COURT. APPELLEE FAILED TO TURN ME OVER TO USMS AND LEE SATTERFIELD ERRONOUSLY CLAIMS EXTENSION, SINCE THE DOCUMENT SAYS "HAVING APPEARED WITH COUNSEL IN OPEN COURT."

I MOTION THE COURT OF APPEALS TO REQUIRE THE PARTY THE UNITED STATES, TO OBTAIN CERTIFIED TRANSCRIPTS OF THE HEARING OF SEPTEMBER 15, 2014 AND SEPTEMBER 20, 2014. MOREOVER, SINCE I CLAIMED DOUBLE JEOPARDY, A LIBERTY UNDER THE 5TH AMENDMENT AS ANY "JURIST" KNOWS.

I MOTION THE GOVERNMENT - THE UNITED STATES, OBTAIN CERTIFIED TRANSCRIPTS OF THE JULY 30, 2014 AND AUGUST 27, 2014 HEARINGS AT THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA.

SINCE THE CONSTITUTIONAL PRIVILEDGE OF AN ARTICLE I SECTION 9 CLAUSE 2 WRIT OF HABEAS CORPUS WAS

SUSPENDED IN THE DISTRICT OF COLUMBIA.

WHICH IS THE DISTRICT, CIRCUIT, JURISDICTION OF THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT.

I, KNOW APPELLEE COULD CARE LESS IF A PERSON IS KIDNAPPED AT THE CRACK OF DAWN, SINCE HE PERHAPS BELIEVED THE DISGUISE OF THE TEAMSTERS UNION OFFICERS.

IT IS EXTREEMLY DIFFICULT FOR ME TO UNDERSTAND HOW OFFICERS IN A POSITION OF PUBLIC TRUST FOR THE UNION OF THE UNITED STATES CAN STAND BEHIND THE ACTIONS OF THE SAME TYPE OF PEOPLE THAT WANTED PERPETUAL SLAVERY, IGNITED THE CIVIL WAR AND HAVE DRAINED THE UNITED STATES TREASURY, MOREOVER MASSCARED INDIAN TRIBES AND RAPED THE LAND OF TREES AND ANIMALS.

[redacted] SLAVES BROUGHT IN MONEY FOR THEIR MASTERS.

THEIR INTENT WAS TO TURN PEOPLE INTO ANIMALS.

PAYING $10.00 TO IMPORT A PERSON AS REQUIRED UNDER ARTICLE I SECTION 9 CLAUSE I WAS MINAMAL TO A MASTER OF A COTTON PLANTATION.

$10.00 A DAY IS THE PAY AS IT STANDS TODAY FOR A PETIT JURIST IN KING COUNTY, WHICH HAS NOT SUMMONED A GRAND JURY SINCE BECK V. WASHINGTON (1962)

DAVID BECK WAS THE TEAMSTERS UNION PRESIDENT.

$10.00 SEEMS SO PATHETIC, HOWEVER IT'S PAYBACK TIME UP HEAR IN THE NORTH, MORE ON THAT LATER. (I'M TALKING ABOUT THE MIGRATION OF THE PEOPLE FROM THE SOUTH WHO LOST THE CIVIL WAR AND THEIR IMPORTED PEOPLE)

MY POINT I'M TRYING TO MAKE IS SINCE THE NEXT CLAUSE ONLY COST $5.00.

AM I CONSIDERD 1/2 AS IMPORTANT AS THE 3/5 IMPORTED PERSON UNDER CLAUSE I?

AM I COUNTED AS A WHOLE PERSON UNDER ARTICLE I SECTION 2? CLAUSE ? _ ?

EVEN IF I WASN'T IFP THE PRIVILEDGE ONLY COSTS $5.00. SEE SUSPENDED ARTICLE I SECTION 9 CLAUSE 2.

HOWEVER, IT HAS COST ME SO MUCH MORE, I CAN'T CLEARLY ARTICULATE THE PAST 30 YEARS IN KING COUNTY, [WITH THIS "GOLF PENCIL" I MIGHT AS WELL BE WRITING WITH MY BLOOD AND A QUILL MADE FROM MY GRAY HAIRS, SINCE THEY SEEM TO BE ABUNDANT.]

