

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

15-5192



KURT MADSEN                       APPELLANT

V

WILLIAM SMITH                    APPELLEE

NOTIFICATION OF APPELLANT
REQUEST FOR ECF NOTIFICATION

I, KURT MADSEN, THE APPELLANT, NOTIFIED THE COURT I WOULD BE RELEASED FROM THE BCORE SOUTH CORRECTIONAL ENTITY 30 DAYS FROM SEPTEMBER 15, 2015, AND BACK INTO THE ENEMY WETHERS'S TERRITORY.

HOWEVER A SNAFU HAS RISEN WHEREBY ANOTHER PRETENDED OFFENSE HAS COME UNDER 11-1-10408-3 WHICH IS THE SAME CASE WARRANT RELIED UPON BY THE APPELLEE AND THE CORRUPTION CORPORATION IN AMERICA - ONLY IN NAME - WASHINGTON D.C.

I HAVE YET TO BE INFORMED ANY FURTHER EXCEPT BY ALLADIN BAIL BONDS ON OCTOBER 16, 2015 AFTER MY 11:59 PM 10/15/2015 "RELEASE" LAPSED THAT I WAS NOW HELD ON THE SAME WARRANT ENTERED TWICE. IN FACT HE SAID HE NEVER SAW ANYTHING LIKE IT. ITS THE SAME 'WARRANT' RELIED UPON BY APPELLEE SAME EXACT VERBAGE AND WARRANT # 11-1-10408-3

① I REQUEST THE COURT SEND NOTICE ECF STYLE TO THE AUSA. THANK YOU

OCTOBER 18, 2015

THE CONTRACTOR THE PROPERTY

KURT MADSEN

1 OF 1