

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

15-5192

KURT MADSEN                         APPELLANT

V.

WILLIAM SMITH                       APPELLEE

SECOND SUPPLEMENTAL INFORMATION
ON INVOLUNTARY SERVITUDE OF
APPELLANT

ON SEPTEMBER 21, 2015, APPELLANT WAS FOUND TO HAVE "COMMITED MAJOR INFRACTIONS #19 REFUSING LAWFUL AND RESONABLE ORDERS OF STAFF"

BY THE PARA-MILITARY ENTITY $CORE $OUTH CORRECTIONAL ENTITY "COMMITTEE MEMBERS"
  1) SERGEANT AUSTIN
  2) OFFICER ZEINE
  3) OFFICER BJORNBERG

THE APPELLANT WAS BEING HELD IN SOLITARY CONFINEMENT AND WAS NOT PRESENT. (SEE ATTACHMENT 1)

ON OCTOBER 27, 2015 APPELLANT WAS BROUGHT TO ANOTHER "COURT" HEARING, REGARDING THE SAME

1 OF 4

INCIDENT.

THIS "COURT" HEARING WAS IN REGARDS TO CAUSE NUMBER 11-1-10408-3.

IT WAS ORCHESTRATED BY THE ENEMY WITHIN, (TEAMSTERS) BY THE SAME "OFFICERS" OR TYPE OF "OFFICERS" BEING UNSWORN UNDER 4 USC § 101. (AS FILED 7/29 - 10/29/2015)

IT WAS DETERMINED THAT ON OCTOBER 14, 2015. AN ENEMY WITHIN "OFFICER", PHONED IN A "HOLD" BASED UPON THE FINDINGS AND REQUEST OF $CORE. (SEE ATTACHMENT A)

DURING THE "COURT" HEARING SERGEANT AUSTIN TESTIFIED THAT HE IS NOT AN EMPLOYEE OF THE STATE, HE IS "AN OFFICER FOR $CORE JAIL" CONTRARY TO ART I sec. 10.

IT WAS CONCLUDED THAT THE APPELLANT WAS REQUESTING TO SEE A COPY OF THE WARRANT FROM 9/15 = 9/20/2015. - "POSITIVE LAW"? 6 HOURS @ $500⁰⁰/PRIMA FACIE

APPELLANT ALSO REQUESTED TO CALL THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA REGARDING THIS CASE TO CHECK THE STATUS OF HIS MOTIONS.
  THE REQUEST WAS DENIED.

THE APPELLANT HAS BEEN HELD INCOMMUNICADO SINCE SEPTEMBER 15, 2015, OF MODERN MEANS, OR OF THOSE SECURED IN WASHINGTON STATE v. KURT MADSEN. (2010) WHICH HE DID NOT RECEIVE FROM APPELLEE ESTHER.

2 OF 4

2

APPELLANT WAS FOUND "GUILTY", DESPITE CLAIMING HIS RIGHT TO SEE A COPY OF THE 'WARRANT'.

APPELLANT IS NOW SCHEDULED FOR RELEASE FROM SOLITARY CONFINEMENT ON NOVEMBER 3, 2015. (SEE ATTACHMENT 2)
PERHAPS THE ENEMY WITH WILL "PHONE IN" ANOTHER 'WARRANT' OR 'HOLD'?

AM I AM NOT A PARTY DULY CONVICTED FOR $CORE $OUTH ENEMY TO RECEIVE FUNDS.

ON SEPTEMBER 29, 2014 APPELLEE REFUSED MY DEMANDS TO SEE THE '+$500=H/ WARRANT', RETURN TO COURT, AND SEE THE CREDENTIALS OF THE ENEMY WITHIN DISGUISED AS U.S. MARSHALS.

THE APPELLEE IS CULPABLE TO THE CURRENT EVENTS UNDER THE SAME CAUSE NUMBER 11-1-10408-3 AS THE NCIC 'WARRANT' RELIED UPON BY HIM AND HIS COHORTS, AND NCIC.

THE APPELLANT WILL SIMPLY BE REINCARCERATED INTO THE TEAMSTERS UNION OF THE UNITED STATES, AND THE PLANTATION OF THE INCARCERATION INDUSTRY.
UNTIL SOME ORDER OF PROTECTION IS OBTAINED THE ENEMY WITHIN WILL SIMPLY VIOLATE THE WIRE FRAUD ACT 18 USC §1343 RICO 18 USC § 1961-1968 AND PUT OUT ANOTHER 'WARRANT'*, TO FURTHER FACILITATE THE ACTIVITIES OF THE ENEMY WITHIN.
*INTO NCIC...

3 OF 4

THE APPELLANT HAS NOT HAD ANY ACCESS TO A LAW LIBRARY, OR "CORRECTIONAL.WESTLAW.COM" TO CITE THE 1 USC 204 "POSITIVE LAWS" AT ANY "COURT" HEARING OTHER THAN THOSE KNOWN.

