

# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

## 15-5192

KURT MADSEN                          APPELLANT

v.

WILLIAM SMITH                        APPELLEE.

4-2D

### ETHICS IN GOVERNMENT ACT MOTION
### (2 USC §288 MOTION)

ALTHOUGH THE APPELLANT SECURED HIS RIGHT TO SELF-REPRESENTATION IN STATE OF WASHINGTON V. KURT MADSEN, 229 P.3d 714 (2010) IT WAS INEFFECTIVE FOR 18 USC 3182 IN D.C.

SINCE THAT TIME $CORE $OUTH CORRECTIONAL ENTITY HAS INVADED UPON THE RIGHTS OF PEOPLE WITHIN KING COUNTY, I HAVE ONLY RECEIVED DICTIONARY'S ON 10/29/2015.*

WHICH IF THE COUNTY/STATE WAS NOT SO CORRUPT $CORE $OUTH ENTITY WOULD NOT EXIST.

"WE THE PEOPLE..." OF WASHINGTON DO NOT HAVE A REPUBLICAN FORM OF GOVERNMENT,
CONTRARY TO THE GUARANTEE OF ARTICLE 4 SECTION 4.
MOREOVER, THE ENEMY WITHIN HAS INVADED: THE CONSTITUTIONAL RIGHTS OF OUR COUNTRY.

* ALSO PRINT OUTS OF TWO CASES AND CONSTITUTION C/O ROSS SAID HE CAN NO LONGER PRINT FOR ME

Obviously the enemy within has infiltrated the integrity of the Judicial Department in Washington D.C.

Since the District Court suspended the Article 1 Section 9 Clause 2 Writ of Habeas by not docketing the case for over 30 days - beyond an indictment under 18USC3182.

What would prevent the District Court from not mailing the January 2015 order?

Moreover, although Sherri Berthrong certified she mailed the December 10, 2014 Motion to Dismiss.

The appellant recalls being at the Bread of Life one-two days before Christmas and asking about mail.

He did not receive any from the ~~DoJ~~ AUSA @ 555 4th Street N.W. Wa DC 20530 Furthermore, Sherri Berthrong has now disappeared. Nothing was received at the certified address nor was anything returned and filed with the District Court. - Post 3/20/2015 - except "Letter" at appelless cages.

This would extend beyond the § 2076 violations and the suspensions of appellants priviledge of writ of habeas.

## Conclusion

The Court should order the (Office of Government Ethics) or "Independent Counsel" to investigate the activities of the District Court Clerks and 555 4th St. N.W. AUSA Office.

Respectfully, Kurt Madsen November 2, 2015

Still a $lave to $core $outh Entity.

2 of 2