UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
#15-5192

KURT MADSEN            APPELLANT

V.

WILLIAM SMITH          APPELLEE.

~~CHANGE OF ADDRESS NOTIFICATION~~

AND ~~AMENDED WRIT OF HABEAS CORPUS (28 USC 2242)~~
FRAP RULE 23 MOTION FOR P.R. RELEASE

ON NOVEMBER 17, 2015, I KURT MADSEN WAS ARRESTED BY THE UNITED STATES SECRET SERVICE ON THE GROUNDS OF THE CANADIAN EMBASSY. I PLEADED WITH THE S.S. OFFICER CROZIER AND "SGT." OFFICER WELLS ONLY RELIED UPON NCIC "HIT". WHICH IS UNDER THE SAME CAUSE NUMBER 11-1-10408-3 AS THE 'WARRANT' IN THE ORIGINAL HABEAS APPLICATION. THE ORIGINAL ACCUSATION FOR 11-1-10408-3 WAS A CAPITOL KRIME OR UPPERCASE CRIME.

THE ACCUSATIONS CONTAINED IN THE ORIGINAL WRIT WERE "OTHERWISE INFAMOUS CRIMES" OR LOWER CASE. ① I WAS KIDNAPPED AND TAKEN BACK INTO PEONAGE OR INVOLUNTARY SERVITUDE AS DEFINED (①VIOLATING DUE PROCESS OF THE 5TH AMENDMENT.)

1 OF 3

IN THE TRAFFICKING VICTIMS PROTECTION ACT OF 2000, TVPA. - VIOLATING THE 13th AMENDMENT + POSITIVE LAWS ANOTHER DEFINITION OF INVOLUNTARY SERVITUDE WITHIN THE TVPA IS ABUSE OF LEGAL PROCESS. WHEN CONSTITUTIONAL AND POSITIVE LAW IS IGNORED IT IS ABUSE.

WHEN KIDNAPPED ON SEPTEBER 29, 2014. I WAS ABUSED BY LEGAL PROCESS FOR 13 MONTHS AND 13 DAYS BEFORE ESCAPING AND RETURNING TO THE DISTRICT. I WAS AT THE COURT ON NOVEMBER 13, 2015. MY LAPTOP WAS UNCONSTITUTIONALLY SEIZED! HOWEVER, THE CLERK DID PRINT SOME DOCUMENTS FROM THE ECF.

ALTHOUGH, THE LAW LIBRARIAN IS A KIND PERSON, THE CIRCUIT LIBRARY COULD USE SOME I.T. HELP. IT WAS MERELY ANOTHER SNAFU.

I SUPPOSE THE POINT HERE IS I WAS NOT ABLE TO ACCOMPLISH MUCH, THEREFORE, I WENT TO THE F.B.I. BUILDING WHICH IS SUPPOSE TO BE THE MANAGER OF NCIC WHERE THE ENEMY WITHIN ENTERS "INFORMATION" WHICH IS NOT IN COMPLIANCE WITH THE CONSTITUTION OF THE UNITED STATES, THEREFORE INFECTS THE INTEGRITY OF THE "INFORMATION".

THE F.B.I. BUILDING WAS LIKE FORT KNOX. ② I SENT MESSAGES (E-MAIL) TRYING TO THWART OF THE ① AS IT IS NOW BY (UNION WAS SS.) AND APPELLEE 2 OF 3 ② WHICH IS WHAT OUR LIBERTY SHOULD BE!

ENEMY WITHIN, WHO I KNEW WOULD ENTER ANOTHER BOGUS WARRANT, ANOTHER HIGH-CRIME! WHICH IS NOW OBVIOUSLY THE CASE. IT IS ALSO A FORM OF DOMESTIC TERRORISM THE APPELLEE AND THE "555" "ATTORNEYS" ARE AGAIN ABUSING LEGAL PROCESS BY HOLDING ME TO ANSWER FOR AN OTHERWISE INFAMOUS CRIME, KNOWING THE "WARRANT" UNDER 11-1-10408-3 DOES NOT COMPLY WITH THE CONSTITUTION OR 18 USC 3182, IT ALSO VIOLATES THE TVPA AND RICO YET AGAIN THE UNITED STATES IS A PARTY① IN UNITED STATES V. KURT MADSEN 2015 FUG 16000 – BAIL $50,000°° – COURT DATE 12/20/2015 BEYOND 18 USC 3182 30 DAYS! THEY HAVE NO INTENSIONS OF DISCHARGING ME OF 11-1-10408-3 ONLY ABUSE OF LEGAL PROCESS AND VIOLATING DUE PROCESS OF LAW AND 5TH 8TH AMENDMENT AND THE TVPA OF 2000

CONCLUSION.

