# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

## #15-5192

KURT MADSEN                       APPELLANT

V.

WILLIAM SMITH                     APPELLEE.

### AMENDED WRIT OF HABEAS CORPUS

(NOTE: NOTIFICATION UNDER ECF ~~WAS NOT RECEIVED BY GOV JUN 17 SELF~~ THANK YOU SNAFU)

THE APPELLANT HEREBY PRAYS THE CHIEF JUDGE OF THE COURT PERMIT HIS ORIGINALLY SUSPENDED PRIVILEDGE OF WRITS OF HABEAS CORPUS TO BE AMENDED.

THE APPELLANT IS CURRENTLY IN THE CUSTODY OF THE APPELLEE.

HOWEVER, APPELLANT WAS PLACED UNDER ARREST BY THE UNITED STATES SECRET SERVICE ON THE GROUNDS OF THE CANADIAN EMBASSY ON NOVEMBER 17, 2015, AFTER AT THE REQUEST OF THE APPELLANT THE "SECRET SERVICE" WAS CALLED UPON THE SUGGESTION OF THE CANADIAN EMBASSY AND THE REQUEST OF APPELLANT, THE CANADIAN "SECRET SERVICE"

1 OF 8

THIS AMENDED WRIT IN NO WAY IS INTENDED TO REPLACE THE ORIGINAL ATTACHED IN THE NOA OR THE SECOND FINALY RECEIVED BY THE ~~COURT~~ DISTRICT COURT ON SEPTEMBER 8, 2014. "INCORPORATES" "INFO"

THE APPELLANT HEREBY AMENDS THE "AUGUST 25" WRIT TO INCLUDE THE GOVERNOR OF WASHINGTON STATE FOR HE IS THE CHIEF EXECUTIVE OFFICER RESPONSIBLE FOR THE ABUSE OF LEGAL PROCESS, ARTICULATED TO THE COURT IN OTHER PLEADINGS, &/

THE GOVERNOR WAS THE CEO ON THE SEPTEMBER 29, 2014 KIDNAPPING AND RETURN TO INVOLUNTARY SERVITUDE AS DEFINED BY CONGRESS IN THE TRAFFICING VICTIMS PROTECTION ACT OF 2000.

ON NOVEMBER 3, 2015 - AFTER DARK I WAS RELEASED FROM TOTAL ISOLATION AT SCORE JAIL.

ON NOVEMBER 4, 2015 I REPORTED TO A "DOC" UNSWORN "OFFICER" "DAVIS-COURT" WHO THREATENED ME WITH ARREST IF I TRAVELED "SOUTH OF HWY 518". I REQUESTED THAT I BE ABLE TO GO TO THE COURTHOUSE WHERE THE "MOCK" TRIAL WAS, IN KENT. (HAD JUST FILED PLEAS) MY REQUEST WAS MET WITH FURTHER THREATS OF LEGAL ACTION. "THE ENEMY WITHIN" STYLE.

I THEN WENT TO THE UNITED STATES DISTRICT

2 OF 8

2

COURT FOR WESTERN WASHINGTON IN SEATTLE. ALTHOUGH I WAS NOW PERMITTED ENTRY TO THE BUILDING SINCE USMS AARNOLD KNIGHT WAS NO LONGER THERE I WAS "ESCORTED" (MORE LIKE STALKED AND FOLLOWED.)

I FELT AS THOUGH I WAS A PRISONER INSIDE THE COURT. THE "LAW LIBRARY" WAS USELESS, RELIANCE UPON BOOKS FOR UNITED STATES CODE INSTEAD OF USCODE.HOUSE.GOV (?)

I GUESS THEY DON'T SEIZE ELECTRONICS AT THE DOOR LIKE THE D.C., SO PEOPLE ARE EXPECTED TO HAVE THEIR OWN, I JUST HADN'T HAD MINE FIXED YET AND IT WAS "DOWN SOUTH."

THE POINT HERE IS ALTHOUGH APPELLEE HAS A "LAW LIBRARY" I WAS NOT GIVEN ACCESS THE LAST TIME, FOR MY OCTOBER 6, 2014 DEADLINE IN THE "ONE SUPREME COURT"

TODAY I WAS "TRANSFERD" TO A UNIT THAT JUST HAD "LAW LIBRARY" TODAY, SO I MISSED IT.

THE SECRET SERVICE OF THE UNITED STATES REFUSED TO VERIFY THE NCIC 'WARRANT' WHICH IS ANOTHER ONE THE SAME AS SENT FROM ~~[illegible]~~ $CORE $OUTH "CORRUPTION" ENTITY.

