

UNITED STATES COURT OF APPEALS
FOR THE
DISTRICT OF COLUMBIA CIRCUIT

#15-5192

KURT MADSEN                                    APPELLANT
   V.
WILLIAM SMITH                                  APPELLEE.

CERTIFICATION OF SERVICE

AGAIN APPELLANT IS AWARE SERVICE IS MADE THROUGH E-MAIL IMMEDIATLY AFTER SCAN AND DOCKETING, BY THE APPELLATE ECF SYSTEM. HOWEVER, ON DECEMBER 7, 2015 APPELLANT CAUSED A COPY OF THE "MOTION FOR STAY OF COURT OF INCOMPETENT JURISDICTION PROCEEDINGS AND IMMUNITY..." TO BE SENT BY APPELLEE THROUGH AN UNKNOWN CLASS OF UNIONIZED LETTER-CARRIERS①, TO THE DEPARTMENT OF JUSTICE @ THE JOHN F. KENNEDY BUILDING. WHO WILL HOPEFULLY INVESTIGATE THE TRAITORS AT THE 555 4TH AVE N.W. BUILDING. 12/7/15

— KURT MADSEN

KURT MADSEN V WILLIAM SMITH 15-5192
① SUPPORTED BY THE INCARCERATION INDUSTRY AND THE JUDICIAL DEPARTMENT.