RECEIVED Mail Room
DEC - 7 2015
United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
#15-5192

4-LD

KURT MADSEN                             APPELLANT
v.
WILLIAM SMITH                           APPELLEE.

NOTICE OF APPELLANTS INCOMMUNICADO AND INVOLUNTARY SERVITUDE, REQUEST FOR SERVICE.

THE APPELLANT HAS BEEN IN THE CUSTODY OF APPELLEE THREE TIMES, THE LAST IS NOTED IN DKT 12 AND THE SUBJECT OF APPEAL, AND NOW AN AMENDED/SUPPLEMENTED APPLICATION BY APPELLANT.

ALONG WITH THE SEIZURE OF APPELLANT/APPELLANTS PERSON APPELLEE HAS SEIZED OR ALLOWED THE SEIZURE OF ALL APPELANTS PAPERS AND EFFECTS, IE. TELEPHONE, COMPUTER — SMARTPHONE. APPELLEE ALSO VIOLATED THE MAIL FRAUD ACT AND CONFISCATED DOCUMENTS INTENDED FOR SERVICE BY UNITED STATES MAIL. APPELLEE, HAS NOT PERMITTED APPELLANT TO CALL THE COURT OR ANY MEMBER OF THE LOCAL BAR, APPELLEE ONLY ALLOW TRIES THROUGH A "CASE MANAGER" AND SINCE APPELLEE'S ARRIVAL HAS REFUSED, NOW IN NW3 THEIR IS NO "CASE MANAGER", WHICH FURTHER FACILITATES THE CONSPIRACY TO VIOLATE THE TRAFFICKING VICTIMS PROTECTION ACT OF 2000.

CONSIDERING THE OTHER PLEADINGS AND ALL RECEIVE SERVICE THROUGH ECF, AND AN ORIGINAL 28 USC 2242 APPLICATION RECEIVE SERVICE THROUGH THE UNITED STATES MARSHALS AND THE APPELLANT-APPLICANT HAS NOW AMENDED/SUPPLEMENTED HIS ORIGINAL APPLICATION, WHICH SHOULD INCLUDE ALL "INFORMATION" THROUGH 28 USC 2243 AND CERTIFIED AS SUCH.

THE APPELLANT-APPLICANT REQUESTS THAT WHEN SERVICE OF THE 28 USC 2243 APPLICATION DATED TODAY DECEMBER 2, 2015 AND DECEMBER 2, 2015 2243 MOTION IS CERTIFIED BY THE JOHN F. KENNEDY BUILDING DEPARTMENT OF JUSTICE BY THE ATTORNEY GENERAL OF THE UNITED STATES V. THE 555 4TH AVE TRAITORS THAT THE APPLICANT RECEIVE THE SAME DOCUMENTS THROUGH THE UNITED STATES MARSHALS.

RESPECTFULLY    DECEMBER 2, 2015

KURT MADSEN

I KURT MADSEN CERTIFY THAT ON DECEMBER 2, 2015 I CAUSED THE AMENDED/SUPPLEMENTAL APPLICATION UNDER 28 USC 2242-2241 AND THE 28 USC 2243 MOTION AND THIS TO BE DELIVERED "FIRST-CLASS MAIL" AFTER SCANNING AND EMAILING BY ANOTHER PERSON WHO IS SCHEDULED FOR RELEASE FROM APPELLEE'S "BUILDING" DECEMBER 2, 2015   KURT MADSEN

2 OF 2