RECEIVED Mail Room
DEC - 7 2015
United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

# 15-5192

KURT MADSEN                                      APPELLANT
  v.
WILLIAM SMITH                                    APPELLEE.

MOTION FOR AMENDED/SUPPLEMENTED APPLICATION TO RECEIVE "GOOD-BEHAVIOUR" UNDER 28 USC 2243 AND TRUE CAUSE CERTIFICATION, OF 2243 "HELD TO ANSWER"

I, KURT MADSEN, MOTION THE COURT, REQUIRE THE APPELLEE, REPRESENTED BY TRAITORS OF THE UNITED STATES, TO "MAKE A RETURN CERTIFYING THE TRUE CAUSE OF THE DETENTION" AS REQUIRED BY 28 USC 2243. FURTHERMORE, WITHIN THE THREE DAYS, SINCE THE ADDITIONAL TIME, GIVEN BY JUDGE COLLYER, DID NOT MAKE A "TRUE CAUSE" CERTIFICATION IT WAS FRAUD UPON THE COURT. (SEE NOA CERTIFICATIONS BY SOS OF WASHINGTON) BY A TRAITOR OF THE UNITED STATES, ALTHOUGH STILL A MEMBER OF THE BAR, SHE HAS STUMBLED OFF SOMEWHERE, ACCORDING TO THE LOCAL BAR.

THE POINT HERE IS IN THE ORIGINAL (SECOND) THE TRAITOR RELIED UPON THE CORRUPT CORPORATION COURT

1 of 2

RECORDS, AS DOCTORD BY GENRAL LEE, OR AKA ~~CHEIF JUDGE~~ SATTERFIELD.

HOWEVER, AS IS SHOWN IN ~~&~~ UNITED STATES V. KURT MADSEN 2015 F.3d 16000, THE CORRUPT CORPORATION COURT, OMMITS THE ARREST BY THE SECRET SERVICE.

FURTHER MORE, THE 'HIT' BY THE SECRET SERVICE WAS FROM THE NATIONAL CRIME INFORMATION COMPUTER NCIC. WHICH IS MANAGED BY THE DIRECTOR FOR THE FEDERAL ~~BUR~~ BEREAU OF INVESTIGATION.

UNDER __ USC § 532 APPOINTED BY THE US ATTORNEY GENRAL.

THEREFORE ANY 28 USC 2243 TRUE CAUSE CERTIFICATION SHOULD INCLUDE.

~~1) ALL NCIC DATABASE DOCUMENTS 2014-2015~~

2) ALL SECRET SERVICE RECORDS/REPORTS REGARDING APPELLANT-APPLICANT FROM NOVEMBER 17, 2015. INCLUDING SEIZURE DOCUMENT OF "PAPERS AND EFFECTS"

3) WASHINGTON STATE REQUISITION REQUESTS 2014-2015 AUGUST 17, 2014 - SEPTEMBER 24, 2014 OMMITED IN OTHER 28 USC 2243.

4) ALL EMAILS OR COMMUNICATION REGARDING WASHINGTON STATE V. KURT MADSEN. CASE 11-1-10408-3 ~~OR THE~~ AND THE NCIC DATABASE ENTRY'S FROM 2014-2015 AS IT RELATES TO THAT CASE NUMBER 17-1-10408-3. "WARRANT."

RESPECTFULLY KURT MADSEN DECEMBER 2, 2015

RECEIVED Mail Room DEC - 7 2015 United States Court of Appeals District of Columbia

UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

#15-5192

KURT MADSEN                                               APPELLANT

V.

WILLIAM SMITH                                             APPELLEE

AMENDED/SUPPLEMENTED APPLICACATION FOR WRIT OF HABEAS CORPUS - 28 USC 2242 - FOR 28 USC 2241 ENTERTAINMENT UNDER ARTICLE I SECTION 9 CLAUSE 2 AND THE ENTIRE CONSTITUTION, THE APPELLANT IS CURRENTLY "HELD TO ANSWER" INCOMMUNICADO① BY THE APPELLEE AT HE AND HIS DICTATORS (THOMAS FAUST) FACILITY AT:

D.C. DEPARTMENT OF 'CORRECTIONS'
1901 DSI SE WASHINGTON D.C. 20003

THIS CORRUPTION CAMP IS LOCATED WITHIN THE 10 MILE SQUARE AREA OF ARTICLE I SECTION 8 CLAUSE 17 (ALL ARTICLES AND AMENDMENTS REFERENCE THE CONSTITUTION OF THE UNITED STATES, 'EXCEPT' AS 'OTHERWISE' INDICATED)

