

RECEIVED
Mail Room
DEC 16 2015
United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

#15-5192

KURT MADSEN                                    APPELLANT

V.

WILLIAM SMITH, Chapter 13  Chapter 77    APPELLEE.
  * SEE TITLE 18 Chapter 115 AND Chapter 96

MOTION FOR STAY OF COURT OF INCOMPETENT
JURISDICTION PROCEEDINGS AND IMMUNITY
AS "PERSON[S]" UNDER 4TH AND 5TH AMENDMENT
FROM BEING A "PARTY" TO INVOLUNTARY
SERVITUDE, WITHIN THE UNITED STATES AS
ABOLISHED BY ~~PROVIDED UNDER~~ THE 13TH AMENDMENT, AND
DEFINED WITHIN THE TRAFFICING VICTIMS
PROTECTION ACT OF 2000, OR TO UNREASONABLE
SEARCH AND SEIZURE ~~OR~~ NOR ISSUANCE OF NCIC 'WARRANT'
WITHOUT 4TH AMENDMENT PROTECTIONS.

APPELLEE IS PROFITING OFF THE ABUSE OF
LEGAL PROCESS BY THE CORPORATION COURT
OF THE DISTRICT OF COLUMBIA. AND THE TRAITORS*
*THE DEPARTMENT OF JUSTICE @ JOHN F. KENNEDY BUILDING SHOULD PROSECUTE
AT 555 4TH AVE ALSO  CJA CONSPIRACY TO DEFRAUD!
BY MEMBERS OF THE LOCAL BAR. SEE 18 USC 371

NOTE: 6TH AMENDMENT "POWER" OF "ASSISTANCE OF COUNSEL" COMES
    INTO "PLAY" ONLY AFTER ~~4TH~~ 5TH DUE PROCESS OF PERSON!

22
USC
#7101
(b)

1 OF 16

UNDER 1 USC 204;

"IN ALL COURTS, TRIBUNALS, AND PUBLIC OFFICES OF THE UNITED STATES ..."

"(9) ... THE CODE OF LAWS OF THE UNITED STATES ... SHALL ... ESTABLISH PRIMA FACIE THE LAWS OF THE UNITED STATES, GENERAL AND PERMANENT IN THEIR NATURE ...." ... "WHENEVER TITLES OF SUCH CODE SHALL HAVE BEEN ENACTED INTO POSITIVE LAW THE TEXT THEREOF SHALL BE LEGAL EVIDENCE OF THE LAWS THEREIN CONTAINED, IN ALL COURTS OF THE UNITED STATES"...

22 USC 7102 (6) TEXT DEFINES INVOLUNTARY SERVITUDE SEE "CONDITIONS" IN NOA-2243 "TRUE CAUSE"

TITLE 18 HAS BEEN ENACTED INTO "POSITIVE LAW". THE TEXT OF 18 USC 3182* IS HEREBY SUBMITTED AS "LEGAL EVIDENCE", MOREOVER, SINCE THE APPELLANT WAS AND IS BEING "DEPRIVED OF LIFE" GIVING LIBERTY "WITHOUT DUE PROCESS OF LAW" AN ESSENTIAL ELEMENT CONTAINED WITHIN THE 5TH AND 14TH AMENDMENTS WHICH ENCOMPASSES THE ENTIRE CONSTITUTION OF THE UNITED STATES, AS ARTICLE 6 CLAUSE 2 ESTABLISHES IS THE "SUPREME LAW OF

* AS IS 18 USC 241-242- AND "GOOD BEHAVIOUR" POSITIVE LAWS AS "SO HELP ME GOD" TEXT,

THE LAND" (NOTE: SEE 22 USC §7101 (b) (8) (10) (12) (13) (14) (16) DEFINES— "THE ENEMY WITHIN")

BEFORE WE ANALYZE IT LETS BREAK DOWN THE RELEVANT "TEXT" OF 18 USC 3182, AS IT RELATES TO THE APPELLANT WHO WAS "UNREASONABLEY SEIZED AND WAS AND CURRENTLY IS "HELD TO ANSWER" "AS A FUGITIVE FROM JUSTICE", UNDER 3182 (NOTE: IT IS THE APPELLAN-APPLICANTS POSITION: THE CORPORATION OF D.C. IS UNCONSTITUTIONAL AS IT RELATES TO HIS LIBERTY AND CHECKS AND BALANCE NOR IS THE CORPORATION CONSTITUTIONLY CAPABLE OF BEING THE GOVERNMENT!)

" WHENEVER THE EXECUTIVE AUTHORITY OF ANY STATE ...

DEMANDS ANY PERSON AS A FUGITIVE FROM JUSTICE, OF THE EXECUTIVE AUTHORITY OF [ANY] ... DISTRICT, ... TO WHICH SUCH PERSON HAS FLED, AND (PRODUCES A COPY OF AN INDICTMENT FOUND OR AN AFFIDAVIT MADE BEFORE A MAGISTRATE [UNITED STATES MAGISTRATE] OF THE STATE .. )"

"CHARGING THE PERSON DEMANDED WITH HAVING COMMITED TREASON, FELONY, OR OTHER CRIME, CERTIFIED AS AUTHENTIC BY THE GOVERNOR" FROM WHENCE PERSON SO CHARGED HAS FLED"

THE DOCUMENTS "CERTIFIED AS AUTHENTIC BY THE GOVERNOR" ARE CONTAINED IN THE NOTICE OF APPEAL.

HOWEVER, THEY DO NOT MEET THE CRITERIA ESTABLISHED BY CONGRESS TO RECEIVE "FULL FAITH AND CREDIT" IN THE DISTRICT, UNDER ARTICLE 4 SECTION 1 CLAUSE 1 OR TO ESTABLISH "JURISDICTION OF THE CRIME" UNDER ARTICLE 4 SECTION 1 CLAUSE 2. AND SEVERAL OTHERS, 22 USC §7101 (b)

3 of (6)

DESPITE THE 13TH AMENDMENT, AND THE FACT THE DISTRICT, IS NOT A STATE, BUT THE SEAT OF THE GOVERNMENT OF THE UNITED STATES.

