USCA Case #15-5192    Document #1590852    Filed: 12/23/2015    Page 1 of 8

RECEIVED Mail Room DEC 23 2015 United States Court of Appeals District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE
DISTRICT OF COLUMBIA CIRCUIT

#15-5192

KURT MADSEN                    VICTIM/APPLICANT/APPELLANT

v

WILLIAM SMITH ET. AL           RESPONDENT/APPELLEE

AFFIDAVIT OF APPLICANT/APPELLANT

4.U) WHOM HAS MORE TO SAY, YET HIS FIRST AMENDMENT RIGHT IS GONE!
AS OF TODAY DECEMBER 20, 2015, THE APPLICANT/APPELLANT IS STILL BEING VICTIMIZED IN THE APPELLEE'S DREADFUL BUILDING.
WHEREBY A SO CALLED "CORRECTIONAL TREATMENT SPECIALIST" DBA MS. HAWKINS HAS EXCLUSIVE CONTROL OF ACCESS TO THE OUTSIDE WORLD OTHER THAN THE HANDWRITTEN WORDS PUT ON PAPER AND SENT OUT AT THE WILL OF OTHERS IN THE CONTROL OF ACCESSING "FIRST-CLASS" USPS MAIL.

MS. HAWKINS "BUSINESS HOURS" ARE FROM 10:00 AM-1:00 PM. HOWEVER, SINCE THE "HOUSING UNIT" NORTHWEST 3 WAS DESIGNED TO "HOLD TO ANSWER" A SINGLE PERSON IN EACH CAGE AND APPELLEE HAS SIMPLY WELDED IN ANOTHER

1 OF 4

BUNK IN THE CAGE, HIS DREADFUL BUILDING IMMEADATLY DOUBLED IN CAPACITY. HE HAS A SCORE BOARD! 1313 IN 2015
THEREFORE, EVER OTHER DAY 2 PEOPLE ARE LOCKED IN THE SAME CAGE FOR OVER 26½ HOURS. NO OUTDOOR REC!
WHERE, THE CAGE IS ALSO THE BATHROOM STALL AND DINNING AREA, WHICH ONLY HAS ONE DESK, PER DESIGN.
MOREOVER, THE PERSON ON THE "TOP BUNK" MUST CLIMB, WITHOUT THE ASSISTANCE OF A FOOT OR HAND HOLD.

THE POINT HERE, IS SOME DAYS DURING MS. HAWKENS "BUSINESS HOURS" ~~IT IS~~ APPLICANT/APPELLANT IS IN APPELLEE'S CAGE EATING LUNCH, WHILE HIS CAGE-MATE IS USING THE BATHROOM STALL, WHICH THEY TRY TO AVOID!

HOWEVER, ON ~~NOVEMBER~~ DEC 17, 2015, FOR ONLY THE SECOND TIME, I WAS ON "THE LIST" THE OTHER WAS DECEMBER 1, 2015, WHERE MS. HAWKENS REFUSED TO CALL THE COURT, WHICH MS. WASHINGTON* HAD TO DO ON DECEMBER 2, 2015;

AT ANYRATE, ONE CAN SEE FROM APPENDIX A "THE LIST" ITS "FIRST COME FIRST SERVED"

THEREFORE AT 10:00 AM I WAS WAITING FOR MS. HAWKENS, SHE CAME OUT THE DOOR AND SAID IN A RUDE TONE "GET OUT OF MY WAY, CAN'T YOU SEE I'M WALKING OUT THE DOOR"
SHE WENT TO CAGE # 28 TO INSURE HER "SERVANT" WAS PROPERLY CAGED.
SHE THEN RETURNS TO "HER" DESK AND GETS ON "HER" PHONE AND MAKES ME AWAY, WHAT THE ~~F#@K~~!

2 OF 4

*MS. WASHINGTON IS MS. HAWKENS SUPERVISOR.

LIKE I WAS A BLACK MAN LOOKING FOR SOME LUNCH IN A SOUTH CAROLINA TOWN IN 1962.

