

UNITED STATES COURT OF APPEALS
FOR THE
DISTRICT OF COLUMBIA CIRCUIT

#15-5192

KURT MADSEN = VICTIM-APPLICANT APPELLANT
v.
WILLIAM SMITH ET. AL TRAITORS - APPELLEE

MOTION FOR COPY OF DOCKET

THE APPELLANT IS CURRENTLY HELD INCOMMUNICADO TO FURTHER FACILITATE HIS SERVICE OR THAT OF HIS CORPSE IS HELD IN INVOLUNTARY SERVITUDE TRANSFERD BY TRAITORS IN THE ARTICLE 1 SECTION 8 CLAUSE 17 DISTRICT TO ANOTHER EVIL EMPIRE CREATED BY THE ENEMY WITHIN. IT IS UNCLEAR WHEN THE ABUSE OF LEGAL PROCESS OR THAT OF LAWLESSNESS SHALL TAKE PLACE WHERE THE CURRENT PHYSICAL RESTRAINT CAUSING "SERIOUS HARM" AS DEFINED BY 18USC1589 (C) AND THE CURRENT CONDITION SHALL BE REPLACED BY THE REPEATED THREATS AND ABUSE OF LAW AND LEGAL PROCESS, WHICH HAS PREVENTED ME FROM RETURNING HOME.

THE EVIL ENEMY IS A CONTEMPORARY MANIFESTATION OF SLAVERY WHO KIDNAPPED AND TRAFFICED ME FROM THE EAST COAST ONLY WITH THE INTENT AND KNOWLEDGE TO RETURN ME TO INVOLUNTARY SERVITUDE ON THE WEST COAST.

I AM CONSIDERD LESS THAN 3/5 OF A PERSON OR "THREE-FIFTHS OF ALL OTHER PERSONS" UNDER ARTICLE I SECTION 2 CLAUSE 3.
 WHICH BUILT UP THE SOUTHERN "REPRESENTATIVES" OR PUBLIC SERVANTS.
 THE POINT HERE IS, I WAS DEPORTED TO THE OTHER WASHINGTON TO CONTINUE INTO THE CONDITIONS OF INVOLUNTARY SERVITUDE I ESCAPED FROM.

I WANT A COPY OF THE DOCKET TO VERIFY WHAT HAS BEEN FILED, I DON'T KNOW OF ANOTHER WAY SINCE MY RIGHTS ARE DEPRIVED, BY A CORPORATION!
ALSO THOSE OF YOU WHOM ARE NOT TRAITORS OR THE SAME SCUM THAT ENJOYS THE EVILS OF INVOLUNTARY SERVITUDE SHOULD NOT BE OFFENDED BY MY CALLING OUT THOSE WHOM OFFEND THE FABRIC OF OUR EXISTENCE.