RECEIVED
Mail Room
JAN - 4 2016
United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE
DISTRICT OF COLUMBIA CIRCUIT
#15-5192

KURT MADSEN = VICTIM - APPLICANT — APPELLANT

V.

WILLIAM SMITH ET. AL.  OFFENDERS, RESPONDENT-APPELLEE.

RULE 23 VIOLATION!
NOTIFICATION - APPLICATION OF EVENTS OF DECEMBER 23, 2015 IN PERPETUITY UNTIL SUSPENDED PRIVILEDGE OF WRIT OF HABEAS CORPUS OVERTHROWN BY A SOPHISTICATED FORM OF REBELLION, WHICH HAS INVADED THE PUBLIC SAFTEY IS OVER-RULED.

ON DECEMBER 23, 2015 @ 5:00 AM, I, KURT MADSEN WAS ONCE AGAIN PLEADING FOR JUSTICE, INSIDE APPELLEE SMITHS DREADFUL BUILDING.
UNLIKE THE DISGUISE USED ON SEPTEMBER 29, 2014. THIS TIME THE ENEMY WITHIN WAS IN FULL DRESS UNIFORM, THREE SERGEANTS, WITH POLISHED BRASS BADGES, WITH CHEVERONS ON THEIR COLLARS AND TO TOP OFF THE ILLUSION OF LEGAL AUTHORITY WAS A UNITED STATES FLAG PATCH, SEWN ON THEIR SHOULDERS AS THOUGH ON THE BATTLEFIELD, YET NO SUPPORT OF THE SUPREME LAW UNDER 4USC101

1 OF 5

I, TRIED TO CALL THE COURTS TO NO-AVAIL FROM DECEMBER 16-22, 2015.

NOW FOR A TATICAL ADVANDAGE THE ENEMY WITHIN APPEARS AT 5:00 AM - NOT DURING "BUSINESS HOURS"

I PRODUCED A COPY OF FRAP RULE 23 AND INFORMED THE ACTING WARDEN OF THIS CASE.

WHICH WAS ALSO THE CASE ON DECEMBER 16, 2015, AT THE CORPORATION COURT, WHICH REFUSED A CHANGE OF VENUE, AND ANY REFERENCE TO POSITIVE LAWS OR THE SUPREME LAW OF THE LAND, (SEE OTHER PLEADINGS)

NO APPLICATION WAS FILED BY APPELLEE, THE CORPORATION 'JUDGE' CLAIMED HE WOULD 'ORDER' AUSA ROBERT LITTLE - AKA "MR. CORRUPTION" TO 'CALL' THE COURT OF APPEALS AND INQUIRE IF THE COURT WOULD INTERVENE.

I OBJECTED TO THIS INJUSTICE, I HAD ALSO DEMANDED A NOTICE OF APPEAL, WHICH WAS REFUSED. HOWEVER, A 'NOTICE OF APPEAL' IN 2015 FUG 16000 WAS FILED WITHIN THE '24 HOURS' UNDER CORRUPTION LAW 23-704.

I WAS TAKEN DOWN BY ABOUT 7 CORPORATE GUARDS AND THE 3 'SERGEANTS' WHO INSTEAD OF THE ((€ SHOCK)) 50K DEVICE, USED A "WRAP" WHICH BASICALLY TURNED ME INTO A BIG FISH, MY LEGS WERE TOTALLY IMMOBILIZED

2 OF 5

I, WAS ABLE TO USE MY MOUTH, AND PLEADED FOR A U.S. MARSHAL, I ALSO WARNED ALL INVOLVED THAT I AM BEING VICTIMIZED IN VIOLATION OF THE UNITED STATES CONSTITUTION AND LAWS, I CITED THE TRAFFICKING VICTIMS PROTECTION ACT 18USC1201 KIDNAPPING + CHAPTER 77 OF TITLE 18

I PLEADED TO BE HELD UNTIL THE COURTS OPEN TO VERIFY THE TRANSFER AUTHORIZATION.
— NOTE: THIS IS ALL RECORDED VIA VIDEO-CAMERA BY LT. ARNOLD OF THE ENEMY WITHIN, APPELLEE SMITH ALSO HAD CAMERAS— AS I WAS CARRIED AWAY.

