# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
2016 JAN 11 PM 4: 05
FILING DEPOSITORY

## #15-5192

KURT MADSEN                                                              APPELLANT

V

WILLIAM SMITH et. Al.                                                    APPELLEE.

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
2016 JAN 11 PM 4: 06
FILING DEPOSITORY

## CERTIFICATE OF SERVICE
## REQUEST FOR PROTECTION AGAINST LAWLESS VIOLENCE

On January 11, 2016 the Appellant caused to be hand-delivered a copy of the "AMENDED WRIT OF HABEAS CORPUS AND MOTION FOR RULE 23 RELEASE" to Suzanne G. Curt at 555 4th Street N.W. Washington D.C. 20001.

Which was filed in haste since the Appellant has again escaped the insanity and injustice of "involuntary servitude", which the Appellant has further inflicted upon him and could at any moment once again abuse the law and legal process in violation of the Trafficking Victims Protection Act and the Constitution was not designed to constitute corruption by corrupt organizations, like the corporation of the District of Columbia, which is unable under the principles of the separation of powers, to "constitute" Power inferior or "superior" to the Article 1 Section 1, Article 2 and Article 3 Powers.

It's rather amazing all the "security" provided to People in a position of "public Trust" under Article 6 Clause 2, even in "Office" of United States Attorney General, obviously has little concern for Article 3 Judicial Power where the United States is a "party". By filing claims in a corrupt corporation

1 of 4


court claimed to be "superior", which does not constitute a Congressional tribunal as Article 1 Section 8 Clause 9 permits.

The Appellant is apparently not protected under the Trafficking Victims Protection Act or the 13th Amendment, since he is and perhaps shall be again victimized by the Attorneys at 555 4th Street N.W. for apparent "job security", and forced into corrupt "superior" corporation court by Article 3 "Officers" USMS.

Which although Title 18 USC 3182 specifically indicates the "positive law" is applicable in the District, AUSA Robert Little and the illusion of legal authority cloaked by "chief judge" Robert Lee, SATTERFIELD refused to allow any arguments regarding Chapter 209 of Title 18, or the Trafficking Victims Protection Act, since the "superior" court constituted corruption the Constitution of the United States was also overruled.

The Appellant is rather baffled by the fact the Genuine United States Attorneys at the John F. Kennedy Building are so "protected" the Appellant is refused access to "needful Buildings" as it relates to the Department of Justice to make claims regarding violations of the United States Constitution and more importantly the Trafficking Victims Protection Act.

Furthermore, the Appellant was denied access to the "Hoover Building" to make a complaint regarding the "abuse of legal process" as it relates to the integrity of the National Crime Information Computer NCIC being compromised, in violation of Due Process of Law and principles of the 4th Amendment.

The November 13, 2015 email was not responded to either.

It strikes the Appellant as rather on that he dismantled his laptop camera and was given authorization to bring it in the Courthouse at 333 Constitution Ave N.W. by on United States Marshal, yet another refuses access, moreover, the Appellant has yet to receive authorization to file

electronically and has spent the last few days attempting to find locations to print, which after the January 11, 2016 pleading was filed, the clerk was kind enough to provide copies, over 200 pages. What about saving trees?

The Courts water fountain keeps track of all the water bottles "saved", although I was forced to slam down an entire half quart of milk, I was instructed to dump out my water, and when I refilled it the tally was "17640" water bottles saved. THATS APPARENTLY AT ONE MACHINE.

Imagine the carnage created by the requirement to file paper documents...

It should be noted the Appellant is somewhat in fear, since the corrupt corporation will deny all possible appeals as was the case for "24 hour" appeal under the corrupt corporation rules.

Filing an appeal when one is treated as a "slave"( i.e. all communication blocked) while the Appellee is engaged in the practice of abuse of legal process and placing the Appellant under "conditions" the Constitution was not designed for....

Perhaps the "*Executive Authority*" under the Constitution of the United States....

Article 2 Section 3 ... "*he shall take Care that the Laws be faithfully executed, and shall Commission all the Officers of the United States*"

Should look into 18 USC 3182:

 "*the executive authority of the ...District....to which such person has fled shall cause him to be arrested and secured, and notify the executive authority making such demand, or the agent of such authority appointed to receive the fugitive, and shall cause the fugitive to be delivered to such agent when he shall appear. If no such agent appears within thirty days from the time of the arrest, the prisoner may be discharged*"

THE CORRUPT CORPORATION IS NOT INCLUDED!

I suppose when you release oversight and shake the hand the other *president* of "the Enemy Within" taking *Care that the Laws be faithfully executed* is out the window like the 1000's of airstrikes claimed on December 8, 2015.

3 OF 4

Why should a citizen expect the principal:

*"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness"* "WE THE PEOPLE..." HAVE DONE JUST THAT.
When someone sends out predator drones to eliminate LIFE?

Which is para-materia to Liberty, obviously some find Happiness in taking both!

The problem is certain people abuse their power and abuse the law and legal process which is the basis of the Union of the United States of America, perhaps their posterity shall understand what they fail to recognize…

Is the "executive authority" of the Seat of the Government of the United States anyone designated by the "chief judge" of the "superior" corporation court?

The Appellant REQUESTS to be protected by the executive authority under Article 2 Section 3 against lawless violence in the District under 18 USC 3182 under asylum equally as those brought into the rest of the United States under 18 USC 3192 "...for his security against lawless violence"

Even if it takes another year....

January 11, 2016

Kurt Madsen
madsen.appellant@gmail.com