UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAN 27 2016

RECEIVED

# UNITED STATES COURT OF APPEALS
## FOR THE
# DISTRICT OF COLUMBIA CIRCUIT

## 15-5192

| | |
|---|---|
| KURT MADSEN | APPELLANT |
| V | |
| WILLIAM SMITH, et. Al. | APPELLEE. |

## MEMORANDUM

The Appellant/Applicant/Victim/Citizen/Person, hereafter "Appellant" whom is considered a team member of the human race, has filed several MOTIONS in an effort to retain and regain his Liberty from the oppression of his Constitutional Rights, by the international brotherhood of teamsters union members, which account for several million oppressions of Peoples rights year after year, although they are a derivative of the insurrectionist and rebels whom attempted to overthrow the Union of the United States, beginning on December 20, 1860. Some 150 years later, as evidence in the Congressional findings in 42 USC §15601, they have regained control over People which now outnumber the Imported under Article 1 Section 9 Clause 1 People, and counted as 3/5 under Article 1... to add "representation". The reality is the "white supremacy" movement was begun back in 1801, when John Marshall, became the "one supreme Court" "Chief", apparently his brother James was a member of your Court, sometime after he claimed

1

James Madison refused to provide him with the commission for Marbury, when in reality his brother John as 'SOS' held the "document" in "***abeyance***" in the INFAMOUS case of Marbury v Madison 5 US 137 (1803) the SCAM of the Centurie{S}

Therefore the "Rule of Flaw" is omitted from this pleading.

The Appellee's main concern is not to be victimized by lawless violence in the hands of the Appellee and secondly is to submit documents for the "record" which due to something contrary to "Good Behaviour" is limited. Moreover, as can be seen in EXHIBIT A is very contrary to "Good Behaviour" 'Kennedy' in this case other than John or Robert in previous pleadings is "little else than a name".

On January 23, 2016, the Appellee attended oral arguments for case # 15-5190 only to, too or two numbers away from his case number, which is still "held waiting for an ANSWER". The point here is the Appellant heard the clerk say:

# "*God save the United States*"

for the first time in his life, as you all know the snow storm created a form or style of "white supremacy" which the corrupt corporation of the district of Columbia, which is overrepresentation against the doctrine of our nation, a derivative of the Appellee and apparently the remaining judicial department, which should be washed away like recommendation upon the sign I "stole" out of the bathroom on the 3rd floor, EXHIBIT B or the "clean hands doctrine" which mine are although I'm white my race is the human kind, and "white supremacy" will melt away someday just as the snow is doing today, it's nothing but a cancer upon our society.

It obvious the Court is a waste of my time as is the "one supreme Court"... the *superior tribunal* **constitutes** the Union of the United

2

States *__constitutes__* being members of Congress which I have apparently unsuccessfully motioned to Intervene.

Lastly the "one supreme Court" claims on the facade "JUSTICE IS THE GUARDIAN OF LIBERTY" that's on the backside were one delivers pleadings since "their business" does not allow electronic filing, in reality what's the difference since although the "inferior" Courts within the Article 1 Section 8 Clause 17 Seat of the Government of the United States don't allow filing electronically unless you're a member of their "BAR" or one obtains "permission",
obviously................................................................................................

January 27, 2016    S/O/S Kurt Madsen

S for 'SAVE' not *__SINK__*

# EXHIBIT A

Clerk, Supreme Court of the U. S.
One First Street, NE
Washington, DC 20543

14A386

RECEIVED
OCT 9 - 2014
OFFICE OF THE CLERK
SUPREME COURT, U.S.

Supreme Court, U.S.
FILED
OCT 0 3 2014
OFFICE OF THE CLERK

# SUPREME COURT OF THE UNITED STATES

| | |
|---|---|
| KURT MADSEN, APPELLANT<br><br>v.<br><br>STATE OF WASHINGTON ET. AL, DEFENDANTS | NINTH CIRCUIT NO. 14-35440(?)<br>DISTRICT COURT NO. 13-1940<br>STATE COURT NO. 11-1-10408-3<br>MOTION FOR ONE-DAY EXTENSION OF TIME<br>CERTIFICATION OF SERVICE |

I, KURT MADSEN, THE APPELLANT, AM THE LAST PERSON ON THE FACE OF THIS EARTH, WHOM WOULD WANT TO CONTINUE THE INFLICTION OF THE "INFAMOUS PUNISHMENT" ONE MORE DAY, UPON MYSELF. HOWEVER, TODAY IS OCTOBER 2, 2014. THE ORDER I AM SEEKING A WRIT OF CERTIORARI (on) WAS ENTERED BY THE NINTH CIRCUIT ON JULY 8, 2014. THEREFORE, PURSUANT TO THE SUPREME COURT RULE AND AS EXPLAINED IN A FACE TO FACE CONVERSATION WITH A SUPREME COURT CLERK, IN THE OFFICE OF THE CLERK[1] I HAVE 90 DAYS, PLACING THE EXPIRATION DATE ON MONDAY OCTOBER 6, 2014.