~~WHICH~~ LED ME TO SEEK JUSTICE IN THE DISTRICT.
THE INJUSTICE

IT WAS ONLY AN ~~ENI~~ MANIFEST INJUSTICE, LIKE THE PEOPLE VICTIMIZED BY THE MANIFEST DESTINY.

IN UNITED STATES V MORELAND (1922) AN HONORABLE DECISION BY THE LOWER COURT.
IT WAS REGARDING NEGLECT TO SUPPORT HIS MINOR CHILDREN; (+) FOUND GUILTY BY A MAJISTRATE OR COMMISSONER JUSTICE OF THE PEACE. WITHOUT INDICTMENT. *

NOW ~~THE~~ CERTAIN PEOPLE PRETENDING TO SUPPORT THE UNITED STATES CONSTITUTION ARE SUPPORTING THE ~~[illegible]~~ DRUNK MOTHER DISCUSSED EARLIER.

I THINK IT IS THE ACT OF TYRANT TRAITORS AND TREASON UPON OUR UNIONS CONSTITUTION FOR A PARTY TO SUPPORT THE TEAMSTERS UNION AND THEIR ACTIONS AGAINST ME, WHICH IS A PREPETUAL STATE OF INVOLUNTARY SERVITUDE, IN THE DAYS OF THE KENNEDY BROTHERS, THEY DRAINED BILLIONS EACH YEAR, A FEW ASSASINATIONS AND DECADES OF DISASTER THEY NOW DRAIN TRILLIONS.

ONE WOULD THINK THE UNITED STATES MALITIA

(+) NOT SO HONORABLE. (*) SATTERFIELD RUNS THE SAME OPPRESSION WITHIN THE DISTRICT. NO GRAND OR PETIT JURYS FOR 6 MO. OR LESS. IS BS.

OR ARMY WOULD TEAR DOWN THEIR MARBLE CASTLE IN THE DISTRICT, MORE LIKE SAND CASTLES V THE UNION OF THE UNITED STATES CONSTITUTION,

CONCLUSION

THE APPELLANT REQUEST THE DOCUMENTS BE OBTAINED BEFORE ANY FINAL ORDER IS ENTERD.

I REINSTATE MY MOTION FOR ELECTRONIC ACCESS. [I MAY GET OUT OF THE CAGE TODAY OCTOBER 14, 2015 AND RUN OFF THE PLANTATION] AND HAVE ACCESS TO MODERN MEANS.

I WOULD ALSO LIKE A CHANCE TO REITERATE THE INTERVENTION INTO THE INSANITY OF INVOLUNTARY SERVITUDE, BEING FUNDED BY THE UNITED STATES TREASERY WHICH SHOULD BE ADDRESSED BY CONGRESSIONAL INQUIRY.

I FURTHER REQUEST THE APPELLEE "PUBLIC TRUSTED" SERVANT BE SENT ECF NOTICE.

OCTOBER 14, 2015

KURT MADSEN
$CORE [FOR THE] $OUTH "CORRECTION" ENTITY

APPENDIX A



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES

VS

KURT MADSEN

Jail

2014 FUG 016322

PDID#: 684152

DCDC#:

## ORDER FOR RETURN OF FUGITIVE UPON WAIVER

KURT MADSEN, having appeared with Counsel in open Court on September 20, 2014, and having waived further proceedings pursuant to law and indicated his/her desire to return voluntarily to the State of WASHINGTON, is hereby **ORDERED** detained at the District of Columbia Jail pending return to the State of WASHINGTON in the custody of the proper officials of that state; and it is **FURTHER ORDERED** that if KURT MADSEN has not been surrendered to the custody of a proper official of the State of WASHINGTON by **September 24, 2014** (3 days, not including Saturdays, Sundays or holidays), KURT MADSEN shall be returned **FORTHWITH** to this Court for such further proceedings as the Court shall deem appropriate.

**DATE:** September 20, 2014

JUDGE JUDITH BARTNOFF

Case: 2014 FUG 016322
00052884505
DKT: EXNCRR

**RETURN**

OFFICIAL:

NAME AND TITLE

ADDRESS

Received by US Marshal: ______ Date: ______ Time: ______

Cdofrof.doc