WHICH MATTERS LITTLE IN THE LAND OF **LAWLESSNESS**.

ALTHOUGH I MAY BE RELEASED FROM SOLITARY CONFINEMENT, I WILL STILL BE "SUBJECTED TO JURISDICTION FOREIGN TO OUR CONSTITUTION"
BY BEING A PARTY TO INVOLUNTARY SERVITUDE, TO PROVIDE EMPLOYMENT TO "OFFICERS" FOREIGN TO OUR CONSTITUTION WHO TREAT THE "PUBLIC TRUST" LIKE A <u>PUBLIC TRUST FUND</u> FINANCED BY THE UNITED STATES TREASURY, THE STATE OF WASHINGTON HAS ENTERED INTO ARTICLE 1 SECTION 10 OUTLAWED ALLIANCES

I DO NOT KNOW WHAT WILL BECOME OF ME.

I RENEW THE MOTION TO BE RETURNED TO THE CAPITOL OF THE UNION OF THE UNITED STATES AND REVERT BACK TO THE INJUSTICE OF THE APPELLEE AND THE ENEMY WITHIN ON SEPTEMBER 29, 2014, ALSO REVERT BACK TO AUGUST 27, 2014, OR EVEN SEPTEMBER 8, 2014.

I SHOULD HAVE RECEIVED DISCHARGE FROM CAUSE # 11-1-10408-3 AND NOT FACED FURTHER MISCARRIAGE OF JUSTICE!
AN ABORTION OF JUSTICE - 18 USC 3182 OR SUSPENDED **WRIT OF HABEAS**, DEPRIVING ME OF **LIBERTY** W/OUT DUE PROCESS OF RESPECTFULLY "POSSITIVE LAW" — OR CONSTITUTIONAL LAW!    OCTOBER 29, 2015    KURT MADSEN
$CORE $OUTH $ANDCASTLE IN THE JURISDICTION OF THE UNION!

4 OF 4

ATTACHMENT 1

SCORE - South Correctional Entity
MAJOR INFRACTION NOTICE

Report Date: 9-20-2015
Inmate Name: Madsen, Kurt
Name #: 19817
Date of Infraction: 9-20-2015
Time of Infraction: 0800
Location: Booking 07
Housing Assignment: B 07

You are charged with a violation of the SCORE - South Correctional Entity Inmate Handbook.
Major Infraction #: 19 Refusing lawful and reasonable orders of staff.__

You are accused of this violation based upon: Inmate Madsen, Kurt#19817 refuses to be booked in and moved to a housing unit. Inmate Madsen has been refusing to be booked for more than 4 days. Inmate Madsen was made aware that his CCO would be contacted about his actions. Inmate Madsen said " Man, I don't give a fuck."

Immediate Action Taken: Major infraction written

Action Recommended: Forward to CCO for discipline

Disciplinary Committee Actions: On 09/21/15, based on the Officer's Report, the Disciplinary Committee determined Inmate Madsen had committed Major Infractions # 19 Refusing lawful and reasonable orders of staff. The Major Infraction was forwarded on to Inmate Madsen's CCO for discipline.

Sanction Start Date: N/A
Sanction End Date: N/A

Additional Charges Filed? {YES/NO} No

Members of Committee: Sergeant Austin, Officer's Zeine and Bjornberg.

Hearing to be conducted within a reasonable time period. Classification will determine if your hearing will be conducted in person. You may appeal the decision and/or sanctions to the Classifications supervisor.

Criminal Charges may be pending. Anything you say henceforth may be used against you in a court of law.

By signing, I am acknowledging that I have received a copy of my infraction notice:

_____

Inmate signature

Submitted by: {Name and 8J#} J Hanson J42

cf: Inmate/Original; Classification Folder; Hearing Officer

ATTACHMENT 2



**CONFINEMENT ORDER**
OAA OFFENDER ☐ YES ☐ NO

## DOC SANCTION TIME IS NOT ELIGIBLE FOR GOOD TIME

In the matter of:

NAME _Madsen, Kurt_

CAUSE NUMBER(S) _11104083_

DOC NUMBER _964228_    DOB _3/4/69_

On _10/27/15_, a hearing was conducted in accordance with WAC 137-104. The above captioned offender was found guilty of violating the conditions or requirements of community custody. Pursuant to RCW 9.94A, the undersigned Hearings Officer finds that it is in the public interest to sanction the offender to a term of confinement as follows:

### TOTAL CONFINEMENT

☐ The offender is serving a term of community custody for a sex offense committed on or after 6/6/96, and before 7/1/00, and having completed the maximum (CCM) term of total confinement, is therefore sanctioned to a term of confinement in a local correctional facility/jail as follows:

LOCATION _____    START DATE _____    END DATE _____

☒ The offender (CC) is sanctioned to a term of confinement in a county jail or equivalent correctional facility as stated below or, if confinement in such a facility is not available, the offender may be confined in a state correctional facility as follows:

LOCATION _DOC_    START DATE _10/14/15_    END DATE _11/3/15_

### PARTIAL CONFINEMENT

☐ The offender is sanctioned to a term of partial confinement as follows:

LOCATION _____    START DATE _____    END DATE _____

Home detention with electronic monitoring, work crew, or a combination thereof to be arranged and managed through the supervising Community Corrections Officer as follows:

☐ Home Detention with Monitoring    START DATE _____    TOTAL DAYS _____
☐ Work Crew    START DATE _____    TOTAL DAYS _____

**\* During this term of confinement you are required to follow all rules and regulations of the facility. Failure to do so will be a violation of this order and may result in additional sanctions.**

Ordered this _27_ day of _10_, 20 _15_

Signed _H. Travis_
HEARINGS OFFICER, DEPARTMENT OF CORRECTIONS

Distribution:    **ORIGINAL** – Detaining Agency/Facility via CCO    **COPY** – CCO, Offender, Hearing File   **(All White)**

DOC 09-238 (Rev. 10/01/13)
Scan Code HR03

DOC 460.130

# Department of Corrections
## WASHINGTON STATE

# HEARING AND DECISION SUMMARY REPORT

Release from DOC Custody/Confinement: ☐ Yes ☒ No (See Confinement Order DOC 09-238)

| Offender Name (Last, First) | DOC # | RLC | Date of Birth |
|---|---|---|---|
| Marken, Kurt | 764228 | HV | 3/4/69 |

Cause Number(s): King AC) 1104083

Offender Status: ☐ CCI ☒ CCP ☐ CCJ ☐ CCM ☐ CPA ☐ DOSA ☐ W/R ☐ FOS
☐ Misdemeanor/Gross Misdemeanor

Date of Hearing: 10/27/15    Location of Hearing: SCORE
CCO Name: J. Thompson
Other Participants: _____

Waived Appearance: ☐ Yes ☒ No
Competency Concern: ☐ Yes ☒ No
Waived 24 Hour Notice: ☐ Yes ☒ No
Interpreter/Staff Assistant: ☐ Yes ☒ No
Jurisdiction Confirmed: ☒ Yes ☐ No
Appeal Form Provided: ☒ Yes ☐ No

Preliminary Matters: None/ no hill/ Sgt Austin, CO Hansen, CCO Thomas AK J. Her, CCS Randy Van Zandt & Schlecht

| ALLEGATIONS | PLEA | FINDING Guilty/Not Guilty Probable Cause Found |
|---|---|---|
| 1) FT follow facility rules on 9/20/15 | NG | G |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**EVIDENCE RELIED UPON (LIST):**
☒ J&S    ☒ Notice of Allegation, Hearing, Rights and Waiver form    ☒ Report of Alleged Violations
☒ Conditions, Requirements, and Instructions form    ☐ Chronological Reports    ☒ CCO Testimony
☐ Offender Testimony    ☐ Negotiated Sanction    ☒ Other(listed below):

Score Infraction Rpt
Mr/Ms J.Her - issued 9/28 Warrant, Score did send a request to see warrant, CCO spoke to CO Hansen on 10/14/15.

Distribution: **Original** – Hearing File,    **Copy** – Offender, Field File, Receiving/detaining Facility

DOC 09-233 (Rev. 12/19/14)    DOC 320.145, DOC 460.130, DOC 460.135
Scan Code HR05

**Department of Corrections — WASHINGTON STATE**

**HEARING AND DECISION SUMMARY REPORT**

**SUMMARY OF FACTS PRESENTED/ REASONS FOR FINDINGS:**

Δ) Made legal argument. Says SCCRT refused to show him the warrant at first.

CC Schlecht — Δ agitated so CC determined Δ needed to be handcuffed, & gave Δ a "neck 2" hold to escort Δ back to cell. Δ physically uncooperative w/ escort.

Sgt Huston — conducted 3 door closures, Sgt. sent infraction rpt to rec w/ filter. No loss of privilege by SCCRT on this infraction.

Δ Adj) Homeless, Goes to library

(HO Rec) 20 dys
Δ Rec) R/S

**SANCTIONS AND REASONS FOR SANCTION:** 20 dys w/ PETS smce  11/14/13

8th hy
last: 30 dys

**Obey all Facility Rules
**Failing to comply with CCO, CCS, and Hearing Officer directives
**Report in Person to CCO Within one Business Day of Release

Offender Name(Last, First): Madson

Offender Signature: SEE 1 USC §204 (6 Hours!)

DOC #:

Hearing Officer Signature: /s/

Hearing Officer Name (Print): A. Tracer

Date:

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

Distribution: **Original** – Hearing File,    **Copy** – Offender, Field File, Receiving/detaining Facility

DOC 09-233 (Rev. 02/14/14)
Scan Code HR05

DOC 320.145, DOC 460.130, DOC 460.135