I, KURT MADSEN, SHOULD BE RELEASED ON PERSONAL RECOGNANCE UNTIL THIS MATTER IS RESOLVED IT'S OBVIOUSLY NOT MOOT.

RESPECTFULLY KURT MADSEN
CORPORATION OF DC JAIL
① REQUIRES ARTICLE 1901 D STREET S.E.
3 COURT NOT "TRIBUNAL" WASHINGTON D.C. 20003   3 OF 3

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

#54

United States of America

Defendant's name: Kurt v. Madson

Defendant's address: _____

Defendant's phone no.: _____

Cal. #: _____
Case No.: 2015-T0A-11000

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:
THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL
THEY ARE CHANGED OR AMENDED BY A JUDGE**

| | | |
|---|---|---|
| ☐ | **PERSONAL PROMISE** | **PERSONAL RECOGNIZANCE** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. |
| ☐ $____ | | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. |
| ☐ | **SUPERVISORY CUSTODY** | You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone - 585-7077<br><br>SIGNATURE OF CUSTODIAN / Custodian's name / Custodian's address / Custodian's phone no. |
| ☐ | **YOU ARE TO STAY** | ☐ away from the complaining witness. _____ name     ☐ within the D.C. area. |
| ☐ | **YOU ARE TO LIVE** | ☐ at _____ address _____ phone no<br>☐ You are to verify your address with D.C. Pretrial Services in Room C-301 within 24 hours.<br>☐ Curfew is imposed at above address from ___ P.M. to ___ A.M. |
| ☐ | **DRUGS** | Report to D.C. Pretrial Services Agency, Room C-220, for:<br>☐ Evaluation and if positive   ☐ Program placement by PSA<br>☐ Placement in court ordered surveillance _____<br>☐ Enroll in   ☐ Maintain participation at   ☐ PSA   ☐ ADASA   ☐ Other<br>Refrain from illegal drug use. |
| ☐ | **YOU ARE TO REPORT TO** | ☐ D.C. Pretrial Services Agency   ☐ Weekly   ☐ Other ___   ☐ By Phone   ☐ In Person<br>☐ Probation Officer   ☐ Weekly   ☐ Other ___   ☐ By Phone   ☐ In Person<br>☐ Parole Officer   ☐ Weekly   ☐ Other ___   ☐ By Phone   ☐ In Person |
| ☐ | **REVIEW** | You are to report to the D.C. Pretrial Services Agency at room C-301 immediately upon release for a review of conditions |
| ☐ | **YOU ARE TO** | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order. |
| ☐ | **OTHER** | _12/24/15 c/u 1pm_ |
| ☐ $50.00 | **MONEY BOND OF** | ☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit *to be returned* when the Court determines you have performed the conditions of your release. You will deposit the ___ in registry of the Court ___ %.<br>☐ **SURETY BOND** Upon execution of appearance bond with approved surety. |

| **NEXT DUE BACK** | on 12/10/15 in Courtroom 115 at 1:00 ☐ A.M. ☒ P.M.<br>If you have any questions about the date, time, or location CALL<br>THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077 | **YOUR ATTORNEY** _____<br>address _____ phone no. |
|---|---|---|
| **DEFENDANT'S SIGNATURE** ▶ | REFUSE TO SIGN | I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required. |
| **WITNESSED BY** | Peterson | (title or agency) DCPSA |
| **IMPORTANT:** | YOU ARE TO NOTIFY **IMMEDIATELY** THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS. | |

Date 11/17/15

**SO ORDERED**

Signature of Judge

WHITE – COURT JACKET
GREEN – D.C. PRETRIAL SERVICES AGENCY
BLUE – DEFENDANT
YELLOW – DEFENSE ATTORNEY
GOLD – CUSTODIAN
PINK – U.S. ATTORNEY

FORM CD-1293/REV. MAY06