I OBJECTED TO BEING TRANSFERD INTO THE CUSTODY OF APPELLEE BY THE UNITED STATES SECRET SERVICE.

3 OF 8

3

pleading with Officer Crozier and "Sgt" Wells, to protect me under the Trafficking Victims Protection Act of 2000.

I was even "Mirandized" by Officer Crozier and requested to speak with him and "Sgt" Wells I had evidence in my bag of the unconstitutional NCIC warrant.

I explained I was at the FBI building trying to clear up the fraud.

I was at the Court November 13 and 16, 2015 and received the September 2014 Requisition Request.

The Secret Service refused to allow me to produce the evidence or obtain a copy of the current "warrant"

Keeping the facts "Secret"

Moreover, the only "Report" filed is from the Corrupt Corporation of the District of Columbia. (See Appendix A)

My talking about the Secret Service at the 11/17/2015 "Hearing" in the Corrupt Corporation Court made me seem "Crazy".

On November 20, 2015 HIPPA was violated although I spoke with someone for only 5 min.

4 of 8

4

I WAS DEEMED TO BE INCOMPETENT TO ASIST MY OBJECTED TO CJA APPOINTED "ASSISTANCE OF COUNSEL"

ON NOVEMBER 20, 2015 I WAS IN COMPLETE SHOCK AT SUCH AN INJUSTICE.

IN THE CASE OF:
UNITED STATES OF AMERICA
X
KURT MADSEN
2015 FUG 16000

I KURT MADSEN AGAIN AS ON 11/17/2015 OBJECTED THAT THE "SUPERIOR" COURT FOR THE CORPORATION OR THE DISTRICT OF COLUMBIA LACKS JURISDICTION UNDER ARTICLE 3 OF THE UNITED STATES CONSTITUTION.

THIS ~~SUPERIOR~~ COURT WAS THE SCAM SET UP IN MARBURY V. MADISON (1803) WHICH BENT HELL BACK TOWARDS EARTH, IN INSTALLING THE INSTRUMENT OF BLACKSTONE IN THE CHARTERS OF FREEDOM, EXTENDING THE INSANITY OF SLAVERY TO BEYOND THE WRONG (13 STATES) FELL ORIGINAL.
THE UNITED STATES SECRET SERVICE WAS THE

DEPARTMENT WHICH BROUGHT ME INTO THE CURRENT INJUSTICE OF VIOLATIONS OF THE TRAFFICKING VICTIMS PROTECTION ACT OF 2000.

SINCE NOT ONLY IS THE EXECUTIVE DEPARTMENT A "PARTY", BUT RESPONSIBLE FOR THE INJUSTICE OF USING THE AFFORDABLE CARE ACT TO CIRCUMVENT THE "FULL FAITH AND CREDIT" WHEREBY THE WASHINGTON STATE SUPERIOR COURT, AND SUPREME COURT HAVE CONFIDENCE IN THE APPELLANTS COMPETENCE, HE IS SELF-REPRESENTED IN THE TRIAL AND APPELLATE COURTS SINCE 2006 - AND ALSO THE 2010 DECISION IN WASHINGTON STATE V. KURT MADSEN, FOR SELF-REPRESENTATION ALSO THE APPELLANT PROVIDED THE EX POSTI FACTO IDEA TO THE ATTORNEY IN ANOTHER PUBLISHED CASE WASHINGTON STATE V. KURT MADSEN 2009

FURTHERMORE, WHAT WAS DOCUMENTED IN THE COURT OVER THE PAST FEW MONTHS THE APPELLANT IS FORCED TO REPRESENT HIMSELF IN THE LAND OF LAWLESSNESS AND INVOLUNTARY SERVITUDE APPELLEE, ASSISTED IN PROVIDING IN VIOLATION OF THE TVPA OF 2000 AND OTHER POSITIVE LAWS.

ALLOWING APPELLANT TO BE TAKEN BY A

6 OF 8

FOREIGN POWER AS INDICATED IN OTHER PLEADINGS HE SHOULD NOW BE PROTECTED UNDER CHAPTER 209 TITLE 18 BY ART 2 SEC 2 POWER

THE APPELLANT SHOULD BE PROTECTED BY THE CHIEF COMMANDING OFFICER IN THE ARTICLE 1 SECTION 8 CLAUSE 17 SEAT OF THE UNITED STATES GOVERNMENT. THE ARTICLE 2 SECTION 2 CLAUSE 8 PRESIDENT OF THE UNION OF THE UNITED STATES. UNDER DUE PROCESS OF POSITIVE LAWS

THE CHIEF EXECUTIVE OFFICER FOR THE CORPORATION OF THE DISTRICT OF COLUMBIA IS CORRUPT. (LEE SATTERFIELD) JUST AS IS APPELLEE. WHOM HAS SEIZED ALL PAPERS AND EFFECTS OF APPELLANT.