GIVEN THE PROGRESSIVE 'STATE' OF THE ARTICLES LEADING UP TO CLAUSE 17. THAT IS ARTICLE I SECTION 8 CLAUSE 15

① SEE NOTICE OF INVOLUNTARY SERVITUDE ~~APPENDIX B FOR APPELLEES ANSWER TO "FACETIME" VIA SMARTPHONE~~

1 OF 18

"TO PROVIDE FOR CALLING FORTH THE MILITIA TO EXECUTE THE LAWS OF THE UNION, SUPPRESS INSURRECTIONS AND REPEL INVASIONS;"
[IT THEN IMMEDIATLY ADDS] (SEE HURTADO v. CALIFORNIA, 110 US 516 (1884) AS IT INTERPRETS DUE PROCESS IN THE 5TH AMENDMENT AND THE GRAND JURY "REPUBLICAN FORM" OF GOVERNMENT)

"TO PROVIDE FOR ORGANIZING, ARMING, AND DISCIPLINING, THE MILITIA, AND FOR GOVERNING SUCH PART OF THEM AS MAY BE EMPLOYED IN THE SERVICE OF THE UNITED STATES, RESERVING TO THE STATES RESPECTIVELY, THE APPOINTMENT OF THE OFFICERS, AND THE AUTHORITY OF TRAINING THE MILITIA ACCORDING TO THE DISCIPLINE PRESCRIBED BY CONGRESS;"

[IT, (BEING THE 'SUPREME LAW OF THE LAND UNDER ARTICLE 6 CLAUSE 2] THEN IMMEDIATLY ADDS]

"TO EXERCISE EXCLUSIVE LEGISLATION IN ALL CASES WHATSOEVER, OVER SUCH DISTRICT (NOT EXCEEDING TEN MILES SQUARE) AS MAY,... BECOME THE SEAT OF THE GOVERNMENT OF THE UNITED STATES, AND TO EXERCISE LIKE AUTHORITY OVER ALL PLACES... IN WHICH THE SHALL BE, FOR THE ERECTION OF ... OTHER NEEDFUL BUILDINGS;"...

— IT IS UNCLEAR HOW APPELLEE① INVADED THE DISTRICT. —

ON NOVEMBER 17, 2015 APPELLANT WAS ARRESTED BY OFFICER CROZIER BADGE No 1565 OF THE UNITED STATES SECRET SERVICE ON THE GROUNDS OF THE CANADIAN EMBASSY, AFTER ANOTHER S.S. OFFICER DEMANDED TO SEE APPELLANTS I.D. WITHOUT ANY PROBABLE CAUSE.

HOWEVER, APPELLANT, HAPPILY PROVIDED THIS 'INFORMATION' TO
① AND HIS CO-CONSPIRATORS - INVADERS - TRAITORS - REBELS. CORRUPT ORGANIZATION.

2 OF 18

THE S.S. OFFICER, WHO THEN RADIO'D APPELLANTS NAME TO AN UNKNOWN DISPATCH CENTER, WHERE A CLAIM WAS MADE ON THE NCIC THAT APPELLANT WAS A 'WANTED' FUGITIVE FOR ESCAPE.

THE APPELLANT DEMANDED SECRET SERVICE S.S. OFFICE COZIER AND S.S. SGT. WELLS SHOW THE APPELLANT THE 'WARRANT' MOREOVER, APPELLANT DEMANDED HE NOT BE TAKEN TO, OR TRANSFERD INTO THE CUSTODY OF THE CORPORATION FOR THE DISTRICT OF COLUMBIA.

FURTHERMORE, APPELLANT HAD COPY'S OF THE 'WARRANT' WHICH WERE PROVIDED BY THE UNITED STATES COURT OF APPEALS CLERK ON NOVEMBER 13, 16, 2015.[1] NOT ONLY CONTAINED IN THE NOTICE OF APPEAL, BUT WITHIN SEVERAL PLEADINGS FROM SEPTEMBER 29, 2015 THROUGH NOVEMBER 3, 2015 WHILE APPELLANT WAS A PARTY TO INVOLUNTARY SERVITUDE AT $CORE $OUTH CORRUPTION ENTITY.

AT ANY RATE, THE SECRET S.S. REFUSED TO EVEN SPEAK TO APPELLANT, EVENTHOUGH S.S. OFFICER COZIER HAD APPELLANT SIGN A 'WAIVER' OF "NO PERSON... SHALL BE COMPELLED IN ANY CRIMINAL CASE TO BE A WITNESS AGAINST HIMSELF" AS PROVIDED UNDER THE 5TH AMENDMENT.