THE CORPORATION OF THE DISTRICT OF COLUMBIA INCLUDING APPELLEE ACT AS THOUGH APPELLANT WHO WAS "HELD TO SERVICE" UNDER THE LAWS OF THE ENEMY WITHIN, WHO HAS INVADED WASHINGTON, CAN JUST BE KIDNAPPED AT ANYTIME VIA NCIC 'WARRANTS' ENTERED BY THE ENEMY WITHIN, WHICH HE HAS ESCAPED THE INVOLUNTARY SERVITUDE ONLY TO BE FURTHER VICTIMIZED BY THE CORPORATION OF THE DISTRICT OF COLUMBIA WHO HAS INVADED THE 10 MILE SQUARE AREA OF ARTICLE 1 SECTION 8 CLAUSE 17, AND CREATED AN ILLUSION OF LEGAL AUTHORITY.

UNDER THE REMAINING "TEXT" OF 3182.

"THE EXECUTIVE AUTHORITY OF THE...DISTRICT,...TO WHICH SUCH PERSON HAS FLED SHALL CAUSE HIM TO BE ARRESTED AND SECURED,"

MOST RECENTLY ON NOVEMBER 17, 2015 THE UNITED STATES SECRET SERVICE, CAUSED THE APPELLANT-APPLICANT "TO BE ARRESTED" AND "SECURED" IN VIOLATION OF THE TVPA. THE 4TH, 5TH AMENDMENTS AND 18USC 3182

22USC
5700I(b)
4 OF 16

THE "EXECUTIVE AUTHORITY" IS THE CURRENT PRESIDENT OF THE UNITED STATES UNDER ARTICLE 2. [1]

THE NEXT RELEVANT "TEXT" IN 3182.

"SHALL CAUSE THE FUGITIVE TO BE DELIVERED TO SUCH AGENT WHEN HE SHALL APPEAR. IF NO SUCH AGENT APPEARS WITHIN THIRTY DAYS FROM THE TIME OF ARREST, THE PRISONER MAY BE DISCHARGED."

THE CORPORATION OF THE DISTRICT OF COLUMBIA, AND APPELLEE HAVE OVER-POWERED THE GOVERNMENT OF THE UNITED STATES, IN THE 10 MILE SQUARE AREA OF ARTICLE I SECTION 8 CLAUSE 17, CONGRESS SHALL HAVE THE POWER...

"TO EXERCISE EXCLUSIVE LEGISLATION IN ALL CASES WHATSOEVER, OVER SUCH DISTRICT... AND EXERCISE LIKE AUTHORITY OVER... NEEDFUL BUILDINGS."

ARTICLE 3 SECTION 2 CLAUSE 1

"THE JUDICIAL POWER SHALL EXTEND TO ALL CASES, IN LAW AND EQUITY, ARISING UNDER THIS CONSTITUTION, THE LAWS OF THE UNITED STATES... UNDER THEIR AUTHORITY ... TO CONTROVERSIES TO WHICH THE UNITED STATES SHALL BE A PARTY." [1] HE LIVES IN THE "WHITE HOUSE" IN THE DISTRICT.

22 USC 371/01(b)
5 OF (6)

IN UNITED STATES V. KURT MADSEN, 2015 FUG 16000
THE UNITED STATES IS A PARTY, AND UNDER 18 USC 3182
THE SECRET SERVICE WHICH PROTECTS THE EXECUTIVE
AUTHORITY CAUSED THE ARREST OF THE APPELLANT-APPLICANT.
ON THE GROUNDS OF THE CANADIAN EMBASSY.

ALTHOUGH THE UNITED STATES AND THE SEVERAL STATES IS
A CAPITOLISTIC SOCIETY, PRIVITIZATION OF FUNDAMENTAL
GOVERNMENT FUNCTIONS I.E.

      LEGISLATIVE POWER/AUTHORITY

      EXECUTIVE POWER/AUTHORITY

      JUDICIAL DEPARTMENT POWER/AUTHORITY

IF NOT GOVERNED BY THE UNITED STATES OR ONE OF
THE SEVERAL STATES VIOLATES THE CONCEPT OF OUR
CONSTITUTION* AND THE CHARTERS OF FREEDOM, THE
POWER IS NOT SUBJECTED TO CAPITOLIZATION BY A CORPORATION!

THE CORPORATION OF THE DISTRICT OF COLUMBIA
HAS AN ILLUSION OF LEGAL AUTHORITY.

HOWEVER BACK TO 18 USC 3182.

THE FINAL TWO SENTENCES OF THE TEXT, IS LEGAL
EVIDENCE THAT THE CONSTITUTIONAL REQUIREMENTS FOR
CAUSING "TOBE ARRESTED" WERE MET, AS PROTECTED BY THE
4TH AMENDMENT "AND SECURED" IN THE TEXT OF 3182
* TREASON UPON IT AND AN IVASION-INSURRECTION AND REBELLION
AGAINST THE GENUINE GOVERNMENT.

6 OF 16

TOGETHER WITH "AND PRODUCES A COPY OF AN INDICTMENT FOUND" IS LEGAL EVIDENCE THE CRITERIA OF THE 5TH AMENDMENT WAS ALSO MET BY THE DEMANDING EXECUTIVE AUTHORITY, "AND SECURED" COULD BE CONSTRUED AS PARA-MATERIA TO "HELD TO ANSWER"

HOWEVER, BEFORE WE BREAK DOWN THE 5TH, LETS LOOK AT THE 4TH AMENDMENT.