SINCE AFTER COURT ON 12/16/2015, WHEN I FIRST TRIED TO STRESS THE URGENCY OF MAKING A LEGAL CALL, & MS. HAWKINS IN HER RUDE NASLE VOICE "CAN'T YOU SEE I'M ON THE PHONE, GO AWAY!"

I THEN TALKED TO LT. TATE WHO CALLED MS. HAWKINS SUPERVISOR MS. WASHINGTON WHO "SAID" I WOULD BE ABLE TO CALL AND MAKE COPYS OF THE §23-704 "24-Hour" MOA APPEAL

THE NEXT DAY, of SINCE 11:20 AM WAS THE "24-Hour" I WAS FORCED TO HANDWRITE COPIES. — (PREVIOUS PLEADING D?) I WAS NOT, NOR EVER ABLE TO MAKE A LEGAL CALL SINCE DECEMBER 2, 2015 WHEN I WAS "ALLOWED" TO TALK TO THE COURT CLERK ON SPEAKER PHONE. NOR ANY OTHER CALLS TO ANYONE!!

ON DECEMBER 17, 2015 @ AROUND 5:00 PM. I TOLD MS. HAWKINS SHE BELONGS IN A CAGE LIKE THE PEOPLE SHE REFUSES TO HELP. = TVPA - 18 USC 242 SHE ONLY WALKS AROUND ("PIPE ROUNDS") DURING THE CAGE BACK TIMES,

I ALSO SAID SHE SOULD BE INDICTED BY A GRAND JURY. I ALSO CALLED HER OUT. HER NAME BITCH. IS WHAT SHE IS. THE NEXT DAY AT

3 OF 4

About 5:00 PM in front of cell #20 she handed me ~~a~~ a Christmas card, (see Appendix B) which is CREATIVE WRITING

The objective here is for the court to understand that the Corporation of the District of Columbia has refused to allow me to call and has claimed I am "ordered" to ~~~~ be transferd by tomorrow.

"Rule 23 should prohibit "TRANSFER" <u>UNLESS</u> a transfer is directed in accordance with this rule"

However, considering I was kidnapped on 9/29/2014 its unclear what might happen, moreover, what is happening with this controversy?

What happend to the Constitution?

Like I said I shall resist being kidnapped, whereby the enemy within desires my return to involuntary servitude.

Moreover, their claim I am ANTI-GOVERNMENT makes me a political prisoner.

The enemy within is Article 1 Section 10 unconstitutional.

I swear under the penalty of perjury, under the positive laws of the United States the facts herein are true and correct.

December 20, 2015 WHY — is the "One Supreme Court" on the sides of South Carolina? 12/20/1860 12/20/1929

Kurt Madsen          4 of 4

December 17, 2015
Ms. Hawkins will only see the following inmates. If your name does not appear on this list, submit a request slip and we'll see you *next time*.

| | |
|---|---|
| Moore, O. | Cole, K. |
| Lozano, N. | Hoffman, M. |
| Green, D. | Banguru, A. |
| Irving, T. | Hinton, M. |
| Jackson, R. | Davidson, D |
| Tolson, R. | Hines, H. |
| Hunter, C. | Matthews, P. |
| Mcfadden, T. | Gilyard, R. |
| Clark, B. | Thompson, K. |
| Roberts, L. | Middleton, D. |
| Green, C. | Madsen, K. |
| Gray, E. | McLean, D. |
| Ghee, E. | Clea, M. |
| Hunt, D. | Black, J. |
| Hamilton, B. | McGrier, C. |
| Thorne, C. | Ford, M. |
| Coles, J. | Lewis, D. |

**FIRST COME, FIRST SERVED**
Thank for your cooperation in this matter.

# Government of the District of Columbia Department of Corrections
## Central Detention Facility
### Disciplinary Report

**APPENDIX B**

Name __Madsen, Kurt__  DCDC __345-102__  Cellblock __NW3__  Cell # __51__  Squad ____