I WAS KIDNAPPED IN VIOLATION OF 18USC1201, I WAS THEN DRIVEN TO DULLES INTERNATIONAL AIRPORT. I SCREAMED FOR HELP, THE VAN-VESSEL I WAS TRAFFICKED IN WAS 'ESCORTED' BY A 'POLICE' CAR ONTO THE TARMAC.

I DEMANDED THAT THE TRANSPORTATION SECURITY ADMINISTRATION BE CALLED

LT. ARNOLD "INTERVENED" AND TOLD THE 'POLICE' "HE DOESN'T THINK THE JUDGE WHO ISSUED THE WARRANT BELIEVES IN THE CONSTITUTION". I DEMANDED HE SEE THE SO CALLED 'WARRANT' THE TEAMSTER WALKED AWAY.

I WAS THEN CARRIED INTO N1MM (SEE DKT 22 IN 14-1716) I REPEATEDLY BEGGED THE PILOT AND CO-PILOT

3 OF 5

TO SUMMON THE TRANSPORTATION SECURITY ADMINISTRATION AND THAT I WAS BEING TAKEN BACK TO A STATE OF PEONAGE AND INVOLUNTARY SERVITUDE AND THEY CAN BE HELD CRIMINALLY LIABLE.

MOREOVER WE WERE IN VIRGINIA AND THE ENEMY WITHIN WASHINGTON STATE DOC LACKS JURISDICTION IN VIRGINIA, WHICH I ALSO TOLD THE 'ONE MAN POLICE'. ON THE TARMAC

I WAS ALSO SCREAMING FOR HELP WHEN I HEARD THE PILOT RADIO FOR CLEARANCE.

I HAVE STILL NOT RECEIVED MEDICAL ATTENTION I WAS PLACED ON A 'LIST' AT $CORE THE SAME LIST I WAS ON FOR 50 DAYS. (SEPT—OCT 2015)

OBVIOUSLY I AM NOT CHARGED WITH 'ESCAPE' AS CLAIMED IN OBTAINING THE NCIC 'WARRANT'. SINCE AS I'VE INDICATED I WAS TAKEN BACK TO $CORE SOUTH WHERE THE TRAFFICKING VICTIMS PROTECTION ACT AND CHAPTER 77 OF TITLE 18 ARE VIOLATED DAY IN AND DAY OUT.

DID THE REBELS WIN THE WAR WITHIN THE ARTICLE 1 SECTION 8 CLAUSE 17 DISTRICT? WHERE THEY HAVE INDEPENDENCE VIA CORPORATION!

4 OF 5

THEY SEEM TO HAVE WON IT IN BOTH WASHINGTONS, AND THOUSANDS OF CITY'S IN THE UNION. THE CITY OF KENT IS PARA MATERIA TO D.C. VIA THE ENEMY WITHIN, MORE ON THAT LATER.

ITS HARD TO BELIEVE THE ENEMY WITHIN ACTUALLY RECRUITS FORMER MILITARY SOLDIERS, TRAINED TO CARRY OUT ANY ORDER.

BASICALLY TRAINED TO KILL, THE CONSTITUTION IS QUASI-EXTERMINATED. IN THE IDEPENDENT CITY'S= AT LEAST FOR NOW!

~~THANKS FOR YOUR HELP~~

I'M SURE THE ENEMY WITHIN DOES.

I KURT MADSEN SWEAR UNDER THE PENALTY OF PERJURY THE FACTS HEREIN ARE TRUE AND CORRECT ~~SNAFU~~ FUBAR

I'VE LOST ALL RESPECT FOR THE COURT ~~IF~~ IN FACT THE TRAITOR ROBERT LITTLE CALLED OR THE APPELLEE FILED AN APPLICATION TO TRANSFER. TRAITORS?!?!?!?!?!?!?!?!?!?!?!?!

ARE YOU ALL JUST THE SAME SCUM? HOW DO YOU LIVE WITH YOURSELFS?

DECEMBER 28, 2015

KURT MADSEN

THE SERPENT SHOULD DIE* SO WE CAN LIVE FREE AND PURSUE HAPPINESS!

*SEE INJUSTICE MARSHALLS MOTTO