[1] INQUIRING AT THE SUPREME COURT ON SEPTEMBER 12, 2014

1 OF 3

I AM NO LONGER IN-QUASI-CUSTODY, I AM BEHIND THE IRON CURTAIN. HELD TO ANSWER YET AGAIN, I AM IMPRISONED UNDER THE CONTROL OF PEOPLE PRETENDING TO BE EXECUTIVE LAW ENFORCEMENT OFFICERS, YET ALL HAVE FAILED TO ASSENT TO SUPPORT THE UNITED STATES CONSTITUTION, AS THE POSITIVE LAW TITLE 4 UNITED STATES CODE 101 MANDATES. YET THEY ISSUED 'WARRANTS' FOR MY ARREST, WHICH CAUSED MY MOST RECENT ARREST AT THE LAW LIBRARY OF CONGRESS IN THE MADISON BUILDING IN WASHINGTON D.C. ON SEPTEMBER 13, 2014. ON SEPTEMBER 29, 2014 I WAS RETURNED ON A CHARTERED PRIVATE JET (ERIN NCR) TO WASHINGTON STATE AND ALTHOUGH I WILL-OR AM SUPPOSE TO- ACCESS A "LAW LIBRARY" ON OCTOBER 6, 2014 I WAS INFORMED I WILL NOT BE PERMITTED TO MAKE COPIES OR OBTAIN ENVELOPES FOR THE UNITED STATES MAIL UNTIL OCTOBER 7, 2014 ON THAT DATE I INTEND ON FILING AN IFP APPLICATION, PETITION FOR WRIT OF CERTIORARI AND SEVERAL OTHER MOTIONS, (THEN QUASI-RELEASED OCTOBER 15, 2014) UNDER THE EXTRAORDINARY INABILITY TO ACCESS THE UNITED STATES MAIL OR MODERN MAIL & (NOT CURRENTLY ACCEPTED BY THE UNITED STATES SUPREME COURT)

2 OF 3

I KURT MADSEN, RESPECTFULLY REQUEST THE SUPREME COURT OF THE UNITED STATES EXTEND THE TIME FRAME BY ONE-DAY FROM OCTOBER 6, 2014 TO OCTOBER 7, 2014.

OCTOBER 2, 2014

Kurt Madsen

I KURT MADSEN, SWEAR UNDER THE PENALTY OF PERJURY ~~THAT~~ I WILL HAVE NO ACCESS TO THE UNITED STATES MAIL SYSTEM OR A COPY MACHINE UNTIL AT LEAST OCTOBER 7, 2014. I FURTHER SWEAR UNDER THE SAME PENALTIES I HAVE CREATED A HANDWRITTEN COPY OF THIS PLEADING, EXCLUDING THE FINELY PRINTED HEADING ON PAGE 1, WHICH WAS "PRINTED" FOR ME ABRIDGING MY ABILITY, WHICH I SHALL MAIL TO THE DEFENDANTS WHEN THEY ALLOW ME ACCESS TO ANOTHER ENVELOPE, THE ONE I HAVE WAS TRADED FOR FOOD AND SENT TO THE SUPREME COURT ON OCTOBER 2, 2014 —USING THE INMATE LEGAL MAIL SYSTEM—

OCTOBER 2, 2014

Kurt Madsen
#964228
MCC-SOU F-207
MONROE, WA 98272.

3 of 3

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 8 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| KURT MADSEN, | No. 14-35440 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:13-cv-01940-TSZ |
| v. | Western District of Washington, Seattle |
| JAY INSLEE; et al., | |
| Defendants - Appellees. | ORDER |

Before: KOZINSKI, Chief Judge, HAWKINS and WARDLAW, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties); *see also In re San Vicente Med. Partners Ltd.*, 865 F.2d 1128, 1131 (9th Cir. 1989) (order) (magistrate judge order not final or appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

**DISMISSED.**

MF/Pro Se

KURT MADSEN #764228
MCC-SOU F-207
P.O. Box 514
Monroe, WA 98272

SEATTLE WA 980
03 OCT 2014 PM 7 L

LEGAL MAIL

CLERK, SUPREME COURT
OF THE UNITED STATES
ONE FIRST STREET NE
WASHINGTON, D.C. 20543

LEGAL MAIL

20543

THIS WAS MAILED BY AN
OFFENDER CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.

CO SUTHERLAND the 10-02-14

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 14, 2014

Mr. Kurt Madsen
Prisoner ID 964228
MCC-SOU F-207
PO Box 514
Monroe, WA 98272

      Re: Kurt Madsen
           v. Jay Inslee, Governor of Washington, et al.
           Application No. 14A386

Dear Mr. Madsen:

      The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kennedy, who on October 14, 2014 denied the application.

      This letter has been sent to those designated on the attached notification list.

                                        Sincerely,

                                        **Scott S. Harris**, Clerk

                                        by

                                        Andrew Downs
                                        Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Kurt Madsen
Prisoner ID 964228
MCC-SOU F-207
PO Box 514
Monroe, WA 98272

# Supreme Court of the United States

No.   14A386

Kurt Madsen,

Applicant

v.

Jay Inslee, Governor of Washington, et al.

### ORDER

UPON CONSIDERATION of the application for the applicant,

IT IS ORDERED that the time for filing a petition for a writ of certiorari in the above-entitled case, be and the same is hereby, extended to and including _____.

                                                    Associate Justice of the Supreme
                                                    Court of the United States

Dated this _____
day of October, 2014.

# EXHIBIT B