WHICH WERE ORIGINALLY TAKEN BY OFFICERS INTENDED TO PROTECT THE PRESIDENT NOT HARASS THE PEOPLE OF THE UNITED STATES.

THE 10 MILE SQUARE AREA IS LIKE A PRISON OR MILITARY BASE, AND NCIC IS A CORRUPT-DATA-BASE (SEE "WARRANT" VIOLATES THE 4TH) SINCE APPELLEE WAS GIVEN THE POWER AS A CORRUPT ORGANIZATION TO SEIZE ALL COMMUNICATIONS DEVICES① AND REQUIRES "APPROVAL" (SEE APPENDIX C (2 SIDED)) FOR TELEPHONE CALLS.

THE CORRUPT CORPORATION ALSO OPERATES THE ① SMART PHONE - LAPTOP - & "OBAMA PHONE"   7 of 8

COURT.

IN VIOLATION OF THE CONSTITUTION OF THE UNION OF THE UNITED STATES

ITS OFFICERS ARE NOT UNITED STATES OR OFFICERS OF THE SEVERAL STATES TO ATTAIN A POSITION OF PUBLIC TRUST. SEE. ART 6 SEC 3)

THE APPELLEE HAS ASSIGNED APPELLANT A "CASE MANAGER" "PRIVATE" (EMERSON) WHO TODAY 11/23/2015 REFUSED TO ALLOW APPELLANT TO CALL THE COURT 202-216-7000 (PRESS EXT 4) FOR THIS CASE AND UPDATE THE COURT, AND INQUIRE INTO THE EMERGENCY MOTION.

THE "CASE MANAGER" IS THE "BRIDGE" TO APPELLANTS "FREE-SPEECH"

## CONCLUSION

JAY INSLEE WASHINGTONS GOVERNOR
LEE SATTERFIELD CORRUPT CORPORATION CEO
BARACK OBAMA ARTICLE 2 SECTION 2 CEO
SHOULD BE ADDED AS RESPONDENTS TO TVPA VIOLATIONS

THE APPELLANT DECLARES UNDER THE PENALTY OF PERJURY THE TRUTH AS TO THE FACTS AND THAT HIS RIGHTS ARE BEING OPPRESSED IN THIS INSANITY OF INVOLUNTARY SERVITUDE BY THE ABUSE OF LEGAL PROCESS BY THE RICO CORPORATION OF D.C.

" NOVEMBER 23, 2015 "
THE YEAR OF OUR LORD

I PRAY YOU RELEASE ME UNDER RULE 23

KURT MADSEN

AT LEAST 8 OF 8

APPENDIX A

54

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

**USW NO.:**

| DEFENDANT'S NAME: MADSEN, KURT | | | | | CCR: | PDID: 684152 | |
|---|---|---|---|---|---|---|---|
| SEX: M | RACE: W | D.O.B.: 03/04/1969 | HEIGHT: 5'10 | WEIGHT: 180 | EYES: BLUE | HAIR: BROWN | COMPLEXION: LIGHT |

**DEFENDANT'S HOME ADDRESS:** 425 2ND ST NW WASH
**TELEPHONE NUMBER:**

**DEFENDANT'S BUSINESS ADDRESS:** UNKNOWN
**TELEPHONE NUMBER:**

**COMPLAINANT'S NAME:** METROPOLITAN POLICE DEPARTMENT (FUGITIVE UNIT)

**LOCATION OF OFFENSE:** STATE OF WASHINGTON
**DATE OF OFFENSE:** 11/12/2015
**TIME OF OFFENSE:** UNKNOWN

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

The Metropolitan Police Department's Fugitive Unit received an NCIC Hit indicating that the Defendant MADSEN, KURT has an outstanding arrest warrant (OCA#964228) in the state of WASHINGTON. The warrant is charging the Defendant with "ESCAPE". The date of the warrant is November 12, 2015 The Defendant is a Fugitive from the State of WASHINGTON.