ON THE FORM THE APPELLANT-APPLICANT INDICATED HE WAS BEING VICTIMIZED IN VIOLATION OF THE TRAFFICKING VICTIMS PROTECTION ACT OF 2000.

3 OF 18

[1] ALL 'WARRANTS' FOR 11-1-10408-3 ARE CARBON COPYS, ACCUSATIONS CHANGE, SEE 13 ACCUSATIONS IN NOA AND THOSE AFTER OR ON SEPTEMBER 29, 2015 FILE.

FURTHERMORE, THE APPELLANT-APPLICANT GAVE REPEATED WARNINGS TO BOTH SS OFFICER COZIER AND SS. SGT. WELLS THAT THE NCIC ENTRY DID NOT COMPLY AND WAS CONTRARY TO THE 4TH AMENDMENT WHICH WAS NOW A DEPRIVATION OF LIBERTY WITHOUT DUE PROCESS OF LAW IN VIOLATION OF THE 5TH AMENDMENT.

NIETHER CARED.

IN-FACT SS. OFFICER COZIER WENT AND REMOVED MY GLASSES FROM MY FACE. CLAIMING I COULD NOT WEAR THEM WHILE UNDER ARREST. WHICH IS PARA MATERIA TO BEING "HELD TO ANSWER".①

AFTER SEIZURE OF MY PERSON, WITHOUT PROBABLE CAUSE, THEN BASED ONLY UPON AN NCIC "HIT", THE TWO SS. OFFICERS THEN SEIZED ALL OF MY "PAPERS", AND EFFECTS". LEAVING THEM IN THE CUSTODY OF THE CORPORATION CALLED "METROPOLITAN POLICE DEPARTMENT" AND STATION CLERK BADGE NO. 3598. (SEE NOTICE OF I.S.)

SS OFFICER COZIER AND SS. SGT. WELLS, WITHOUT CONFIRMING OR PHYSICALLY SHOWING ME THE 'WARRANT' THEN TRANSFERD ME, OVER MY OBJECTIONS, TO THE CENTRAL HOLDING FACILITY, OPERATED BY APPELLANT, (ALL CAPITOL CAPTURED PEOPLE ARE TAKEN HERE) ON THE SAME DAY, NOVEMBER 17, 2015 THE UNITED STATES CHARGED ME AND ACCUSED ME OF AN "OTHERWISE INFAMOUS CRIME" IN THE CASE OF UNITED STATES V. KURT MADSEN, 2015 FUG 16000. CLAIMING THAT THE APPELLANT-APPLICANT IS A FUGITIVE FROM JUSTICE, UNDER THE CASE OF WASHINGTON STATE V. KURT MADSEN 11-1-10408-3.

① WHO IS TRAINING THE S.S.? THE THIRD REICH?

THESE ACCUSATIONS ARE THE THIRD TIME FOR THE UNITED STATES ATTORNEY'S OFFICE AT 555 4TH AVE NW, ARE THEY THE THIRD REICH?

MOREOVER, IT IS THE THIRD TIME A MEMBER OF THE BAR, EXCEPT THE DRINKING ONE, STARBUCKS INCLUDED, OR [EXCLUDED] HAS RECEIVED FUNDS UNDER THE CRIMINAL JUSTICE ACT OVER THE OBJECTIONS OF THE APPELLANT-APPLICANT, DEFRAUDING THE UNITED STATES (18 USC 371 VIOLATION)

IT IS ABSURD THE CORPORATION OF CORRUPTION COURT- CALL IT SUPERIOR COURT IF YOU LIKE- IT'S CORRUPT ALL THE SAME- WILL GIVE ARTICLE 4 SECTION 1 "FULL FAITH AND CREDIT" TO A FRAUDULANTLY ENTERD NCIC 'WARRANT' THAT GENERAL LEE -OH CALL HIM "CHIEF JUDGE SATTERFIELD" IF YOU MUST= KNOWS DOES NOT COMPLY TO THE 4TH AMENDMENT, 5TH OR 13TH AMENDMENTS. OR THE POSITIVE LAW (18 USC 3182) REQUIREMENTS.. (SEE NOA AND RULE 46 DKT 22 OBJECTIONS) GENERAL LEE AND THE NCIC 'WARRANT' IS TREASON A "JURIST OF REASON" IN ANY BAR WOULD UNDERSTAND, UNLESS YOUR A TRAITOR OR HAD A FEW TOO MANY.