WHICH IS VIOLATED DAY IN AND DAY OUT BY THE ENEMY WITHIN WHO ENTERD THE 'WARRANT' INTO NCIC WITHOUT ANY PROBABLE CAUSE, OR "SUPPORTED BY OATH OR AFFIRMATION" WHICH THE ENEMY WITHIN IN WASHINGTON HAS FAILED UNDER 4USC 101 ANOTHER POSITIVE LAW LEGAL EVIDENCE HEREBY SUBMITTED, TO SUPPORT OUR UNIONS UNITED STATES CONSTITUTION, ONLY SUPPORTING THE DESTRUCTION OF IT, = INSURRECTION!

MOREOVER, AS THE APPELLANT DISCOVERD ON DECEMBER 2, 2015. THE APPELLEE'S EMPLOYEES WHOM HAVE THE DECEPTION OF A GOVERNMENT AUTHORITY ARE ALSO EMPLOYEES "OFFICERS" OF THE ENEMY WITHIN, WITH ORIGINS TO teamsters union LOCAL 1714 THEY ALSO HAVE NOT, NOR HAVE DO, TAKEN AN OATH IN SUPPORT OF THE UNITED STATES CONSTITUTION, YET PREY UPON THE POSTERITY OF PEOPLE OF THE UNITED STATES MAINLY THE EMANCIPATED PEOPLE-PERSONS POSTERITY, FOR 5+ GENERATIONS NOW.

7 OF 16

THE TEXT OF 18 USC 3182 PROVIDE "LEGAL EVIDENCE OF THE LAWS THEREIN CONTAINED" OF THE CONSTITUTIONAL REQUIREMENTS OF ENTERING WARRANTS FOR ACCUSATIONS OF "TREASON, FELONY, OR OTHER CRIME" AS THE TEXT OF THE LEGAL EVIDENCE INDICATES, AN "INDICTMENT FOUND" OR "AN AFFIDAVIT MADE BEFORE A MAGISTRATE" IS A CORELATION OR REFERENCE-INFERENCE TO ~~THE~~ DUE PROCESS OF LAW OF THE 4TH AND 5TH AMENDMENTS, WHICH MUST BE MET BEFORE NCIC WARRANT!

4TH AMENDMENT — PART 1

"THE RIGHT OF THE PEOPLE TO BE SECURE IN THEIR PERSONS, HOUSES, PAPERS, AND EFFECTS, AGAINST UNREASONABLE SEARCHES AND SEIZURES, SHALL NOT BE VIOLATED," *

NOTE: "FACETIME" CAMERA - IN APPENDIX B — VS. FACE-TO-FACE OR EFFECTS OF "APPLE" HEY SIRI IS IT CONSTITUTIONAL? OH NO "ASSISTANCE OF COUNSEL"! THANKS STEVE PERHAPS SINCE OFFICERS OF THE COURT AND MEMBERS OF THE BAR ARE ~~BE~~ IN SOME CASES NOT SEARCHED, AND IN ALL CASES THEIR "STEVE SMART-PHONE" AND PORTABLE-COMPUTER ARE NOT SEIZED UPON ENTRY INTO THE COURT-HOUSE AT 333 CONSTITUTION AVE N.W. IT MIGHT BE DIFFICULT TO GRASP THE EFFECTS OF HAVING YOUR EFFECTS SEIZED, THEN REQUIRED TO FILE "PAPERS" WITH THE COURT. NOTE: THE CORPORATION IS NOT THE "GOVERNMENT" OF ART ~~1~~ I SEC.8 CL17 OR THE 1ST AMENDMENT, HOWEVER, APPELLANT TRIED TO FILE "GRIEVANCES" SEE APPENDIX C LET'S MAKE SOMETHING CRYSTAL CLEAR, EACH TIME THE APPELLANT WAS "SEARCHED" BY HAVING A MILITARY TRAINED,

* THE CORPORATION OF D.C. AND THE 3182 "EXECUTIVE AUTHORITY" OF THE "DISTRICT" ARE VIOLATORS OF THE "SUPREME LAW"

NOT ARTICLE 1 SECTION 8 CLAUSE 15-16 MALITIA TRAINED, RUN HES NAME - OR "SEARCH" FOR HEM IN THE NCIC DATABASE IT WAS UNREASONABLE, MOREOVER, SINCE THE "INFORMATION" VIOLATED THE NEXT PHASE OF THE 4TH AMENDMENT AND WAS UNCONSTITUTIONALLY ENTERD BY THE ENEMY WITHEN THE SEIZURE OF APPELLANT- APPLICANT WAS FAR FROM "REASONABLE" IT WAS TREASONABLE, SINCE HES ARREST GIVES AID AND COMFORT TO THE ENEMY WITHIN.

"SHALL NOT BE VIOLATED" IS TEXTUAL EVIDENCE OF THE 4TH AMENDMENT.

WHY IS IT VIOLATED IN THE DISTRICT, DAY IN AND DAY OUT THROUGHOUT THE NATIONS CAPITOL? AND BY THE ENEMY WITHIN IN INVADED CITY'S!
4TH AMENDMENT PART 2
"AND NO WARRANTS SHALL ISSUE, BUT UPON PROBABLE CAUSE, SUPPORTED BY OATH OR AFFIRMATION, AND PARTICULARLY DESCRIBING THE PLACE TO BE SEARCHED, AND THE PERSONS OR THINGS TO BE SEIZED."

MOMENTARILY REVERTING BACK TO APPELLANTS INITIAL APPLICATION, WHEREBY A COPY OF THE $39 $\frac{33}{60}$ WAS SEIZED BY THE CORPORATION, WHICH HELPED ~~FEDERAL STATE~~

9 of 16

SUSPEND THE ARTICLE 1 SECTION 9 CLAUSE 2 PRIVILEDGE OF WRIT OF HABEAS CORPUS, DUE TO THE INABILITY TO ACCESS APPLICANTS $5⁰⁰.