Charge __THREATENING CONDUCT__  Code Reference __CLASS II 203__

Charge __DISRESPECT__  Code Reference __CLASS II 211__

Date of Offense __December 17, 2015__  Time __5:00 pm__  Location – __Northwest 3 upper right tier__

Staff Involved __Ms. Hawkins, Correctional Treatment Specialist__

Staff Involved ____

Inmates Involved __Madsen, Kurt #345-102__

Description: On December 17, 2015 @approximately 5:00 pm, I was making a security check (pipe rounds) on the upper right tier. As I passed Inmate Madsen's cell, #51, he began yelling out his cell at me. He asked me why I didn't see him. I informed him that his name was on the list to be seen today. Inmate Madsen then began yelling profanity and obscenities at me. He became enraged and was waving his hands out the cell violently and yelling "You fucking bitch! You are you going to be in a cell just like this one, bitch! You mark my words, bitch! Fucking BITCH!!!" I immediately departed the tier for fear that he was throw something at me through his cell door slot. This is second time that Inmate Madsen has disrespected me and <u>called me out my name</u> by using profanity. Inmate Madsen is always so angry and enraged whenever I pass his cell door. I do believe if inmate Madsen ever has contact with me, he will cause me serious harm.

Use Continuation Sheet if Necessary

Date Prepared __12/17/15__  Time __6:10 p__  Employee Signature __Hawkins__

Supervisory Signature (Reviewer) _____  Date __17 Dec 2015__

---

### HEARING SUMMARY

Date of Hearing _____  Time _____

Inmate Plea:  Guilty  Not Guilty

Housing Board/Hearing Officer Finding:  Guilty  Not Guilty

Rationale for Findings _____

RECOMMENDATION(S)

Forfeit ____ days EGT/MGT  ____ Days Disciplinary  ____ days Loss of Privileges

Other _____

Rationale for Recommendation(s) _____

### RECOMMENDATIONS

| | | |
|---|---|---|
| Chair/Hearing Officer | Concur | Dissenting Vote *Must Explain |
| Member | Concur | Dissenting Vote *Must Explain |
| Member | Concur | Dissenting Vote *Must Explain |
| Warden or Designee | Approve | Disapprove (indicate further action) |
| | Vacate | Reduce Sanction  Reduce Sanction  Remand |



**VOICES FOR A SECOND CHANCE**
BRIDGING THE GAP: FROM INCARCERATION TO COMMUNITY

December 15, 2015

Kurt Madsen
DCDC# 345-102
1901 D Street, SE
Washington, DC 20003

Dear Mr. Madsen:

    I have enclosed a property request form. Please complete all the highlighted portions of the form and return it back to us. We are not allowed to go into your property once we retrieve it. If you have any other items in your property besides the glasses we will be unable to bring you your glasses. If you have any questions, or need additional information, please feel free to write or contact VSC at 202.544.2131.

Sincerely,

*Tamara McGuire*

Client Services Specialist
Tamara McGuire



# VOICES FOR A SECOND CHANCE
1422 Massachusetts Avenue, S.E. – Washington, DC 20003 – (202) 544-2131

## PROPERTY REQUEST FORM

_____ hereby authorizes Visitors' Services Center representative (name of rep.) _____ to pick up, on my behalf, the following property. List all items _____

Location of property: _____ DCDC No. _____

Date of arrest: _____ Date of Birth: _____

Jail Location: (Unit) _____ Cell No. _____

Name, address and telephone number of someone on the outside whom we can contact about this property:

Name: _____ Address: _____

Telephone Number: _____ Relationship: _____

### The undersigned understands the following:

1) VSC is not responsible in the event the property is lost or damaged while being transported to or stored at VSC; and _____ **PLEASE HAVE CLIENT INITIAL BEFORE ACCEPTING FORM.**

2) VSC will store the property for up to 3 months after your release, at which time the property will be disposed of, unless continuing storage arrangements are made by the undersigned.

Print Name: _____ Date: _____

Signature: _____

Notary's Signature: _____

Date: _____ Notary's Seal