On November 17, 2015 the warrant was verified by Officer White of the Metropolitan Police Department Fugitive Unit, through NCIC/WALES check, advising that the warrant is active and they will extradite. D-1's identity was also confirmed through photographs obtained from the Department of Corrections Database and by teletype confirmation, they will extradite.

The Defendant was arrested in the District of Columbia on November 17, 2015. This case will be presented to the USAO for review on November 17, 2015.

**TO:** WARRANT CLERK
**PLEASE ISSUE A WARRANT FOR:** MADSEN, KURT
**CHARGED WITH:** FUGITIVE F/ JUSTICE

*Kendra Briggs*
ASSISTANT UNITED STATES ATTORNEY

**AFFIANT'S SIGNATURE:** X [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS **17TH** DAY OF **NOV**

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Automated Egray, MPD-7D, 9/99
2-1546 wd-382

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

PDID: 684-152

United States of America

v.

Kurt Madsen

**Defendant's name** _____ **Defendant's address** _____ **Defendant's phone no.** _____

Cal. # _____
Case No. 2015 FUG-16000

## YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:
### THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL THEY ARE CHANGED OR AMENDED BY A JUDGE

| | | |
|---|---|---|
| ☐ | **PERSONAL PROMISE** | **PERSONAL RECOGNIZANCE** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. |
| $ ___ | | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. |
| ☐ | **SUPERVISORY CUSTODY** | You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone - 585-7077  — Custodian's name / address / phone no. — SIGNATURE OF CUSTODIAN |
| ☐ | **YOU ARE TO STAY** | ☐ away from the complaining witness. _____ name _____   ☐ within the D.C. area. |
| ☐ | **YOU ARE TO LIVE** | ☐ at _____ address _____ phone no.   ☐ You are to verify your address with D.C. Pretrial Services in Room C-301 within 24 hours.   ☐ Curfew is imposed at above address from ___ P.M. to ___ A.M. |
| ☐ | **DRUGS** | Report to D.C. Pretrial Services Agency, Room C-220, for:   ☐ Evaluation and if positive   ☐ Program placement by PSA   ☐ Placement in court ordered surveillance   ☐ Enroll in ☐ Maintain participation at ☐ PSA ☐ ADASA ☐ Other   Refrain from illegal drug use. |
| ☐ | **YOU ARE TO REPORT TO** | ☐ D.C. Pretrial Services Agency ☐ Weekly ☐ Other ___ ☐ By Phone ☐ In Person   ☐ Probation Officer ☐ Weekly ☐ Other ___ ☐ By Phone ☐ In Person   ☐ Parole Officer ☐ Weekly ☐ Other ___ ☐ By Phone ☐ In Person |
| ☐ | **REVIEW** | You are to report to the D.C. Pretrial Services Agency at room C-301 immediately upon release for a review of conditions |
| ☒ | **YOU ARE TO** | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order. |
| ☒ | **OTHER** | |
| **MONEY BOND OF** $5,000 | | ☒ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit *to be returned* when the Court determines you have performed the conditions of your release. You will deposit the ___ in registry of the Court ___ %.   ☐ **SURETY BOND** Upon execution of appearance bond with approved surety. |

**NEXT DUE BACK** on 12/16/15 in Courtroom 316 at __ A.M./P.M.
If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077

**YOUR ATTORNEY** Pro Se
Farretta / California
address / phone no.

**DEFENDANT'S SIGNATURE** ▶ [signature] 19occ3182

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**WITNESSED BY** _____ (title or agency) PSA-DC

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

Date 11/30/2015

**SO ORDERED**
▶ Will. W. Noc
Signature of Judge

WHITE – COURT JACKET
GREEN – D.C. PRETRIAL SERVICES AGENCY
BLUE – DEFENDANT
YELLOW – DEFENSE ATTORNEY
GOLD – CUSTODIAN
PINK – U.S. ATTORNEY

FORM CD-1293/REV. MAY06

APPENDIX C
XZ SIDES



# DC Department of Corrections

## Inmate Telephone ID Number Release Form

**Inmate Name:** MADSEN, KURT
**Inmate DCDC#:** 345102
**Inmate Booking#:** 2015-15516    UNIT _____
**Inmate DOB:** 3.4.1969              CELL _____
**Telephone ID#:** 3445749

This document is an agreement between __X__ and **Washington DC Department of Corrections** referred to as "the Facility" in this document.

By signing below, I understand that the Telephone ID number above has been issued to me for access to the Inmate Telephone System and can be used to debit monies from my inmate account for telephone calls and/or commissary orders, and can be used to place collect telephone calls.