THE POINT HERE IS THE GENERAL LEE CORPORATION OF CORRUPTION COURT FAIL TO GIVE ARTICLE 4 SECTION 1 "FULL FAITH AND CREDIT".. "TO THE JUDICIAL PROCEEDINGS OF EVERY OTHER STATE" AS IT RELATES TO THE APPELLANT- APPLICANT PROCEEDING PROSE AT THE TRIAL AND ON APPEAL AS DETERMINED BY THE WASHINGTON STATE SUPREME COURT IN WASHINGTON STATE V. KURT MADSEN, MARCH 25 (2010) DEFRAUDING THE APPLICANT OF A RECALL AND $CORES OF $.

ALTHOUGH APPLICANT-APPELLANT HAS FILED A NOTICE OF

REMOVAL UNDER 28 USC 1455, FOR THE "FUGITIVE FROM JUSTICE" ACCUSATIONS, THE FACT REMAINS THE UNITED STATES IS A PARTY, IN UNITED STATES V. KURT MADSEN 2015 FUG 16000 THEREFORE THE CORUPT CORPORATION COURT LACKS JURISDICTION! UNDER "LIVE BY THE SWORD DIE BY THE SWORD" "SAY WHAT THE LAW IS" CIRCA 1803 ARTICLE 3 "THE JUDICIAL POWER SHALL EXTEND TO ALL CASES, IN LAW AND EQUITY, ARISING UNDER THIS CONSTITUTION, THE LAWS OF THE UNITED STATES ... TO CONTROVERSIES TO WHICH THE UNITED STATES SHALL BE A PARTY"

SINCE THE ACCUSATIONS ARE UNDER THE SAME WASHINGTON STATE V. KURT MADSEN 11-1-10408-3 CAUSE NUMBER, AND THE POSITIVE LAW 28 USC 2242 ALLOWS FOR AMENDMENT OR SUPPLEMENT AND THE APPELLANT-APPLICANT HAS A PENDING APPEAL REGARDING THE SUSPENDED ARTICLE 1 SECTION 9 CLAUSE 2 PRIVELEDGE, ALONG WITH OTHER MOTIONS IN THE COURT OF APPEALS FOR THE UNITED STATES, THIS AMENDED/SUPPLEMENTAL APPLICATION IS MADE TO THE CHIEF JUDGE OF THE UNITED STATES COURT OF APPEALS, FOR THOSE REASONS.

HOWEVER, MOST IMPORTANTLY THIS APPLICATION IS NOT MADE TO THE DISTRICT COURT, BECAUSE IN ADDITION TO THE SUSPENSION OF THE ORIGINAL, BY AN UNKNOWN PARTY VIOLATING ARTICLE 1 SECTION 9 CLAUSE 2 AND NOT DOCKETING THE ORIGINAL UNTIL AFTER APPLICANT WAS KIDNAPPED AND TAKEN BACK INTO INVOLUNTARY SERVITUDE, AS DEFINED BY CONGRESS UNDER

THE TRAFFICKING VICTIMS PROTECTION ACT OF 2000. - TVPA of 2000

The District Court Judge Collyer actually violated 28 USC 2243, extending the three days to twenty or a score without any cause, then extending time again, beyond the score days.

Furthermore, the District Court Judge Collyer has "abused the legal process" by allowing an "abuse of legal process" by treating the appellant-applicant as if he was merely a "runaway slave" under Article 4 Section 1 Clause 3 giving "full faith and credit" to the enemy within and the Post-13th Amendment oppression of the people of the United States, the TVPA was enacted to PROTECT PEOPLE!!!

The District Court Judge Collyer further facilitated the activities of a corrupt organization and allowed the victimization of the applicant-appellant to continue un-checked, as does General Lee.

Instead of interpreting the 'Supreme Law of the Land' together with 1 USC 204 Positive Law, Judge Collyer relied upon the 'Rule of Flaw' or "Case Law" and not the facts and law associated with the appellant-applicants present, kidnapping and state of involuntary servitude!!! Even in [DKT 2] the AUSA at 555 4th Ave N.W. provided missleading 'information'① in the initial response, as indicated in other pleadings.

To be curt, some 'information' should be provided, to a

① Also violating 18 USC 1592 by concealing documents from said state.

7 OF 18

GRAND JURY, UNDER 18 USC 241 AND 242 AND POSITIVE LAW PROTECTIONS AGAINST INVOLUNTARY SERVITUDE BY ABUSE OF LEGAL PROCESS, AS PROVIDED UNDER THE TVPA OF 2000, AND LAWS AGAINST KIDNAPPING.