PERHAPS A FORM OF PAYBACK FOR THE $10⁰⁰ PERSONS LOST THROUGH SECTION 4 OF THE 14TH AMENDMENT,

GETTING BACK ON COURSE. THE NCIC WARRANT DOES NOT MEET THE CRITERIA OF THE 4TH AMENDMENT,

AS SEEN IN THE NOA AND IN SUBSEQUENT PLEADINGS

MOREOVER, AS SHALL BE SHEWN IN A 28USC 2243

ⓔ MOTION FOR CERTIFICATION OF TRUE CAUSE FOR DETENTION V. TRAITORS AT THE 555 4TH STREET N.W. BAR

ADDITIONALLY, THE NCIC 'WARRANT' DID NOT PERMIT THE SEIZURES OF APPELLANT-APPLICANTS EFFECTS, WHICH WERE "UNREASONABLE", AS EMBODIED IN THE 4TH AMENDMENT.

THE SECRET SERVICE VIOLATED THE SUPREME LAW OF THE LAND. (SEE APPENDIX A FOR "EFFECTS")

THE EFFECTS OF HAVING MY GLASSES SEIZED IS A FORM OF "CRUEL AND UNUSUAL PUNISHMENT" PROHIBITED BY THE 8TH AMENDMENT, I AM "NEAR SIGHTED" BY A LONG—

THE EFFECTS OF HAVING MY LAPTOP SEIZED ARE THE SAME AS ENTERING THE COURT-HOUSE, EXCEPT THE ABRIDGED COMPUTER ACCESS IN THE LAW LIBRARY SEE NOTE ON 11/13/15 8:20 AM IN CIRCUIT LAW LIBRARY LOG

THE TEXT OF 3182 SUGGESTS AS A PREPONDERANCE OF
LEGAL EVIDENCE "AND PRODUCES A COPY OF AN INDICTMENT
FOUND"... THAT THE ARTICLE 4 SECTION 4 GUARANTEE
OF A REPUBLICAN FORM OF GOVERNMENT WAS MET
BY THE DEMANDING EXECUTIVE AUTHORITY AND THE
PERSON IS "DULY ACCUSED" AS THE TEXT OF 18 USC 3192
IS ALSO HEREBY INTRODUCED AS LEGAL EVIDENCE.
AN "INDICTMENT FOUND" IS A "TRUE BILL" OBTAINED
THROUGH THE PEOPLE GOVERNED AS EMBODIED IN THE 5TH
AMENDMENT; "DULY ACCUSED" = 5TH =

"NO PERSON SHALL BE HELD TO ANSWER FOR A CAPITOL,
OR OTHERWISE INFAMOUS CRIME, UNLESS, ON A
PRESENTMENT OR INDICTMENT OF A GRAND JURY,*"
IT IMMEDIATLY ADDS "EXCEPT" ALL IMMATERIAL TO THIS
CASE THEN, ADDS "OR PUBLIC DANGER"; ALSO IMMATERIAL
APPELLANT WAS NOT A DANGER TO THE PUBLIC AS
ERRONOUSLY ACCUSED OR A "PUBLIC DANGER" WHEN UNCONSTITUTIONALLY
SEIZED - THE ENEMY WITHIN IS A PUBLIC DANGER !!!
THE APPELLANT APPLICANT HAS PREVIOUSLY BROKEN DOWN
THE ELEMENTS OF THE TEXT AS IT RELATES TO
"CAPITOL" BEING ERRONOUSLY DEFINED IN EX PARTE WILSON (18:5)
AS THE PUNISHMENT PHASE, OR DEATH.

11 OF 16

10

THE LEGAL EVIDENCE TEXT OF 3182
"CHARGING THE PERSON DEMANDED WITH HAVING COMMITTED
TREASON, FELONY OR OTHER CRIME"
SUPPORTS THE FACT ANY "OTHER CRIME" ENTERED INTO
THE NCIC, AS WAS "CERTIFIED AS AUTHENTIC BY THE
GOVERNOR" CONSTITUTES AN "OTHERWISE INFAMOUS
CRIME"
WHEREBY, THE APPELLANT-APPLICANT IS IMMUNE
<u>UNLESS</u> AND <u>EXCEPT</u> AS INDICATED IN THE
ESSENTIAL ELEMENTS EMBODIED IN THE 5TH
AMENDMENT, AND THE PROTECTIONS OF THE 4TH AMENDMENT.


IF WE LOOK AT THE CONNECTING WORD <u>NOR</u>
CONTAINED IN THE 5TH AMENDMENT, (FOUR TIMES.)
"NO PERSON SHALL BE..." "NOR SHALL ANY PERSON..."
"NOR SHALL BE COMPELLED..."
"<u>NOR</u> BE DEPRIVED OF LIFE, LIBERTY, OR PROPERTY,
WITHOUT DUE PROCESS OF LAW;"
PLEASE REFER TO THE DISSENT-BY THE HONORABLE
JUSTICE JOHN MARSHALL <u>HARLAN</u> IN HURTADO V. CALIFORNIA
110 US 516 (084) IN REGARDS TO: NOR SHALL PRIVATE
PROPERTY BE TAKEN FOR PUBLIC USE, WITHOUT JUST
COMPENSATION."

12 of 16

SEVERAL "ONE SUPREME COURT" INTERPRETATIONS HAVE "IN-
CORPORATED" ALL CONECTING ELEMENTS OF THE 5TH
AMENDMENT, OR THE NOR FACTORS, TO PEOPLE AND
PERSONS WITHIN THE SEVERAL UNITED STATES.
ANOTHER NOR FACTOR IS CONTAINED IN THE 13TH AMENDMENT,

"NEITHER SLAVERY NOR INVOLUNTARY SERVITUDE, EXCEPT
AS A PUNISHMENT FOR CRIME WHEREOF THE PARTY
SHALL HAVE BEEN DULY CONVICTED, SHALL EXIST WITHIN
THE UNITED STATES, OR ANY PLACE SUBJECT TO THEIR
JURISDICTION"

THROUGH THE TRAFFICING VICTIMS PROTECTION ACT OF
2000 CONGRESS INTENDED TO ENFORCE THE ARTICLE.