I further understand and agree that it is my responsibility to keep this number confidential, so as to protect against unauthorized access and use of monies kept in my inmate account, and so as to protect against unauthorized placement and charging of collect telephone calls.

I understand and agree that neither the Facility, nor INMATE TELEPHONE, INC., assume any responsibility for the unauthorized use of my Telephone ID Number.

In the event that monies are deducted from my inmate account due to unauthorized use of my Telephone ID number, I understand and agree that neither the Facility, nor INMATE TELEPHONE, INC., will reimburse me for any unauthorized deductions from my account.

In the event that charges for collect telephone calls are incurred due to unauthorized use of my Telephone ID number, I understand and agree that neither the Facility, nor INMATE TELEPHONE, INC., will reimburse me for any unauthorized collect telephone call charges.

I understand and agree that using another inmate's Telephone ID number, or allowing another inmate to use my Telephone ID number, is strictly forbidden, and may result in the Facility taking disciplinary action against me.

I agree to notify an officer of the Facility if my Telephone ID Number becomes known by other inmates, so it can be changed immediately.

I understand and agree that telephone calls are subject to monitoring, recording, and may be intercepted or divulged.

I understand and agree the Inmate Telephone System should not be used for attorney telephone calls because the attorney/client privilege cannot be protected. Telephone calls with attorneys should be arranged through a Case Manager of the Facility.

**Inmate Signature** _____ Date: _____

**Case Manager Signature:** _____ Date: _____

DC Department of Corrections     PS 4030.1   Attachment A

\*\*\*EMERGENCY GRIEVANCE\*

# INMATE COMPLAINT - INFORMAL RESOLUTION
(See Reverse Side for More Information)

TO: DIRECTOR ~~Inmate Grievance Coordinator~~    Date: 11/20/2015

Inmate Name (print clearly): KURT MADSEN    DCDC #: 345102    Hsg.Unit: SOUTH 2   Cell: 31    Signature: [signed]

**You Can Only Use This Form 7 Calendar Days After Filing A Request Slip And It Was Not Answered**

## NATURE OF COMPLAINT

- [x] Facility Transfer
- [ ] Program and Activities
- [ ] Case Management Services
- [ ] Staff Treatment
- [ ] Communications (mail, visits, telephone, legal)
- [ ] Sentence computation, jail credit, over detention
- [ ] Rules and Regulations
- [ ] Discrimination
- [ ] Safety and Security
- [ ] Fire Safety and Sanitation
- [ ] Personal Hygiene
- [ ] Health Care
- [ ] Food Service
- [ ] Property
- [ ] Finance
- [ ] Facilities Management
- [ ] Transportation
- [ ] Other

Date you sent an inmate request slip or asked for assistance: 11/17/2015    To Whom: DCDOC "BOOKING"

### EXPLANATION/COMMENTS

AS INDICATED IN "ATTACHMENT B" DC DOC IS VIOLATING THE TVPA OF 2000 IF AN EMERGENCY CAN BE HAD FOR A PREA COMPLAINT THE TVPA IS ENTITLED TO THE SAME PROCESS PROTECTIONS AS THE CASE OF KURT MADSEN V. WILLIAM SMITH USDCDC 14-1716 ALSO APPEAL # 15-5192 DCDOC FAILED TO PROTECT MY RIGHTS IN SEPT-2014 INFACT THE DC DOC NOW KNOWS THE WASHINGTON STATE DOC HAS ABUSED LEGAL PROCESS BY ENTERING UNCONSTITUTIONAL 'WARRANTS' INTO NCIC. HOWEVER, SINCE I AM A SOURCE FOR FINANCIAL GAIN TO THE DC DOC FOR MY INVOLUNTARY SERVITUDE AS DEFINED IN THE TVPA OF 2000, THE ABUSE OF LEGAL PROCESS AND THE ABUSE BY THE DC DOC IN 2014 BY WITHHOLDING THE DELIVERY OF LEGAL MAIL AND ALLOWING MY RETURN WITHOUT PROPER OFFICIALS OR AUTHORITY TO A STATE OF PEONAGE FOR 13 MONTHS IS UNACCEPTABLE AND DCDOC CAN NOT BE TRUSTED.

**FOR DOC COMPLETION BELOW THIS LINE**

Assigned to: _____    Date: _____    Response Due: _____

ACTION TAKEN

- [ ] Resolved
- [ ] Not Resolved - Inmate advised of formal process

Print Name (Staff Name)    Signature    Date

Print Name (Inmate Name)    Signature    Date