JUDGE COLLYER NOR THE MEMBERS OF THE BAR AT 555 4TH AVE N.W. ARE IMMUNE FROM CRIMINAL PROSECUTION, NOR IS ANY CORRUPT CORPORATION 'OFFICER' OR ONE OF THE ENEMY WITHIN! ①
THE APPELLANT-APPLICANT IS ENTITLED TO ALL THE PRIVILEGES AND IMMUNITIES OF CITIZENS IN THE SEVERAL STATES" AS EMBODIED IN ARTICLE 4 SECTION 1

THATS ALL SO INCLUDING THE DECLARATION OF THE 13 UNITED STATES OF AMERICA.

~~IMMUNITY~~
AN ENTITLEMENT WAS EMBODIED IN THE 5TH AMENDMENT

"NO PERSON (MANDATORY) SHALL BE HELD TO ANSWER FOR A CAPITOL,"
   (IMMUNITY) (IMMUNITY) (IMMUNITY)    (HIGH-UPPERCASE)
OR OTHERWISE INFAMOUS CRIME, UNLESS ON A
  (LOWERCASE)  (JAILED)     (IMMUNITY)
PRESENTMENT OR INDICTMENT OF A GRAND JURY,
 (IMMUNITY)    (IMMUNITY)      (= PROTECTION =)
[ONLY]✱ EXCEPT IN CASES ARISING IN THE LAND OR NAVAL FORCES, OR IN THE MILITIA, WHEN IN ACTUAL SERVICE IN TIME OF WAR OR PUBLIC DANGER,"
① OR GENERAL LEE ! ! !

8 OF 18

[IT THEN IMMEDIATLY ADDS]
"NOR SHALL ANY PERSON BE SUBJECT FOR THE SAME OFFENCE BE TWICE PUT IN JEOPARDY OF LIFE OR LIMB;"
AS INDICATED THIS IS THE THIRD 11-1-0108-3 ACCUSATION
UNDER ARTICLE 4 SECTION 1
"CONGRESS MAY BY GENERAL LAWS PRESCRIBE THE MANNER IN WHICH SUCH ACTS, RECORDS AND PROCEEDINGS SHALL BE PROVED AND THE EFFECT THEREOF."

IT IS NO WONDER WHY SECRETARY OF STATE JOHN MARSHAL IS GIVEN SUCH A PRAISE OF NOBILITY.
THE STATUE IN JOHN MARSHAL PARK, WHICH SEPERATES THE CANADIAN EMBASSY FROM THE UNITED STATES DISTRICT AND COURT OF APPEALS, IS IDENTICAL TO THE ONE AT OR IN THE "OLE SUPREME COURT" BUILDING WHICH BROKE GROUND DECEMBER 20, 1929.

HOWEVER, THE STATUTES ENACTED AFTER DECEMBER 20, 1860 AND THE AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES AFTER THAT DATE SOUTH CAROLINA SUCCEEDED ARE OF MORE IMPORTANTS TO THIS ARTICLE 1 SECTION 9 CLAUSE 2 PRIVILEDGE THAN THE IMPUNITY ENACTED THROUGH THE ARTICLE 3 PRETENDED LEGISLATION, ENABLED THROUGH THE TREASON OF A "TREASONABLE JURIST".
IT IS RATHER INTERESTING THAT ROBERT F. KENNEDY STARTED HIS INVESTIGATION OF THE ENEMY WITHIN ON

9 OF 18

December 20, according to page one of his book "The Enemy Within"

However, the Enemy Within all created or investigated on December 20, are all one in the same. 1776 1860-65 1963-1968 TODAY WE PAY! The oposition of "We the People..." as the inception of January 20, 1801 for the "One Chief Judge" who Fucked① generations of people, within the Union of the United States, Black, Native or otherwise!!!

I find it rather absurd that the inauguration of the Article 2 Chief Executive Power which appointed the Justice Department Head on January 20, 1801 was later also switched from March Fourth to January 20.

At any rate, the Appellant-Applicant has made his point regarding the "Rule of Flaw" in other pleadings.

Although the current puppet for the Enemy Within or as known to the General Lee and the General Population, the President waited just one day, to take his second term Article 2 Section 1 Clause 8 oath "I do solenly swear — that I will faithfully execute the office of the President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States"

① The Orginal SNAFU!