AS THE EVENTS OF SEPTEMBER 29, 2014 RELATE TO THE
APPEAL AND APPLICATION AND THIS MOTION THE TEXT
OF 18USC 1201 IS HEREBY SUBMITTED AS LEGAL EVIDENCE.
1201 (a) "WHOEVER UNLAWFULLY SEIZES, CONFINES",.. AND HOLDS...
OR "OTHERWISE ANY PERSON" (1) THE PERSON IS WILLFULLY TRANSPORTED
IN INTERSTATE G.. COMMERCE, REGARDLESS OF WHETHER THE PERSON
WAS ALIVE,"...

22 USC
§ 7101
(b)
(13)(A)(6)

13

18usc 3182 "Incorporated" 18usc 3195 the text of which is submitted as legal evidence.

Point being the Corporation of the District of Columbia is not incorporated into the text, only receiving government=public funds from violating 18usc 3182 and other positive laws—like Rico and the TVPA of 2000. Contained in the text of 18usc 1589, which is also hereby submitted as legal evidence, as appellant-appellant-victim was unable to obtain a copy of the Trafficking Victims Protection Act of 2000 at appellee's abridged lawless library.

"1589(c)(1) the term "abuse or threatened abuse of law or legal process" means the use or threatened use of law or legal process, whether administrative, civil, or criminal, in any manner or for any purpose for which the law was not designed, in order to exert pressure on another person to cause that person to take some action or refrain from taking some action." Traveling 2,800 miles 18usc 3182 is not designed to be used by a capitalistic corporation.

On August-September 2014, the Corporation Court abused the law and legal process by destroying an application for writ of habeas corpus and the

8

ACTUAL IDENTIFICATION DOCUMENTS VIOLATING 18 usc 1592
IN THE COURSE OF VIOLATING 18 usc 1589

## CONCLUSION

IT IS ABSURD TO ALLOW THE CORPORATION OF D.C. TO
INFILTRATE THE GOVERNMENT OF THE UNITED STATES AND ALLOW
THE ABUSE OF LEGAL PROCESS AND DUE PROCESS OF LAW
AND CITED "POSITIVE LAW" AND THE "SUPREME LAW OF THE LAND"

THE APPELLANT SHOULD BE GRANTED A "STAY" IN 2015 FUG#0000
MOREOVER BE IMMUNE FROM SEIZURE VIA NCIC 'WARRANT'
WITHOUT THE DUE PROCESS OF LAW ASSOCIATED
AND ARTICULATED HEREIN.

LASTLY UNDER RULE 23 THE APPELLEE, SHOULD BE BANISHED
FROM TRANSFERING CUSTODY, AS HE SHOULD BE BANISHED FROM
HAVING "CUSTODY" OF APPELLANT WHO SELF-EMANCIPATED
ONLY TO BE A PARTY TO APPELLEE'S INVOLUNTARY SERVITUDE
INFLICTED UPON MASSIVE AMOUNTS OF EMANCIPATED
PEOPLE OF THE DISTRICT BY THE PRESIDENT OF THE
UNION OF THE UNITED STATES, NOT THE CURREN PUPPET [1]
                                              PRESIDENT
ALTHOUGH THE ENEMY WITHIN ELIMINATED LINCOLN
THEY DID NOT ELIMINATE THE LIBERTY OF THE
[1] NO RELATION TO EMANCIPATED PEOPLE'S POSTERITY.

15 of 6

20

PEOPLE EMANCIPATED BY HIM NOR THE ABOLISHED
ENIORMENT OF THE 13th AMENDMENT.

AS OF TODAY DECEMBER 7, 2015. THE APPELLANT-APPLICANT
IS THE ONLY WHITE-CAUCASIN PERSON AMONG THE
160 PEOPLE OF NORTHWEST 3.

AT LEAST 150 ARE THE POSTERITY OF THE ARTICLE
1 SECTION 9 CLAUSE 1 "IMPORTED people" OR THOSE
FINALY EMANCIPATED AS INDICATED IN SECTION
4 OF THE 14th AMENDMENT. ~~THE PEOPLE WHOM~~
~~ARE PROPRIETARY "title" CITIZENS OR RECOGNIZED AS SUCH~~

ALL THE PEOPLE WITHIN THIS "ILLEGAL BUILDING"
OR THE AJACENT OPERATED BY THE "CORRECTIONS
CORPORATION OF AMERICA." OR ANY OTHER PEOPLE
INCARCERATED IN THE INCARCERATION INDUSTRY
OPERATED BY THE ENEMY WITHIN. ARE ENTITLED
TO THE PROTECTIONS OF THE SUPREME LAW
OF THE LAND ANYTHING LESS IS AN ABUSE
OF LEGAL PROCESS AND VIOLATES THE
TRAFFICING & VICTIMS PROTECTION ACT OF
2000, THE ENEMY WITHIN IS NOT ENTITLED TO INVASION!
, OR ENTRY INTO NCIC DATA CENTER — VIA TERMINAL!
RESPECTFULLY  DECEMBER 7, 2015
                "OTHERWISE INFAMOUS"    16 of 16
HELD BY THE ENEMY WITHIN!         KURT MADSEN

APPENDIX A

METROPOLITAN POLICE DEPARTMENT
WASHINGTON, D.C.