10 of 18

THE PRESIDENTIAL PUPPET HAS DONE NOTHING TO PROTECT THE PEOPLE OF THE 10 MILE SQUARE AREA AGAINST GENERAL LEE AND HIS CORRUPT CORPORATION COURT[①] (C3)

WHEREBY C3 SENDS PEOPLE TO BE "HELD TO ANSWER" FOR ~~CRIMES COMMITTED~~ ACCUSATIONS OF "OTHERWISE INFAMOUS CRIMES" WITHOUT THE PROTECTIONS OF THE 5th AMENDMENT, TO THE APPELLEE'S ~~NEEDFUL~~ BUILDING!!! (T)

FURTHERMORE, THE UNITED STATES IS A PARTY, THEREFORE JURISDICTION IS UNDER AN ~~INFERIOR~~ UNITED STATES COURT AS ARTICLE 3 SECTION 2 CLAUSE 1 ESTABLISHES AND ARTICLE 1 SECTION 8 CLAUSE 17 DIRECTS CONGRESS.

MOREOVER, THE PRESIDENTIAL PUPPET ALSO ALLOWS GENERAL LEE TO VIOLATE THE TRAFFICKING VICTIMS PROTECTION ACT OF 2000, (AS DOES THE "CORPORATION" AND ENEMY WITHIN.) WHICH WAS ENACTED BY THE ARTICLE 1 SECTION 1 LEGISLATIVE POWER TO ENFORCE THE 13th AMENDMENT, SECTION 1

"NEITHER SLAVERY NOR INVOLUNTARY SERVITUDE, EXCEPT AS PUNISHMENT FOR CRIME WHEREOF THE PARTY SHALL HAVE BEEN DULY CONVICTED, SHALL EXIST WITHIN THE UNITED STATES, OR ANY PLACE SUBJECT TO THEIR JURISDICTION"

SECTION 2 CREATED 1USC204 POSITIVE LAW LEGISLATION UNDER TITLE 18, WHICH THE TVPA

① OR THE CORRUPT ORGANIZATION "CORPORATION" FOR K STREET??? NOT FOR PEOPLE!!!

11 OF 18

DEFINED "INVOLUNTARY SERVITUDE" OVERRULING THE "ONE SUPREME COURT"

IGNORANCE OF THE ARTICLE 6 CLAUSE 2 "SUPREME LAW OF THE LAND" OR THE ~~ARTICLE~~ POSITIVE LAW IS NO EXCUSE MR. PRESIDENT, PUPPET WHO SHOOK THE HAND OF THE ENEMY WITHIN PRESIDENT, AND REMOVED OVERSIGHT!!!

THE UNITED STATES SECRET SERVICE RETURNED THE APPELLANT-APPLICANT TO A "CONDITION OF PEONAGE" VIOLATING 18 USC 1581

THE CORRUPT CORPORATION COURT AND APPELLEE ARE VIOLATING 18 USC 1584 BY "KNOWINGLY AND WILLFULLY" HOLDING APPELLANT-APPLICANT TO INVOLUNTARY SERVITUDE"

THE APPELLEE AND HIS "OFFICERS" OF THE CORRUPT CORPORATION TRANSFER THE APPELLANT-APPLICANT FROM ONE "PLACE TO ANOTHER" VIOLATING 18 USC 1586

ON SEPTEMBER 29, 2014 AND FOR THE NEXT 13 MONTHS APPELLEE ALLOWED HIS COMRADES FROM THE ENEMY WITHIN TO KIDNAP THE APPELLANT-APPLICANT WHILE APPLICANT WAS IN APPELLEE'S CUSTODY IN VIOLATION OF 18 USC 1201 - 18 USC 242-242 AND THE TVPA POSITIVE LAWS.

THE APPLICANT WAS KIDNAPED BY A FOREIGN POWER THROUGH AN UNCONSTITUTIONAL ALLIANCE

12 OF 18

BETWEEN WASHINGTON STATE AND THE ENEMY WITHIN, WHICH ARTICLE 1 SECTION 10 CLAUSE 1 AND 3 WAS INTENDED TO PREVENT, AS WAS THE NATIONAL LABOR RELATIONS BOARD ACT.

ON NOVEMBER 12, 2015 VETERANS DAY, THE APPLICANT ESCAPED FROM THE INVOLUNTARY SERVITUDE IN WASHINGTON STATE, BACK TO THE ARTICLE 1 SECTION 8 CLAUSE 17 DISTRICT.