PRISONER'S PROPERTY RECEIPT

| Booking Element | CCN | Date | Time |
|---|---|---|---|
| Arrest | 15183500 | -11/17/15 | 0220 |

**Defendant's Name**

Kurk Madsom

**Social Security Number**

N/A

**Address (included form D-1's 163.)**

425 2nd St NW D.C.

| Charge | Arrest Number | |
|---|---|---|
| Warrent | W25491S453 | |

| Arresting Officer | Badge No. | Org. Element |
|---|---|---|
| Crocier | -1565 | |

| Searching Officer | Badge No. | Org. Element |
|---|---|---|
| Sgt Wells | 272 | |

THIS PROPERTY WILL BE HELD AT THIS UNIT FOR 90 DAYS. IF THE PROPERTY IS NC
CLAIMED, THE PROPERTY WILL BE CONSIDERED ABANDONED AND DISPOSED OF I
ACCORDANCE TO LAW. YOU MAY AUTHORIZE A THIRD PARTY TO PICK UP YOUR
PROPERTY BY COMPLETING ITEMS 1, 2, AND 3 BELOW.

1) Name

2) Address

3) Defendant's Signature

## PROPERTY INVENTORY

Cash $ 0

One HP Laptop in case
one Hand towel.
Four white tee shirts

Power cord for HP Laptop Computer
Pair of white socks plus one single sock
Deodorant Stick    credit cards
Tooth brush    ID's    miss. papers
Tooth paste, one lighter Pall mall cigarettes
Glasses
cellphone samsung candy bar style

| Station Clerk | Badge No. | Org. Elemen |
|---|---|---|
| | 559 | |

| Property Book | Page No. | Org. Elemen |
|---|---|---|
| NO. 2308 | 367 | |

Distribution: 1. Org. Element   2. Prisoner          PD Form 58 Rev. 3/08

APPENDIX B



# visitas de Dias FERIADOS

## Horas Especiales de Visitas en Dias Feriados:
# Dia de acción de Gracias  2015

Este Dia de acción de Gracias, el Departamento de Correciones llevará a cabo Horas especiales para las Visitas en el Centro de Visitas por Video (localizado en el antiguo Hospital General de DC).

En vez de las Horas regulares ofrecidas, El Centro de Visitas estará abierto desde **8:00AM hasta 4:00PM** — solo el 26 de noviembre del 2015.

NOTA: Las visitas no se encontrará disponible en las ubicaciones satélites.



APPENDIX 3    NW3 C-57    51



PP 10
Attachme

## DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE PROCEDURE
# RETURN OF GRIEVANCE FORM

| TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR |
| --- |
| **GRIEVANCE NUMBER:** |
| # _____ |

| TO: INMATE NAME AND DOC NUMBER | FACILITY: | DATE OF GRIEVANCE: |
| --- | --- | --- |
| Kurt Madsen 345-108 | CDF | |

**HOUSING ASSIGNMENT:** SO-2 Ce13

**DATE GRIEVANCE RECEIVED:** 11/23/15    **DATE GRIEVANCE RETURNED:** 11/23/15

THE ATTACHED GRIEVANCE IS BEING RETURNED TO YOU BECAUSE YOU HAVE FAILED TO COMPLY WITH THE ADMINISTRATIVE PROCEDURES FOR POLICY PP 4030.1, "INMATE GRIEVANCE PROCEDURES." THIS GRIEVANCE IS BEING RETURNED FOR THE FOLLOWING REASON(S):

✓   No indication you have attempted to resolve this grievance informally. If you have attempted to resolve this grievance informally, please include the required information regarding the action taken and the response received. If you did not attempt to resolve this grievance informally, you have five (5) working days from the date below to attempt to do so, otherwise this grievance will not be considered.

___   This grievance concerns a Classification or Disciplinary Hearing action. These types of actions are to be appealed through their own appeal process and not through the grievance process.

___   There is no indication that you were personally affected by a Department or facility action or policy/procedure.

___   This grievance appears to be on behalf of a group and group grievances are not permitted.

___   This grievance is not signed and/or dated and/or does not include your commitment name and DOC number.

___   This grievance contains multiple issues. Grievances are to address only one (1) issue unless there is a direct relationship between multiple issues. You may submit separate grievances for the separate issues.

___   This grievance is not legible, understandable, presented in a courteous manner or contains excessive legal jargon.

___   This grievance concerns an issue that cannot be resolved by the Department of Correction because the issue is beyond the authority of the Department. This issue may be addressed to: _____

___   This grievance/appeal was not submitted within the five (5) day time frame. Unless you can show just reason(s) for this delay, this grievance/appeal will not be reviewed.

___   The issue in this grievance was reviewed and addressed previously in Grievance # _____

___   This grievance exceeds the number of active grievances that you are allowed to have in the system (five (5)). To proceed with this grievance, you must withdraw at least one (1) currently pending grievance.

___   Other: _____

| PRINTED NAME OF INMATE GRIEVANCE COORDINATOR | SIGNATURE OF INMATE GRIEVANCE COORDINATOR | DATE OF RESPONSE: |
| --- | --- | --- |
| | | 11/23/15 |

If you wish to proceed with this grievance, you have five (5) working days from the date

PP 4030.1
Attachment B



DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE INFORMAL**
**RESOLUTION/GRIEVANCE FORM**

**TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR**
**GRIEVANCE NUMBER:**

\#_____

**DOC**
THE DEPARTMENT
OF CORRECTIONS

## STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Submit this form to your housing unit Case Manager. Case Managers will respond to request within five (5) business days.