THE DIRECTOR OF THE FBI ALLOWS THE ENEMY WITHIN TO INFILTRATE THE INTEGRITY OF THE NATIONAL CRIME INFORMATION COMPUTER NCIC, BY ALLOWING 'WARRANTS' WHICH ARE CONTRARY TO THE 4TH AMENDMENT TO BE ENTERD BY AN ENEMY INSURGENT WHO HAS NOT DULY TAKEN NOR SUPPORTS THE CONSTITUTION OF THE UNITED STATES UNDER ARTICLE 6 CLAUSE 2 OR 4 USC 101.

THE APPLICANT IS NOW BACK IN A FORM OF INVOLUNTARY SERVITUDE AS DEFINED IN THE TVPA OF 2000 AND 18 USC 1589.

IN FACT APPLICANT WAS BORN INTO A STATE OF INVOLUNTARY SERVITUDE, HOWEVER, THE CIVIL REMEDY IS LIMITED TO 10 YEARS UNDER 18 USC 1595.

THIS IS A LIBERTY REMEDY, AS WAS AND ARE ALL ___ ___ ___ ___, HOWEVER, A PEACFUL REMEDY, OR SO INTENDED.

13 OF 18

UNDER 18 USC 1589, WHICH CAN BE USED AND CITED AS PRIMA FACIE EVIDENCE. UNDER 1 USC 204.

(a) WHOEVER KNOWINGLY PROVIDES OR OBTAINS THE LABOR OR SERVICES OF A PERSON BY ANY ONE OF, OR BY ANY COMBINATION OF, THE FOLLOWING MEANS:- ①

"(3) BY MEANS OF THE ABUSE OR THREATENED ABUSE OF LAW OR LEGAL PROCESS."

THE COURT HAS RECEIVED EVIDENCE OF THE ABUSE OF LAW OR LAWLESSNESS OF A LEGAL PROCESS WHILE APPLICANT WAS IN THE CUSTODY OF $CORE SOUTH CORRUPTION ENTITY, AND IN NGA, KNOW SUPPLEMENTED, UNDER 18 USC 1589 (c) (1)

"THE TERM "ABUSE OR THREATENED ABUSE OF LAW OR LEGAL PROCESS" MEANS THE USE OR THREATENED USE OF A LAW OR LEGAL PROCESS, WHETHER ADMINISTRATIVE, CIVIL, OR CRIMINAL, IN ANY MANNER OR FOR ANY PURPOSE FOR WHICH THE LAW WAS NOT DESIGNED, IN ORDER TO EXERT PRESSURE ON ANOTHER PERSON TO CAUSE THAT PERSON TO TAKE SOME ACTION OR REFRAIN FROM TAKING SOME ACTION."

① NOTE: MY BODY PROVIDES "SERVICES" IE. "PUBLIC FUNDS"... A JOB FOR PEOPLE FROM KENYA AND THE "PRESIDENTS" HOMELAND WHILE VICTIMIZING AFRICAN-AMERICANS - AND OTHERS - ALL OTHERS.   14 OF 18

THE "PURPOSE FOR WHICH THE LAW [WAS] "DESIGNED" AS IT RELATES TO THE APPLICANT UNDER THE CONTEXT OF THE SUPREME LAW OF THE LAND IN ITS ENTIRETY IS TO PROTECT HIS LIBERTY FROM OPPRESSION BY THE UNITED STATES OR OF THE SEVERAL STATE GOVERNMENTS.

THE CONSTITUTION OF THE UNITED STATES NOR THE LAWS OF THE SEVERAL STATES UNDER ARTICLE 4 OR ARTICLE 6 CLAUSE 2 OR THOSE "RETAINED BY THE PEOPLE", MOREOVER, THE 13th AMENDMENT OR DUE PROCESS OF THE 5th AMENDMENT EITHER WITHIN THE 10 MILE SQUARE AREA OF ARTICLE 1 SECTION 8 CLAUSE 17.
TAXATION WITHOUT REPRESENTATION? WHAT THE HECK!