**INMATE NAME:** Kurt Madsen **DCDC#:** 345102 **UNIT:** South 2 **CELL:** 31 **DATE:** 11/21/2015

**SELECT OFFICE/SERVICES NEEDED:** Facility Transfer

| | | |
|---|---|---|
| ○ Facility Transfer | ○ Property | ○ Facilities Management |
| ○ Fire Safety and Sanitation | ○ Sentence computation, jail credit, over detention | |
| ○ Program and Activities | ○ Finance | ○ Discrimination |
| ○ Personal Hygiene | ○ Rules and Regulations | ○ Transportation |
| ○ Case Management Services | ○ Staff Treatment | ○ Safety and Security |
| ○ Health Care | ○ Food Service | ○ Contract Facility |
| ○ Communications (mail, visits, telephone, legal) | ○ Religious Services | ○ Other |

**PLEASE EXPLAIN NATURE OF COMPLAINT:** ON 11/17/2015 UPON ENTRY INTO DC DOC I REQUESTED A COPY OF THE WARRANT UNDER DC CODE 6 HOURS OR $500 INSTEAD OF THE FACTS THE DC DOC CLAIMED TO HAVE AN NCIC HIT AND OMMITTED THE SECRET SERVICE INVOLVEMENT. I HAVE A CASE AGAINST WILLIAM SMITH, WHO ALONG WITH THE DICTATOR T. FAUST IS IN VIOLATION OF THE TRAFFICKING VICTIMS PROTECTION ACT OF 2000 BY HOLDING ME **Inmate Signature:** /s/
IN INVOLUNTARY **\*\*\* FOR DOC COMPLETION BELOW THIS LINE\*\*\***
SERVITUDE AND ABUSE OF LEGAL PROCESS WITHOUT A CONSTITUTIONAL AUTHORITY

**ACTION TAKEN:** _____
_____
_____
_____

**CASE MANAGER SIGNATURE** _____ **DATE** _____
- **FOR INMATE: Has this issue been resolved? YES☐ or NO☐** If not, please check the "NO" box and place this form in the housing unit IGP Box. Inmate has five (5) business days to submit this form to IGP Coordinator after response from Case Manager.

## STEP 2: FORMAL INMATE GRIEVANCE (IGP COORDINATOR RESPONSE)
**DATE RECEIVED:** _____
- Inmate Grievance Coordinator will respond to grievance within fifteen (15) business days of receipt.

**ACTION TAKEN:** _____
_____
_____
_____

**INMATE GRIEVANCE COORDINATOR SIGNATURE** _____ **DATE** _____
- Inmate has five (5) business days to submit a request for Administrative Remedy to the Warden.

## STEP 3: WARDEN'S REQUEST FOR ADMINISTRATIVE REMEDY
- The Warden will issue a response to the grievance within fifteen (15) business days of receipt.

**ACTION TAKEN:** _____
_____
_____

**WARDEN SIGNATURE** _____ **DATE** _____
- An Appeal - Level 1 - Deputy Director form can be filed five (5) business days of receipt after response from the Warden. This grievance must be attached to the appeal.

DC Department of Corrections

PS 4030.1
Attachment A

\*\*\* EMERGENCY GRIEVANCE \*\*

## INMATE COMPLAINT - INFORMAL RESOLUTION
(See Reverse Side for More Information)

TO ~~Inmate Grievance Coordinator~~ DIRECTOR     Date 11/26/2015

KURT MADSEN     345102     SOUTH 2 | 31     Signature
Inmate Name (print clearly)     DCDC #     Hsg.Unit     Cell

**You Can Only Use This Form 7 Calendar Days After Filing A Request Slip And It Was Not Answered**

### NATURE OF COMPLAINT

☑ Facility Transfer
☐ Program and Activities
☐ Case Management Services
☐ Staff Treatment
☐ Communications (mail, visits, telephone, legal)
☐ Sentence computation, jail credit, over detention
☐ Rules and Regulations
☐ Discrimination
☐ Safety and Security

☐ Fire Safety and Sanitation
☐ Personal Hygiene
☐ Health Care
☐ Food Service
☐ Property
☐ Finance
☐ Facilities Management
☐ Transportation
☐ Other

Date you sent an inmate request slip or asked for assistance     11/17/2015

To Whom     DC DOC "BOOKING"

### EXPLANATION/COMMENTS

AS INDICATED IN "ATTACHMENT B" DC DOC IS VIOLATING THE TVPA OF 2000
IF AN EMERGENCY CAN BE HAD FOR A PREA COMPLAINT THIS TVPA IS ENTITLED
TO THE SAME PROCESS PROTECTIONS AS THE CASE OF KURT MADSEN V. WILLIAM SMEAN
USDC DC 14-1716 ALSO APPEAL # 15-5192 DC DOC FAILED TO PROTECT MY RIGHTS IN
SEPT-2014 INFACT THE DC DOC NOW KNOWS THE WASHINGTON STATE DOC HAS
ABUSED LEGAL PROCESS BY ENTERING UNCONSTITUTIONAL 'WARRANTS' INTO NCIC.
HOWEVER, SINCE I AM A SOURCE FOR FINANCIAL GAIN TO THE DC DOC
FOR MY INVOLUNTARY SERVITUDE AS DEFINED IN THE TVPA OF 2000, THE
ABUSE OF LEGAL PROCESS AND THE ABUSE BY THE DC DOC IN 2014 BY
WITHHOLDING THE DELIVERY OF LEGAL MAIL AND ALLOWING MY RETURN
WITHOUT PROPER OFFICIALS OR AUTHORITY TO A STATE OF PEONAGE FOR 13 MO + 13 DAYS
IS UNACCEPTABLE AND DC DOC CAN NOT BE TRUSTED.