THE ENTIRE CONGRESS AND EVERY HEAD OF THE EXECUTIVE DEPARTMENT UNDER ARTICLE 2 INCLUDING THOSE IN THE ARTICLE 3 "JUDICAL POWER" SHOULD REPRESENT THE PEOPLE OF THE ARTICLE 1 SECTION 8 CLAUSE 17 AREA WHILE THOSE PEOPLE ARE OFFICERS OF PUBLIC TRUST UNDER ARTICLE 6 CLAUSE 3 AND "RESIDE" IN THE DISTRICT,

THE POINT HERE IS THE LAWS WITHIN THE JURISDICTION OF THE UNION OF THE UNITED STATES ARE NOT DESIGNED TO ALLOW THE ENEMY WITHIN

15 OF 18

OR ANY $CORE $OUTH ENTITY, INCLUDING GENERAL LEE AND HIS CORRUPT CORPORATION COURT AND THE APPELLEE ~~APPELLANT~~ TO RECEIVE "PUBLIC FUNDS" BY HOLDING PERSONS TO ANSWER FOR ACCUSATION OF CRIMES IN THE CAPITOL THAT ARE OTHERWISE INFAMOUS, CORPORATIONS CAN NOT CAPITOLIZE FROM HOLDING PEOPLE IN CAPTIVITY!!!;① EXCEPT IF "WE THE PEOPLE" EMBODIED AS A GRAND JURY, OR A "REASONABLE JURIST" MAKE A TRUE BILL INDICTMENT OR PRESENTMENT BASED UPON "INFORMATION"

UNLESS A GRAND JURY ISSUES A TRUE BILL ANYTHING LESS IS A BILL OF ATTAINDER. AND VIOLATES THE TRAFFICKING VICTIMS PROTECTION ACT OF 2000, ABUSE OF DUE PROCESS OF THE SUPREME LAW OF THE LAND..!!!!! V IN THIS INSTANT CASE GENERAL LEE REFUSED TO ISSUE A DISCHARGE ON AUGUST 27, 2014 AS 18 USC 3182 PERMITS.

HOWEVER, THE REQUISITION REQUEST BEING THE "PURPORTED GOVERNMENT IDENTIFICATION DOCUMENT" AS IT RELATES TO A ARTICLE 4 OR 18 USC 3182 WAS RECEIVED BY BOTH THE CORRUPT CORPORATION COURT GENERAL LEE, AND THE AUSA ROBERT LITTLE. NOT ONCE, BUT TWICE AS THE NOA CONFIRMS AS DOES DKT 22 AND THE RULE 46 OBJECTIONS.

① ONLY IF DULY CONVICTED, THE GENERAL LEE CAN "GET BUSY" ALONG WITH THE TRAITORS AND CORRUPT CORPORATION AND ENEMY WITHIN "OFFICERS".

16 OF 18

However, General Lee and the traitors at 555 4th Ave NW, in furtherance of RICO violations and the involuntary servitude associated with their abuse of legal process, and the TVPA.

Knowingly destroyed an application for Writ of Habeas (see MOA) concealed and removed it from the corrupt corporation court record along with the "Government Identification Document" for the purpose of a 18 USC 3182 there by violating 18 USC 1592 (a)(1)(2)(3) in the course of violating 1581, 1589 with intent to violate 1581, 1589.

The corrupt corporation and traitors at 555 4th Ave NW know they are "without lawful authority" and again as in 2014 are violating 18 USC 1592 (3)

"To prevent ... without lawful authority" my ability "liberty" to move or travel in order to maintain the services of my involuntary servitude through their abuse of legal process, and the ill gotten gains from the CJA, thereby violating my liberty interests by deprivation of my liberty without due process of law.

## CONCLUSION

THE APPELLANT-APPLICANT IS SUBJECTED TO "SERIOUS HARM"[1] AT THE HANDS OF THE APPELLEE IN HIS VIOLATION OF THE TRAFFICKING VICTIMS PROTECTION ACT AND HIS CO-CONSPIRATORS AT THE 555 4TH AVE AND THE CORRUPT CORPORATION COURT. THEY HAVE MONOPOLIZED THE ABUSE OF LEGAL PROCESS WITHIN THE DISTRICT.

THE COURT SHOULD EXPEDITE THE REQUEST FOR "CERTIFYING THE TRUE CAUSE OF THE DETENTION" AS MOTIONED FOR UNDER 28 USC 2243.

LASTLY, THE APPELLEE IS NOT THE PRESIDENT UNDER 18 USC 3192, AND KIDNAPPING[2] AND INVOLUNTARY SERVITUDE ARE ACTS OF "LAWLESS VIOLENCE" WHICH APPELLANT-APPLICANT WAS AND AGAIN IS THE VICTIM OF UNDER THE TVPA.

I KURT MADSEN CERTIFY THE FACTS CONTAINED HEREIN ARE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES.

DECEMBER 2, 2015

KURT MADSEN

[1] AS DEFINED IN 18 USC 1589(c)(2)
[2] AS DEFINED IN 18 USC 1201

1901 D ST. SE
WASHINGTON D.C. 20003

18 of 18