**FOR DOC COMPLETION BELOW THIS LINE**

Assigned to_____     Date _____     Response Due_____

ACTION TAKEN

☐ Resolved     ☐ Not Resolved - Inmate advised of formal process

Print Name (Staff Name)     Signature     Date

Print Name (Inmate Name)     Signature     Date

PP 4030.1
Attachment B



**DOC**
THE DEPARTMENT
OF CORRECTIONS

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE INFORMAL
RESOLUTION/GRIEVANCE FORM**

TO BE COMPLETED BY INMATE
GRIEVANCE COORDINATOR
**GRIEVANCE NUMBER:**

#

## STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Submit this form to your housing unit Case Manager. Case Managers will respond to request within five (5) business days.

| INMATE NAME: Kurt Madsen | DCDC#: 345 702 | UNIT: NW13 | CELL: 51 | DATE: 11/20/2015 |
|---|---|---|---|---|

SELECT OFFICE/SERVICES NEEDED: — 12/2/2015

- o Facility Transfer
- o Fire Safety and Sanitation
- o Program and Activities
- o Personal Hygiene
- o Case Management Services
- ⊙ Health Care
- ⊙ Communications (mail, visits, telephone, legal)

- o Property
- o Sentence computation, jail credit, over detention
- o Finance
- o Rules and Regulations
- o Staff Treatment
- o Food Service
- o Religious Services

- o Facilities Management
- o Discrimination
- o Transportation
- o Safety and Security
- o Contract Facility
- o Other

PLEASE EXPLAIN NATURE OF COMPLAINT: I HAVE BEEN HERE SINCE 11/17/2015 AND STILL HAVE NOT BEEN ABLE TO MAKE A LEGAL CALL, THE "CASE MANAGER" REFUSED ON 11/23-24 NOW SHE (EMERSON) HAS APPARENTLY QUIT OR RETIRED AND IS NOW SUCKING OFF THE PUBLIC FUNDS, VIA THE "CORPORATION" OF DC INVASION OF THE ALT, (SEC, 8 CL, 17 /0 MILE SQUARE AREA. THE CORPORATION HAS UNCONSTITUTIONAL CONTROL OVER MY LIBERTY **Inmate Signature:**

**\*\*\* FOR DOC COMPLETION BELOW THIS LINE\*\*\***

**ACTION TAKEN:** _____

**CASE MANAGER SIGNATURE** _____ **DATE** _____

- **FOR INMATE: Has this issue been resolved? YES ☐ or NO ☐** If not, please check the "NO" box and place this form in the housing unit IGP Box. Inmate has five (5) business days to submit this form to IGP Coordinator after response from Case Manager.

## STEP 2: FORMAL INMATE GRIEVANCE (IGP COORDINATOR RESPONSE)
**DATE RECEIVED:** _____
- Inmate Grievance Coordinator will respond to grievance within fifteen (15) business days of receipt.

**ACTION TAKEN:** _____

**INMATE GRIEVANCE COORDINATOR SIGNATURE** _____ **DATE** _____
- Inmate has five (5) business days to submit a request for Administrative Remedy to the Warden.

## STEP 3: WARDEN'S REQUEST FOR ADMINISTRATIVE REMEDY
- The Warden will issue a response to the grievance within fifteen (15) business days of receipt.

**ACTION TAKEN:** _____

**WARDEN SIGNATURE** _____ **DATE** _____
- An Appeal - Level 1 - Deputy Director form can be filed five (5) business days of receipt after response from the Warden. This grievance must be attached to the appeal.

PP 4030.1
Attachment B



DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE INFORMAL**
**RESOLUTION/GRIEVANCE FORM**

TO BE COMPLETED BY INMATE
GRIEVANCE COORDINATOR
**GRIEVANCE NUMBER:**

\#

## STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)

- Inmate has five (5) days after triggering incident to submit request.
- Submit this form to your housing unit Case Manager. Case Managers will respond to request within five (5) business days.

| INMATE NAME: Kurt Madsen | DCDC#: 345702 | UNIT: NW13 | CELL: 51 | DATE: 11/25/2015 |
|---|---|---|---|---|

SELECT OFFICE/SERVICES NEEDED:

- ○ Facility Transfer
- ○ Fire Safety and Sanitation
- ○ Program and Activities
- ○ Personal Hygiene
- ○ Case Management Services
- ○ Health Care
- ☒ Communications (mail, visits, telephone, legal)

- ☒ Property
- ○ Sentence computation, jail credit, over detention
- ○ Finance
- ○ Rules and Regulations
- ○ Staff Treatment
- ○ Food Service
- ○ Religious Services

- ○ Facilities Management
- ○ Discrimination
- ○ Transportation
- ○ Safety and Security
- ○ Contract Facility
- ○ Other

PLEASE EXPLAIN NATURE OF COMPLAINT: Reliance upon my capture by the Corporation of DC is an NCIC warrant. The warrant was entered by one of your comrades in the Teamsters Union-AFLCIO. It violates the 4th amendment, as does the seizure of my electronic effects and papers. Your "case manager" does not broker the abridgement of speech or the contract of my **Inmate Signature:** _[signature]_ cell carrier. **\*\*\* FOR DOC COMPLETION BELOW THIS LINE\*\*\***

**ACTION TAKEN:** _____
_____
_____
_____

**CASE MANAGER SIGNATURE** _____ **DATE** _____

- **FOR INMATE:** Has this issue been resolved? YES ☐ or NO ☐ If not, please check the "NO" box and place this form in the housing unit IGP Box. Inmate has five (5) business days to submit this form to IGP Coordinator after response from Case Manager.

## STEP 2: FORMAL INMATE GRIEVANCE (IGP COORDINATOR RESPONSE)

**DATE RECEIVED:** _____

- Inmate Grievance Coordinator will respond to grievance within fifteen (15) business days of receipt.

**ACTION TAKEN:** _____
_____
_____
_____

**INMATE GRIEVANCE COORDINATOR SIGNATURE** _____ **DATE** _____

- Inmate has five (5) business days to submit a request for Administrative Remedy to the Warden.

## STEP 3: WARDEN'S REQUEST FOR ADMINISTRATIVE REMEDY

- The Warden will issue a response to the grievance within fifteen (15) business days of receipt.

**ACTION TAKEN:** _____
_____
_____
_____

**WARDEN SIGNATURE** _____ **DATE** _____

- An Appeal - Level 1 - Deputy Director form can be filed five (5) business days of receipt after response from the Warden. This grievance must be attached to the appeal.