

# UNITED STATES COURT OF APPEALS

## FOR THE DISTRICT OF COLUMBIA CICUIT

## 15-5192

KURT MADSEN            APPELLANT

V

WILLIAM SMITH *ET. AC.*       APPELLEE

*NOTE! "Abuse of Legal Process" In Exhibits*

## MOTION TO ALLOW EMAILING EXHIBITS

## CERTIFICATE OF SERVICE

*X NOTE! NCIC "WARRANT" In Exhibit B,C,D,E — Page 1*
*CAN YOU SCAN WITH CARE AND OVER 150 DPI?*
*THE LAST SCANNES SUCKED —1-1/16 K—*

On November 6, 2015 the Appellant tried to seek the "assistance" of the "Civil Officer", via emailing documents, would request accessing from Adobe Acrobat D. C., however, unable to upload at this time.

See Attachment 1 relating to email chain and Motion for Correcting the Record under Rule 10.

The Appellant is IFP and cannot afford to print and mail documents, which number over 120.

Furthermore, "EXHIBIT 4" of [DKT 22] is created through Adobe Acrobat D. C. which should be applicable in Washington D.C. considering even the Government "Printing" Office GPO is now publishing without paper and saving time and trees.

Sending paper then scanning not only kills trees, it kills the intension of the science behind electronic publishing, which Congress has spent untolled Billions in Grants helping to create.

*NOTE: SENT ON 11/6/18 @ 98030 POST OFFICE WITH 85⁰⁰ ATTACHED- NEVER FILED WITH COURT.*
*ALSO- ECF- SHALL BE "PROOF OF SERVICE".*

1

Is the "judicial power" under Article 3 destroying the Article 1 Section 8 Clause 8 Science? Which has rendered filing documents through the USPS obsolete even with the opinion of the "one Supreme Court" they are <u>not our Supreme</u> Ruler!

Lastly, the Appellee tyrant has received notification through email and his assistance a treasonous jurists, at the 555.

Mrs. Curt was very curt, claiming I "was informed not to call her by the receptionist" in reality, Appellant, acting as his own counsel, was given her direct number 202-252-6736.

Why should a "Civil Officer" be able to access the ECF, to defend a tyrant it is an act of treason upon the Constitution.

The Appellee is entitled to a Grand Jury only in the context of being "held to answer", in committing a 18 USC 285 and other Title 18 crimes, the fact he is now represented by someone committing 18 USC 1031 is another matter in and of itself and now constitutes a 18 USC 286 or 371 among other Title 18 crimes.

The District Court obviously committed 18 USC 2076 by suspension of the email and filing of the July 13, 2015 Rule 46 Motion and Recusal before the Judge made the determination of the Certificate of appeal ability, while the motion was in route under Article 1 Section 8 Clause 7 "first class". Yet already received through Article 1 Section 8 Clause 8, science. See "information" "immediately added".

And violation of 'positive" law under 1 USC 204

The Appellant Motions the Court to permit the filing of documents in Attachment 1, through email until ECF access is granted.


Furthermore,

See email chain attached as verification of service of the documents associated with this motion and this motion itself.

2

Respectfully,

November 6, 2015

s/Kurt Madsen
madsen.appellant@gmail.com
202-602-9136

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

2016 JAN 16 PM 5: 14

FILING DEPOSITORY

NOTE NEXT PAGE EMAIL CHAIN FROM JULY 13, 2015 and Appellants victimization from the 18 USC 2076 violations. When will Appellant be summoned to testify before a Grand Jury of the United States Congrss? It is unclear how so many "Civil Servants" have failed to protect and serve... twisting the truth of the matter through the presidence of the "master of the game", who is given the presents of Nobility in violatiom of the principals of Article 1 Section 9 Clause 8 at the Marble Castle of the "one Supreme Court" circa December 20, the date which shall always be infamous within the several United States.

 **Kurt Madsen <madsen.appellant@gmail.com>**

# 14-1716 Madsen V Smith et al LET THIS BE FILED
2 messages

**Kurt Madsen** <madsen.appellant@gmail.com>     Mon, Jul 13, 2015 at 11:34 AM
To: Judge_Jackson@dcd.uscourts.gov, Leslie.Gerardo@usdoj.gov,
ECF_login@dcd.uscourts.gov, Reggie_Johnson@dcd.uscourts.gov,
Tiffany.Gough@dcd.uscourts.gov, craig.lawrence@usdoj.gov

> Mr. Johnson,
>
> The District Court mishandles USPS mail it is absurd I am
> unable to obtain equal access to the Court...
>
>  The attached file should be considered for filing under the
> same conditions as all other Motions email until the Court of
> Appeals determines the issue regarding denial of access to
> the court.
>
> Kurt

📄 **14-1716 7-10-2015 -s- SIGNED recusal motion.pdf**
2628K

**Reggie_Johnson@dcd.uscourts.gov**          Mon, Jul 13, 2015 at
<Reggie_Johnson@dcd.uscourts.gov>                    11:39 AM
To: Kurt Madsen <madsen.appellant@gmail.com>
Cc: craig.lawrence@usdoj.gov, ECF_login@dcd.uscourts.gov,
Judge_Jackson@dcd.uscourts.gov, Leslie.Gerardo@usdoj.gov,
Tiffany.Gough@dcd.uscourts.gov

## LCvR 5.1
## FORM AND FILING OF DOCUMENTS
### (b) FACSIMILE OR EMAIL.
No document shall be transmitted to the Clerk for filing by means of electronic
facsimile or email transmission except with express leave of Court.

Reginald D. Johnson
Civil Case Administrator
333 Constitution Ave, NW
Washington, D.C. 20001
United States District Court for the District of Columbia
(202) 354-3042


From:     Kurt Madsen <madsen.appellant@gmail.com>
To:       Judge_Jackson@dcd.uscourts.gov, Leslie.Gerardo@usdoj.gov,
ECF_login@dcd.uscourts.gov, Reggie_Johnson@dcd.uscourts.gov,
Tiffany.Gough@dcd.uscourts.gov, craig.lawrence@usdoj.gov
Date:     07/13/2015 02:34 PM
Subject:  14-1716 Madsen V Smith et al LET THIS BE FILED


Mr. Johnson,

The District Court mishandles USPS mail it is absurd I am
unable to obtain equal access to the Court...

 The attached file should be considered for filing under the
same conditions as all other Motions email until the Court of
Appeals determines the issue regarding denial of access to
the court.

Kurt[attachment "14-1716 7-10-2015 -s- SIGNED recusal
motion.pdf" deleted by Reggie
Johnson/DCD/DC/USCOURTS]

KIM MARSH
24608 116TH AVE SE
KENT, WA 98030

ANGELA CAESAR
c/o JUDGE COLLYER
UNITED STATES DISTRICT COURT
333
CONSTITUTION AVE
WASHINGTON DC. 20001

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Postmark
Here

Sent To
Angela Caesar c/o Judge Collyer
Street, Apt. No.; 333 Constitution Ave
or PO Box No.
City, State, ZIP+4 Washington DC. 20001

PS Form 3800, August 2006          See Reverse for Instructions

7013 1710 0001 2609 2842
7013 1710 0001 2609 2842
7013 1710 0001 2609 2842

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20001

| | |
|---|---|
| Postage | $ $3.45 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | N/A N/A |
| Total Postage & Fees | $ $2.08 |

*07/15/2015*

$5.53

Sent To
_ANGELA CAESAR C/ JUDGE COLLYER_
Street, Apt. No.; _333 CONSTITUTION AVE_
or PO Box No.
City, State, ZIP+4 _WASHINGTON DC 20001_

PS Form 3800, August 2006       See Reverse for Instructions

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

---------------------------------

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

Or scan this code with your mobile
device.



YOUR OPINION COUNTS

---------------------------------

Customer Copy

==========================================
KENT MPO
KENT, Washington
980319998
5476210232-0096
07/15/2015 (800)275-8777 05:45:36 PM
==========================================
============= Sales Receipt =============

| Product Description | Qty | Sale Unit Price | Final Price |
|---|---|---|---|
| Photo/Doc Mlr 6.5" x 9.5" (ins w/ adh)-Gen-paper | 1 | $1.69 | $1.69 |
| WASHINGTON DC 20001-2802 Zone-8 First-Class Mail Large Env 5.60 oz. Expected Delivery: Mon 07/20/15 | | | $2.08 |
| @@ Certified Mail USPS Certified Mail #: 70131710000126092842 | | | $3.45 |
| Customer Postage | | | -$2.45 |
| Subtotal: | | | $3.08 |

========
Issue Postage:                       $3.08

==========
Total:                               $4.77

Paid by:
Cash                                 $5.00
Change Due:                         -$0.23

ATTACHMENT 1



**Kurt Madsen <madsen.appellant@gmail.com>**

# MADSEN V SMITH 15-5192 MOTION FOR GENUINE CORRECTIONS
4 messages

**Kurt Madsen** <madsen.appellant@gmail.com>          Fri, Nov 6, 2015 at 9:51 AM
To: Kurt Madsen <madsen.appellant@gmail.com>, Susan.G.Curt@usdoj.gov,
Elizabeth.Trosman@usdoj.gov, Lori.Buckler@usdoj.gov

Counsel,
I am requesting assistance to have the attached motion and documents filed in the Court, since I have yet to receive an order for ECF filing, fraud was committed and I should have received discharge through 18 USC 3182...

You might want to reconsider your position as far as defending traitors, when you should prosecute them.

Also all ECF filings, since IFP and unable to pay PACER fee you received notice of Since 9-29-2015. It was free so I should have them free and not charged a fee, I was not permitted access to anything, except a golf pencil and paper, oh and "first class" mail, after returned to face involuntary servitude without being duly convicted via 18 USC 3182. Therefore, could one of you send the documents I would like to have them.

Lastly since I was not discharged I was recharged under the same warrant as you can see in the Exhibits, this "warrant" removed me from the Law Library of Congress, I knew the "warrant" was bogus that is why I demanded to see it before

Appellee allowed me to be kidnapped and taken back to the land of lawlessness to serve involuntary servitude perpetually.

I would like a decision on assistance on efiling perhaps you could ask your comrade Robert Little.
I'll keep Congress informed of the information.

Thank You

I'll wait until Monday to Print and send Third-Class mail.


Kurt


5 attachments

📄 **15-5192 EXHIBIT 1 WRIT   8-13-2014.pdf**
   867K

📄 **15-5192 EXHIBIT 2 8-14-2014.pdf**
   3451K

📄 **EXHIBIT 3 GOVERNERS WARRANT FILE 9-25-2014.pdf**
   3832K

📄 **EXHIBIT 4.pdf**
   2687K

📄 **15-5192 Genuine Corrections Motion.pdf**
   122K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: madsen.appellant@gmail.com

Fri, Nov 6, 2015 at 9:53 AM

Delivery to the following recipient failed permanently:

Susan.G.Curt@usdoj.gov



**Kurt Madsen <madsen.appellant@gmail.com>**

___

## 15-5192 Madsen v Smith
1 message

**Kurt Madsen** <madsen.appellant@gmail.com>                    Fri, Nov 6, 2015 at 10:03 AM
To: Suzanne.G.Curt@usdoj.gov

Counsel,
My apologies I misspelled your name, in the original email.

Three questions.

1) will you e-file the documents? under the "public trust"?

2) Can I get every document you received notice since 9-29-2015 notwithstanding today.

3) Would you like me to resend the returned "first class" mail or have you obtained it electronically?

Please provide the "information" to these questions...

Thank You

Kurt

# UNITED STATES COURT OF APPEALS

## FOR THE DISTRICT OF COLUMBIA CICUIT

# 15-5192

KURT MADSEN                                    APPELLANT


V


WILLIAM SMITH                                    APPELLEE


## MOTION FOR CORRECTION OF RECORD

## A GENUINE CORRECTION OF CORRUPTION

### Reserve briefing on Marbury v Madison… Leading Case

Rule 10 (e) (3) permits questions regarding the content of the record to be considered in the Court of Appeals.

In the alternative the Exhibits shall assist a Jurist of reason to see the acts of treason upon the Constitution of the United States, by an apparent conspiracy to circumvent "positive" law of 18 USC 3182. The treasonable jurists, eliminated and suspended the Privilege----- para materia----- and equal to Right of Habeas Corpus under Article 1 Section 9 Clause 2.

Correcting the record is in the interests of Justice.

Therefore, the Appellant prays the Court will allow the following documents, which were not available to Appellant due the Appellee's and treasonable jurist's actions.

1

Furthermore, the documents should also be considered in Appellee's Motion to Revert or Motion to permit Rule 60 (b) motion.

1)  EXHIBIT 4  [DKT 22] RULE 46 OBJECTIONS
    (Mailed Electronically on July 13, 2015 then sent via Certified Mail on July 15, 2015 before DOA of COA)

2)  EXHIBIT 1 (Original Writ of Habeas)

3)  EXHIBIT 2 (Governors Warrant File 8-14-2014 Rejected 8-18-2014)

4)  EXHIBIT 3 (Governors Warrant File 9-25-2014)


These documents are associated with the fraud in the Article 1 Section 8 Clause 17 District.

Also, on August 24, 2015, the Appellant Certified the mailing via First-Class Mail, that Appellee received notice of the Motion for an extension of time for filing initial submissions.

Appellant received a returned envelope unopened, after an analysis of why the First-Class mail was returned Appellant realized his mistake.



Appellant neglected to include the ZIP CODE, perhaps through his haste he created more waste, which had he simply just received the ability to e-file in the Court, moreover, District Court, some time on both sides of the Country, could have been saved along with Appellants Liberty. As Article 1 Section 9 Clause 2 was intended to obtain for acts of lawlessness.

Appellant shall resubmit the "first-class" mail, which won't last forever snail mail is only used in jails because justice fails inside the incarceration industry created through "information".

"Live by the sword die by the sword!" in the information age and in Generation Z.

The incarceration industry treats people like the "imported people" of post- 911 or the Domestic Terrorism after "say what the law is" in the post Art.1 Sec. 9 Cla. 1 or circa the expansion of slavery after 1808...

You all must start to understand who these people who treated the "imported people" who lost their $10.00 "investment" invented "information" to circumvent the 13th Amendment and eliminated the essential essence of Due Process of American Law. And the right of a Person, imported, migrated or accused has immunity from prosecution unless indicted by a Grand Jury as embodied in the 5th Amendment. Under 18 USC 3182, "held to answer" should last only 30 days throughout the Nation, by the same under "importation", "deportation", "exportation" or "extradition" through requisition or otherwise criminal accusations of a Person.

Doesn't every United States "Civil Officer" take an Oath which ends with "So Help Me God".

Then the final phrase in the Declaration of the 13 United States of American in 1776 states "Sacred Honor" Also the "Supreme Law of the Land" as defined in Article 6 Clause 2, People acting under the authority and Oath under Article Clause 3 are not required to take a religious Test for a position of

3

public trust, however, when people start using the United States Treasury as a "trust fund" and obtain "grants" to cage People without the protections, privileges and immunities of "We the People", Sam "Huston we have a problem" encompasses the entire Union.

In Corinthians 13 13
"Three things will last forever—faith, hope, and love—and the greatest of these is love."

One would think the sacrifices of People in the Civil War and One Country One Constitution and One Destiny, "one Supreme Court" would interpret the incarceration industry and protect People.

Therefore the 13th Amendment would last forever, unlike the injustice of Judges acting with impunity, the 13th Amendment is simple:

"Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction."

          Consider this; Due Process consists of Three things "We the People" expect to last forever, unlike Easter Island.
Life, Liberty and Property.
          Considering People give their Life and abandon Property the greatest of these is unequivocally and "emphatically", not concluding "say what the law is", the greatest is Liberty, People can live Life without "property" contrary to the "one Supreme Court".
Without Liberty "No Person" wants "property" or Life.
Therefore, "Lets Hope So" and referencing "FOREVER", on the envelope, was based upon the above analysis not intended to allow one concept of Article 1 Section 7 to last forever, "We the People"

4

have now through Article 1 Section 8 Clause 8 found a way to save trees like the Constitution was intended to save People.

I have requested the Service of a "Civil Officer" to e-file to save some trees, appointed like a Judge under Article 2, and not as easily removed as a Judge under Article 3, whereby some act with impunity when they might get Trumped by a Person who might not be able to their duty under Article 2 Clause 1 Section 8 to " preserve, protect and defend the Constitution of the United States" a Judge who acts with impunity does not have immunity from a Persons "Ability" to simply say  "YOUR FIRED", and find someone better, an appointment as an Article 2 Civil Officer does not last forever, because the "master of the game" can "say what the law is" after an Article 2 Section 1 Clause 8 Oath the Presidential Power Trumps any appointed power and is subjected to being Trumped by "Your Fired!" since the Person might not be able to "Make This Country Great Again!" unless those leaching of the system by only doing 25% of their "power" and paid 100% or those who rely upon the "Rule of Flaw" created in 1803, overruling the Supreme Law and "positive" Law 1 USC 204, And attain the greatest asset of its design and our genuine Manifest Destiny for all People is Liberty.

Let's Get Busy!

Whereby with it "We the People" attain the greatest Life and accumulate proper property.

Respectfully,

November 7, 2015

s/Kurt Madsen
madsen.appellant@gmail.com
202-602-9136

NOTE: DONALD TRUMP IS A CHUMP - AND RACIST TRASH / UNCLEAR OF HIS CHARACTER ON 11/7/2015 — TODAY 1-16-16    5

# United States District Court
# For The District of Columbia

## ELECTRONIC CASE FILES
## ATTORNEY/PARTICIPANT REGISTRATION FORM

### LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system.

The following information is required for registration:
If you are appointed pro bono or pro hac vice, please provide the case number:
14-1716 Madsen v Smith et. al.        Self-Represented

First Name/Middle Initial/Last Name:  Kurt R. Madsen

Last four digits of Social Security Number:  5643

DC Bar ID#:  DC "CORRECTION" BARS NO. 345-102

Firm Name:  Kurt R. Madsen

Firm Address:  24608 116th Ave SE

Kent, WA

Voice Phone Number:  202-602-9136

FAX Phone Number:

Internet E-Mail Address:  Madsen.appellant@gmail.com

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the **U.S. District Court for the District of Columbia**. It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet Website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all

papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.

5. Attorneys must be active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed pro hac vice, must file pleadings electronically.

6. Whenever a filer's e-mail address changes, the user agrees to update their ECF profile to show the new e-mail address. The system is robust enough to permit counsel to change their own e-mail address within the ECF System. Effective December 9, 2008, pursuant the directions from the Court's Information Technology Committee, the Clerk's Office will no longer monitor bounced e-mails.

7. Login & Passwords will be issued within 48 business hours of being received in the Clerk's Office.

Please return this form via E-mail: ecf_login@dcd.uscourts.gov
Fax: Files & Intake (202) 354-3524
or Mail: U.S. District Court for the District of Columbia
Attn: Attorney Admissions
333 Constitution Avenue NW, Room 1225
Washington, DC 20001

Applicant's Signature: _____

| Madsen | K | 5643 |
|---|---|---|
| Full Last Name | Initial of First Name | Last 4 Digits SS# |



11/6/2015                                    Gmail - 14-1716 Madsen v Smith et. al.

**Kurt Madsen <madsen.appellant@gmail.com>**

# 14-1716 Madsen v Smith et. al.
6 messages

**Kurt Madsen** <madsen.appellant@gmail.com>          Thu, Jul 16, 2015 at 1:48 PM
To: ecf_login@dcd.uscourts.gov

Court Clerk,

Attached is an "ATTORNEY/PARTICIPANT REGISTRATION FORM"

Also is an ECF Notification to Respondents Page...

Lastly is a Registration Form for ECF status in another United States District Court... Which was approved without filing "Leave"...

Due Process of Law regarding Liberty and Article 1 Section 9 Clause 2 Privilege of Writ of Habeas Corpus requires an analysis of the "supreme Law of the Land" of the Constitution of the Union of the United States and the Genuine Laws created under Article 1 Section 1.
The Privilege of Writ of Habeas Corpus was already Suspended by the Judicially created "Rule of Flaw" within the Article 1 Section 8 Clause 17 District, furthermore by Officers whom have violated their oath under Article 6 Clause 3 and 5 USC 3331....

Judge Collyer's denial of ECF Access and the "Court Rule" which requires "Leave" for filing as a Self-Represented Person in need of a Writ of Habeas Corpus Suspends the

Constitutional Privilege. Moreover, requiring "Leave" violates the Privileges and Immunities as I am a United States Citizen born on March 4, 1969 in King County Washington State.

Therefore, under your Oath under Article 6 Clause 3 and 5 USC 3331 and the other for United States Court employees, the Constitutional right to "Equal Justice Under the Law" ie. The "supreme Law of the Land" as defined in Article 6 Clause 2 is the Constitution of the Union of the United States and the Legislative Branch under Article 1 Section 1 Laws.

The United States District Court for the District of Columbia "Local Rule" is notwithstanding, regarding your Oath to be bound to support the Constitution of the Union of the United States.

As you can also see in the attached {...7-15-2015 Scanned...*.pdf} It cost including 5 "forever stamps" $7.22 American Dollars I had to borrow to send the "Recusal and Rule 46 Objections" Motion...

Now the Court Clerks office will have to scan the Document which not only wastes time, the file loses it's PDF attributes and increases the capacity beyond the 5MB limitations of ECF/PACER.

Can the ECF Clerks Office consider supporting the "supreme Law of the Land" ? and prevent any further Suspension of my Privilege of Writ of Habeas Corpus in violation of Article 1 Section 9 Clause 2 and bridge the current abridgment on my speech and press in violation of the 1st Amendment which is a deprivation of Liberty without Due Process of the "supreme

Law of the Land" and Article 1 Section 1 Genuine Law, which violates the 5th Amendments embedded entitlement...

I already have ECF approval in another District Court and have filed several pleadings using the ECF system, therefore, any training or taking a Test should be MOOT.

I know the Chief Judges in Every District Court of the United States had written a letter to the President of the Senate, whereby the United States District Court Chief Judges consider their Courts are the "Boots on the Ground"

Please DO NOT give me the BOOT and continue to consider this case MOOT as Judge Collyer had considered...

There are several pleadings which I intend to file, to CORRECT the error in Suspending my Privileges and Immunities as a Union of the United States Citizen and Person entitled to Liberty protections from the "property" considerations of "The Enemy Within"

Thank You....

s/Kurt Madsen

---

4 attachments

📄 **14-1716 7-16-2015 SIGED ECF ACCESS .pdf**
278K

📄 **14-1716 ECF Notice to Respondents.pdf**
23K

📄 **13-1940 ECF ACCESS FORM.pdf**
71K

📄 **14-1716----7-15-2015 Scanned envelope and  USPS receipt.pdf**
2424K

11/5/2015    Gmail - 7-14-16 Madsen v Smith et. al.

**Kurt Madsen** <madsen.appellant@gmail.com>        Thu, Jul 16, 2015 at 2:18 PM
To: ecf_login@dcd.uscourts.gov

Look at the size difference... the 21,064 K. File fails to attach... the original is 2,628 K

IS THE "local rule" SOME FORM OF JOB SECURITY?

IT IS UNEQUIVOCALLY UN-SUPPORT OF THE CONSTITUTION OF THE UNION OF THE UNITED STATES!

"SO HELP ME GOD"? [see final phrase of Article 1 Section 1 laws regarding Article 6 Clause 3 Oath of support]

The "one supreme Court" Chief Judge or your Chief Judge is not GOD or any form of a "supreme ruler" nor is President of the Union of the United States or any Officer under Article 6 Clause 3.

More importantly "The Enemy Within" union president or their constitution or any "officer" not officially entitled to perform an Oath as an Officer of the Union of the United States or of the Several States has NO STANDING when invading our civilized "Charters of Freedom" as embedded within Article 6 Clause 3 of the Constitution of the Union of the United States.

The "one supreme Court" might say two people of the same sex can enter into a union, however, infiltration into the Union of the United States as an "officer" is an Article 4 Section 4 invasion.

Providing "Aid and Comfort" to any other union or "officers" or Laws other than Article 1 Section 1 Laws or failing to support the Constitution is Treason upon your Oath.

I'll "LEAVE" it at that!


Kurt


[Quoted text hidden]

📄 **14-1716 7-10-2015 -s- SIGNED recusal motion.pdf**
2628K

---

**ECF_login@dcd.uscourts.gov**
<ECF_login@dcd.uscourts.gov>
To: Kurt Madsen <madsen.appellant@gmail.com>

Fri, Jul 17, 2015 at 12:28 PM

Good Afternoon Mr. Madsen,

We can not process your request for a ECF login/password until you have permission from the Judge.  Once you have received permission, I'll process within 48 hours.

Thanks very much.

```
|-------------------------------------------------------------|
|                                                             |
| MINUTE ORDER denying 13 Petitioner's Motion for CM/ECF Password as      |
| moot. Signed by Judge Rosemary M. Collyer on May 7, 2015. (lcrmc1)      |
| (Entered: 05/07/2015)                                       |
|                                                             |
|-------------------------------------------------------------|
```

From:    Kurt Madsen <madsen.appellant@gmail.com>
To:    ecf_login@dcd.uscourts.gov
Date:    07/16/2015 04:48 PM
Subject:    14-1716 Madsen v Smith et. al.
[Quoted text hidden]
[attachment "14-1716 7-16-2015 SIGED ECF ACCESS .pdf" deleted by Tiffany Gough/DCD/DC/USCOURTS] [attachment "14-1716 ECF Notice to Respondents.pdf"
deleted by Tiffany Gough/DCD/DC/USCOURTS] [attachment "13-1940 ECF ACCESS
FORM.pdf" deleted by Tiffany Gough/DCD/DC/USCOURTS] [attachment "14-1716----7-15-2015 Scanned envelope and  USPS receipt.pdf" deleted by Tiffany Gough/DCD/DC/USCOURTS]

---

**Kurt Madsen** <madsen.appellant@gmail.com>                Fri, Jul 17, 2015 at 12:53 PM
To: ECF_login@dcd.uscourts.gov

As indicated in the attached files, I have Motioned for recusal of "The 'Judge'", and Objections.
Which cost me $ I DO NOT HAVE, moreover, it is a pathetic waste of your time and mine...
Obviously your Oath is immaterial, however, I am not going to question your integrity or ethical obligations in your possition of Public Trust.

The Clerks Office should receive the USPS SNAIL MAIL Certified motion and we can go back to square one with a Judge whom Acts in "good Behaviour"...

Unless of course the SNAFU continues and my Privilege is further Suspended...

Thank You for your "help" "So help me God" I am relieved of the Despotic Disposition of the Departments "Judge"

Have a Nice Day and enjoy your unpaid days off over the weekend...

I'm sure it's been such a taxing week upon your Department dealing with Despotic dispositions.

Kurt

[Quoted text hidden]

---

**Kurt Madsen** <madsen.appellant@gmail.com>                Fri, Jul 17, 2015 at 12:56 PM

To: ECF_login@dcd.uscourts.gov

PLEASE DOCKET THE REQUEST... AND ALL ATTACHMENTS AND
CORRESPONDENCE...

THANKS

KURT

[Quoted text hidden]

---

**Kurt Madsen** <madsen.appellant@gmail.com>          Thu, Jul 23, 2015 at 11:14 PM
Draft To: ECF_login@dcd.uscourts.gov

[Quoted text hidden]

NOTE: I then had a nervous
breakdown and was stalked after
leaving the hospital by the Enemy
Within, July 23 was also a date of
"sentencing" which should be by Jury!

# EXHIBIT B

# EXHIBIT C

# EXHIBIT D

# EXHIBIT E

## Field Offender: MADSEN, Kurt Randall (964228)

| Gender: Male | DOB: 03/04/1969 | Age: 46 | Body Status: Failure To Report |
|---|---|---|---|
| RLC: HV | Wrap-Around: Yes | Comm. Concern: Yes | Location: Special Needs Unit |
| SED: Tolling | ICOTS Victim Sensitive: Yes | | CC/CCO: McJilton, Thomas F (BV87) |
| | County SO Lvl: | ESR SO Lvl: | |

| Details | Text |
|---|---|
| Date & Time Created: 01/08/2016 04:16 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 01/08/2016<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bayon, Expedito<br>Events: Warrant ( WN ) | **WPER** DATED 01/06/16, ENTERED INTO WACIC/NCIC THIS DATE OMNI AND TOLLING UPDATED. |
| Date & Time Created: 01/07/2016 09:07 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 01/07/2016<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | TC to Deborah, left vmail re: p being on warrant status again. |
| Date & Time Created: 01/06/2016 04:56 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 01/06/2016<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Vanzandt, Randall F<br>Events: Case Staffing ( JS ),<br>Probable Cause ( PC ),<br>Reasonable Cause ( ZS ) | Case staffed and Reasonable Cause Review completed upon issuance of a Secretary's Warrant. DOC jurisdiction and foundation for willful violation of failing to report verified. Process is high level (SAC>5). |
| Date & Time Created: 01/06/2016 04:20 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 01/06/2016<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: McJilton, Thomas F<br>Events: Legal Issues ( LI ) | emailed score requesting information on p's most recent stay there. |
| Date & Time Created: 01/06/2016 04:01 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 01/06/2016<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: McJilton, Thomas F<br>Events: Comment ( CM ) | check of score indicates he was not in custody on 1/5 and has failed to report today as required. warrant to be requested.c |
| Date & Time Created: 01/05/2016 01:47 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 01/05/2016<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall | JBRS Release Watch Hit received from DC Department of Corrections on 12/23/2015. Email notification sent to tfmcjilton@DOC1.wa.gov23000001<br><br>**Appended Text:** JBRS Event Action: Transfer, Action Date = 12/23/2015 Narrative Text: return to Washington state/score jail |

| Details | Text |
|---|---|
| Author Name: McJilton, Thomas F Events: JBRS Release ( AF ) | |
| Date & Time Created: 01/05/2016 07:38 AM Offender Location At Occurrence: Not Unique Date & Time Of Occurrence: 01/05/2016 DOC No.: 964228 Offender Name: MADSEN, Kurt Randall Author Name: McJilton, Thomas F Events: Legal Issues ( LI ) | emailed det hoffenbecker requesting police report from burien case. |
| Date & Time Created: 01/04/2016 04:34 PM Offender Location At Occurrence: Not Unique Date & Time Of Occurrence: 01/04/2016 DOC No.: 964228 Offender Name: MADSEN, Kurt Randall Author Name: McJilton, Thomas F Events: Legal Issues ( LI ) | checked score jail and it appears p being held on violation of nco, burien case number 216000278 with a book date of 1/3/16. attempted to request police report from burien pd and unable to get through. will attempt again tomorrow. |
| Date & Time Created: 01/04/2016 08:11 AM Offender Location At Occurrence: Not Unique Date & Time Of Occurrence: 01/04/2016 DOC No.: 964228 Offender Name: MADSEN, Kurt Randall Author Name: Thompson, Jeremy H Events: Field Offender ( FP ) | Presented at DOC hearing on 12/31/15 at SCORE. HO Rowe presiding. P received credit for time already served in custody (a 44 day sanction) and was scheduled for release on 12/31/15. Hearing Officer will place dispositional findings in the field discipline OMNI screen. Hearings paperwork forwarded to CCO. |
| Date & Time Created: 12/31/2015 10:57 AM Offender Location At Occurrence: Not Unique Date & Time Of Occurrence: 12/31/2015 DOC No.: 964228 Offender Name: MADSEN, Kurt Randall Author Name: Daviscourt, Douglas G Events: Telephone Offender ( TP ) | TP 12/31/15 ** DO ** RECEIVED DUTY OFFICER CALL, ASSIGNED CCO OUT OF OFFICE, TESTIFIED FOR 2ND TIME REGARDING P'S HEARING. P WANTED TO ARGUE ABOUT HIS CLASSIFICATION/EXTRADITION, VERBAGE OF ESCAPE ON WACIC/NCIC-III, AND WHY I TOLD HIM HE COULD NOT GO THE SUPERIOR COURT HOUSE IN KENT, WHEN HE COULD DO THE SAME FILING OF PAPEWORK AT THE SUPERIOR COURT BUILDING IN SEATTLE. |
| Date & Time Created: 12/31/2015 10:48 AM Offender Location At Occurrence: Not Unique Date & Time Of Occurrence: 12/31/2015 DOC No.: 964228 Offender Name: MADSEN, Kurt Randall Author Name: Daviscourt, Douglas G Events: Telephone Offender ( TP ) | TP 12/31/15 TESIFIED BY PHONE FOR P'S HEARING. |
| Date & Time Created: 12/30/2015 10:20 AM Offender Location At Occurrence: Not Unique Date & Time Of Occurrence: 12/30/2015 DOC No.: 964228 Offender Name: MADSEN, Kurt Randall Author Name: Coker, Angella D Events: Victim Witness ( VW ) | TC to Deborah, left vmail. |
| Date & Time Created: 12/28/2015 04:01 PM Offender Location At Occurrence: Not Unique Date & Time Of Occurrence: 12/28/2015 DOC No.: 964228 Offender Name: MADSEN, Kurt Randall Author Name: Thompson, Jeremy H Events: Field Offender ( FP ) | Discovery served to P this date at SCORE for pending DOC hearing. |
| Date & Time Created: 12/28/2015 03:31 PM Offender Location At Occurrence: Not Unique | Discovery rec'd this date Mon 12/28/2015 3:12 PM For Score CCOs Wolk/Thompson |

| Details | Text |
|---|---|
| Date & Time Of Occurrence: 12/28/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Yin, Latsamy P<br>Events: Comment ( CM ) | |
| Date & Time Created: 12/28/2015 12:46 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/28/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Quinlan, Ashton R<br>Events: Comment ( CM ) | Discovery submitted this date. |
| Date & Time Created: 12/24/2015 08:17 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/23/2015 04:45 AM<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Arnold, Denise E<br>Events: Behavior Alert ( BA ) | Myself with WA DOC Specialty Team extradited offender from DC Metro Jail. Offender became verbally abusive and combative requiring use of Force for transport. See IMRS number 15-41032. Behaviors included refusal to comply with all staff directives, threatening staff, charging staff in an aggressive manner, screaming at top of lungs at public during transport to " call 911, HELP I'm being kidnaped" |
| Date & Time Created: 12/23/2015 11:45 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/23/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Yin, Latsamy P<br>Events: Comment ( CM ) | KC Admin//Score unit has been assigned to provide service/coverage for the hearing set for 12/31/15 @ 1:30 p.m. at SCORE. DISCOVERY IS DUE: 12/28/15@ 1:30 p.m. Send discovery to: DOC King County Admin Unit SUBJECT LINE: SCORE/OFFENDER NAME/DOC #/DISCOVERY **Please disregard if discovery was already sent. |
| Date & Time Created: 12/17/2015 06:28 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/17/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Nichols, Muhammad D<br>Events: Warrant ( WN ) | ***OOS***P is ready of pickup. However, there is no signed waiver, deadline for pickup is Monday the 21st, with no extensions. P was ordered by the Judge to return to WADOC by a Surrender Order and it is not a document. The Judge will not grant an extension because P has been in custody more than 30 days |
| Date & Time Created: 11/25/2015 07:26 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/25/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Killingsworth, Laura D<br>Events: Warrant ( WN ) | **GOVERNOR'S WARRANT** GOVERNOR'S WARRANT SENT OUT ON 11-24-2015. |
| Date & Time Created: 11/23/2015 09:10 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/23/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Mcjilton, Thomas F<br>Events: JBRS Booking ( AE ) | JBRS Booking Watch Hit received from DC Department of Corrections on 11/17/2015. Email notification sent to tfmcjilton@DOC1.wa.gov23000001<br><br>Appended Text: JBRS Event Action: Detain-DOC, Action Date = 11/17/2015 |
| Date & Time Created: 11/18/2015 10:30 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/18/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Killingsworth, Laura D<br>Events: Warrant ( WN ) | **WAIVER** OFFENDER HAS REFUSED TO SIGN A WAIVER OF EXTRADITION. GOVERNOR'S WARRANT STARTED THIS DATE. |

| Details | Text |
|---|---|
| Date & Time Created: 11/17/2015 01:49 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/17/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Kelso, Karen A<br>Events: Comment ( CM ) | Referral is complete as P has been apprehended. |
| Date & Time Created: 11/17/2015 10:54 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/17/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Nichols, Muhammad D<br>Events: Warrant ( WN ) | ***APPREHENDED*** METRO PD, DC. PH# 202-727-4279, FX# 202-727-4280, ORI/DCMPD0000. |
| Date & Time Created: 11/13/2015 11:37 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/13/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Sanders, Wanell<br>Events: Warrant ( WN ) | **WPER** Warrant request dated 11/12/2015 entered in WACIC/NCIC. |
| Date & Time Created: 11/13/2015 11:10 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/13/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Vanzandt, Randall F<br>Events: Case Staffing ( JS ),<br>Probable Cause ( PC ),<br>Reasonable Cause ( ZS ) | Case staffed and Reasonable Cause Review completed upon issuance of a Secretary's Warrant. DOC jurisdiction and foundation for willful violation of failing to report verified. Process is high level (SAC>5). |
| Date & Time Created: 11/12/2015 04:47 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/12/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Mcjilton, Thomas F<br>Events: Office No Contact ( ON ) | p failed to report today as directed and warrant requested. will make cru referral as well. |
| Date & Time Created: 11/12/2015 12:43 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/12/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Abendroth, Kristen M<br>Events: Records Issues ( RC ) | P requested copies of audio for hearings held on 10/9/14, 3/16/15, 3/24/15, 8/4/15, 9/28/15, 10/14/15, 10/27/15. P was referred to the Public Disclosure Unit for all hearing documentation. CD was mailed to P at: 24608 116th Ave. SE Kent, WA 98030. |
| Date & Time Created: 11/05/2015 04:32 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/05/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Mcjilton, Thomas F<br>Events: Telephone Collateral ( TC ) | spoke with us marshal chris whetmore who advised that p had been at the courthouse earlier looking to file/pick up some paperwork. they are familiar with p and he is not allowed to move within the building unescorted. p was cordial and did not cause any problems. he really wanted to make sure p was in compliance. |
| Date & Time Created: 11/05/2015 10:21 AM<br>Offender Location At Occurrence: Not Unique | OP 11/05/2015 ** DO ** P REPORTED, ASSIGNED CCO WAS ON A TRANSPORT. P REPORTED THAT HE STAYED AT EITHER THE UGM OR |

**Details**

Date & Time Of Occurrence: 11/05/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Daviscourt, Douglas G
Events: Office Offender ( OP )

**Text**

BREAD OF LIFE. WASN'T SURE WHICH. P QUESTIONED ABOUT HIS END OF SUPERVISION THAT SHOULD HAVE BEEN 18 MONTHS FOLLOWING THE START OF SUPERVISION. WANTED TO KNOW WHICH SPECIALIST CALCULATED HIS TIME, TOLD HIM HE WOULD NEED TO CONTACT RECORDS UNIT IF HE QUESTIONED HIS TOLLING/CREDIT IN THE COMMUNITY. P WAS INSTRUCTED TO REPORT ON 11/12/15 BEFORE 1PM TO SEE HIS ASSIGNED CCO. P WAS REMINDED HE CAN'T GO TO KENT. P CLARIFIED EVEN TO SUPERIOR COURT. POINTED OUT THERE WAS ALSO A SUPERIOR COURT DOWNTOWN. P WAS SPECIFICALLY TOLD HE COULD NOT GO TO KENT FOR ANY REASON WITHOUT TALKING TO HIS ASSIGNED CCO. P GOT MY NAME, INDICATED HE WOULD SEE ME IN COURT TOO. P WAS BASELINE REGARDING HIS BELIEVE THAT WE DON'T HAVE JURISDICTION AND HAVE VIOLATED HIS RIGHTS.

---

Date & Time Created: 11/05/2015 09:57 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/05/2015 09:57 AM
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: System, Cefield
Events: Office Offender ( OP )

Kiosk Reporting Session Status: Cancelled Date Time: 11/5/2015 9:57 AM Location: KIOSK-265-01 UA Message: No

---

Date & Time Created: 11/05/2015 09:53 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/05/2015 09:53 AM
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: System, Cefield
Events: Office Offender ( OP )

Kiosk Reporting Session Status: Completed Date Time: 11/5/2015 9:53 AM Location: KIOSK-265-02 UA Message: No

---

Date & Time Created: 11/05/2015 08:40 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/05/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Mcjilton, Thomas F
Events: JBRS Release ( AF )

JBRS Release Watch Hit received from SCORE South Correctional Entity on 11/03/2015. Email notification sent to tfmcjilton@DOC1.wa.gov23000001

**Appended Text:** JBRS Event Action: Reported, Action Date = 11/04/2015

---

Date & Time Created: 11/04/2015 04:50 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/04/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Salindron, Christopher M
Events: Letter Collateral ( LC ),
Office Offender ( OP )

P reported to this office and stated he had to go to court. P produced a letter which stated that P had filed an emergency motion suspending appendix H of his J&S. The Order stated that P's motion was denied. I took a picture of this letter with my DOC issued phone as our copier/copier/scanner was malfunctioning at the time. I contacted CCS Vanzandt who stated that P will need to report to CCO McJilton tomorrow 11/05/2016 at 10am. I relayed the information to P who acknowledged.

---

Date & Time Created: 11/04/2015 04:35 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/04/2015 04:35 PM
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: System, Cefield
Events: Office Offender ( OP )

Kiosk Reporting Session Status: Completed Date Time: 11/4/2015 4:35 PM Location: KIOSK-251-01 UA Message: No

---

Date & Time Created: 10/27/2015 10:55 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 10/27/2015
DOC No.: 964228

Presented at DOC hearing this date at SCORE. HO Travis presiding. P received a 20 day sanction and is scheduled for release on 11/03/15. Hearing Officer will place dispositional findings in the field discipline OMNI screen. Hearings paperwork forwarded to CCO.

1/15/2016

OMNI: Chronos Search (Results) MADSEN, Kurt Randall (964228)

**Details**    **Text**

Offender Name: MADSEN, Kurt Randall
Author Name: Thompson, Jeremy H
Events: Field Offender ( FP )

---

Date & Time Created: 10/22/2015 09:01 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 10/22/2015
DOC No.: 964228    P served Discovery for pending hearing at SCORE this date.
Offender Name: MADSEN, Kurt Randall
Author Name: Wolk, Kathleen J
Events: Field Offender ( FP )

---

Date & Time Created: 10/21/2015 03:45 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 10/21/2015
DOC No.: 964228    Tc back to Deborah, left her vmail.
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

---

Date & Time Created: 10/19/2015 04:46 PM
Offender Location At Occurrence: Not Unique    10/14 - spoke with CO Hansen from SCORE this date. he verified the
Date & Time Of Occurrence: 10/14/2015    events in the major infraction report I had received. he further stated
DOC No.: 964228    that p has been an ongoing problem during his stay there. will place a
Offender Name: MADSEN, Kurt Randall    detainer on p today.
Author Name: Mcjilton, Thomas F
Events: Telephone Collateral ( TC )

---

Date & Time Created: 10/15/2015 04:05 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 10/15/2015
DOC No.: 964228    emailed detainer to hearings unit this date.
Offender Name: MADSEN, Kurt Randall
Author Name: Mcjilton, Thomas F
Events: Comment ( CM )

---

Date & Time Created: 10/14/2015 01:25 PM
Offender Location At Occurrence: Not Unique    Presented at DOC hearing this date. H.O. Rico Rowe will place
Date & Time Of Occurrence: 10/14/2015    dispositional findings in the field discipline OMNI screen. Frwd ppwrk, to
DOC No.: 964228    include sanction, to CCO via Outlook. P needed to be removed from the
Offender Name: MADSEN, Kurt Randall    hearing by CO escort because of his disruptive behavior. After his
Author Name: Wolk, Kathleen J    hearing, I hand delivered his Hearing Decision Summary paperwork
Events: Field Collateral ( FC ),    including the Appeal form to pod, N-1.
Field Offender ( FP )

---

Date & Time Created: 10/14/2015 09:30 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 10/14/2015    SAC5+-Reasonable cause found to re-detain P. P has failed to follow the
DOC No.: 964228    facility rules at SCORE jail by refusing to booked into the facility for four
Offender Name: MADSEN, Kurt Randall    days. CCO staffed with CCS and approval given to re-detain P for the
Author Name: Kaiser, Michelle L    violations.
Events: Arrest ( AR ),
Case Staffing ( JS ),
Reasonable Cause ( ZS )

---

Date & Time Created: 10/13/2015 04:37 PM    received an infraction report from score for p refusing to be booked for
Offender Location At Occurrence: Not Unique    4 days. I left voice mail for score staff requesting contact with CO who
Date & Time Of Occurrence: 10/13/2015    wrote infraction.
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall

**Details**

**Text**

Author Name: Mcjilton, Thomas F
Events: Telephone Collateral ( TC )

Date & Time Created: 10/06/2015 03:35 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 10/06/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Rowe, Reco Y
Events: Hearings Officer ( HR )

CCP HEARING AT SCORE NOT COMPLETED DUE TO P'S BEHAVIOR. P HAD TO BE REMOVED FROM THE ROOM BY SCORE STAFF. P WOULD NOT LISTEN TO ANYONE AND WOULD NOT ALLOW THE HEARING OFFICER TO CONDUCT THE HEARING PROCESS WITHOUT CONTINUED INTERRUPTION. RECORDS CONTACTED TO RESCHEDULE DUE TO P'S REQUEST FOR WITNESS TESTIMONY.

Date & Time Created: 10/06/2015 03:14 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 10/06/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Thompson, Jeremy H
Events: Field Offender ( FP )

Updated discovery served to P for his rescheduled DOC hearing on 10/14/15. This officer met with P at SCORE in his housing unit. P was not agitated and appeared to have calmed down from his outbursts during his DOC hearing this morning. CCO issued P updated discovery with the new hearing date. P complained the hearing time frame was overdue and that 10/14/15 was beyond his 30 days of allowable confinement time. CCO told P 10/14/15 would be his 29th day in custody on his DOC detainer. However, CCO agreed with P that it was very close to the maximum allowable sanction DOC could impose. P looked through his discovery documents and accused this officer of withholding documents from him. When CCO asked P what he was looking for, P replied he wanted his warrant and the chronological entries from his case file. CCO advised P the warrant he wanted was included in the discovery packet. Regarding the chronological entries, P was reminded he has been notified to obtain those documents through DOC's Public Disclosure office. P confirmed he found the warrant in his stack of discovery. But he stated he did not want to obtain chronologicals through Public Disclosure when DOC could just print them from any computer. P stated he needed these records since they were being used against him at his hearing. CCO told P the discovery packet he is receiving is thorough and contained everything the Hearings Officer would have on 10/14/15. Before leaving, CCO asked P if he wished to sign for his discovery packet. P confirmed he would and was provided a pencil from this officer to do so. But instead of signing, P said he was writing a list of demands. CCO told P he may sign, or not sign for his packet, but was instructed not to write anything additional on the HRW. P did not respond and continued to write. During this interaction, P was standing at a waste high counter used for shaving. When this officer stepped towards P to take the paperwork and pencil from him, P hunched over his paperwork and rolled his shoulder forward and down to keep this officer from taking it. CCO was standing close to P when he made this move. When P did so, CCO grabbed P in escort position by his left elbow and held P at arm's length away from this officer and the counter. Within a few seconds, a SCORE CO took control of P from this officer until P relinquished the paperwork and pencil. Once he did so, the CO released P. CCO thanked P for returning these materials. P was provided with his copy of discovery and reminded it contained everything the Hearings Officer would receive for his rescheduled hearing. After leaving P's housing unit, CCO notified CCS Raybell of this incident. No further action is required.

Date & Time Created: 10/06/2015 01:47 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 10/06/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall

Presented at DOC hearing this date at SCORE. HO Rowe presiding. During the hearing, HO Rowe had to repeatedly instruct P to remain on topic. P escalated throughout this process and was eventually removed by force from the hearing by SCORE staff. This process will be rescheduled a second time. Assigned CCO notified via Outlook.

| Details | Text |
|---|---|
| Author Name: Thompson, Jeremy H<br>Events: Field Offender ( FP ) | |
| Date & Time Created: 09/30/2015 08:25 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/30/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Wolk, Kathleen J<br>Events: Field Offender ( FP ) | P served Discovery for pending hearing at SCORE this date. I served p through the cuff port. He began pounding his fists on the cell door yelling profanities at me. I asked p 3 times if he wanted to sign the HRW and he stated, "fuck you." P did take his Discovery for his hearing but refused to sign the HRW form -which I indicated in writing on his HRW form. I also provided p with the DOC Public Disclosure main number to call and request the items he he states that he wants. |
| Date & Time Created: 09/28/2015 01:20 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/28/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Mortenson, Karla J<br>Events: Hearings Officer ( HR ) | No hearing held today at SCORE. Mr. Madsen requested more time to obtain discovery. Notified DOC records & CCO to reschedule. |
| Date & Time Created: 09/25/2015 10:26 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/25/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Thompson, Jeremy H<br>Events: Field Offender ( FP ) | Additional discovery documents given to P at SCORE this date (J&S and DOC conditions). P was very aggitated and stated numerous times he never asked for this paperwork. CCO's attempts to explain the reason for the additional paperwork were not accepted by P. Discovery documents left with P in his housing unit. |
| Date & Time Created: 09/25/2015 09:35 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/25/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Thompson, Jeremy H<br>Events: Letter Collateral ( LC ) | Received infractionn report from SCORE jail. Infraction report forwarded to assigned CCO. |
| Date & Time Created: 09/24/2015 10:51 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/24/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Wolk, Kathleen J<br>Events: Field Offender ( FP ) | P served Discovery for his pending hearing at SCORE this date. |
| Date & Time Created: 09/22/2015 08:33 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/22/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Mcjilton, Thomas F<br>Events: JBRS Booking ( AE ) | JBRS Booking Watch Hit received from SCORE South Correctional Entity on 09/15/2015. Email notification sent to tfmcjilton@DOC1.wa.gov23000001<br><br>Appended Text: JBRS Event Action: Detain-DOC, Action Date = 09/18/2015 |
| Date & Time Created: 09/15/2015 11:40 PM<br>Offender Location At Occurrence: Not Unique .<br>Date & Time Of Occurrence: 09/15/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bayon, Expedito<br>Events: Warrant ( WN ) | **APPREHEND** 091515 KENT PD TO SCORE CORRECTIONAL ENTITY. NO LOCAL CHARGES REPORTED. WACIC/NCIC CLEARED. |
| Date & Time Created: 09/09/2015 10:20 AM<br>Offender Location At Occurrence: Not Unique | **REVIEW** 2nd Review warrant packet this date. |

**Details**                                                    **Text**

Date & Time Of Occurrence: 09/09/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Foultner, Candice M
Events: Warrant ( WN )

Date & Time Created: 08/31/2015 09:18 AM
Offender Location At Occurrence: Not Unique          p called this morning from (206-602-9136) and ranted about not being
Date & Time Of Occurrence: 08/31/2015               a slave to doc and that we do not have jurisdiction. reminded p that we
DOC No.: 964228                                      have jurisdiction until next year and that a warrant exists. p continued
Offender Name: MADSEN, Kurt Randall                 to rant about his rights and then hung up. attempted to locate where
Author Name: Mcjilton, Thomas F                     number originates and found nothing.
Events: Telephone Offender ( TP )

Date & Time Created: 08/27/2015 10:47 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/27/2015
DOC No.: 964228                                      **WPER**WPER dated 08/26/15 entered in WACIC/NCIC.
Offender Name: MADSEN, Kurt Randall
Author Name: Sieg, Michael J
Events: Warrant ( WN )

Date & Time Created: 08/26/2015 02:19 PM
Offender Location At Occurrence: Not Unique          Alert **NW CRU has adopted the CRU/CCO referral for fugitive
Date & Time Of Occurrence: 08/26/2015               apprehension submitted on 8-26-2015. This case is assigned to CCS
DOC No.: 964228                                      Rongen, 26-391-8170 and CCS Conaty 206-423-8016. Please do not
Offender Name: MADSEN, Kurt Randall                 make attempts to contact the offender, family/associates or conduct
Author Name: Kelso, Karen A                          field contacts/surveillance. Should you have interest or intelligence
Events: Comment ( CM )                               regarding this case, please contact Karen Kelso/NW CRU support, CCS
                                                     Mills or the assigned Officer Specialist.

Date & Time Created: 08/26/2015 12:11 PM
Offender Location At Occurrence: Not Unique          JBRS Release Watch Hit received from SCORE South Correctional Entity
Date & Time Of Occurrence: 08/26/2015               on 08/21/2015. Email notification sent to
DOC No.: 964228                                      tfmcjilton@DOC1.wa.gov23000001
Offender Name: MADSEN, Kurt Randall
Author Name: Mcjilton, Thomas F                      **Appended Text:** JBRS Event Action: FTR, Action Date = 08/25/2015
Events: JBRS Release ( AF )

Date & Time Created: 08/26/2015 12:10 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/26/2015
DOC No.: 964228                                      Case staffed and Reasonable Cause Review completed upon issuance of
Offender Name: MADSEN, Kurt Randall                 a Secretary's Warrant. DOC jurisdiction and foundation for willful
Author Name: Vanzandt, Randall F                     violations of failing to report verified. Process is high level (SAC 5+).
Events: Case Staffing ( JS ),
Probable Cause ( PC ),
Reasonable Cause ( ZS )

Date & Time Created: 08/26/2015 12:07 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/26/2015
DOC No.: 964228                                      warrant requested and cru referral submitted
Offender Name: MADSEN, Kurt Randall
Author Name: Mcjilton, Thomas F
Events: Comment ( CM )

Date & Time Created: 08/26/2015 11:47 AM            verified p released from score and has failed to report as directed.
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/26/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall

**Details**

Author Name: McJilton, Thomas F
Events: Office No Contact ( ON )

| | |
|---|---|
| **Text** | |

Date & Time Created: 08/25/2015 10:39 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/21/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Evans, Cly F
Events: Hearings Appeal ( HA )

LETTER TO S. THIS DATE ADVISING THAT HIS APPEAL OF HIS AUG 4,
2015 S&C HEARING WOULD NOT BE REFERRED TO APPEALS PANEL AS
HE WAS NOT ACTUALLY RAISING ANY HEARINGS RELATED ISSUES BUT
RATHER RE-RAISING AN ONGOING ISSUE OF HIS THAT HE DOES NOT
BELIEVE HE SHOULD STILL BE ON SUPERVISION. HE HAS RAISED THIS
ISSUE NUMEROUS TIMES IN THE PAST AND THERE ARE MULTIPLE
CHRONOS INDICATING HIS ISSUES HAVE BEEN RESPONDED TO BUT
HE SIMPLY DOESN'T AGREE WITH THE CALCULATIONS.

Date & Time Created: 08/11/2015 11:27 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/11/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

SP- TC from 23 ▓ Let her know p's release date. Let her know last
photo DOC has is from 2014. She was followed last night. She reported
this to police. The car was black two door car and male driving waved to
her. She still was knocking on her front door. Ref'd her to VINE.

Date & Time Created: 08/10/2015 02:54 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/10/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Kohler, Elaine C
Events: Warrant ( WN )

**VALIDATION** WANTED PERSON RECORD HAS BEEN VALIDATED
THIS DATE – WARRANT DATED 04/15/15 APPREHENDED 07/24/15. THE
FOLLOWING WAS DONE TO VALIDATE WARRANT: WARRANT DETAINER
STATUS IN OMNI- SHOWS CLOSED WARRANT, VERIFY OMNI CHRONO
ENTERED.

Date & Time Created: 08/04/2015 05:04 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/04/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bishop, Rebecca L
Events: Field Offender ( FP )

I PRESENTED AT THE DOC HEARING AT SCORE THIS MORNING. THE
HEARING PACKET HAS BEEN PUT IN CAMPUS MAIL TO ASSIGNED
OFFICER THIS AFTERNOON. P WAS SANCTIONED 28 DAYS
CONFINEMENT AND RELEASES 08/21/2015, FROM THE DOC HOLD.

**Appended Text:** P gave this address to us in the hearing yesterday:
24608 116th SE, Kent, WA.

Date & Time Created: 08/04/2015 12:48 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/04/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

Called as witness via phone by p at his DOC violation hearing.

Date & Time Created: 07/30/2015 02:02 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 07/30/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Deabler, Mark D
Events: Comment ( CM )

P served this date by CCO Wolk with discovery for pending hearing @
SCORE.

Date & Time Created: 07/27/2015 11:26 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 07/27/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Weiss, Daniel L
Events: JBRS Booking ( AE )

JBRS Booking Watch Hit received from SCORE South Correctional Entity
on 07/24/2015. Email notification sent to
dlweiss@DOC1.wa.gov23000001

**Appended Text:** JBRS Event Action: Detain-DOC, Action Date =
07/24/2015

**Details**

Date & Time Created: 07/24/2015 06:28 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 07/24/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Pitchford, Maria A
Events: Warrant ( WN )

**Text**

\*\*APPREHEND\*\* APPREHENDED 07-24-15 SCORE JAIL WACIC/NCIC
CLEARED

---

Date & Time Created: 07/24/2015 04:18 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 07/24/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Daviscourt, Douglas G
Events: Telephone Collateral ( TC )

TC 07/24/15 I CONTACTED CRU SPECIALIST CONATY, HIS CRU GROUP
NOT AVAILABLE AT THIS TIME. I CONTACTED CCS LIULAMAGA/KENT
FIELD OFFICE REGARDING P, HIS WARRANT, AND HIS LOCATION AND
REQUESTED ASSISTANCE. I ADVISED I DIDN'T HAVE TEH STAFF TO
SEND TO ARREST P THIS DATE AND IT WOULD TAKE ABOUT 45
MINUTES TO AN HOUR TO GET THERE EVEN IF I DID. CCS LIULAMAGA
INDICATED HE WOULD WORK ON THIS MATTER. ADVISED P WAS
BEING CLEARED AT THIS TIME. NOTIFIED NURSES DESK AND SECTION
5 DUTY OFFICER BRETT CRONK. I RECEIVED NOTIFICATION FORM CCS
LIULAMAGA HE WAS NOT ABLE TO LOCATE ENOUGH STAFF TO SAFELY
CONTACT/APPREHEND P. I THEN ATTEMPTED TO CONTACT
ADDITIONAL STAFF FROM CRU, LEFT VOICE MESSAGE WITH
INFORMATION ON P. I CALLED MARK THE SOCIAL WORKER BACK AT
VALLEY MEDICAL. ADVISED NO STAFF AVAILABLE TO RESPOND TO
SAFELY ATTEMPT TO ARREST P. I WAS ADVISED P HAD SIGNED
PAPERWORK AT APPROXIMATELY 330 TO RELEASE FROM EMERGENCY
ROOM AND THEY WOULDN'T BE ABLE TO DELAY MUCH LONGER. WSP
TROPPER RYAN #983 WAS THE TROOPER THAT BROUGHT P IN, STATED
THE WSP SAT ON P THE FIRST COUPLE OF HOURS AND THEN LEFT.
INDICATES THE INFORMATION THE HOSPITAL HAS WAS THAT P WAS
ROLLING AROUND ON THE SHOULDER OF I-5 AND WHEN CONTACTED
RESISTED WSP AND EMT'S AND HAD TO BE SEDATED. UNSURE IF
THERE ARE NEW CHARGES OR NOT BUT WSP DIDN'T WANT TO RETURN
TO ARREST P AND DEFERRED TO DOC TO RESPOND. P DISCHARGED
FROM ER BEFORE STAFF COULD BE SENT TO ARREST P THIS DATE.

---

Date & Time Created: 07/24/2015 03:42 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 07/24/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Daviscourt, Douglas G
Events: Telephone Collateral ( TC )

TC 07/24/15 \*\*\*\* DO \*\*\* RECEIVED CALL FROM VALLEY MEDICAL
CENTER. WAS ADVISED THAT P WAS BROUGHT IN EARLIER THIS
AFTERNOON BY WASHINGTON STATE PATROL. P WAS TREATED FOR A
MEDICAL ISSUES AND IS READY TO BE MEDICALLY CLEARED. THE WSP
TROOPER ADVISED THAT WHEN P WAS MEDICALLY CLEARED TO
CONTACT DISPATCH PRIOR TO RELEASING BECAUSE P WAS "UNDER
ARREST". DISPATCH ADVISED TO CONTACT DOC INSTEAD. I
REVIEWED CHRONOS AND DETERMINED THAT WASHINGTON STATE
PATROL DID NOT CLEAR THE DOC WARRANT SINCE THERE WAS NO
CHRONO INFORMATION AND DON'T HAVE ANY INFORMATION IF WSP
HAS PENDING CHARGES OR NOT. ADVISED MARK, SOCIAL WORKER,
THAT I WOULD ATTEMPT TO LOCATE STAFF TO RESPOND. CALL BACK
IS 425-228-3440 EXT 8990.

---

Date & Time Created: 05/25/2015 04:28 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 05/25/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Johnson, Christopher L
Events: Warrant ( WN )

\*\*REVIEW\*\* 2ND PARTY REVIEW, WACIC/NCIC WARRANT ENTRY
REVIEWED THIS DATE.

---

Date & Time Created: 04/17/2015 10:17 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 04/17/2015

\*\*WPER\*\* WARRANT DATED 04/15/2015 ENTERED IN WACIC/NCIC

| Details | Text |
|---|---|
| DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Riordan, Laura M<br>Events: Warrant ( WN ) | |
| Date & Time Created: 04/15/2015 05:27 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 04/15/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Vanzandt, Randall F<br>Events: Case Staffing ( JS ),<br>Probable Cause ( PC ),<br>Reasonable Cause ( ZS ) | Case staffed and Reasonable Cause Review completed upon issuance of a Secretary's Warrant. DOC jurisdiction and foundation for willful violations of failing to report verified. Process is high level (SAC 5+). |
| Date & Time Created: 04/15/2015 04:54 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 04/15/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Wootress, Richard R<br>Events: Office No Contact ( ON ) | P FTR as directed by 3pm today. P is not in any local area jail and I have not rec'd any calls or e-mails from him explaining his failure to report. SW requested. CRU referral forwarded to NW CRU. |
| Date & Time Created: 04/10/2015 10:31 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 04/10/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Wootress, Richard R<br>Events: JBRS Release ( AF ) | JBRS Release Watch Hit received from King County Jail on 04/02/2015. Email notification sent to rrwootress@DOC1.wa.gov23000001<br><br>**Appended Text:** JBRS Event Action: Reported, Action Date = 04/10/2015 |
| Date & Time Created: 04/09/2015 04:50 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 04/09/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Eckstrom, Steven J<br>Events: Victim Witness ( VW ) | Phone contact with victim 23 [ ] Discussed P's compliance since release. She has concerns that he has others harassing her, e.g., knocking on her door at night, etc. Will let us know if other incidents occur that appear to be his doing. Advised her to call 911 first if she believes she is in danger or that a crime has been committed. |
| Date & Time Created: 04/07/2015 02:19 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 04/07/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Weiss, Daniel L<br>Events: Office Offender ( OP ) | 4/7/15: P reported to the office as directed. P stated he did not get to appt for mental health and blamed CCO Wootress for not picking him up early enough so he could get there, but also stated he could go Thursday. Suggested to p that he take care of going on Thursday and bring something in to verify/show to CCO Wootress when he reports on 4/15/15. |
| Date & Time Created: 04/07/2015 01:27 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 04/07/2015 01:27 PM<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: System, Cefield<br>Events: Office Offender ( OP ) | Kiosk Reporting Session Status: Completed Date Time: 4/7/2015 1:27 PM Location: KIOSK-265-02 UA Message: No |
| Date & Time Created: 04/03/2015 02:21 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 04/03/2015<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall | P into report as directed. Checked in at the front desk telling them "my master is Wootress and I was ordered to report to him." P continued to address me as master through the duration of our check in. P was hostile and verbally argumentative throughout the session. We discussed the constitution and his lack of understanding of the limits of the 4th Amendment by someone during post release supervision and |

| Details | Text |
|---|---|
| **Author Name:** Wootress, Richard R<br>**Events:** Office Offender ( OP ) | the fact that under the Offender Accountability Act that DOC had the jurisdiction and authority to impose conditions upon him such as the DOC imposed condition that he participate in MH treatment. P ended up just repeating that he will have me in Federal Court being deposed and that he hopes my statements don't change on the stand. I directed P to report back to me on 4/7/15 and to bring verification that he checked in at SMH and continued to work on intake with SMH on 4/6/15. P continued with his antics on the way to the door and said "yes master" upon leaving when I said I would see him on Tuesday next week. |
| **Date & Time Created:** 04/03/2015 01:55 PM<br>**Offender Location At Occurrence:** Not Unique<br>**Date & Time Of Occurrence:** 04/03/2015 01:55 PM<br>**DOC No.:** 964228<br>**Offender Name:** MADSEN, Kurt Randall<br>**Author Name:** System, Cefield<br>**Events:** Office Offender ( OP ) | Kiosk Reporting Session Status: Completed Date Time: 4/3/2015 1:55 PM Location: KIOSK-265-02 UA Message: No |
| **Date & Time Created:** 04/03/2015 08:31 AM<br>**Offender Location At Occurrence:** Not Unique<br>**Date & Time Of Occurrence:** 04/03/2015<br>**DOC No.:** 964228<br>**Offender Name:** MADSEN, Kurt Randall<br>**Author Name:** Daviscourt, Douglas G<br>**Events:** Field Collateral ( FC ),<br>Field No Contact ( FN ) | FC/FC/FN 04/03/15 ATTEMPTED FIELD VISIT AT UGM MEN'S SHELTER WITH CCO BULLARD. CONFIRMED P HAS NOT BEEN A RESIDENT THERE SINCE HIS RELEASE. ATTEMPTED FIELD VISIT AT BREAD OF LIFE MEN'S SHELTER. CONFIRMED WITH DESK CLERK THAT P RESIDED THERE LAST NIGHT. I DIDN'T ATTEMPT TO CONTACT HIM DUE TO HIS HOSTILE PRESENTATION TOWARDS ME AND CCO WOOTRESS YESTERDAY. |
| **Date & Time Created:** 04/02/2015 02:09 PM<br>**Offender Location At Occurrence:** Not Unique<br>**Date & Time Of Occurrence:** 04/02/2015<br>**DOC No.:** 964228<br>**Offender Name:** MADSEN, Kurt Randall<br>**Author Name:** Wootress, Richard R<br>**Events:** Field Offender ( FP ) | CCO Daviscourt and I picked up P from KCJ. P was presented at baseline being hostile and verbally disruptive. P was transported to the SMH campus where he was given the following verbal directives to: sign up for services through SMH Re-entry and to report to me before 3pm tomorrow 4/3/15. P was also given the following written directive and a homeless verification tracking sheet: stay at a Seattle area shelter that can be verified by DOC until you provide DOC with a valid address that doesn't violate his conditions of supervision. P was completely hostile and verbally escalated during our interaction. He assumed that I was unaware of what a Nazi SS Storm trooper was but called me that anyway. He also answered all of my questions and responded to my verbal directives by saying "Yes master." P indicated that he felt I was in violation of the law or something I have done in the recent past but did not elaborate beyond repeatedly telling me that he will be dragging me into court and that a judge will set me straight. I left P on the sidewalk in front of SMH and I reminded him before I left that failure to comply with the directives I gave him and to report as directed would result in another violation and his arrest. |
| **Date & Time Created:** 03/30/2015 11:21 AM<br>**Offender Location At Occurrence:** Not Unique<br>**Date & Time Of Occurrence:** 03/30/2015<br>**DOC No.:** 964228<br>**Offender Name:** MADSEN, Kurt Randall<br>**Author Name:** Abendroth, Kristen M<br>**Events:** Records Issues ( RC ) | P requested audio for hearings held on 4/2/2014, 6/11/2014, 10/9/2014 and 3/16/2015. CD of audio mailed to P at: 24608 116th Ave SE, Kent, WA 98030 on 3/30/2014. |
| **Date & Time Created:** 03/25/2015 01:33 PM<br>**Offender Location At Occurrence:** Not Unique<br>**Date & Time Of Occurrence:** 03/25/2015<br>**DOC No.:** 964228<br>**Offender Name:** MADSEN, Kurt Randall | P requested audio for hearing held on 3/24/2015 and copies of documentation from hearings held on 3/16/2015 and 3/24/2015. CD of audio mailed to P at: 24608 116th Ave SE, Kent, WA 98030. P was also mailed the address for Public Disclosure to obtain hearing documentation on 3/25/2015. |

**Details**                                           **Text**

Author Name: Abendroth, Kristen M

Events: Records Issues ( RC )

---

Date & Time Created: 03/25/2015 12:25 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/25/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Wootress, Richard R
Events: Field Offender ( FP ) ,
Hearings Report Distributed ( HD )

3/24/15, I covered P's violation hearing at KCJ. HO Reco Rowe could not get P to stop being disruptive. P kept insisting that DOC has no jurisdiction to sanction him and that this matter should be done before a "real" judge. P had a 2 page long appeal that he wanted to submit but was informed that HO Rowe would not take his appeal as he would need to follow the process described by the hearing appeal handout he was given. P seemed undeterred and kept insisting that DOC's hearing process was not lawful under United States Code. P's disruptive behavior made continuing with the hearing impossible so HO Rowe had P removed from the hearing room and we continued in his absence. P was found guilty of all violations and was sanctioned to 28 days with credit for time served since his apprehension in order to facilitate his release on a weekday. I requested that P be released to my or other SNU unit CCO's custody on 4/2/15 so he can be transported to a MH provider and given the opportunity to sign up for services.

---

Date & Time Created: 03/25/2015 09:14 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/25/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

TC to 23            left vmail with outcome of p's vio hearing. Left her DOC VSP 1-800 # with info I will be out of office.

---

Date & Time Created: 03/20/2015 12:04 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/20/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

CS- Sent summary of why p has geo boundaries to stay out of south King County to CCO Wootress in preparation for p's vio hearing on 3/24: DOC Victim Service Program has been involved in Madsen's case since 2006. He released 12/26/06 on 2004 felony DV case to Pierce County. His 2004 felony case occurred in Kent, WA. The victim of that crimes has a current civil protection order vs him. She has LKA in Kent that is close proximity to offender's brother and mother's home in Kent. He had standard conditions to not leave Pierce County without permission. In April 2007, he was allowed into King County and directed to stay out of incorporated and unincorporated Kent. He appealed these conditions and that appeal was denied. This case was closed in March 2010, when court of appeals vacated this conviction. He went back to prison on current cause AC-2011. This crime occurred in Kent. The victim and two businesses listed on his J & S no contact conditions are in Kent. He released from prison on this case 5/26/13. Geographic boundaries were imposed on this cause restricting offender from south King County. In review of this offender's criminal history on DISCUS, the majority of his criminal convictions occurred in south King County. He has been through at least ten DOC violation processes since December 2006. Many of these violations included allegations he violated DOC imposed geographic boundaries. CRU has arrested him in Kent at his family's home several times. Each time p and his family have not been cooperative with DOC or law enforcement.

---

Date & Time Created: 03/19/2015 03:10 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/19/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Sullivan, Barbara T
Events: Comment ( CM )

CCO Wootress will cover this hrg on 3/24. today while on same floor as P serving another client with hearings paperwork-P saw me and kept calling out "Go Teamsters!"

**Details**

Date & Time Created: 03/18/2015 02:33 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/18/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Sullivan, Barbara T
Events: Comment ( CM )

**Text**

I re-served P today about 1:00PM at KCJ (housed 11N) with a complete Discovery package and new HRW showing new date of 3/24/15 @ 11AM. P understood this had been continued but then began with arguing, "why, couldn't the Hearings Officer figure this out, etc..." I did ask once if P wanted to re-sign the HRW and he responded "why, I already signed it". After determining P had Discovery and understood the new date I left. CCO Wootress will be covering this.

---

Date & Time Created: 03/17/2015 11:32 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/17/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

SP- TC to 23 [redacted] eft her vmall p will be held in jail at least until 3/24. She called back. Let her know p's hearing was continued to 3/24. Registered for VINE. She says knocking at her home has continued. She says she called the police but does not know what response was.

---

Date & Time Created: 03/17/2015 08:50 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/17/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Rowe, Reco Y
Events: Hearings Officer ( HR )

CCP HEARING STARTED BUT NOT COMPLETED. P HAD A VERY HARD TIME STAYING ON TRACK WITH THE PROCESS. NO FINDINGS MADE. P BECAME VERY FRUSTRATED AND REQUESTED TO LEAVE THE HEARING ROOM. RECORDS CONTACTED TO RESCHEDULE THE PROCESS, PREFERABLY FOR TWO TIME SLOTS AT KCJ.

---

Date & Time Created: 03/16/2015 04:52 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/16/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Punchihewa, Kulendri T
Events: Comment ( CM )

Shon Cornett/KC Admin unit has been assigned to provide service/coverage for the hearing set for: 3/24/15 @ 11 a.m. at KCJ. DISCOVERY IS DUE: 3/19/15 @ 11 a.m.

---

Date & Time Created: 03/13/2015 11:32 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/13/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

SP- TC back to 23 [redacted] left vmall. She called me back. She reports someone is knocking on her door late evenings or early mornings. Let her know p was arrested 3/06. Let her know p's DOC vio hearing is set for 3/16. Ref'd her to VINE. Suggested she keep log of what is going on at her home. Suggested she report to police any incidents that are occurring at her home.

---

Date & Time Created: 03/12/2015 02:03 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/12/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Sullivan, Barbara T
Events: Comment ( CM )

served P today (in Ultra Ad Seg) KCJ. P took discovery/signed HRW with a paragraph of objections to seeing a "DOC Teamster Union Officer and not a genuine Judge". hearing is 3/16.

---

Date & Time Created: 03/06/2015 11:32 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/06/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Kelso, Karen A
Events: Law Enforcement ( LE )

SPD report 15-73289 scanned to CCO this date. P was arrested on a DOC warrant.

---

Date & Time Created: 03/06/2015 08:39 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/06/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall

Barbara Sullivan/KC Admin unit has been assigned to provide service/coverage for the hearing set for: 3/16/15 @ 10:30 a.m. at KCJ. DISCOVERY IS DUE: 3/11/15 @ 10:30 a.m.

PDU-40083 000015

**Details**                                                    **Text**

Author Name: Punchihewa, Kulendri T
Events: Comment ( CM )

---

Date & Time Created: 03/05/2015 03:50 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/05/2015
DOC No.: 964228                                ***APPREHENDED***KING COUNTY JAIL, WACIC/NCIC CLEARED.
Offender Name: MADSEN, Kurt Randall
Author Name: Seigle, Geneva S
Events: Warrant ( WN )

---

Date & Time Created: 03/05/2015 03:40 PM
Offender Location At Occurrence: Not Unique      NW CRU/DFAT: Case worked in cooperation with SPD NCI South Pct and
Date & Time Of Occurrence: 03/05/2015            SPD NCI West Pct P arrested on 3/5/15 at approximately 1500. P
DOC No.: 964228                                  arrested at 24608 116 Ave SE, Kent, WA. P was at home with his
Offender Name: MADSEN, Kurt Randall              brother Perry. Perry was uncooperative with encounter. P was found
Author Name: Conaty, John P                      hiding in an upstairs storage space. P gave up after he heard the K-9
Events: Arrest ( AR )                            about to enter. CCO notified.

---

Date & Time Created: 03/02/2015 10:58 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/02/2015            SP- TC from [23]                she has concern p may be coming
DOC No.: 964228                                  to her house in early morning and knocking on her door. Let her know
Offender Name: MADSEN, Kurt Randall              CRU can follow up if there are specific leads, but this is not enough info
Author Name: Coker, Angella D                    for them to follow up.
Events: Victim Witness ( VW )

---

Date & Time Created: 02/27/2015 09:30 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 02/27/2015            SP- TC back to [23]           left vmail. She called me back.
DOC No.: 964228                                  Let her know p's case was aired on WMW. Let her know p is still on
Offender Name: MADSEN, Kurt Randall              warrant status.
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

---

Date & Time Created: 02/12/2015 02:46 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 02/12/2015            SP- TC back to [23]          let her know p is still on
DOC No.: 964228                                  warrant status. Her confidential mailing address is PO BOX 59382
Offender Name: MADSEN, Kurt Randall              Renton, WA 98058.
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

---

Date & Time Created: 01/17/2015 12:31 PM
Offender Location At Occurrence: Not Unique      **CRU CALL**HQ Warrants contacted by Kent PD Sergent Gagner/Cell
Date & Time Of Occurrence: 01/17/2015            (206) 266-6886 relating that he had information that P may be at his
DOC No.: 964228                                  mother's address in Kent and requested any assistance possible. Called
Offender Name: MADSEN, Kurt Randall              L. Mills cell without response. Contact Specialist Conaty who related he
Author Name: Sieg, Michael J                     would call the sergent.
Events: Records Issues ( RC )

---

Date & Time Created: 01/12/2015 11:29 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 01/12/2015
DOC No.: 964228                                  **REVIEW**WARRANT DATED 12/11/2014 HAS BEEN REVIEWED.
Offender Name: MADSEN, Kurt Randall
Author Name: Cobain, Kathie L
Events: Records Issues ( RC )

---

Date & Time Created: 01/05/2015 02:02 PM         SP- TC back to [23]          let her know p is still on
Offender Location At Occurrence: Not Unique      warrant status.

**Details**

**Text**

Date & Time Of Occurrence: 01/05/2015
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

Date & Time Created: 12/17/2014 02:58 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/17/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

SP- TC from 23 She states she heard knocking on her door at 10:30pm last night. She looked out peep hole and did not see anything. Talked to her about options of calling police. She is hesitant to do so because of past experience with Kent PD and likelihood person who knocked would be gone by time PD arrived.

Date & Time Created: 12/16/2014 01:55 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/16/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Kelso, Karen A
Events: Comment ( CM )

NW CRU has received a CRU WANTED referral for Fugitive Investigation. This case will be adopted and assigned to NW CRU Officer Specialist Rongen/Conaty on this date.

Date & Time Created: 12/13/2014 11:31 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/13/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Sanders, Wanell
Events: Records Issues ( RC )

**WPER** Warrant request dated 12/11/2014 entered in WACIC/NCIC.

Date & Time Created: 12/12/2014 02:55 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/12/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

SP- TC back to 23 went over questions she had re: p.

Date & Time Created: 12/12/2014 09:13 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/12/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

SP- TC from 23 phone # not in service. Tried 23 23 let her know p is out of compliance with DOC and warrant has been requested.

Date & Time Created: 12/11/2014 04:56 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/11/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Vanzandt, Randall F
Events: Case Staffing ( JS ),
Probable Cause ( PC ),
Reasonable Cause ( ZS )

Case staffed and Reasonable Cause Review completed upon isssuance of a Secretary's Warrant. DOC jurisdiction and foundation for willful violations verified. Process is low-level (SAC #5) so p is to be given the opportunity to respond to the allegations and appeal the process should he turn himself in to a DOC office within 7 calendar days.

Date & Time Created: 12/11/2014 03:44 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/11/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall

P FTR's today, 12/11/14. P was verbally directed during a phone conversation yesterday that he was to report to my office at 9am. P has not made any attempts to contact me by phone or e-mail to let me know why he was unable to report. Due to the elevated risk associated with this case I am requesting an expedited warrant and will submit a

**Details**

Author Name: Wootress, Richard R
Events: Office No Contact ( ON )

**Text**

CRU referral to assist with P's apprehension. I sent P an e-mail asking that he turn himself in within 7 days and offering to give him a short term SAC confinement sanction for his cooperation dealing with his current violations.

I sent the following e-mail to P today in response to his FTR at 9am today: Mr. Madsen, Per our conversation yesterday by phone you were given a lawful verbal directive by me to report to my office today, 12/11/14, at 9am. As you did not report as directed, today at 9am, I am in the process of requesting a Department of Corrections Secretary's Warrant for your apprehension. As you are likely aware due to your classification level this warrant is serviceable in all 50 states and territories of the United States. You are in violation of your Community Custody and will be arrested upon contact with DOC staff or law enforcement personnel. I am sorry that you are unable to understand the reality of your present situation; however, until such time that you have secured a Judge's order that terminates the supervision you have been ordered to complete I will continue to operate under the policies that the Department has in place while exercising my lawful authority to restrict you from activities, associations or geographic locations that are considered by the Department to increase the likelihood of your non-compliance with the conditions of your supervision or that jeopardize community safety. You have had 4 previous Swift and Certain violation processes under this cause. This means that you are still eligible to have a 3 day short term confinement sanction to address all of the current violations of your supervision that I am aware of at the writing of this e-mail. None of your current violations constitute a high level violation and provided you are cooperative then I have no reason to request aggravation of your violations to a full hearing at this time. This means that if you were to turn yourself in to my office within 7 calendar days of today that you will be eligible to do the short term 3 day sanction rather than going before a DOC Hearing Officer at a full hearing process which will have you in jail for 10-12 days at a minimum. I understand that you are frustrated and very angry with DOC's decision to not allow you to reside at the reported address with your brother. Feeling out of control of your life or under the control of another person or government agency is definitely not something that is pleasant or welcome. I hope you can understand that this situation will not go away and that running away is just delaying the inevitable. I am hoping we can get this matter taken care of and work on your housing situation upon your release.

Date & Time Created: 12/11/2014 03:41 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/11/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Wootress, Richard R
Events: Letter Offender ( LP )

Date & Time Created: 12/10/2014 02:53 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/10/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Wootress, Richard R
Events: Letter Offender ( LP )

I rec'd the following e-mail response as a CC addressee on the following e-mail intended for Lin Miller- Mr. Miller, Could you please intervene before CCO Wootress issues a warrant for my arrest, or attempts to make one, which would violate due process of law and equal protection of the law... also 42 usc 1983, 1985, you and Vanzant (whom I have a conflict of interest with) would violate 42 usc 1986 because you should prevent my denial of equal protection and due process of law, and have the proposed address investigated and eliminate the intent of Wootress to force me into homelessness or be arrested. On 12-9-2014 I informed Mr.Wootress that I can no longer be homeless in Seattle, which I have been for the past 60 days since I was returned from Washington DC... at a cost of at least $45,000.00, for the charted jet. Although my Community Custody was originally out of Auburn, I had submitted an address in Seattle, only to use the voucher program, however, for unknown reasoning the case has remained in Seattle, where I have

**Details**                                    **Text**

been repeatedly abused, unless I succumb to homelessness. I am
repeatedly given a different cco, who then makes up their own
conditions of my custody, When I spoke to Wootress on Tuesday, he
said he would come out to 24608 116th ave se kent, wa 98030, within
the next 10 days and I am to return on 12-30-14 by 3:00. Nothing in
my J&S indicates I can no longer live in Kent, also a recent decision
from division 1 court of appeals in a PRP, states I was released and the
issue is moot, the DOC did not appeal the decision. Mr. Wootress now
informes me he will not even consider the address, which now forces
me into again being homeless, this is form of ex post facto and inflicts
cruel and unusual punishment, both prohibited by the federal and state
constitutions. Mr. Wootress has asked me to come to his office at
9:00am, his intent is to make an arrest. I obviously don't have time to
file anytype of court pleading before Wootress issues a warrant, or
attempts to make an arrest. Can you allow the address to be approved
or at least investigated since nothing in the J&s prevents it? CAN YOU
PLEASE RESPOND ASAP KURT MADSEN 964228

Upon reviewing P's case to determine if there are any reasons P should
not be staying in Kent I noticed that I had overlooked a imposed
condition from a previous CCO from 10/31/13. That condition restricts P
from traveling South of Hwy 518 or 405. I discovered that the address P
gave me is next door to the ORP address to his parents place that was
denied due to victim issues. Also it looks like from the chronos that DOC
has had issues with P living at this address in the past and that his
family is hostile to DOC. I contacted Angela Coker the section 5 Victim
Liaison who confirmed that the original reasons for not allowing P to use
his parents address as a release address is still an active issue and that
P should not be allowed to stay in that area unless extreme measures
are put in place such as GPS monitoring. With this information I next

Date & Time Created: 12/10/2014 02:51 PM          called P on his cell phone and had a conversation with him about the
Offender Location At Occurrence: Not Unique       housing situation. I informed P that I had staffed his proposed address
Date & Time Of Occurrence: 12/10/2014             with management and administrators at DOC and that it had been
DOC No.: 964228                                   determined to not be an appropriate place for him to stay. P went into a
Offender Name: MADSEN, Kurt Randall               tirade about my lack of authority to tell him he needs to be homeless to
Author Name: Wootress, Richard R                  which I told him I am not telling him that he has to be homeless, but
Events: Telephone Offender ( TP )                 rather I am telling him that he cannot stay in Kent at the address he
                                                  provided to me. P kept telling me that I was violating his rights and that
                                                  he might as well just go back to Washington DC. I told P that these are
                                                  choices that he can make but they are not very productive as eventually
                                                  he will end up right back here homeless in Seattle. P was very upset
                                                  and would not allow me to articulate my reasons for why I would not
                                                  approve the address and I eventually had to just cut him off and take
                                                  control of the conversation. P was directed in no uncertain terms that he
                                                  is to not stay at the address anymore and that he needed to report to
                                                  me in person at 9am on 12/11/14. P wanted to continue to argue and I
                                                  again cut him off and informed him that I had just given him a verbal
                                                  directive and failure to abide by this directive would result in a violation.
                                                  I ended the conversation by saying that I would see him at 9am in my
                                                  office and I hung up.

Date & Time Created: 12/10/2014 02:38 PM          12/9/14, P reported as directed. P reported that he doesn't want to be
Offender Location At Occurrence: Not Unique       homeless anymore and said he has been staying at his brother's place
Date & Time Of Occurrence: 12/09/2014             located at 24608 116th Ave SE, Kent, WA 98030. I asked P the usual
DOC No.: 964228                                   questions about the house, occupants, hazards such as dogs or firearms
Offender Name: MADSEN, Kurt Randall               and whether he had restricted contact with anyone at the address or at
                                                  his parents next door, i.e. an active NCO. P said he has no issues with

| Details | Text |
|---|---|
| Author Name: Wootress, Richard R<br>Events: Office Offender ( OP ) | having contact with his brother or his mother and step dad who live next door and that there are no firearms or dogs at the residence. P said he would be the only occupant other than his brother Perry Madsen. I told P that he could stay there pending a home visit and that I would be down in the next 10 days to take a look at the address and ensure it was appropriate. P was his usual abrasive self and made the usual comments about DOC and our lack of authority in his life. P was directed to report back to me on 12/30/14. |
| Date & Time Created: 12/10/2014 09:53 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/10/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | CS- Staffed case with CCO Wootress. P is asking to live in Kent with his family. Let CCO know all the community concern info re: 2004 victim. Let him know concerns about p's finally not being cooperative with DOC and brother's criminal histories. Let CCO know current circumstances this is most compliant p has ever been. |
| Date & Time Created: 12/09/2014 03:39 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/09/2014 03:39 PM<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: System, Cefield<br>Events: Office Offender ( OP ) | Kiosk Reporting Session Status: Completed Date Time: 12/9/2014 3:39 PM Location: KIOSK-265-02 UA Message: No |
| Date & Time Created: 12/02/2014 11:32 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/02/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | SP- TC from ████████ et her know p continues to be in compliance as of today with his DOC conditions. She continues to have probs at her house. She states someone is knocking on her door early morning. |
| Date & Time Created: 12/02/2014 11:21 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/02/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Wootress, Richard R<br>Events: Office Offender ( OP ),<br>Testing For Drugs ( TD ) | P reported as directed. P reported no change to his housing situation. P did say he was getting tired of the amount of work they have him doing at BOL but I reminded him that he isn't paying any rent and he stopped complaining. P presented as per his baseline; fixated on his delusion that his Constitutional rights are being infringed upon by having to comply with Community Custody. P denied any drug/alcohol use. P submitted a UA specimen that was negative for all controlled substances. P was directed to report back to me on 12/9/14. |
| Date & Time Created: 12/02/2014 10:49 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/02/2014 10:49 AM<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: System, Cefield<br>Events: Office Offender ( OP ) | Kiosk Reporting Session Status: Completed Date Time: 12/2/2014 10:49 AM Location: KIOSK-265-02 UA Message: No |
| Date & Time Created: 11/25/2014 10:28 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/25/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Daviscourt, Douglas G<br>Events: Office Offender ( OP ) | OP 11/25/14 ** DO ** P WAS AT THE OFFICE AT 7AM HARASSING STAFF TRYING TO CHECK IN WITH CCO BULLARD AND ANY STAFF ENTERING THE BUILDING. I MET WITH HIM AT 730AM. HE IS STILL AT BREAD OF LIFE AND IS TRYING TO GET WORK AT THE UNION, SPOKE AS IF I KNEW WHICH UNION HE WAS TALKING ABOUT. P INSTRUCTED TO REPORT ON TUESDAY 12/02/14. |
| Date & Time Created: 11/18/2014 10:09 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/18/2014 | p in to report as directed. he is well groomed and cordial. we briefly discuss his efforts to obtain work through his union and that he is still residing at the bread of life. no violations to report and nrd is 11/25 |

**Details**

**Text**

DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Mcjilton, Thomas F
Events: Office Offender ( OP )

---

Date & Time Created: 11/18/2014 09:20 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/18/2014 09:20 AM
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: System, Cefield
Events: Office Offender ( OP )

Kiosk Reporting Session Status: Completed Date Time: 11/18/2014 9:20 AM Location: KIOSK-265-02 UA Message: No

---

Date & Time Created: 11/14/2014 04:24 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/14/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Wootress, Richard R
Events: Office Offender ( OP )

11/12/14, P reported as directed. Reports he is still staying at the BOL and is doing maintainence for them in exchange for a permanent room there. P denied any drug/alcohol use or any other violations. P directed to report back to me on 11/20/14.

---

Date & Time Created: 11/14/2014 09:45 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/14/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

SP- TC back to 23 ███████████ let her know p is in compliance at this time.

---

Date & Time Created: 11/12/2014 12:33 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/12/2014 12:33 PM
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: System, Cefield
Events: Office Offender ( OP )

Kiosk Reporting Session Status: Completed Date Time: 11/12/2014 12:33 PM Location: KIOSK-265-02 UA Message: No

---

Date & Time Created: 11/12/2014 12:30 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/12/2014 12:30 PM
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: System, Cefield
Events: Office Offender ( OP )

Kiosk Reporting Session Status: Completed Date Time: 11/12/2014 12:30 PM Location: KIOSK-265-02 UA Message: No

---

Date & Time Created: 11/12/2014 08:54 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/10/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

TC back to 23 ███████████ line busy.

---

Date & Time Created: 11/06/2014 08:50 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/06/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Daviscourt, Douglas G
Events: Office Offender ( OP )

OP 11/06/14 ** DO ** P REPORTED THIS DATE. REPORTS NO CHANGES IN RESIDENCE, ADMITTED NO VIOLATIONS. PROVIDED P WITH A B/C TO REPORT BACK ON 11/12/14 BEFORE 3PM.

**Details**

Date & Time Created: 11/06/2014 08:22 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/06/2014 08:22 AM
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: System, Cefield
Events: Office Offender ( OP )

**Text**

Kiosk Reporting Session Status: Completed Date Time: 11/6/2014 8:22
AM Location: KIOSK-265-02 UA Message: No

Date & Time Created: 10/29/2014 09:59 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 10/28/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Wootress, Richard R
Events: Office Offender ( OP ),
Testing For Drugs ( TD )

10/28/14, P reported as directed. I introduced myself to P and
proceeded to bring him into the secure area of the CJC. P handed me a
completed monthly report which included a couple anti-DOC/legal rants
about his rights being violated and DOC staff not understanding the
Constitution. I directed P to the UA area where I informed him that I
would be collecting a UA specimen. P seemed a bit put off but I
proceeded to ask him if he had been using drugs or alcohol and if his UA
would be clean. P responded in a confrontational voice that he doesn't
do drugs. P submitted the specimen which was negative for all
controlled substances. P and I went to the interview room so we could
talk. P didn't present as rude or demeaning to me as he has done with
female CCO's Isaacs and Bullard. It seems that he may feel some
hostility toward women. P reported that he has found what he referred
to as permanent housing at the BOL mission and is apparently helping
out with maintenance there. P thought this would be automatically
enough to start reporting monthly. I asked P if he had a housing
contract or a lease and P said no he is staying in a room at the shelter. I
explained to P that at best this was transitional housing and in my mind
since he can only stay there when the shelter in in operation during the
evenings that this was not what I would determine to be stable and
permanent housing and thus he would still need to report to me weekly.
Additionally I informed P that I can direct him to report on any schedule
that I determine is necessary to monitor his compliance and given his
lack of compliance thus far he would need to be doing well for a couple
of months prior to any relaxation of his reporting requirements. P
argued against the constitutionality of his continuing to be supervised
by the Department throughout our conversation and at one point made
a snarky comment about my unfamiliarity with the 4th Amendment; at
this point I recited the 4th Amendment, informed him that I am quite
familiar with the Constitution of the United States including the Bill of
Rights and all of its Amendments. P was slightly taken aback and then
said that I had never sworn an oath to defend and uphold the
Constitution. I then informed him that I work for the State of
Washington and have taken an oath to defend and uphold the State's
Constitution and that all of DOC's policies under which I operate which
are reviewed by the State Attorney General's Office to ensure that these
policies are in line with both the Federal and State Constitutions.
Additionally I explained that as I do my job and follow these policies
that I am in fact acting in good faith under the Department's authority
and thus not in violation of Title 18 USC which he continually referred to
in an attempt to intimidate me. At this point P said he didn't want to
talk about the legal issues that apply to his supervision anymore and
declared that he is not in violation and is doing what DOC requires him
to do. I agreed with him as he had reported as directed and had
provided me a clean UA. P is adamant that he does not need MH
treatment and claims that DOC conducted a MH evaluation while he was
in prison and determined that he is not mentally ill. I told P that I would
look into this but given his level of irrational fixation on legal matters

| Details | Text |
|---|---|
| | and the lengths he apparently has gone through to supposedly get out of supervision (traveling to Washington DC to do research on 19th Century legal decisions not available online) It appears to me from my experience that P may have had sort of severe personality disorder or delusional disorder... otherwise P is very functional and does not seem impaired. I will staff his case with other SNU staff and CCS Van Zandt and see if we can develop a plan to get him to engage in MH services. At the end of our conversation P was directed to report back to me on 11/6/14 and I gave him my BC and wrote this directive on the back. |
| Date & Time Created: 10/28/2014 08:58 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/28/2014 08:58 AM<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: System, Cefield<br>Events: Office Offender ( OP ) | Kiosk Reporting Session Status: Completed Date Time: 10/28/2014 8:58 AM Location: KIOSK-265-02 UA Message: No |
| Date & Time Created: 10/28/2014 08:53 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/28/2014 08:53 AM<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: System, Cefield<br>Events: Office Offender ( OP ) | Kiosk Reporting Session Status: Cancelled Date Time: 10/28/2014 8:53 AM Location: KIOSK-265-02 UA Message: No |
| Date & Time Created: 10/27/2014 09:00 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/27/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | SP-TC back to 23 ▓▓▓▓▓▓▓▓▓ let her know p is in compliance. |
| Date & Time Created: 10/22/2014 11:13 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/22/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Office Offender ( OP ) | p rep in office, abrasive and argumentative from the moment he walked through the door. wanted to remind me AGAIN that the court of appeals told him he is done with his sentence so we are holding him illegally and against his will. p started laughing stating he can't believe we are "making" him be homeless in seattle when he had a place to live in dc. asked for clarification as p had said last week he was staying in a shelter in dc; p said i was wrong and he had a place but "you guys" kept coming and kicking my door down. p filled out a mr form and in the comments section, he wrote "this is an infliction of cruel and punishment to be 'homeless' in seattle." informed p he has been transferred to cco wootress at the scjc. p immediately defensive and wanted to know why. explained to c that cco wootress will be able to better assist him with treatment, etc. p scoffed and said he doesn't need any treatment so he thinks being sent to someone else is a waste of his time. p also stated he hates the "4th office" and doesn't want to go there at all. provided p with my biz card directing him to rpt to cco wootress on 10.28.14 before 1p; also provided cco wootress' desk number. |
| Date & Time Created: 10/22/2014 10:58 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/22/2014 10:58 AM<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall | Kiosk Reporting Session Status: Completed Date Time: 10/22/2014 10:58 AM Location: KIOSK-251-01 UA Message: No |

| Details | Text |
|---|---|
| Author Name: System, Cefield<br>Events: Office Offender ( OP ) | |
| Date & Time Created: 10/21/2014 03:37 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/21/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Comment ( CM ) | transferred to cco wootress this date. will bring file to scjc tomorrow/10.22.14. |
| Date & Time Created: 10/21/2014 03:36 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/21/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Comment ( CM ) | ccr/ona/osp updated/completed this date. ccs johnson notified for osp approval. |
| Date & Time Created: 10/21/2014 12:05 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/21/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Mcjilton, Thomas F<br>Events: Case Staffing ( JS ) | case staffed/accepted and assigned to cco wootress. |
| Date & Time Created: 10/16/2014 03:11 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/16/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Comment ( CM ) | snu referral submitted this date to cco mcjilton for review. |
| Date & Time Created: 10/16/2014 03:11 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/15/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Letter Collateral ( LC ) | 10.15.14: rec'd psychiatric assessment dated 10.7.14 from mcc sou records. |
| Date & Time Created: 10/16/2014 12:59 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/16/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | TC to 23 ▮▮▮▮▮▮▮temp disconnected. |
| Date & Time Created: 10/15/2014 03:53 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/15/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Comment ( CM ) | emailed douglas pitts/correctional mh counselor 2 this date to verify whether or not p completed a mh eval while at mcc pending his doc hearing. if so, requested a copy for the file. |
| Date & Time Created: 10/15/2014 03:35 PM<br>Offender Location At Occurrence: Not Unique | p rep in office this date as directed. came in with a bit of an attitude but I allowed him to start over considering this is the first time we've met |

**Details**

Date & Time Of Occurrence: 10/15/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Isaacs, Emily S
Events: Office Offender ( OP )

**Text**

and I didn't understand why he had such an abrasive attitude to start. conversation and tone changed for the better when his attitude was addressed. explained to p I know he is appealing his case BUT until I/we/doc see something in writing from the court releasing him from supervision, we retain jurisdiction and my expectation is that he complies with supervision. told him I am aware he has issues with our jurisdiction and his interactions with previous cco's haven't gone well. told p I will be respectful and have honest conversations with him and I absolutely expect the same in return. told him coming in with an atittude to start is a bad idea and suggested he think about how he presents himself to people; further stated the reason he might have received friction is due to his own attitude - food for thought. p said he completed a mh eval while in mcc pending his hearing - said he talked to 4 different people and was told part of the reason he was transported back on a private jet was to obtain a mh eval. told p I will contact douglas pitts/correctional mh counselor 2 for more information/confirmation. told p I can request an assessment appt for the cd tx condition via spectrum; p said he is not comfortable going to the 4th ave office and said he will continue look at outside tx providers. told p that was fine and to keep the spectrum idea as a plan b; p acknowledged. as I began telling p he is to rpt weekly, p interrupted me stating he has a valid address - 97 s. main. this is the bread of life mission, which is a homeless shelter where people are required to check-in daily and not guaranteed a spot. explained to p, per our policy, a homeless shelter (unless in a program bed) does not qualify as a valid/stable residence and therefore, we consider him to be homeless thus he is required to rpt weekly until further notice. p argued this will interfere with him working; asked p how he figured and if he is currently employed - answer no. said he is part of a union (union 440 - street pavers, sewer, watermain & tunnel workers) and may be able to get hired but this is not yet confirmed. p stated in the interim, he'd like to do day labor but "doc won't let me because they have to approve it daily" [with tone]. asked p what he was talking about, pulled his file and verified it is the standard employment condition where it must be a doc-approved employment/vocational program/community service. told p day labor is fine and encouraged him to work. conversation then shifted to his trip to dc - asked p how he got there as it confused me how he could get an lfo violation tossed out due to indingency. p said "don't worry about it" and that it was "none of your business." told p it absolutely is my business and I will continue to ask questions as I see fit. further explained to p that should he want to return to dc, he MUST do it the proper way via icots otherwise he will be arrested and returned to wa state every single time aka further extending his time on supervision that he doesn't believe in. I was under the impression p had housing and employment in dc but after further discussion with p, that is not the case whatsoever. p was homeless and living in a homeless shelter and had a job for about a week; "it didn't pay well" so he didn't pursue it. provided p with another reporting instructions letter directing him to rpt next on 10.22.14 by 2p and reminded him of the req'mt to obtain a cd eval appt by 10.22.14.

Date & Time Created: 10/15/2014 01:38 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 10/15/2014 01:38 PM
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall

Kiosk Reporting Session Status: Completed Date Time: 10/15/2014
1:38 PM Location: KIOSK-251-01 UA Message: No

**Details**                                                     **Text**

Author Name: System, Cefield

Events: Office Offender ( OP )

| | |
|---|---|
| | call from p this date at 1256 hours stating he was at hmc. asked him why he's there; said he "just had surgery" and needs a letter from the doctor ris'ing him to be able to work. he then said surgery was in january. p said he needs to work, he's in a union and needs to talk to me about that. said he knows he has until 2p to rpt and wanted to know what happens if he can't be here by then. explained to him that he will then be in violation; p audibly scoffed and repeated "in violation." asked p what he's been doing all day - said he was at the law library this morning for several hours then went to hmc around 11a, where he's been ever since waiting to see the dr. explained to p that he should |
| **Date & Time Created: 10/15/2014 01:14 PM** <br> Offender Location At Occurrence: Not Unique <br> Date & Time Of Occurrence: 10/15/2014 <br> DOC No.: 964228 <br> Offender Name: MADSEN, Kurt Randall <br> Author Name: Isaacs, Emily S <br> Events: Telephone Offender ( TP ) | review his time management and at no point in that plan, did I hear anything about reporting. p asked where the office was then answered his own question with "8th & virginia," which I confirmed. I started to say something else and he cut me off asking where the office was. reminded him he JUST asked me that question, answered it himself, that he was here 4 days ago and he has the address on my biz card, reporting letter AND his hearing paperwork. p wanted to make sure I knew it's been a "real hardship" having to live in seattle the last week and he needs to get back to work/home. explained to p there is a process to get people transferred and every time he leaves the state, he will continue to be brought back. said "they" were mean to him and made it difficult in the past to get transferred. told him I didn't know who "they" were when he proceeded to list off previous cco's names (cco o'connor, cco bullard, etc). stopped p immediately, telling him I would not be discussing his interactions with previous ccos. told p again he had one hour to rpt or he would be in violation. p asked if I wanted him to come to the office now and go back to the dr later then hung up. |
| **Date & Time Created: 10/15/2014 09:25 AM** <br> Offender Location At Occurrence: Not Unique <br> Date & Time Of Occurrence: 10/15/2014 <br> DOC No.: 964228 <br> Offender Name: MADSEN, Kurt Randall <br> Author Name: Coker, Angella D. <br> Events: Victim Witness ( VW ) | SP-TC back to **23** <br> **23** she states she is getting knocking on her door at all hours of the day and night. She is asleep when it happens. She has not looked out window or peep hole to see who it is. She did not want to talk in detail and said she would call me back. |
| **Date & Time Created: 10/10/2014 04:55 PM** <br> Offender Location At Occurrence: Not Unique <br> Date & Time Of Occurrence: 10/10/2014 <br> DOC No.: 964228 <br> Offender Name: MADSEN, Kurt Randall <br> Author Name: Coker, Angella D <br> Events: Victim Witness ( VW ) | TC to **23**      left her vmail p released 10/09 and is approved to be at shelters in Seattle until NRD. |
| **Date & Time Created: 10/10/2014 03:16 PM** <br> Offender Location At Occurrence: MCC-SOU <br> Date & Time Of Occurrence: 10/09/2014 <br> DOC No.: 964228 <br> Offender Name: MADSEN, Kurt Randall <br> Author Name: Salindron, Christopher M <br> Events: Office Offender ( OP ) | **late entry** P was brought to the office by the prison transport team. P was very impatient and wanted to leave the office. P was directed by me and CCS Mills to sit and not leave the office as we were dealing with an emergent situation. P was directed to stay in the Union gospel Mission as he stated he did not have any place to stay in Seattle. I gave him directions to the shelter as well as a homeless verification form which I directed him to fill out and bring in. I gave P his written instructions and expectations which was provided by CCO Isaacs and P's next report date is on Wednesday 10/16/2014. |
| **Date & Time Created: 10/09/2014 03:24 PM** <br> Offender Location At Occurrence: MCC-SOU | Presented @ MADSEN'S hrg this date-he plead not guilty to all 13 allegations. #6 (FTP LFO's) dismissed by HO-found guilty on all |

**Details**

Date & Time Of Occurrence: 10/09/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Andritch, Lisa M
Events: Comment ( CM )

**Text**

remaining. Sanctioned to CFTS as records indicate he has served the maximum sanction allowed as of this time. Release order hand delivered to MCC records & tranport arrangements had been made. Instructed MADSEN at least twice to report in person to CCO Emily Issacs. MADSEN offered that, "They are trying to pigeonhole me in Seattle, and I have no one there." Instructed him to talk to CCO about what he does have-stated he wants to live w/ parents in Kent. This writer is unaware of case history and/or possible NCO's, etc-directed him to have convestation w/ CCO.

Date & Time Created: 10/09/2014 12:16 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 10/09/2014 12:16 PM
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: System, Cefield
Events: Office Offender ( OP )

Kiosk Reporting Session Status: Completed Date Time: 10/9/2014 12:16 PM Location: KIOSK-251-01 UA Message: No

Date & Time Created: 10/08/2014 12:40 PM
Offender Location At Occurrence: MCC-SOU
Date & Time Of Occurrence: 10/08/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Isaacs, Emily S
Events: Comment ( CM )

should p be released after his hearing tomorrow, I have reporting instructions on my desk for him; I will be in an all-day meeting/out of the office. attached the following letter to a tx provider list and my biz card: REPORTING INSTRUCTIONS: 1. Unless a valid address is provided, you are required to report weekly to the Department of Corrections. Specifically, you are to report to the Seattle Police Department West Precinct Outstation located at 830 Virginia Street, Seattle, Wa 98101. Your next report day is Wednesday, 10.15.14 by 2p. 2. You are required to obtain a mental health evaluation. I have provided a list of treatment providers for your review. You are to obtain an appointment for an evaluation and provide proof to CCO Isaacs no later than 10.23.14. 3. You are also required to obtain a chemical dependency evaluation. The list of treatment providers covers this as well. You are to obtain an appointment for an evaluation and provide proof to CCO Isaacs no later than 10.23.14. **Failure to comply with the above-listed requirements WILL result in further violation(s).**

Date & Time Created: 10/06/2014 03:08 PM
Offender Location At Occurrence: MCC-SOU
Date & Time Of Occurrence: 10/06/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Humble, Kristin G
Events: Records Issues ( RC )

NCIC-Per Patricia Wall at DOC-HQ, Felony Warrant entered 8/27/14 was supposed to be cleared on date of apprehension 9/15/14. Patricia was clearing warrant after our phone call.

Date & Time Created: 10/01/2014 12:45 PM
Offender Location At Occurrence: MCC-SOU
Date & Time Of Occurrence: 10/01/2014 10:00 AM
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Barrow, David M
Events: Comment ( CM ),
Behavioral ( JA )

Met with P at MCC/SOU in presence of CCO Heinemann. Served HRW/RAV packet after reviewing violations and discovery packet P requested and was given Annex H of J and S dated 1/6/12, printed from liberty by CC. P was argumentative and adopted victim stance as regards DOC. P is adamant that he was wrongly convicted and states he has an appeal pending and considers all his legal options. P also made veiled reference to non-legal options but would not elaborate. P stated that he would not report to Seattle DOC under any circumstances and would if necessary return to Washington/DC to continue his constitutional/litigation work that he has started. Reminded P that he would have to report to Seattle DOC and that if he had any alternative address or resources to submit. CCO would consider same as for any other offender. Showed P the DOC imposed condition the that at he has MH/CD evaluations to complete but he refused to acknowledge these conditions as valid and required by law. P admitted that he had been drinking at time of instant offense and he does drink beer but does not

| Details | Text |
|---|---|
| | have an addiction needing treatment. Suggested to P that he considers positive release options and to kite CC or talk to CCO at hearing. P is aware of longest sanction date being 10/15/14 but repeated that he has no intention of reporting to DOC/Seattle upon release. P stated that DOC cost him his construction job that he had in DC. I reminded him that there would probably be construction jobs in Seattle available but he refused to consider that option. P felt aggrieved by DOC refusing him to live in Kent area and I explained to him that he probably has victim or NO contact concerns and suggested he comes up with alternative options. Prior to interview with P also staffed P's MH status with MHP/staff and indications are that there are no MH evaluations on record for P. |
| Date & Time Created: 10/01/2014 11:39 AM Offender Location At Occurrence: MCC-SOU Date & Time Of Occurrence: 10/01/2014 09:30 AM DOC No.: 964228 Offender Name: MADSEN, Kurt Randall Author Name: Heineman, Aaron J Events: Behavioral ( JA ) | Met with P this date along with Community Corrections Officer David Barrow. P presented very agitated, identified by has loud rapid speech fidgeting hands and sustained eye contact. |
| Date & Time Created: 10/01/2014 09:40 AM Offender Location At Occurrence: MCC-SOU Date & Time Of Occurrence: 09/30/2014 DOC No.: 964228 Offender Name: MADSEN, Kurt Randall Author Name: Barrow, David M Events: Behavioral ( JA ) | Emailed CCO:Hi EmilyJust an FYI as his start date is 9/15/14 he will be releasing on or before 10/15/14 as 30 day sis the maximum we can impose at this stage.Did you perhaps think of referring him to treatment? I could work on a PCN screen if he presents with a dual diagnosis. I am going to serve him his packet tomorrow and will speak with MCC staff to get more information if necessary. I've never met the guy before so you'll be steps ahead of me by meeting with him! Not sure if he'll be willing to go to treatment but I'm not opposed to it at all. Thanks for the information! |
| Date & Time Created: 09/30/2014 03:07 PM Offender Location At Occurrence: MCC-SOU Date & Time Of Occurrence: 09/30/2014 DOC No.: 964228 Offender Name: MADSEN, Kurt Randall Author Name: Coker, Angella D Events: Victim Witness ( VW ) | SP- TC to 23 ▮▮▮▮ et her know p is at MCC. Let her know by the time he goes to hearing within a week he will likely be released with cfts. Ref'd her to VINE. |
| Date & Time Created: 09/30/2014 12:16 PM Offender Location At Occurrence: MCC-SOU Date & Time Of Occurrence: 09/30/2014 DOC No.: 964228 Offender Name: MADSEN, Kurt Randall Author Name: Isaacs, Emily S Events: JBRS Release ( AF ) | JBRS Release Watch Hit received from DC Department of Corrections on 09/29/2014. Email notification sent to esisaacs@DOC1.wa.gov23000001<br><br>**Appended Text:** JBRS Event Action: Transfer, Action Date = 09/30/2014 Narrative Text: extradited back to wa state<br><br>**Appended Text:** JBRS Event Action: Transfer, Action Date = 09/30/2014 Narrative Text: extradited back to wa state<br><br>**Appended Text:** JBRS Event Action: Transfer, Action Date = 09/30/2014 Narrative Text: expedited back to Washington State. |
| Date & Time Created: 09/30/2014 07:50 AM Offender Location At Occurrence: MCC-SOU Date & Time Of Occurrence: 09/30/2014 DOC No.: 964228 Offender Name: MADSEN, Kurt Randall Author Name: Ward, Karla K Events: Comment ( CM ) | NWHLU recd full discovery for upcoming MCC hearing and prepped for service. |

| Details | Text |
|---|---|
| Date & Time Created: 09/29/2014 03:49 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/29/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Comment ( CM ) | discovery scanned/emailed to covering cco this date. |
| Date & Time Created: 09/29/2014 02:49 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/29/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Ward, Karla K<br>Events: Comment ( CM ) | NWHLU recd notice of 10/9/14 MCC/SOU hearing and requested discovery. |
| Date & Time Created: 09/26/2014 10:38 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/26/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Nichols, Muhammad D<br>Events: Records Issues ( RC ) | ***OOS*** HQ Records received a call from Chief David Rubenstein from the US Attorney's office stating the timeframe to pick up P cannot be extended beyond the 72hrs already granted. Since this is DC Law, P will not be held beyond Monday the 29th. Mr. Rubenstein did make a suggestion to contact a surrounding jail, outside of DC limits, to make arraignments and have P picked up and held until WADOC can come and extradite P. I then forwarded Mr. Rubenstein to the Transport Unit, Mr. Bowen, to continue with the discussion of making arraignments for a surrounding Co. Jail to house P. |
| Date & Time Created: 09/23/2014 10:19 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/23/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Telephone Collateral ( TC ) | vm from lt. church/doc extradition unit this date re: p. requesting background information on p. can be reached at 360.725.8641. returned c's call this date - no answer. left vm with my contact info. |
| Date & Time Created: 09/23/2014 09:30 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/23/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | CS- Staffed case with Lt Church at HQ and sent him document of summary of my work on case and community concerns re: offender. |
| Date & Time Created: 09/23/2014 07:51 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/23/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Nichols, Muhammad D<br>Events: Records Issues ( RC ) | ***OOS*** I called Ms. Melvin (202-252-2408) and requested an extension for the pickup on P. The extension, she said, will be granted and will begin on Sept 24th. The deadline for pickup will be Monday the 29th before 10pm. P will not be released for pickup after that time and will release from court on Tuesday morning the 30th. The signed wavier has been received and forwarded to transport. |
| Date & Time Created: 09/22/2014 10:48 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/22/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Nichols, Muhammad D<br>Events: Records Issues ( RC ) | ***SIGNED WAIVER*** The Signed Waiver has been recieved and an extension for pickup will be requested tommorrow as the coordinator is out today. Currently, there is a 72hr pickup, which is not engough time to extradite P back to WADOC. Hopefully the request will be granted and an extension of 6 more additional days be given. |
| Date & Time Created: 09/22/2014 09:53 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/22/2014 | TC back to 23 ▓▓▓▓▓ left her vmail that as of 9/17 p was still in custody in Wash DC. |

| Details | Text |
|---|---|
| DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | |
| Date & Time Created: 09/17/2014 11:14 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/17/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: JBRS Release ( AF ) | JBRS Release Watch Hit received from DC Department of Corrections on 09/15/2014. Email notification sent to eslsaacs@DOC1.wa.gov23000001<br><br>**Appended Text: JBRS Event Action: False Positive, Action Date = 09/17/2014 Narrative Text: HQ warrants desk verified P remains in custody.** |
| Date & Time Created: 09/17/2014 11:01 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/17/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Pitchford, Maria A<br>Events: Records Issues ( RC ) | Warrants contacted Washington, DC Metropolitan Jail Records (202-673-8257) and confirmed offender is still in custody, with an extradition hearing set for 10-15-14. I also confirmed that our DOC hold is in place and informed them that the Governor's Warrant is out the door.He was granted bail of 7K but hopefully he will not be able to post it.I then contacted Ms Melvin (Office of the US Attorney)(202-252-2408) and informed her that the Governor's Warrant was enroute and requested an extension if not received by 10-15-14. Ms Melvin stated that an extension could not be granted this far from his court date, however, requested that we contact her on 10-14-14 to confirm receipt of the Governor's Warrant. If not yet received, she will go to court and request a 7 day extension from the judge informing him of the Governor's Warrant. She also stated that when we call on 10-14-14, she will inform us if there is any paperwork needed to present to the Judge. I would think by that time we would have the letter from the Governor's Office which we receive once the Governor's Warrant packets are forwarded to the holding state. This would probably be the best document to fax to her to present if she requires anything. |
| Date & Time Created: 09/17/2014 10:59 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/17/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Pitchford, Maria A<br>Events: Records Issues ( RC ) | **GOVERNOR'S WARRANT** GOVERNOR'S WARRANT PACKETS OUT TO GOVERNOR THIS DATE |
| Date & Time Created: 09/16/2014 08:08 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/16/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Nichols, Muhammad D<br>Events: Records Issues ( RC ) | HQ RECORDS called the Office of the US Attorney (#202-727-4279) and spoke with Ofc. Pennington. I called to acknowledge receipt of their request for a Governors Warrant on Madsen, Kurt. Ofc Pennington stated, "P is in custody with a $7000 bond and could possibly make bail." However, it's not expected for P to post bond and P is scheduled for a Hearing on OCT 15th. According to Ofc. Pennington the District of Columbia will give 72 hrs for the extradition of P after his hearing but we can request an extension, which will be at the discretion of the Judge. The contact to request an extension will be Ms. Melvin (#202-252-2408). Ms. Melvin is not in the office today but WADOC will attempt, tomorrow, to call her office. |
| Date & Time Created: 09/15/2014 06:18 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/15/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: JBRS Release ( AF ) | rec'd jbrs ris notification stating p was booked on 9.13.14 @ 0716 hrs est and RLS'D 9.15.14. RLS REASON: ERROR IN BOOKING. email notification forwarded to hq warrants desk with high importance noted. |

| Details | Text |
|---|---|
| Date & Time Created: 09/15/2014 06:10 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/15/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Comment ( CM ) | additional supp rav completed this date with new violations. rav dated 6.16.14 - violations: failing to report to the department of corrections as directed on or about 6.12.14, failing to be available for urinalysis testing since o/a 6.12.14, failing to provide a valid address since o/a 6.12.14, failing to provide verification of obtaining a mental health evaluation since o/a 6.12.14, failing to provide proof of obtaining a chemical dependency evaluation since o/a 6.12.14 and failing to pay toward legal financial obligations since o/a 6.12.14...supp rav dated 8.4.14 - violation: leaving the state of washington without permission o/a 7.29.14...supp rav dated 9.15.14 - violations: failing to report to the department of corrections w/in one business day of release from confinement on 8.27.14, failing to provide a valid address to the department of corrections since 8.27.14, failing to provide proof of completing a mental health evaluation since 8.27.14, failing to provide proof of completing a chemical dependency evaluation since 8.27.14, failing to be available for random urinalysis testing since 8.27.14 and being in the district of columbia without permission o/a 9.15.14. will submit all 3 ravs to hq once signed copies are obtained from ccs johnson. |
| Date & Time Created: 09/15/2014 12:24 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/15/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Comment ( CM ) | rec'd notification p was apprehended on 9.15.14 - metro pd/disctrict of columbia. |
| Date & Time Created: 09/15/2014 11:14 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/15/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Nichols, Muhammad D<br>Events: Records Issues ( RC ) | ***APPREHENDED*** DISTRIC OF COLUMBIA METRO PD. PH# 202-727-4279 OFC PENNINGTON. |
| Date & Time Created: 09/10/2014 12:39 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/10/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | TC back to 23 ▓▓▓▓▓▓ left her vmail. |
| Date & Time Created: 09/09/2014 10:28 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 09/09/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | TC back to 23 ▓▓▓▓▓▓ left her vmail. |
| Date & Time Created: 08/28/2014 06:30 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/28/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: JBRS Release ( AF ) | JBRS Release Watch Hit received from DC Department of Corrections on 08/27/2014. Email notification sent to esisaacs@DOC1.wa.gov23000001<br><br>**Appended Text: JBRS Event Action: FTR, Action Date = 08/28/2014** |

1/15/2016

| Details | Text |
|---|---|
| Date & Time Created: 08/27/2014 02:14 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/27/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Pitchford, Maria A<br>Events: Records Issues ( RC ) | **WPER** WARRANT DATED 06-16-14 HAS BEEN RE-ENTERED INTO WACIC/NCIC |
| Date & Time Created: 08/27/2014 02:04 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/27/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Pitchford, Maria A<br>Events: Records Issues ( RC ) | **INFO** WARRANTS WAS NOTIFIED BY CCO ISAACS THAT SHE RECIEVED WORD FROM USMS THAT OFFENDER WAS RELEASED FROM CUSTODY IN DC METRO JAIL. I AGAIN CONTACTED THE JAIL RECORDS (202-673-8257) AND TALKED TO OFFICER JONES (DIFFERENT JONES THEN THE ONE YESTERDAY) WHO CONFIRMED OFFENDER WENT BACK TO COURT THIS MORNING AND THE JUDGE RELEASED ON OWN RECOGNIZANCE. I ASKED HOW THIS COULD HAPPEN AS I CONFIRMED YESTERDAY THAT OUR HOLD WAS IN PLACE AND THE GW WAS ON THE WAY. OFFICER JONES STATED THE JUDGE RELEASED HIM. I INFORMED MR JONES THAT I WOULD GET THE WARRANT RE-ENTERED QUICKLY AND HOPEFULLY HE WOULD BE APPREHENDED SOON. EMAIL TO TRANSPORT UNIT, CCO, OOS APPRHS, CCS. |
| Date & Time Created: 08/27/2014 01:47 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/27/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Letter Collateral ( LC ) | rec'd email from usms knight stating p was ris'd this date due to wa doc failure to pick him up. email forwarded to warrants desk with high importance noted. |
| Date & Time Created: 08/27/2014 12:51 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/27/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: JBRS Release ( AF ) | rec'd jbrs ris notification p was ris'd this date from dc department of corrections. |
| Date & Time Created: 08/26/2014 12:28 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/26/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Pitchford, Maria A<br>Events: Records Issues ( RC ) | **INFO** WARRANTS RECEIVED EMAIL FROM CCO ISAACS REQUESTING CURRENT STATUS OF OFFENDER. I CONFIRMED GOVERNOR'S WARRANT LEFT OUR GOVERNOR ON 08-07-14 AND SHOULD BE RECEIVED BY WA DC SHORTLY. I ALSO CONTACTED DC METRO JAIL (202-727-4279) AND IT WAS CONFIRMED BY OFFICER JONES THAT OFFENDER IS STILL IN THEIR CUSTODY. ALTHOUGH WE HAVE A NO BAIL HOLD ON OFFENDER, THE JUDGE DID PLACE A $5000.00 BAIL AMOUNT ON OFFENDER, HOWEVER, OFFICER JONES STATED THAT OFFENDER WAS NOT ABLE TO BAIL OUT. I INFORMED OFFICER JONES THAT GOVERNOR WARRANT WAS ENROUTE TO THEM; HE ASSURED ME THAT DC JAIL RECORDS WOULD CONTACT US ONCE IT IS RECIEVED AND SERVED ON OFFENDER. INFO PASSED TO CCO EMILY ISAACS. OFFENDER'S DC BOOKING #345102. PLEASE REFERENCE THIS IF MAKING CONTACT WITH METRO DC JAIL REGARDING OFFENDER. |
| Date & Time Created: 08/26/2014 12:00 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/26/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall | vm to us marshal knight apprising him of the phone call from ofr pennington this am. wanted to know if c had any additional information about p's whereabouts. |

| Details | Text |
|---|---|
| Author Name: Isaacs, Emily S<br>Events: Telephone Collateral ( TC ) | |
| Date & Time Created: 08/26/2014 11:59 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/26/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Letter Collateral ( LC ) | email from hq warrants indicating the governor's warrant left the governor's office on 8.17.14 and wa doc has not received any notification that the warrant was served on p in dc. passed along the vm message from ofr pennington to c. |
| Date & Time Created: 08/26/2014 11:34 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/26/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Telephone Collateral ( TC ) | vm from ofr pennington/metropolitan police department fugitive unit this date stating p had an extradition hearing for wa state and wanted to know if p turned himself in/current whereabouts. can be reached at 202.727.4279. check of omni reveals no new chronos since 8.12.14 nor have I rec'd any jbrs notifications indicating p had been booked into any local jails. checked jbrs and p is listed as a watch hit only for the us marshals/western washington. emailed hq requesting any updates on p's current whereabouts. |
| Date & Time Created: 08/25/2014 02:32 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/25/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | Tc back to ▉23 ▉ left her vmail. |
| Date & Time Created: 08/13/2014 09:49 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/13/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | SP- TC from ▉23 ▉ Let her know update from CCO. That CCO confirmed WA state warrant and Governor's office involvement because p is fight extradition. Let her know I will update her as soon as we hear more. She reports that someone is still getting into her house. She reports she found popcorn in her bed and makeup out on counter that she did not use that day. She is not sure how this is happening. |
| Date & Time Created: 08/13/2014 09:39 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/13/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | SP- TC back to ▉23 ▉ she spoke with CCO Isaacs yesterday. Let her know once there is update I will let her know. She triggered her home alarm while we were on phone and said she would call me back. |
| Date & Time Created: 08/13/2014 08:12 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/12/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | TC back to CCO Isaacs, left vmail. |
| Date & Time Created: 08/12/2014 05:21 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/12/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Telephone Collateral ( TC ) | vm from a concerned party wanting to know if p will remain in jail in wa dc or if he will be released. c stated they haven't been able to register for updates through vinelink as p's dc #345102 is not registered. c very concerned about p being ris'd from jail. requested a call back. cvl coker notified as well. |

1/15/2016

**Details**

| | |
|---|---|
| Date & Time Created: 08/12/2014 02:33 PM | **Text**<br>TC back to `23` [redacted] left her vmail. Tried her home # 253-852-5778 and not able to get through phone system with blocked #. |
| Offender Location At Occurrence: Not Unique | |
| Date & Time Of Occurrence: 08/12/2014 | |
| DOC No.: 964228 | |
| Offender Name: MADSEN, Kurt Randall | |
| Author Name: Coker, Angella D | |
| Events: Victim Witness ( VW ) | |

Date & Time Created: 08/07/2014 08:13 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/07/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Pitchford, Marla A
Events: Records Issues ( RC )

**GOVERNOR'S WARRANT** GOVERNOR'S WARRANT PACKETS OUT TO GOVERNOR THIS DATE

Date & Time Created: 08/04/2014 12:52 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/04/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Isaacs, Emily S
Events: Comment ( CM )

submitted rav and supp rav this date via email.

Date & Time Created: 08/04/2014 12:30 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/04/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Isaacs, Emily S
Events: Comment ( CM )

rec'd request for signed conditions and rav for governor's warrant on 7.31.14 while I was on vacation. cco salindron emailed the requested documents on my behalf and notified the warrants desk that I would be completing a supp rav for an additional violation of leaving the state w/o permission. rec'd an additional email stating the date of the rav needed to coincide with the date of the sw, which was 6.16.14. date of rav corrected and had ccs johnson sign the updated version. completed supp rav this date; emailed to ccs johnson for review/approval. will submit both ravs upon receipt of the signed supp.

Date & Time Created: 08/04/2014 09:17 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/04/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

SP- TC to `23` [redacted] let her know p was arrested in DC. Let her know p is not agreeing to extradition. Let her know p is looking at up to 30 days.

Date & Time Created: 07/31/2014 07:52 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 07/31/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Pitchford, Marla A
Events: Records Issues ( RC )

**GOVERNOR'S WARRANT** WARRANTS NOTIFIED THAT P REFUSED TO SIGN WAIVER. GOVERNOR'S WARRANT INITIATED. EMAIL TO CCO ISAACS TO PROVIDE REPORT OF ALLEGED VIOLATION AND COPY OF SIGNED CONDITIONS.

**Appended Text:** CONTACT FOR INFORMATION ON COMPLETION OF GOVERNOR'S WARRANT CAN BE ADDRESSED TO SHAVAKA MELVIN AT (202) 252-2408.

Date & Time Created: 07/30/2014 04:36 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 07/30/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bayon, Expedito
Events: Records Issues ( RC )

**NOTE** HQ Warrants notified US MARSHALL ARNOLD KNIGHT AT 253-312-6675 Cell Phone. Already aware of P's arrest in DC.

Date & Time Created: 07/30/2014 04:19 AM
Offender Location At Occurrence: Not Unique

| Details | Text |
|---|---|
| Date & Time Of Occurrence: 07/30/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bayon, Expedito<br>Events: Records Issues ( RC ) | **APPREHEND** 073014 METROPOLITAN PD WASHINGTON DC PH: 202-727-4279 FAX: 202-727-4280 ORI: DCMPD0000. NO LOCAL CHARGES REPORTED. WACIC/NCIC CLEARED. |
| Date & Time Created: 07/29/2014 10:52 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/29/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Sanders, Wanell<br>Events: Records Issues ( RC ) | **FINGERPRINT CARD**TO: DC METRO POLICE DEPARTMENT / DC FEDERAL BUREAU INVESTIGATIONS FROM: WASHINGTON STATE DEPT OF CORRECTIONS RE: MADSEN, KURT DOC/OCA: 964228 DOB: 03/04/1969 DATE OF ARREST: 07/29/2014 OUR AGENCY RECEIVED AN ARREST FINGERPRINT CARD FROM THE NCIC CONTROL TERMINAL. IF YOUR AGENCY HAS THIS SUBJECT IN CUSTODY PLEASE CONTACT OUR WARRANTS UNIT AT 360-725-8888, AS OUR AGENCY HAS A CURRENT FELONY WANT FOR THIS OFFENDER. THANK YOU SANDERS WARRANTS UNIT 360-725-8888 |
| Date & Time Created: 07/29/2014 02:41 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/29/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Arrest ( AR ) | contacted by us marshall saunders/washington dc stating they located p at the georgetown university law library and was taken into custody w/o incident. |
| Date & Time Created: 07/29/2014 01:26 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/29/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Telephone Collateral ( TC ) | call from us marshall mike saunders 301.489.1717 this date stating he is looking into p's case and wanted some background info on p (instant offense, crim hx, behavior on sup, etc). scanned j&s/pc and some colorful emails p sent cco bullard and a brief crim hx summary. |
| Date & Time Created: 07/29/2014 10:33 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/29/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Comment ( CM ) | forwarded information about p's possible whereabouts to us marshall knight along with a copy of the sw. |
| Date & Time Created: 07/29/2014 10:15 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/29/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Pitchford, Maria A<br>Events: Records Issues ( RC ) | **INFO** WARRANTS RECEIVED A CALL FROM US MARSHALL "LINWOOD BATTLE" ASKING IF WE HAD RECEIVED ANY INFORMATION ON OFFENDER. I INFORMED OFFICER THAT WE HAD RECEIVED A CALL FROM TABITHA EARLY THIS MORNING. OFFICER STATED HE RECEIVED INFORMATION FROM HER AS WELL. OFFICER REQUESTED TO KNOW IF WA DOC WORKED WITH US MARSHALLS, TO WHICH I CONFIRMED WE DID. OFFICER REQUESTED I PASS HIS CONTACT INFORMATION OF (OFFICE)202-353-0659 AND (CELL)202-439-9891 TO OUR US MARSHALL LIASION IN AN ATTEMPT TO COLLABORATE AND APPREHEND OFFENDER. I EMAILED SPECIALIST HENRY PINEDA INFORMATION REGARDING US MARSHALL CONTACT. NOTHING FOLLOWS |
| Date & Time Created: 07/29/2014 07:56 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/29/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Killingsworth, Laura D<br>Events: Records Issues ( RC ) | **PHONE CALL** I received a phone call from a Tabitha Chapman a few minutes ago about offender Madsen. She lives in Washington DC and said she met the offender a few weeks ago. Tabitha is a law student and the offender asked her to help him with some paperwork for a law suit that he is filing. She received an email from Madsen 12 days ago with the paperwork he was working on. Tabitha didn't know the offenders last name until she received the email. She got an uneasy feeling about |

| Details | Text |
|---|---|
| | Madsen so she decided to google his name and she saw that he was wanted in Washington. Tabitha said that he is frequently at the Georgetown Law Library and the Library of Congress at the Madison Bldg. She had told Madsen that she lived on K Street and he told her that he lived close by. Tabitha said that she did contact the Marshals there in DC. Tabitha also left us a phone number that she can be contacted at but doesn't want Madsen to know that she has called us. Her phone number is 202-270-0947. Can you pass this information on to US Marshall Arnold Knight or I can call him. If you have any other questions feel free to contact me. Tabitha's phone number needs to be kept confidential. |
| Date & Time Created: 07/28/2014 01:40 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/28/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Behavior Alert ( BA ),<br>Law Enforcement ( LE ) | *** UPON APPREHENSION, PLEASE CONTACT US MARSHALL ARNOLD KNIGHT AS THEY WANT TO SPEAK TO P. CAN BE REACHED DAY OR NIGHT AT 253.312.6675 CELL AND 206.370.8632 DESK. THIS IS VERY IMPORTANT. *** |
| Date & Time Created: 07/28/2014 01:38 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/28/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: Behavior Alert ( BA ),<br>Law Enforcement ( LE ),<br>Telephone Collateral ( TC ) | ***** call from US MARSHALL ARNOLD KNIGHT re: p. stated p has filed with the federal court using some very inappropriate language. we discussed how long p is on sup, that he is a historical non-reporter, etc. c asked if it was possible for doc to commit p; explained we don't have the authority to do so but work with the county cmhp's and I would look into getting more information about the process. c said p has sent inappropriate to governor Inslee as well, which they have a copy of. review of omni shows p doesn't have good time to revoke so told c the most we can hold him upon apprehension is 30 days. c stated they are opening an inappropriate communication case against him and requested HE BE CONTACTED DAY OR NIGHT WHEN P IS APPREHENDED AS THEY WISH TO SPEAK TO HIM. CAN BE REACHED AT 253.312.6675 CELL AND/OR 206.370.8632. ***** |
| Date & Time Created: 07/28/2014 11:29 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/28/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Cobain, Kathie L<br>Events: Records Issues ( RC ) | **REVIEW** WARRANT DATED 06/16/2014 HAS BEEN REVIEWED. |
| Date & Time Created: 07/14/2014 12:31 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/14/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | SP- TC from 23    new confidential phone #. Let her know p is on warrant status. Let her know his brother is at SCORE since 7/10. She recently confirmed through her phone company her home phone had been forwarded to Mel McClintock's house and Kent PD took report and fwd to Kent attorney office. |
| Date & Time Created: 07/10/2014 09:41 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/10/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: JBRS Booking ( AE ) | JBRS Booking Watch Hit received from SCORE South Correctional Entity on 07/10/2014. Email notification sent to leoconnor@DOC1.wa.gov23000001<br><br>**Appended Text:** JBRS Event Action: False Positive, Action Date = 07/10/2014 Narrative Text: person actually booked is TROY SHANE MADSEN (DOB 2.25.1971, DOC 802300 closed). |

| Details | Text |
|---|---|
| Date & Time Created: 07/10/2014 09:40 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/10/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Isaacs, Emily S<br>Events: JBRS Booking ( AE ) | rec'd jbrs notification from cco o'connor. notification stated p was arrested this date and booked into score. upon further examination, the person booked was NOT p but a troy shane madsen (doc 802300 closed, DOB 2.25.1971). c was booked on a crim trespass 1/fta out of auburn muni. checked p's discis and confirmed he does not have this case listed on any of his 14 pages of discis. false positive entered on jbrs. |
| Date & Time Created: 07/09/2014 11:07 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/09/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: O'connor, Leslie E<br>Events: Comment ( CM ) | File to CCO Isaacs this date. Discovery in file. |
| Date & Time Created: 06/23/2014 02:24 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/23/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | TC back to ▓23▓ left msg on answering machine with my name and # only. |
| Date & Time Created: 06/17/2014 08:11 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/17/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Kelso, Karen A<br>Events: Comment ( CM ) | NW CRU has received a CRU WANTED referral for Fugitive Investigation. This case will be adopted and assigned to NW CRU Officer Specialist Rongen on this date. |
| Date & Time Created: 06/17/2014 04:29 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/17/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Lontz, Donna L<br>Events: Records Issues ( RC ) | **WPER** Warrant request dated 06162014 entered in WACIC/NCIC. |
| Date & Time Created: 06/16/2014 04:26 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/16/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: O'connor, Leslie E<br>Events: JBRS Release ( AF ) | JBRS Release Watch Hit received from SCORE South Correctional Entity on 06/12/2014. Email notification sent to leoconnor@DOC1.wa.gov23000001<br><br>Appended Text: JBRS Event Action: FTR, Action Date = 06/12/2014 |
| Date & Time Created: 06/16/2014 09:34 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/16/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Johnson, Kathleen T<br>Events: Reasonable Cause ( ZS ) | " Reasonable Cause Review completed, DOC has jurisdiction, violation for failing to report is determined to be willful, issuance of warrant is justified". |
| Date & Time Created: 06/16/2014 09:28 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/16/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall | P ftr upon release. P not at SCORE/KCJ/HMC. P has sent emails to DOC upon release. Warrant requested this date. |

| Details | Text |
|---|---|
| Author Name: O'connor, Leslie E<br>Events: Office No Contact ( ON ) | |
| Date & Time Created: 06/13/2014 04:07 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/13/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angelia D<br>Events: Victim Witness ( VW ) | TC to ▓23▓     left msg for her that p released and has not reported yet. |
| Date & Time Created: 06/11/2014 02:55 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/11/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bishop, Rebecca L<br>Events: Field Offender ( FP ) | I presented at the DOC hearing at SCORE this morning. The hearing packet has been put in campus mail to assigned officer this afternoon. P was given 10 days confinement and releases 06/12/2014. |
| Date & Time Created: 06/06/2014 09:32 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/06/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angelia D<br>Events: Victim Witness ( VW ) | SP- TC to ▓23▓     et her know p was arrested. Ref'd her to VINE. |
| Date & Time Created: 06/04/2014 09:39 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/04/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Deabler, Mark D<br>Events: Comment ( CM ) | P served hearing paperwork for upcoming hearing @ SCORE this date |
| Date & Time Created: 06/03/2014 03:06 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/03/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: O'connor, Leslie E<br>Events: JBRS Booking ( AE ) | JBRS Booking Watch Hit received from SCORE South Correctional Entity on 06/02/2014. Email notification sent to leoconnor@DOC1.wa.gov23000001<br><br>**Appended Text: JBRS Event Action: Detain-DOC, Action Date = 06/02/2014** |
| Date & Time Created: 06/02/2014 10:12 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/02/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bayon, Expedito<br>Events: Records Issues ( RC ) | **APPREHEND** 060214 SCORE CORRECTIONAL ENTITY. NO LOCAL CHARGES REPORTED. WACIC/NCIC CLEARED. |
| Date & Time Created: 05/18/2014 06:00 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 05/18/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Sanders, Wanell<br>Events: Records Issues ( RC ) | **REVIEW**2nd party review, WACIC/NCIC warrant entry reviewed this date |
| Date & Time Created: 05/07/2014 02:04 PM<br>Offender Location At Occurrence: Not Unique | SP- TC from ▓23▓    Let her know p is on warrant status. |

PDU-40083 000038

**Details**

**Text**

Date & Time Of Occurrence: 05/07/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

---

Date & Time Created: 04/28/2014 03:50 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 04/28/2014
DOC No.: 964228                              TC back to 23 ▓▓▓▓ left her vmail.
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

---

Date & Time Created: 04/20/2014 04:44 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 04/20/2014        **VALIDATION** WANTED PERSON RECORD HAS BEEN VALIDATED
DOC No.: 964228                              THIS 04/20/14 – WARRANT CLEARED/APPREHENDED/CANCELLED
Offender Name: MADSEN, Kurt Randall
Author Name: Foerster, Linda M
Events: Records Issues ( RC )

---

Date & Time Created: 04/16/2014 12:35 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 04/16/2014        **WPER** WANTED PERSON ENTRY REQUEST RECEIVED 4-14-2014
DOC No.: 964228                              HAS BEEN ENTERED THIS DATE.
Offender Name: MADSEN, Kurt Randall
Author Name: Killingsworth, Laura D
Events: Records Issues ( RC )

---

Date & Time Created: 04/16/2014 10:16 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 04/16/2014
DOC No.: 964228                              CS- Staffed case with CCS Rongen.
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

---

Date & Time Created: 04/16/2014 09:04 AM
Offender Location At Occurrence: Not Unique    SP- TC from 23 ▓▓▓ She wanted me to listening to clicking noises on
Date & Time Of Occurrence: 04/16/2014          her home phone while we were on her cell phone. I did hear clicking
DOC No.: 964228                                noises. She had her phone off the hook and then that noise started to
Offender Name: MADSEN, Kurt Randall            happen. She is going to call Century link.
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

---

Date & Time Created: 04/15/2014 09:07 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 04/15/2014          NW CRU has received a CRU WANTED referral for Fugitive Investigation.
DOC No.: 964228                                This case will be adopted and assigned to NW CRU Officer Specialist
Offender Name: MADSEN, Kurt Randall            Rongen on this date.
Author Name: Kelso, Karen A
Events: Comment ( CM )

---

Date & Time Created: 04/15/2014 08:03 AM       " Reasonable Cause Review completed, DOC has jurisdiction, violation
Offender Location At Occurrence: Not Unique    for failing to report is determined to be willful, issuance of warrant is
Date & Time Of Occurrence: 04/15/2014          justified".
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Johnson, Kathleen T
Events: Reasonable Cause ( ZS )

1/15/2016

| Details | Text |
|---|---|
| Date & Time Created: 04/14/2014 03:25 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 04/14/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: O'connor, Leslie E<br>Events: Office Offender ( OP ) | P failed to report this date as directed. P not at KCJ/HMC. Warrant requested this date. |
| Date & Time Created: 04/14/2014 10:57 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 04/14/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | SP- TC back to 23 [redacted] let her know p's status. Let her know that p did not report today as directed and SW was going to be requested. |
| Date & Time Created: 04/11/2014 09:20 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 04/11/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: O'connor, Leslie E<br>Events: JBRS Release ( AF ) | JBRS Release Watch Hit received from King County Jail on 04/10/2014. Email notification sent to leoconnor@DOC1.wa.gov23000001<br><br>**Appended Text:** JBRS Event Action: Reported, Action Date = 04/10/2014 |
| Date & Time Created: 04/10/2014 02:24 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 04/10/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: O'connor, Leslie E<br>Events: Case Staffing ( JS ) | Staffed with CCS Johnson prior to meeting with p this date. Due to victim concerns and p's lack of an approved fixed address, p to remain in Seattle city limits until appropriate safety plans can be developed. |
| Date & Time Created: 04/10/2014 02:23 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 04/10/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: O'connor, Leslie E<br>Events: Office Offender ( OP ),<br>Testing For Drugs ( TD ) | P reported this date upon release. P asked for spelling of CCO's names for his lawsuits. P directed to submit to UA. P at first challenged the condition, then stated he was signing under duress. P submitted to UA with CCO F. Johnson which returned negative results. P asked to reside in Kent, p advised that he cannot reside in Kent. P began talking about his wrongful conviction. P advised that he is under sueprvision with DOC and that concerns re: his conviction should be discussed with the courts. P states he is not sure where he will stay. P directed to be in a shelter nightly and not to leave the city of Seattle until further discussion 04/14/2014. P states he understands. P given homeless verification sheet with all written instructions. P directed to complete homeless verification sheet nightly. NRD 04/14/2014 @ 8:30 am. As p was leaving he stated "I'm going to court to get a restraining order against you". |
| Date & Time Created: 04/10/2014 02:06 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 04/10/2014 02:06 PM<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: System, Cefield<br>Events: Office Offender ( OP ) | Kiosk Reporting Session Status: Completed Date Time: 4/10/2014 2:06 PM Location: KIOSK-228-02 UA Message: No |
| Date & Time Created: 04/10/2014 01:32 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 04/10/2014 01:32 PM<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall | Kiosk Reporting Session Status: Completed Date Time: 4/10/2014 1:32 PM Location: KIOSK-228-02 UA Message: No |

**Details**

Author Name: System, Cefield
Events: Office Offender ( OP )

**Text**

Date & Time Created: 04/10/2014 08:51 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 04/10/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Vertz, Rene J
Events: Telephone Collateral ( TC ),
Telephone Offender ( TP )

Received a call from Marliynn at DSHS inquiring about P's compliance with supervision as he is there in her office to obtain benefits. I informed C that P just released from jail and DOC does not have a warrant for him. C stated she checked the warrants system and it indicated there was a felony warrant for P for Assault 2 in the system. I checked DISCIS and was not able to locate any active warrants and informed her that the warrant may have been DOC's warrant and that has been cleared. I informed C that P is required to report today or Monday, as he just released from jail. I heard P in the background and he stated he would be on his way to our office in a little while.

Date & Time Created: 04/07/2014 01:31 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 04/07/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Torrence, Rebecca D
Events: Records Issues ( RC )

Audio for hearing conducted on 4.2.14 mailed to P at the King County Jail per P's request.

**Appended Text:** CD didn't make to the jail before P was released. It was returned. Since P is homeless I have mailed it to the CCO to give to P when he reports again.

Date & Time Created: 04/07/2014 11:01 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 04/07/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

TC back to 23 ███████ phone rang busy.

Date & Time Created: 04/02/2014 02:57 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 04/02/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Gastreich, Janelle
Events: Comment ( CM )

Presented RAV at DOC hearing on this date in the KCJ. P plead not guilty to all three allegations. P was found guilty of all allegations. P was sanctioned to 17 days confinement with CFTS from 3/24/14 and to report to supervising CCO within one business day of release. P gave address of 24608 116th SE Kent. No phone. Gave hearings paperwork to CCO Leslie O'Connor.

Date & Time Created: 04/02/2014 01:57 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 04/02/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

SP- TC back to 23 ███████ let her know DOC has new pic of p. She requests copies be mailed and emailed. She has already signed photo disclosure. Reminded her to sign up for VINE.

Date & Time Created: 03/28/2014 02:13 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/28/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Gastreich, Janelle
Events: Comment ( CM )

Served P with discovery, HRW and RAV on this date at the KCJ. P read and signed HRW. P was given copy of discovery.

Date & Time Created: 03/28/2014 09:52 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/28/2014
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

SP- TC back to 23 ███████, let her know p was arrested 3/24. Let her know p's hearing is set for 4/2. Ref'd her to VINE.

| **Details** | **Text** |
|---|---|
| Date & Time Created: 03/27/2014 01:44 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 03/27/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Gastreich, Janelle<br>Events: Comment ( CM ) | Attempted to serve P on this date. P was out for medical reasons. Will try again. |
| Date & Time Created: 03/26/2014 09:18 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 03/26/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: O'connor, Leslie E<br>Events: JBRS Booking ( AE ) | JBRS Booking Watch Hit received from King County Jail on 03/24/2014. Email notification sent to ktjohnson@DOC1.wa.gov23000001<br><br>**Appended Text:** JBRS Event Action: Detain-DOC, Action Date = 03/23/2014 |
| Date & Time Created: 03/26/2014 09:18 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 03/26/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: O'connor, Leslie E<br>Events: JBRS Booking ( AE ) | JBRS Booking Watch Hit received from SCORE South Correctional Entity on 03/23/2014. Email notification sent to ktjohnson@DOC1.wa.gov23000001<br><br>**Appended Text:** JBRS Event Action: Detain-DOC, Action Date = 03/23/2014 |
| Date & Time Created: 03/25/2014 02:15 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 03/25/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Pearson, Claudia<br>Events: Comment ( CM ) | P has been schedule for a hearing King County Jail on: 04/02/14 @ 10:00 a.m. Janelle Gastreich/S. KC Admin Unit has been assigned to serve and cover hearing at KCJ Jail. Discovery is due: 03/28/14 @ 10:00 a.m. |
| Date & Time Created: 03/24/2014 12:45 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 03/24/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | TC back to 23 [ ] left msg. |
| Date & Time Created: 03/24/2014 12:29 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 03/24/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Vertz, Rene J<br>Events: Comment ( CM ) | AVI assigned to CCO O'Connor. P is currently at King County Jail. |
| Date & Time Created: 03/24/2014 11:55 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 03/24/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Ly, Saryfas L<br>Events: Comment ( CM ) | FF pulled from 265W transferred to CCO L. O'Connor. FF placed in CCO mailbox. |
| Date & Time Created: 03/24/2014 10:48 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 03/24/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall | The USMS Task force had an open case for the arrest of DOC most wanted MADSEN. Task Force located Madsen's living area, we spoke with his mother and completed some surveillance. Mother spoke with Madsen and we arrested him Down Town Seattle. Madsen was transported and booked into the KCJ. |

PDU-40083 000042

| Details | Text |
|---|---|
| Author Name: Pineda, Henry | |
| Events: Arrest ( AR ) | |
| Date & Time Created: 03/24/2014 10:20 AM | |
| Offender Location At Occurrence: Not Unique | |
| Date & Time Of Occurrence: 03/24/2014 | |
| DOC No.: 964228 | ***APPREHENEDED*** PER CRU PINEDA - KING CO. JAIL |
| Offender Name: MADSEN, Kurt Randall | |
| Author Name: Nichols, Muhammad D | |
| Events: Records Issues ( RC ) | |
| Date & Time Created: 03/21/2014 10:21 AM | |
| Offender Location At Occurrence: Not Unique | |
| Date & Time Of Occurrence: 03/21/2014 | |
| DOC No.: 964228 | US Marshall's called to confirm the address we have listed in Kent. |
| Offender Name: MADSEN, Kurt Randall | |
| Author Name: Gasperetti, Jodyne N | |
| Events: Law Enforcement ( LE ) | |
| Date & Time Created: 03/17/2014 12:11 AM | |
| Offender Location At Occurrence: Not Unique | |
| Date & Time Of Occurrence: 03/17/2014 | |
| DOC No.: 964228 | **MOST WANTED**Subject added to DOC Most Wanted web site. |
| Offender Name: MADSEN, Kurt Randall | |
| Author Name: Sieg, Michael J | |
| Events: Records Issues ( RC ) | |
| Date & Time Created: 03/13/2014 11:18 AM | Reentry summary note. Patient briefly assessed while in confinement. A |
| Offender Location At Occurrence: Not Unique | mental status exam, a brief review of the record and consultation with |
| Date & Time Of Occurrence: 03/13/2014 | staff was conducted. He was adequately groomed and appropriately |
| DOC No.: 964228 | dressed in prison attire. He was oriented, able to register three words, |
| Offender Name: MADSEN, Kurt Randall | repeat them back and calculate serial seven's. His speech was |
| Author Name: Sais, Connie L | pressured, rapid in rate and volume was in the normal range His mood |
| Events: Mental Health ( MH ) | was irritable, affect congruent and his associations tight. Overall his |

cognitive function was within the normal range. There was no overt evidence of psychosis,i.e., delusions or hallucinations. However, there was evidence for the presence of ideas that are persistent, whose importance is exaggerated, cannot be corrected by logical argument and appear acceptable to him. These fixed ideas center on his being versus feeling victimized, treated unjustly, discriminated against, disappointed, betrayed, and the most important person. He denied suicidal or homicidal ideation. He did recall a relative using a shotgun to kill himself. He reported his history is positive for Polysubstance use including alcohol, PCP and methamphetamine. He also reported a history that is positive for domestic violence. His infraction history includes strong arming, threatening, refusing search and refusing to disperse. He is currently unemployed, single, with limited access to pro-social support. The record indicates he has a history of violence, sexual assault, harassment and stranger violence. Clinical observation suggests the presence of externalized, compulsive and impulsive coping strategies. The mental status findings in conjunction with his history suggest his current risk for suicide is moderate to high. In combination the static and dynamic risk factors suggest he is a high risk for general violence. The facts bringing the patient to staff's attention, his thinking, his behavior and emotional responsiveness suggest he is a moderate to high risk for a kind of malicious harassment. Of concern will be further physical deterioration, psychological decompensation, his ability to access a weapon, to secure a weapon, any continued focus on a person

| Details | Text |
|---|---|
| | or persons, physically approaching the person or general area, substance abuse and a shift of attitude or tone in his communication to include more intense feelings of victimization, persecution, betrayal, or a need to be vindicated. Symptom severity indicates the need for psychiatric intervention, limits and controls, and a combination of intensive psychosocial interventions. A psychiatric assessment is recommended. A chemical dependency assessment is recommended. Mental health treatment including direct engagement regarding suicidal and homicidal ideation is recommended. Instituting a threat case management plan is recommended. Monitoring warning behaviors to further assess risk for targeted violence is recommended. |

Date & Time Created: 03/10/2014 03:04 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/10/2014
DOC No.: 964228                                         FF transferred to 265W and placed on the warrants bank this date.
Offender Name: MADSEN, Kurt Randall
Author Name: O'neal, Shelly G
Events: Comment ( CM )

Date & Time Created: 03/10/2014 03:03 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/10/2014
DOC No.: 964228                                         Per CCS Johnson, CCS Johnson to assign file upon apprehension.
Offender Name: MADSEN, Kurt Randall
Author Name: O'connor, Leslie E
Events: Case Staffing ( JS )

Date & Time Created: 03/10/2014 02:53 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 03/10/2014
DOC No.: 964228                                         FF transferred to 265W and placed on the warrants bank this date.
Offender Name: MADSEN, Kurt Randall
Author Name: O'neal, Shelly G
Events: Comment ( CM )

Date & Time Created: 03/04/2014 02:25 PM
Offender Location At Occurrence: Not Unique     SP- TC from concerned community member. Let person know p is still
Date & Time Of Occurrence: 03/04/2014          on warrant. Let person know I looked into vehicle description and phone
DOC No.: 964228                                #s that were reported to me. Encouraged person to keep
Offender Name: MADSEN, Kurt Randall            documentation of suspicious circumstances and to report to local law
Author Name: Coker, Angella D                  enforcement.
Events: Victim Witness ( VW )

Date & Time Created: 02/04/2014 11:58 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 02/04/2014
DOC No.: 964228                                         TC back to 23 ▮▮▮▮ left msg.
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

Date & Time Created: 01/27/2014 08:31 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 01/27/2014          SP-TC back to 23 ▮▮▮▮ let her know I got her vmail.
DOC No.: 964228                                Emailed CRU to check on p's access to vehicles.
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

**REVIEW** Reviewed Warrant packet dated 12/19/2013 this date.

| Details | Text |
|---|---|
| Date & Time Created: 01/20/2014 04:05 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 01/20/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bayon, Expedito<br>Events: Records Issues ( RC ) | |
| Date & Time Created: 01/16/2014 02:49 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 01/16/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | SP- TC back to ▮▮ She did not ID driver of vehicle that was at her house. Let her know if she sees suspicious cats she can call police. She thinks p may be using 425-827-7878. She thinks her phone is being fwd to 425-228-6453. |
| Date & Time Created: 01/16/2014 09:38 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 01/16/2014<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | Vmail from ▮▮ that she thinks she saw p at her home in red Taurus license plate # 88X0256 on 1/08 at 11:25am. |
| Date & Time Created: 12/30/2013 09:33 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/30/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Sanders, Wanell<br>Events: Records Issues ( RC ) | **WPER** Warrant request dated 20131219 was RE-ENTERED ON 20131230 in WACIC/NCIC. HQ Records received a call (0030 hrs) from SCORE confinement stating that the P was not the offender and P was not booked into the SCORE jail. |
| Date & Time Created: 12/30/2013 08:25 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/30/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: JBRS Booking ( AE ) | JBRS Booking Watch Hit received from SCORE South Correctional Entity on 12/29/2013. Email notification sent to mjbullard@DOC1.wa.gov23000001<br><br>Appended Text: JBRS Event Action: False Positive, Action Date = 12/30/2013 Narrative Text: person booked is Troy Madsen. |
| Date & Time Created: 12/29/2013 07:13 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/29/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bayon, Expedito<br>Events: Records Issues ( RC ) | **APPREHEND** 122913 SCORE CORRECTIONAL ENTITY.NO NEW LOCAL CHARGES.HAS AUBURN WARRANT FOR CRIMINAL TRESPASS 1. WACIC/NCIC CLEARED. |
| Date & Time Created: 12/26/2013 03:52 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/21/2013 08:51 PM<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Letter Collateral ( LC ) | the following email sent 12/21/13 at 8:51pm was received by me on 12/26/13: However, apparently somewhere below the threshold of perception of the commentators, the power to search by official order was being extended by the British Government in the 18th Century, which circumstance was to play a large part in the coming of the American Revolution. As Mr. Justice Bradley put it in his famous opinion in Boyd v. United States, supra, 116 U.S. at 625, 6 S.Ct. at 529: "The practice had obtained in the colonies of issuing writs of assistance to the revenue officers, empowering them, in their discretion, to search suspected places for smuggled goods, which James Otis pronounced 'the worst instrument of arbitrary power, the most destructive of English liberty,460*460 and the fundamental principles of law, that ever |

**Details**

**Text**

was found in an English law book;' since they placed 'the liberty of every man in the hands of every petty officer.' This was in February, 1761, in Boston, and the famous debate in which it occurred was perhaps the most prominent event which inaugurated the resistance of the colonies to the oppressions of the mother country. 'Then and there,' said John Adams, ' then and there was the first scene of the first act of opposition to the arbitrary claims of Great Britain. Then and there the child Independence was born.' These things, and the events which took place in England immediately following the argument about writs of assistance in Boston, were fresh in the memories of those who achieved our independence and established our form of government. In the period from 1762, when the North Briton was started by John Wilkes, to April, 1766, when the House of Commons passed resolutions condemnatory of general warrants, whether for the seizure of persons or papers, occurred the bitter controversy between the English government and Wilkes, in which the latter appeared as the champion of popular rights, and was, indeed, the pioneer in the contest which resulted in the abolition of some grievous abuses which had gradually crept into the administration of public affairs. Prominent and principal among these was the practice of issuing general warrants by the Secretary of State, for searching private houses for the discovery and seizure of books and papers that might be used to convict their owner of the charge of libel. Certain numbers of the North Briton, particularly No. 45, had been very bold in denunciation of the government, and were esteemed heinously libelous. By authority of the secretary's warrant Wilkes' house was searched and his papers were indiscriminately seized. For this outrage he sued the perpetrators and obtained a verdict of £1000 against Wood, one of the party who made the search, and £4000 against Lord Halifax, the Secretary of State who issued the warrant. The case, however, which will always be celebrated as being the occasion of Lord Camden's memorable discussion of the subject, was that of Entick v. Carrington and Three Other King's Messengers....".[2] On Thu, Oct 31, 2013 at 2:54 PM, Kurt Madsen <madsen.appellant@gmail.com> wrote: Mary Bullard, (c ounsel and Court), including "mack.court" the executive officers court I will be unable to come to Seattle today, I met my obligation on October 29th, 2013. Also, I will not be submitting the address, which was arbitrarily denied and increased my punishment by 7 months, led to a denial of food for June and July 2013, and completed the terms of Appendix H , also August and September and october... Was Alex Kostin the AOG involved in the decision to deny me equal protection of the law and "Swift and Certain" which resulted in the additional 9 days? I recall him making some sort of threat, just prior to being arrested and shot in the back with some small harpoon, which sent 50,000 volts of electricity throughout my body, it's obvious the United States Constitution has no standing in the state of "Washington" what a &%#ing disgrace. As I indicated and notified you and the Attorney General, who represents the "corrections" department, and it's unconstitutional officers, and the Executive State Court, which the "corrections" department relies upon the Appendix H to the J&S, the State Supreme Court has also received notification, where the appeal and personal restraint petition in this matter is pending, of the Notice of Removal to the United States District Court in Seattle. The pending appeal brief and the Motion to Modify the commissioners ruling regarding the personal restraint petition, due date is currently set for Monday November 4th, 2013, in the State Supreme

**Details**

**Text**

Court, which I must file a stay pending outcome in US DISTRICT COURT, I refuse to go begging in the Temple of Justice, or the Malign Regional Justice Center, only to be repeatedly denied, although my first experience at what the "corrections" department claims is a "Community Justice Center", I feared being kidnapped once again, and it makes me sick thinking I may have to return only to face more victimization by the "corrections" department, I will be seeking relief from the executive order (J&S) which has unconstitutionally empowered the "corrections" department. Therefore, I do not have the time to "check in" with you every other day, perhaps you'll use your unconstitutional authority and arbitrarily issue another warrant for my arrest as "corrections" officer Fred Johnson did, and extend the reach to deny me food again. However, I will be willing to avoid any further traumatic stress to my life, and report to your office next week. I don't think I have ADD as you suggested, I believe I have PTSD, form the tyrannical and arbitrary power inflicted upon me by the executive officers of Washington State, moreover, by those in the "corrections" department, who violate the 8th Amendment and have failed to take the mandated Article 6 Oath to support the United States Constitution. Which will be addressed in US District Court and the Ninth Circuit. Lastly, the last time I received a transfer to Auburn from Kent, I was not required to return to Puyallup for any reason, which may not matter due to removal to Federal Court. Please email me your decision. Have a Good Day... -- Kurt Madsen, Madsen.appellant@gmail.com -- Kurt Madsen, Madsen.appellant@gmail.com

| | |
|---|---|
| Date & Time Created: 12/24/2013 12:46 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/24/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Torrence, Rebecca D<br>Events: Hearings Appeal ( HA ) | Mailed Appeal Decision to P this date at address listed in OMNI. Appeal Panel affirmed the Hearing Officer's decision for the hearing held on 12.3.13. |
| Date & Time Created: 12/20/2013 01:59 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/20/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Kelso, Karen A<br>Events: Comment ( CM ) | NW CRU has received a CRUWANTED referral for Fugitive investigation. Case will be adopted and assigned to CRU Officer Rongen/Conaty on this date. |
| Date & Time Created: 12/20/2013 01:22 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/20/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Comment ( CM ) | CRU REFERRAL MADE. |
| Date & Time Created: 12/20/2013 01:22 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/18/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Telephone Collateral ( TC ) | TO P'S MOTHER, LINDA NOLAND-BUSHAW, 253-854-9809 RE BACKGROUND. |

**Details**

**Text**

Date & Time Created: 12/20/2013 10:18 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/20/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Moore, Shanon E
Events: Records Issues ( RC )

\*\*WPER\*\* WARRANT REQUESTED 12-19-13 ENTERED INTO
WACIC/NCIC

---

Date & Time Created: 12/20/2013 09:23 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/20/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Johnson, Kathleen T
Events: Probable Cause ( PC )

" Reasonable Cause Review completed, DOC has jurisdiction, violation
for failing to report is determined to be willful, issuance of warrant is
justified".

---

Date & Time Created: 12/20/2013 08:43 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/20/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bullard, Mary J
Events: JBRS Release ( AF )

JBRS Release Watch Hit received from SCORE South Correctional Entity
on 12/18/2013. Email notification sent to
mjbullard@DOC1.wa.gov23000001

**Appended Text:** JBRS Event Action: FTR, Action Date = 12/18/2013

---

Date & Time Created: 12/19/2013 04:47 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/19/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bullard, Mary J
Events: Comment ( CM )

EMAIL TO SPCLST CONATY RE FTR AND ISSUANCE OF SW WITH
FORMAL CRU REFERRAL TO FOLLOW. P INDICATED IN HIS APPEAL OF
THE DOC SANCTION THAT HE WAS GOING TO RETURN TO THE
RESIDENCE OF HIS BROTHER, PERRY MADSEN, AT 24608 166TH AVE
SE, KENT, WA 98030.

---

Date & Time Created: 12/19/2013 04:45 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/19/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bullard, Mary J
Events: Comment ( CM )

SW AND WPER TO WARRANTS FOR ENTRY.

---

Date & Time Created: 12/19/2013 04:45 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/19/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bullard, Mary J
Events: Telephone Collateral ( TC )

TO SCORE JAIL. CONFIRMED THAT P RELEASED DIRECTLY TO THE
STREETS 12/18/13.

---

Date & Time Created: 12/18/2013 02:48 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/18/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Coker, Angella D
Events: Victim Witness ( VW )

SP- TC from community member. Let her know p's DOC hold is up
tomorrow according to DOC records. Let her know feedback re: phone #
and address she left for me.

---

Date & Time Created: 12/16/2013 09:00 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/16/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall

Vmail from community member she got two text messages on 12/04/13
from 206-778-2588. In one of messages address of 22545 E 269th
Place Maple Valley, WA 98032 is mentioned.

---

PDU-40083 000048

| Details | Text |
|---|---|
| **Details**<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | **Text** |
| Date & Time Created: 12/11/2013 02:40 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/11/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | SP- TC from concerned community member. Let her know p is in jail and his approximate release date. Ref'd her to VINE. Let her know info re: p's observed behavior. Best safe # for her is 206-575-9200 ext 127. |
| Date & Time Created: 12/10/2013 02:27 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/10/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Meyers, Melissa D<br>Events: Records Issues ( RC ) | P requested a copy of the 10/28/13 and 12/3/13 hearings. CD's mailed to P on 12/10/13 to 24608 116th Ave SE Kent, WA 98030. |
| Date & Time Created: 12/10/2013 10:58 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/10/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | CS- TC from detective at KCSO 206-263-2579. Let her know summary of what I knew of p's behavior since working on the case. Let her know what info victim would report to Kent PD re: potentially being stalked at her home by p. |
| Date & Time Created: 12/09/2013 01:43 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/05/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | TC back to detective at KCSO 206-263-2579, left her vmail. |
| Date & Time Created: 12/06/2013 08:15 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/06/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: JBRS Booking ( AE ) | JBRS Booking Watch Hit received from King County Jail on 12/05/2013. Email notification sent to mjbullard@DOC1.wa.gov23000001<br><br>**Appended Text:** JBRS Event Action: False Positive, Action Date = 12/06/2013 Narrative Text: according to king couty jail, the inmate booked is Troy Madsen. that is an alias used by p. |
| Date & Time Created: 12/06/2013 08:14 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/06/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: JBRS Release ( AF ) | JBRS Release Watch Hit received from SCORE South Correctional Entity on 12/05/2013. Email notification sent to mjbullard@DOC1.wa.gov23000001<br><br>**Appended Text:** JBRS Event Action: False Positive, Action Date = 12/06/2013 Narrative Text: verified with score that p still in custody serving sanction time |
| Date & Time Created: 12/05/2013 01:05 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 12/05/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: JBRS Booking ( AE ) | JBRS Booking Watch Hit received from SCORE South Correctional Entity on 12/04/2013. Email notification sent to mjbullard@DOC1.wa.gov23000001<br><br>**Appended Text:** JBRS Event Action: False Positive, Action Date = 12/05/2013 Narrative Text: TRUE NAME OF PERSON BOOKED IS TROY MADSEN, DOB 2/25/71. confirmed p still in score jail., |
| Date & Time Created: 12/03/2013 03:47 PM<br>Offender Location At Occurrence: Not Unique | ***Note*** DOC in-custody hrg held today at SCORE Jail. Due to Madsen 964228 behavior in hrg, he was removed from hrg room at |

**Details**

Date & Time Of Occurrence: 12/03/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Zarate, Robert
Events: Hearings Officer ( HR )

**Text**

request of Hrg Officer by jail staff. Hrg completed in his absencia. Field Discipline screen completed w/outcome of hrg on OMNI.

Date & Time Created: 12/03/2013 02:41 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/03/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Cambronero, Camryn J
Events: Comment ( CM )

Hearing – Presented at P's hearing this date. P was very adamant about how DOC does not have jurisdiction, stating several times that nowhere in his J&S does it state that that DOC legally has the authority to hold this hearing. P constantly questioned the H.O. on his authority and questioned everything that the H.O. said. P repeatedly asked questions about what law gives DOC jurisdiction, how long has the H.O. been working with DOC etc. The H.O. told P numerous times that if he continues this type of behavior that he would be escorted out and the hearing would be conducted without him. When CCO Bullard was called to provide testimony, P again began questioning her authority by stating she does not have the authority to issue a warrant. At this point the H.O. had P escorted out of the room and the hearing was conducted without P present. While P was gone, CCO Bullard finished her testimony. At which point the H.O. called CCS Conaty to hear his testimony. After we were done hearing CCS Conaty's testimony the H.O. made an attempt to get a hold of Perry Madsen P's brother at 243.653.5107 at the request of P during the beginning of the hearing. However, Perry Madsen did not answer and the H.O. left a message identifying who he was and why he was calling. The H.O. left a phone number for Perry Madsen to call back, it is to my knowledge that Perry Madsen did not return the H.O.'s call. Lastly, the recommendation portion of the hearing was conducted without P being present. Should be noted P sanctioned to 30 days confinement with CFTS and is to release on 12/18/13. Also told P to report to DOC within (1) business day of release. Scanned and e-mailed hearing paperwork to CCO.

Date & Time Created: 12/02/2013 02:11 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/02/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Travis, Nancy L
Events: Hearings Officer ( HR )

hrg set for score this date rescheduled per ho4 cavanaugh approval.

Date & Time Created: 12/02/2013 10:32 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 12/02/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Counter, Sophia T
Events: Comment ( CM )

CCO Deabler and/or CCO Cornett have been assigned to provide service and hearing coverage for hearing scheduled @ Score Jail on 12/3/13 @ 9:00 am Discovery previously sent.

Date & Time Created: 11/27/2013 08:39 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/26/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bullard, Mary J
Events: Comment ( CM )

DISCOVERY SCANNED TO SCORE ASSIGN AND CCO DEABLER.

Date & Time Created: 11/27/2013 08:39 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/26/2013

ACCOMPANIED PSYCH EVALUATOR CONNIE SAIS TO SCORE WHILE SHE CONDUCTED EVALUATION OF P. ALSO SPOKE WITH SCORE MHP SUSAN WALKER, 206-257-6274. SCORE DOES NOT HAVE A RECORD OF P

**Details**

DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bullard, Mary J
Events: Field Collateral ( FC ),
Field Offender ( FP )

**Text**

BEING SEEN FOR MH PROBLEMS. AFTER P WAS SEEN BY CONNIE SAIS,
I SERVED HIM DISCOVERY FOR 12/2/13 HRG. P REFUSED TO ALLOW
ME TO READ VIOLATIONS. SAID HE DID NOT WANT "TO HEAR YOUR
FUCKING VOICE." ACCUSED ME OF PURPOSELY SETTING HIS HEARING
AFTER THANKSGIVING. ALSO SAID LAST WEEK I TOLD HIM IT WAS ON
TUES (12/3) RATHER THAN MON (12/2). LEFT THE DISCOVERY WITH
HIM.

Date & Time Created: 11/21/2013 03:47 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/21/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bullard, Mary J
Events: Letter Collateral ( LC )

EMAIL FROM HO SUP CAVANAGH SENT AT 2:31PM. Mary, I am not
allowed to push hearings out. This hearing is more than a week away
anyway. Sorry.

Date & Time Created: 11/21/2013 02:59 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/21/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bullard, Mary J
Events: Field Collateral ( FC ),
Field Offender ( FP )

at SCORE jail – with cco daviscourt and co gardner. read imposed
condtions to p. while talking to him at his cell door he put both hands
down the front of his pants began moving them around his crotch area.
told him to take his hands out of his pants. he complied. p kept walking
away and turning his back to me. each time I waited for him to turn
around. re geographic restrictions p said they already tried to put that
on him and he won the prp. told him to file the appeal. told him that I
would be back on Tues with our psych evaluator. p then said something
about not seeing my "fucking face" because "I am never going to
fucking report to you." p was given copy of conditions. due to his
housing in ad seg he was not able to sign b/c he is not allowed to have
a pencil.

Date & Time Created: 11/21/2013 02:36 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/21/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bullard, Mary J
Events: Comment ( CM )

email to ho supervisor cavanagh requesting hrg date be reset to a few
days later than 12/2/13 due to need for psych assessment. p has also
been making veiled threats to the supreme court and threats to
sentencing judge mack (email re need for her and others like her to be
eliminated). pysch eval will be a consideration when I make my
recommendation.

Date & Time Created: 11/21/2013 02:34 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/21/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bullard, Mary J
Events: Case Staffing ( JS )

with psych evaluator connie sais. can go to SCORE to do mh eval on
11/26/13. that is her earliest date.

Date & Time Created: 11/21/2013 02:32 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/21/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bullard, Mary J
Events: Case Staffing ( JS ),
Impose Condition ( ZO )

reviewed file with ccs johnson. imposed condition to get a mh eval and
cd eval.

Date & Time Created: 11/21/2013 11:47 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 11/21/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall

P has been schedule for a hearing @ Score Jail on: 12/02/13 @ 1:30
p.m. Mark Deabler/S. KC Admin Unit has been assigned to serve and
cover hearing at Score Jail. Discovery is due: 11/25/13 @ 1:30 p.m.

| Details | Text |
|---|---|
| Author Name: Pearson, Claudia<br>Events: Comment ( CM ) | |
| Date & Time Created: 11/20/2013 10:04 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/20/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Mills, Leslie B<br>Events: Arrest ( AR ),<br>Case Staffing ( JS ),<br>Swift And Certain ( SW ) | Late Entry: This Case Staffing took place last night/11-20-13 with CCS John Conaty and his partner Kris Rongen. The NW CRU D-Fat team received a warrant for P for FTR; p is also a person of interest and under investigation for threatening a Judge in KC, by sending letters to her. P was located at his brother's house in Kent (note: this is the address listed on P's driver's license/ID). A NW CRU team and Kent PD went to the home, conducted surveillance and located P. Brother came out-said P was not there; NW CRU et al located P inside the house and he refused to come out. Teams located P in a bedroom and although resistant, they were able to apprehend him. I've approved Aggravation of this case due to resistance and refusal to comply with a command. |
| Date & Time Created: 11/20/2013 07:43 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/20/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: JBRS Booking ( AE ) | JBRS Booking Watch Hit received from SCORE South Correctional Entity on 11/19/2013. Email notification sent to mjbullard@DOC1.wa.gov23000001<br><br>**Appended Text:** JBRS Event Action: Detain-DOC, Action Date = 11/19/2013 Narrative Text: doc hold only |
| Date & Time Created: 11/19/2013 10:40 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/19/2013 09:30 PM<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Conaty, John P<br>Events: Arrest ( AR ),<br>Home Offender ( HP ) | NW CRU/D-FAT and SPC/NCI (Tavarez): Went to P's DOL address (24608 116th Ave SE, Kent, WA). We received information that P was staying at this location with his brother, Perry Madsen. Went to Kent PD and briefed Kent SIU Detectives. Per Kent PD P was arrested at the above address on 10/17/13. At that arrest Perry was contacted and denied P was present, however P was eventually arrested at the address. Went to the address this evening and made contact with Perry. We had the residence surrounded and called out multiple times for P to exit the residence. Perry came outside and was evasive about whether or not P was inside. Perry had different stories about where P was inside the residence and what he was doing inside. We repeatedly called out to P over a loud speaker to exit the residence, but he refused. We went to the front door and announced ourselves. As we entered the residence we heard a voice tell us to get out and show him a warrant. We directed the male subject to come out and he refused stating we couldn't be in the residence. We advised we were DOC and Police and male needed to come out. We eventually were able to get P into custody. P transported and booked into SCORE jail by CCS Tavarez and SPD Ofc Conrad. Due to P's physical resistance I recommend P be held for a hearing to address his violations. CCO Bullard notified via email. Forwarded to CCS Mills for consideration for aggravation. |
| Date & Time Created: 11/19/2013 10:26 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/19/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Lontz, Donna L<br>Events: Records Issues ( RC ) | ==APPH== Apprehended 20131119 by a Lisa Taverez and transported to SCORE jail WACIC/NCIC cleared. |
| Date & Time Created: 11/15/2013 12:00 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/14/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall | kcso det. hoffenbacker - discussed case. |

| Details | Text |
|---|---|
| Author Name: Bullard, Mary J<br>Events: Telephone Collateral ( TC ) | |
| Date & Time Created: 11/13/2013 10:54 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/13/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Pitchford, Maria A<br>Events: Records Issues ( RC ) | **REVIEW** WARRANT DATED 10-31-13 REVIEWED THIS DATE |
| Date & Time Created: 11/05/2013 04:34 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/05/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Letter Collateral ( LC ) | photos emailed to aag alex kostin per his request. request originated from bailiff for Supreme Court. |
| Date & Time Created: 11/02/2013 05:53 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/02/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Moore, Shanon E<br>Events: Records Issues ( RC ) | **WPER** WARRANT REQUESTED 10-31-13 ENTERED INTO WACIC/NCIC |
| Date & Time Created: 11/01/2013 04:38 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/01/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Letter Collateral ( LC ) | THE FOLLOWING EMAIL WAS RECEIVED: Court and Counsel and executive officer mack.court@kingcounty.gov Did the Court and Counsel receive the Notice of Removal pursuant to 28 USC 1455? I tried to scan the "golf pencil" document, however, my efforts were fruitless. I intend on filing a second notice, which will contain the documented evidence, therefore, perhaps, everyone should wait for scanning into the public servants exclusive data centers. What is the Courts (Supreme Court) {not executive court position}upon filing a motion to stay the proceedings pending determination by the US District Court? considering 28 USC 1455 (b) (3) "... except that a judgment of conviction shall not be entered unless the prosecution is first remanded " Considering my "trial" was a farce, and the issues addressed in the first notice and additional reasoning, which shall be articulated in the Second Notice, I can show "good cause" for the late second notice. Is the State Supreme Court going to permit the unconstitutional executive warrant stand pending determination by the US District Court? Moreover, is the State Supreme Court going to allow, the executive officers of the "corrections" department continue to perform acts exclusive to the Judicial Branch, whereby given under the unconstitutional authority of an executive officers order, who now unconstitutionally claims exclusive jurisdiction? Additionally, a conflict of interest was involved in allowing the mack.court to forward the 7.8(b) motion, and their is an ongoing conflict in allowing a continued denial of access to the Malign Justice Center, where I could perhaps receive speedy relief if not for all of Daniel T. Satterbergs "judges". My concern is this transfer contains complex elements, which will take time to perfect, I anticipate completion in the next few weeks, however, nothing stops the arbitrary actions of the "corrections" department and their exploitation of unconstitutional power. Can the State Supreme Court inform me of it's position? Perhaps, it's a little late in the day to receive a reply today, therefore, I'll work on a motion to stay the proceedings |

1/15/2016

| Details | Text |
|---|---|
| | and file it Monday, November 4th, 2013. Thank You In Advance... Kurt -- Kurt Madsen, Madsen.appellant@gmail.com |
| Date & Time Created: 11/01/2013 09:10 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/01/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Telephone Collateral ( TC ) | from bailiff for judge mack - confirmed receipt of my contact info. advised him that sw issued but not in system as of this time. |
| Date & Time Created: 11/01/2013 09:08 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/31/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Telephone Collateral ( TC ) | left message at court number for judge mack re the my contact info. |
| Date & Time Created: 11/01/2013 09:06 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/01/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | CS- Staffed case with CCO Bullard. Let her know community concerns are in Kent WA at location that is known to offender. Let her know p's mom address to Kent had been denied as DOC approved address because of proximity. Let her know DOC VSP would support geo boundary that p not go into south King County. She has spoken to King County PAO re: p's appeal. There are concerns p may target the appellate judge. |
| Date & Time Created: 11/01/2013 09:06 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/01/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Letter Offender ( LP ) | the following email was received from p:spooky111 On Thu, Oct 31, 2013 at 4:52 PM, Bullard, Mary J. (DOC) <mjbullard@doc1.wa.gov> wrote: THE WARRANT HAS BEEN ISSUED. IF YOU WOULD LIKE TO RESOLVE THIS ISSUE, PLEASE REPORT TO MY OFFICE TOMORROW. From: Kurt Madsen [mailto:madsen.appellant@gmail.com] Sent: Thursday, October 31, 2013 4:49 PM To: Bullard, Mary J. (DOC) Cc: Kostin, Alex (ATG); OFFICE RECEPTIONIST, CLERK; Whisman, Jim; Meckling, Amy; mack.court@kingcounty.gov Subject: Re: Kurt Madsen v Washington State 11-1-10408-3 KNT I've already said I'm not coming, do not try and scare me , I know it's your favorite night for fright, however you don't scare me I have plenty of scars to protect me from people like you. Thanks for providing the evidence of your true character, you put on a pretty good front Tuesday October 29th, 2013. Have fun with the rest of your evil executive officers tonight, perhaps you should invite Barbara Mack, I'll say some prayers to protect my people from you... You enforce your arbitrary unconstitutional laws and I'll enforce the Supreme Law of the Land.... On Thu, Oct 31, 2013 at 4:19 PM, Bullard, Mary J. (DOC) <mjbullard@doc1.wa.gov> wrote: MR. MADSEN, YOU HAVE UNTIL 5:00PM TODAY TO REPORT TO MY OFFICE AT 1550 4TH AVE S, SEATTLE, WA 98134. FAILURE TO REPORT AS INSTRUCTED WILL RESULT IN THE ISSUANCE OF A SECRETARY'S WARRANT. From: Kurt Madsen [mailto:madsen.appellant@gmail.com] Sent: Thursday, October 31, 2013 4:13 PM To: Bullard, Mary J. (DOC) Cc: Kostin, Alex (ATG); OFFICE RECEPTIONIST, CLERK; Whisman, Jim; Meckling, Amy; mack.court@kingcounty.gov Subject: Re: Kurt Madsen v Washington State 11-1-10408-3 KNT No you asked me if I could, and addressed concern about me not having a place to live and wanted to see about a transfer to Kent, I'm informing you I'm unable to report today, and don't have an address to provide at this point in time.. You said you would only be in until 3:00 PM. I have filed a notice of transfer Please provide the law which you rely upon for me to report, I am once again |

**Details**                                        **Text**

being denied equal protection of the law. Do what you will, I am unable
to report today, and offered an alternative,, what are you a dictator? I
just saw you 48 hours ago, what are you obsessed or something? On
Thu, Oct 31, 2013 at 3:31 PM, Bullard, Mary J. (DOC)
<mjbullard@doc1.wa.gov> wrote: Mr. Madsen, On October 29,2013, I
verbally instructed you to report to my office today, October 31, 2013.
If you fail to report as instructed, I will issue the Secretary's Warrant for
your arrest. From: Kurt Madsen [mailto:madsen.appellant@gmail.com]
Sent: Thursday, October 31, 2013 2:55 PM To: Bullard, Mary J. (DOC);
Kostin, Alex (ATG); OFFICE RECEPTIONIST, CLERK; Whisman, Jim;
Meckling, Amy; mack.court@kingcounty.gov Subject: Kurt Madsen v
Washington State 11-1-10408-3 KNT Mary Bullard, (c ounsel and
Court), including "mack.court" the executive officers court I will be
unable to come to Seattle today, I met my obligation on October 29th,
2013. Also, I will not be submitting the address, which was arbitrarily
denied and increased my punishment by 7 months, led to a denial of
food for June and July 2013, and completed the terms of Appendix H ,
also August and September and october... Was Alex Kostin the AOG
involved in the decision to deny me equal protection of the law and
"Swift and Certain" which resulted in the additional 9 days? I recall him
making some sort of threat, just prior to being arrested and shot in the
back with some small harpoon, which sent 50,000 volts of electricity
throughout my body, it's obvious the United States Constitution has no
standing in the state of "Washington" what a &%#ing disgrace. As I
indicated and notified you and the Attorney General, who represents the
"corrections" department, and it's unconstitutional officers, and the
Executive State Court, which the "corrections" department relies upon
the Appendix H to the J&S, the State Supreme Court has also received
notification, where the appeal and personal restraint petition in this
matter is pending, of the Notice of Removal to the United States District
Court in Seattle. The pending appeal brief and the Motion to Modify the
commissioners ruling regarding the personal restraint petition, due date
is currently set for Monday November 4th, 2013, in the State Supreme
Court, which I must file a stay pending outcome in US DISTRICT
COURT, I refuse to go begging in the Temple of Justice, or the Malign
Regional Justice Center, only to be repeatedly denied, although my first
experience at what the "corrections" department claims is a
"Community Justice Center", I feared being kidnapped once again, and
it makes me sick thinking I may have to return only to face more
victimization by the "corrections" department, I will be seeking relief
from the executive order (J&S) which has unconstitutionally empowered
the "corrections" department. Therefore, I do not have the time to
"check in" with you every other day, perhaps you'll use your
unconstitutional authority and arbitrarily issue another warrant for my
arrest as "corrections" officer Fred Johnson did, and extend the reach to
deny me food again. However, I will be willing to avoid any further
traumatic stress to my life, and report to your office next week. I don't
think I have ADD as you suggested, I believe I have PTSD, form the
tyrannical and arbitrary power inflicted upon me by the executive
officers of Washington State, moreover, by those in the "corrections"
department, who violate the 8th Amendment and have failed to take
the mandated Article 6 Oath to support the United States Constitution.
Which will be addressed in US District Court and the Ninth Circuit.
Lastly, the last time I received a transfer to Auburn from Kent, I was
not required to return to Puyallup for any reason, which may not matter

| Details | Text |
|---|---|
| | due to removal to Federal Court. Please email me your decision. Have a Good Day... -- Kurt Madsen, Madsen.appellant@gmail.com -- Kurt Madsen, Madsen.appellant@gmail.com -- Kurt Madsen, Madsen.appellant@gmail.com -- Kurt Madsen, Madsen.appellant@gmail.com |
| Date & Time Created: 11/01/2013 08:13 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 11/01/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Kelso, Karen A<br>Events: Comment ( CM ) | NW CRU has received a CRUWANTED referral for Fugitive investigation. Case will be adopted and assigned to CRU Officer Specialist Rongen/Conaty on this date. |
| Date & Time Created: 10/31/2013 04:45 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/31/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Comment ( CM ) | SW AND WPER TO WARRANTS FOR ENTRY. |
| Date & Time Created: 10/31/2013 04:43 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/31/2013.<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Comment ( CM ) | CRU REFERRAL MADE. |
| Date & Time Created: 10/31/2013 04:43 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/31/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Telephone Collateral ( TC ) | TO SCORE – ADDRESS ON RECORD IS 24608 116TH AVE SE,KENT, WA. |
| Date & Time Created: 10/31/2013 04:42 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/31/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Letter Offender ( LP ) | THE FOLLOWING EMAIL WAS SENT IN RESPONSE TO P'S EMAIL AT 4:19PM THIS DATE: MR. MADSEN, YOU HAVE UNTIL 5:00PM TODAY TO REPORT TO MY OFFICE AT 1550 4TH AVE S, SEATTLE, WA 98134. FAILURE TO REPORT AS INSTRUCTED WILL RESULT IN THE ISSUANCE OF A SECRETARY'S WARRANT. |
| Date & Time Created: 10/31/2013 04:41 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/31/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Letter Offender ( LP ) | THE FOLLOWING EMAIL WAS RECIEVED FROM P: From: Kurt Madsen [mailto:madsen.appellant@gmail.com] Sent: Thursday, October 31, 2013 4:13 PM To: Bullard, Mary J. (DOC) Cc: Kostin, Alex (ATG); OFFICE RECEPTIONIST, CLERK; Whisman, Jim; Meckling, Amy; mack.court@kingcounty.gov Subject: Re: Kurt Madsen v Washington State 11-1-10408-3 KNT No you asked me if I could, and addressed concern about me not having a place to live and wanted to see about a transfer to Kent, I'm informing you I'm unable to report today, and don't have an address to provide at this point in time.. You said you would only be in until 3:00 PM. I have filed a notice of transfer Please provide the law which you rely upon for me to report, I am once again being denied equal protection of the law. Do what you will, I am unable to report today, and offered an alternative,, what are you a dictator? I just saw you 48 hours ago, what are you obsessed or something? On |

**Details**

**Text**

Thu, Oct 31, 2013 at 3:31 PM, Bullard, Mary J. (DOC)
<mjbullard@doc1.wa.gov> wrote: Mr. Madsen, On October 29,2013, I
verbally instructed you to report to my office today, October 31, 2013.
If you fail to report as instructed, I will issue the Secretary's Warrant for
your arrest. From: Kurt Madsen [mailto:madsen.appellant@gmail.com]
Sent: Thursday, October 31, 2013 2:55 PM To: Bullard, Mary J. (DOC);
Kostin, Alex (ATG); OFFICE RECEPTIONIST, CLERK; Whisman, Jim;
Meckling, Amy; mack.court@kingcounty.gov Subject: Kurt Madsen v
Washington State 11-1-10408-3 KNT Mary Bullard, (c ounsel and
Court), including "mack.court" the executive officers court I will be
unable to come to Seattle today, I met my obligation on October 29th,
2013. Also, I will not be submitting the address, which was arbitrarily
denied and increased my punishment by 7 months, led to a denial of
food for June and July 2013, and completed the terms of Appendix H ,
also August and September and october... Was Alex Kostin the AOG
involved in the decision to deny me equal protection of the law and
"Swift and Certain" which resulted in the additional 9 days? I recall him
making some sort of threat, just prior to being arrested and shot in the
back with some small harpoon, which sent 50,000 volts of electricity
throughout my body, it's obvious the United States Constitution has no
standing in the state of "Washington" what a &%#ing disgrace. As I
indicated and notified you and the Attorney General, who represents the
"corrections" department, and it's unconstitutional officers, and the
Executive State Court, which the "corrections" department relies upon
the Appendix H to the J&S, the State Supreme Court has also received
notification, where the appeal and personal restraint petition in this
matter is pending, of the Notice of Removal to the United States District
Court in Seattle. The pending appeal brief and the Motion to Modify the
commissioners ruling regarding the personal restraint petition, due date
is currently set for Monday November 4th, 2013, in the State Supreme
Court, which I must file a stay pending outcome in US DISTRICT
COURT, I refuse to go begging in the Temple of Justice, or the Malign
Regional Justice Center, only to be repeatedly denied, although my first
experience at what the "corrections" department claims is a
"Community Justice Center", I feared being kidnapped once again, and
it makes me sick thinking I may have to return only to face more
victimization by the "corrections" department, I will be seeking relief
from the executive order (J&S) which has unconstitutionally empowered
the "corrections" department. Therefore, I do not have the time to
"check in" with you every other day, perhaps you'll use your
unconstitutional authority and arbitrarily issue another warrant for my
arrest as "corrections" officer Fred Johnson did, and extend the reach to
deny me food again. However, I will be willing to avoid any further
traumatic stress to my life, and report to your office next week. I don't
think I have ADD as you suggested, I believe I have PTSD, form the
tyrannical and arbitrary power inflicted upon me by the executive
officers of Washington State, moreover, by those in the "corrections"
department, who violate the 8th Amendment and have failed to take
the mandated Article 6 Oath to support the United States Constitution.
Which will be addressed in US District Court and the Ninth Circuit.
Lastly, the last time I received a transfer to Auburn from Kent, I was
not required to return to Puyallup for any reason, which may not matter
due to removal to Federal Court. Please email me your decision. Have a
Good Day... -- Kurt Madsen, Madsen.appellant@gmail.com -- Kurt
Madsen, Madsen.appellant@gmail.com

**Details**

Date & Time Created: 10/31/2013 04:40 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 10/31/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bullard, Mary J
Events: Letter Offender ( LP )

Date & Time Created: 10/31/2013 04:38 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 10/31/2013
DOC No.: 964228
Offender Name: MADSEN, Kurt Randall
Author Name: Bullard, Mary J
Events: Letter Offender ( LP )

**Text**

THE FOLLOWING RESPONSE WAS SENT VIA EMAIL TO P AT 3:32PM
THIS DATE: Mr. Madsen, On October 29,2013, I verbally instructed you
to report to my office today, October 31, 2013. If you fail to report as
instructed, I will issue the Secretary's Warrant for your arrest.

THE FOLLOWING EMAIL WAS RECEIVED FROM P: From: Kurt Madsen
[mailto:madsen.appellant@gmail.com] Sent: Thursday, October 31,
2013 2:55 PM To: Bullard, Mary J. (DOC); Kostin, Alex (ATG); OFFICE
RECEPTIONIST, CLERK; Whisman, Jim; Meckling, Amy;
mack.court@kingcounty.gov Subject: Kurt Madsen v Washington State
11-1-10408-3 KNT Mary Bullard, (c ounsel and Court), including
"mack.court" the executive officers court I will be unable to come to
Seattle today, I met my obligation on October 29th, 2013. Also, I will
not be submitting the address, which was arbitrarily denied and
increased my punishment by 7 months, led to a denial of food for June
and July 2013, and completed the terms of Appendix H , also August
and September and october... Was Alex Kostin the AOG involved in the
decision to deny me equal protection of the law and "Swift and Certain"
which resulted in the additional 9 days? I recall him making some sort
of threat, just prior to being arrested and shot in the back with some
small harpoon, which sent 50,000 volts of electricity throughout my
body, it's obvious the United States Constitution has no standing in the
state of "Washington" what a &%#ing disgrace. As I indicated and
notified you and the Attorney General, who represents the "corrections"
department, and it's unconstitutional officers, and the Executive State
Court, which the "corrections" department relies upon the Appendix H to
the J&S, the State Supreme Court has also received notification, where
the appeal and personal restraint petition in this matter is pending, of
the Notice of Removal to the United States District Court in Seattle. The
pending appeal brief and the Motion to Modify the commissioners ruling
regarding the personal restraint petition, due date is currently set for
Monday November 4th, 2013, in the State Supreme Court, which I must
file a stay pending outcome in US DISTRICT COURT, I refuse to go
begging in the Temple of Justice, or the Malign Regional Justice Center,
only to be repeatedly denied, although my first experience at what the
"corrections" department claims is a "Community Justice Center", I
feared being kidnapped once again, and it makes me sick thinking I
may have to return only to face more victimization by the "corrections"
department, I will be seeking relief from the executive order (J&S)
which has unconstitutionally empowered the "corrections" department.
Therefore, I do not have the time to "check in" with you every other
day, perhaps you'll use your unconstitutional authority and arbitrarily
issue another warrant for my arrest as "corrections" officer Fred
Johnson did, and extend the reach to deny me food again. However, I
will be willing to avoid any further traumatic stress to my life, and
report to your office next week. I don't think I have ADD as you
suggested, I believe I have PTSD, form the tyrannical and arbitrary
power inflicted upon me by the executive officers of Washington State,
moreover, by those in the "corrections" department, who violate the 8th
Amendment and have failed to take the mandated Article 6 Oath to
support the United States Constitution. Which will be addressed in US
District Court and the Ninth Circuit. Lastly, the last time I received a
transfer to Auburn from Kent, I was not required to return to Puyallup

| Details | Text |
|---|---|
| | for any reason, which may not matter due to removal to Federal Court. Please email me your decision. Have a Good Day... -- Kurt Madsen, Madsen.appellant@gmail.com |
| Date & Time Created: 10/31/2013 04:31 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/31/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Comment ( CM ),<br>Case Staffing ( JS ) | REVIEWED CASE AND STAFFED IMPOSITION OF CRIME RELATED CONDITIONS WITH CCS THOMAS.<br><br>**Appended Text:** case staffed with this CCS (CCS Thomas, covering for the Unit's CCS) for imposition of conditions. |
| Date & Time Created: 10/31/2013 03:37 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/31/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Comment ( CM ) | reviewed criminal court records. NCO issued 10/21/2010 protecting 23 ░░░░░░ order expires 10/21/2015. case number 032074985. |
| Date & Time Created: 10/31/2013 03:22 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/31/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Letter Collateral ( LC ) | received email from SR DPA Whisman. |
| Date & Time Created: 10/31/2013 03:22 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/31/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Telephone Collateral ( TC ) | SR DPA Whisman, King County PA's Office. verified p has filed appeal and it is pending. will forward communications re DOC. |
| Date & Time Created: 10/30/2013 11:13 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/29/2013 03:54 PM<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: System, Cefield<br>Events: Office Offender ( OP ) | Kiosk Reporting Session Status: Completed Date Time: 10/29/2013 3:54 PM Location: KIOSK-228-02 UA Message: No |
| Date & Time Created: 10/30/2013 11:12 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/29/2013 02:25 PM<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: System, Cefield<br>Events: Office Offender ( OP ) | Kiosk Reporting Session Status: Completed Date Time: 10/29/2013 2:25 PM Location: KIOSK-249-01 UA Message: No |
| Date & Time Created: 10/30/2013 09:21 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/29/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: Office Offender ( OP ) | HOMELESS. COUCH SURFING. SAID HE WAS DENIED PERMISSION TO LIVE AT RESIDENCE IN KENT B/C HE HAS A NCO WITH A FEMALE IN THAT CITY. GAVE P HOMELESS VERIFICATION FORM. P HAD LETTER FROM CCO DAVISCOURT SAYING HE WAS TO REPORT EARLIER TODAY. SAID HE SHOWED IT TO CCO CORNETT AND HO MORTENSON AT HRG AND THEY TOLD HIM HE DID NOT HAVE TO REPORT AS INSTRUCTED B/C HE HAD 2 BUSINESS DAYS TO REPORT. P HAD PAPERWORK FOR US DISTRICT COURT TO HAVE HIS CASE TAKEN OVER BY THE FEDERAL |

| Details | Text |
|---|---|
| | COURTS B/C JUDGE MACK WON'T TALK TO HIM. UNABLE TO UNDERSTAND MOST OF WHAT P WAS SAYING. COULD NOT STAY ON TRACK. GAVE HIM 2 BUS TICKETS AND TOLD HIM TO RETURN ON 10/31/13. |
| Date & Time Created: 10/30/2013 08:54 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/30/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: JBRS Release ( AF ) | JBRS Release Watch Hit received from SCORE South Correctional Entity on 10/28/2013. Email notification sent to mjbullard@DOC1.wa.gov23000001<br><br>Appended Text: JBRS Event Action: Reported, Action Date = 10/29/2013 |
| Date & Time Created: 10/29/2013 02:35 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/29/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Duncan, Margareta R<br>Events: Office Offender ( OP ) | P came in after release from SCORE. P was confused about where to report showed me a letter from CCO Daviscourt stating he needed to report to CCO within 4 hours of his release but was told at the hearing that he had 24 hours. I stated that p should be reporting to Seattle asap and gave him a bus ticket. P claimed to be taking care of "Court business" all day and that's why he was still in Kent but stated he was not allowed to be in Kent. I stated his case is in Seattle, his CCO is in Seattle and he needs to report to the DO in Seattle if CCO is not in. |
| Date & Time Created: 10/28/2013 12:04 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/28/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Deabler, Mark D<br>Events: Comment ( CM ) | Hearing - KC admin presented at P's hearing this date. P sanctioned to release w/cfts and to report to CCO w/in 1 business day of release. Scanned and e-mailed hearing paperwork to CCO |
| Date & Time Created: 10/27/2013 07:58 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/27/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Nichols, Muhammad D<br>Events: Records Issues ( RC ) | WANTED PERSON RECORD DATED 20130530 HAS BEEN VALIDATED THIS DATE – WARRANT CLEARED/APPREHENDED 20131017. The following was done to validate warrant: WARRANT/DETAINER STATUS IN OMNI – SHOWS CLOSED WARRANT, VERIFY OMNI CHRONO ENTERED. |
| Date & Time Created: 10/23/2013 09:02 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/23/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Bullard, Mary J<br>Events: JBRS Booking ( AE ) | JBRS Booking Watch Hit received from SCORE South Correctional Entity on 10/18/2013. Email notification sent to ktjohnson@DOC1.wa.gov23000001<br><br>Appended Text: JBRS Event Action: Detain-DOC, Action Date = 10/18/2013 |
| Date & Time Created: 10/22/2013 03:13 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/22/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Stephenson, Kathy M<br>Events: Records Issues ( RC ) | ++++Cause AC not eligible for CCP return. Released on prison max ex date. |
| Date & Time Created: 10/21/2013 06:38 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/21/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Daviscourt, Douglas G<br>Events: Letter Offender ( LP ) | LP 10/21/13 LETTER WITH REPORTING INSTRUCTIONS MAILED TO P THIS DATE AT THE SCORE JAIL. Mr. Madsen , this letter is to remind you that you are required to report in person to my office following release. Since you have indicated you have no intention of reporting following your release OR complying with your Court ordered conditions you are being instructed to report in person within 4 hours of your release. If you release on a weekend or after 5pm on a regular business |

1/15/2016

| Details | Text |
|---|---|
| | day, you are to report by no later than 9:00 am the following business day. I would also like to alert you that you may not completely understand how the "Swift and Certain" supervision model works. You are not under that system until you have completed "orientation" which you apparently were unwilling to cooperate with today. This will however, suffice for successfully completing "orientation." You will be happy to know that in the near future some of the rules will change. When you go on warrant, you automatically earn a full hearing and are no longer eligible for a 1 to 3 day sanction. Instead you will possibly earn a full 30 day sanction. |
| Date & Time Created: 10/21/2013 02:22 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/21/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Deabler, Mark D<br>Events: Comment ( CM ),<br>Letter Collateral ( LC ),<br>Swift And Certain ( SW ) | Served P this date with hearing paperwork and intake and SAC paperwork. P kept interrupting me and claims he was being treated unfairly as he should get 3 days. Claims the law applies to him too. P then was angry about his hearing date. Every time I attempted to explain the process he talked over me and refused to listen and kept saying I was wrong. I was able to go over SAC and intake paperwork which I labeled as refused to sign. P informed me to tell his CCO he would not report upon release and that he will probably just flee to California. P states he refused to "ever pay a dime of that restitution money". Scanned and e-mailed paperwork back to CCO. |
| Date & Time Created: 10/21/2013 08:41 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/21/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Daviscourt, Douglas G<br>Events: Comment ( CM ),<br>Swift And Certain ( SW ) | CM/SAC 10/21/13 PULLED P'S FILE, P IS PRE-SAC AND REQUIRES FULL HEARING. VIOLATIONS LISTED ARE FTR, FTR CHANGE OF ADDRESS. P RELEASED AND NEVER REPORTED, HAS NOT BEEN SAC ORIENTATED AND HAS NOT COMPLETED INTAKE. DISCOVERY PACKET PREPARED BY FORMER CCO FRED JOHNSON, SCANNED TO KING COUNTY ADMIN FOR COVERING P'S HEARING. ALSO REQUESTED INTAKE AND SAC ORIENTATION BE COMPLETED. |
| Date & Time Created: 10/19/2013 01:15 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/19/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Sanders, Wanell<br>Events: Records Issues ( RC ) | **LATE ENTRY**APPH** Apprehended 20131017 SCORE jail WACIC/NCIC cleared. |
| Date & Time Created: 10/18/2013 03:36 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/18/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Ahn, Phillip Y<br>Events: Comment ( CM ) | Mark Deabler has been assigned to cover and service the hearing scheduled for: 10/28/13 @ 2:00 p.m. at SCORE jail. Discovery is due: 10/23/13 @ 2:00 p.m. |
| Date & Time Created: 10/18/2013 08:54 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/18/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: O'neal, Shelly G<br>Events: Comment ( CM ) | FF transferred from 265W to CCO Bullard and placed in her mailbox. |
| Date & Time Created: 10/18/2013 08:39 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 10/18/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall | AVI assigned to CCO M Bullard. |

| Details | Text |
|---|---|
| Author Name: Rowley, Robert J<br>Events: Comment ( CM ) | |
| Date & Time Created: 08/28/2013 02:35 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/28/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | Left vmail for 23 ▇▇▇▇ that p is still on warrant. |
| Date & Time Created: 08/28/2013 02:02 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/28/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Coker, Angella D<br>Events: Victim Witness ( VW ) | Vmail from 23 ▇▇▇▇<br>23 ▇▇▇▇ |
| Date & Time Created: 08/19/2013 11:52 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/19/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Saeger, Janice M<br>Events: Records Issues ( RC ) | CCJ MF ARCHIVED; BARCODE #13367322. SEE DETAILS ON THE HS SHAREPOINT CCJ HEALTH RECORD ARCHIVE TRACKING. |
| Date & Time Created: 08/08/2013 03:34 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/08/2013 03:30 PM<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Lambert, Stephen G<br>Events: Comment ( CM ) | NW CRU has received a CRUWANTED referral for Fugitive Investigation. NW CRU will not be adopting this case at this time. If further information becomes available please resubmit referral at that time and we will review for future assignment |
| Date & Time Created: 08/08/2013 12:53 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/08/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Johnson, Fred H<br>Events: Comment ( CM ) | CRU referral denied per Spec S. Lambert this date, as it did not meet their criteria. |
| Date & Time Created: 08/08/2013 07:52 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 08/08/2013<br>DOC No.: 964228<br>Offender Name: MADSEN, Kurt Randall<br>Author Name: Johnson, Fred H<br>Events: Comment ( CM ) | CRU referral submitted this date. |

## Field Offender: MADSEN, Kurt Randall (964228)

| Gender: Male | DOB: 03/04/1969 | Age: 44 | Body Status: Active Field |
|---|---|---|---|
| RLC: HV | Wrap-Around: Yes | Comm. Concern: Yes | Location: King Co. Admin Unit |
| SED: 04/15/2015 | ICOTS Victim Sensitive: Yes | | CC/CCO: Bullard, Mary J (GN01) |
| | County SO Lvl: | ESR SO Lvl: | |

**Details**

**Text**

Date & Time Created: 08/08/2013 03:34 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/08/2013 03:30 PM
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Lambert Stephen
Events: Comment ( CM )

NW CRU has received a CRUWANTED referral for Fugitive Investigation. NW CRU will not be adopting this case at this time. If further information becomes available please resubmit referral at that time and we will review for future assignment

Date & Time Created: 08/08/2013 12:53 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/08/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Johnson Fred
Events: Comment ( CM )

CRU referral denied per Spec S. Lambert this date, as it did not meet their criteria.

Date & Time Created: 08/08/2013 07:52 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/08/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Johnson Fred
Events: Comment ( CM )

CRU referral submitted this date.

Date & Time Created: 08/06/2013 02:58 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/06/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: O'Neal Shelly
Events: Comment ( CM )

FF transferred to 265W caseload this date.

Date & Time Created: 08/02/2013 01:45 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 08/02/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Johnson Fred
Events: Comment ( CM )

FF xfrd to support to process and xfr to W-Caseload this date. P's FTR and FT provide a valid address since his releasing from SCORE confinement on 5/28/13. Discovery, Superform, Detainer, Sec Warrant/ Wanted Person forms in file.

Date & Time Created: 07/30/2013 01:15 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 07/30/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: Victim Witness ( VW )

SP- TC from ▮▮▮▮ Let her know p is still on warrant. She states she continues to feel unsafe at work and home. Talked through safety planning options with her.

| Details | Text |
|---|---|
| Date & Time Created: 07/16/2013 11:00 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/16/2013<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Harvey Thomas<br>Events: Records Issues ( RC ) | **Review**WACIC/NCIC warrant entry 20130530 reviewed this date. |
| Date & Time Created: 07/01/2013 11:24 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 07/01/2013<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Larsen Linda<br>Events: Records Issues ( RC ) | MF rec'd by Statewide Records CJC from MCC/WSR |
| Date & Time Created: 06/27/2013 02:23 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/27/2013<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Mortenson Kathleen<br>Events: Records Issues ( RC ) | MF TO STATEWIDE RECORDS(8/15/06-5/26/13)FROM MCC/WSR/MR VIA MS: WT-05. |
| Date & Time Created: 06/13/2013 11:26 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/13/2013<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Johnson Fred<br>Events: Telephone Collateral ( TC ) | Rec'd call from DSHS B. Thai inquiring about P's probation/ parole status; ph# 253.288.5334. This officer advised Mr. Thai that P has a felony warrant. P's current address on record is: 30844 50th Ave So; Auburn 98001; ph# 253.249.7484. |
| Date & Time Created: 06/11/2013 02:25 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/11/2013<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Coker Angella<br>Events: Victim Witness ( VW ) | Rec'd vmail from [redacted]. She states she is getting suspicious calls from [redacted] and that her car got dog poop smeared on it one day in last week. |
| Date & Time Created: 06/07/2013 11:55 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/07/2013<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Jenkins Laurie<br>Events: Records Issues ( RC ) | CF intake audit complete. File to SWR file room. |
| Date & Time Created: 06/04/2013 02:02 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/04/2013<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: O'Neal Shelly<br>Events: Comment ( CM ) | Combined FF with new AC cause and placed in CCO Johnson's mailbox. |
| Date & Time Created: 06/04/2013 01:45 PM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/04/2013 | 1-CF rec'd from MCC/WSR this date by Statewide Records CJC. FWD TO POD 1. |

**Details** | **Text**

DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Rhinehart Ronda
Events: Records Issues ( RC )

---

Date & Time Created: 06/03/2013 12:57 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 06/03/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: O'Neal Shelly
Events: Comment ( CM )

Gave FF to CCO Johnson this date.

---

Date & Time Created: 06/03/2013 08:44 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 06/03/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Johnson Fred
Events: JBRS Release ( AF )

JBRS Release Watch Hit received from SCORE South Correctional Entity on 05/31/2013. Email notification sent to fhjohnson@DOC1.wa.gov23000001

**Appended Text:**JBRS Event Action: FTR, Action Date = 05/31/2013

---

Date & Time Created: 06/03/2013 08:36 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 06/03/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Johnson Fred
Events: Telephone Collateral ( TC )

Contacted SCORE Jail this date, who confirmed that P was released on the 28th for Criminal Trespass 1st, but then picked up on the 30th on a Criminal Trespass 1st and released on 5/31/13. Warrant accurate as to the dates.

---

Date & Time Created: 06/03/2013 08:00 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 06/03/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Short Audrey
Events: Comment ( CM )

Rec'd ff and forwarded it to S. Ly of Seattle Metro 2.

---

Date & Time Created: 06/01/2013 12:08 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 05/31/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Killingsworth Laura
Events: Records Issues ( RC )

**WPER** WANTED PERSON ENTRY REQUEST RECEIVED 5-30-2013 HAS BEEN ENTERED.

---

Date & Time Created: 05/31/2013 02:02 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 05/31/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: Victim Witness ( VW )

SP- TC to ███████████ let her know p FTR after release and is on warrant status.

---

Date & Time Created: 05/31/2013 09:05 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 05/31/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall

RECV'D EMAIL FROM OAS3 LY- CAMPUS MAIL FF TO SEATTLE CJC/CCO F.JOHNSON~ THIS DATE

---

| Details | Text |
|---|---|
| Author Name: Eddings La Shandra<br>Events: **Comment ( CM )** | |
| Date & Time Created: 05/31/2013 08:31 AM<br>Offender Location At Occurrence: **Not Unique**<br>Date & Time Of Occurrence: **05/31/2013**<br>DOC No.: 964228<br>Offender Name: **MADSEN Kurt Randall**<br>Author Name: Johnson Fred<br>Events: **JBRS Booking ( AE )** | JBRS Booking Watch Hit received from SCORE South Correctional Entity on 05/30/2013. Email notification sent to JBRSErrors@doc1.wa.gov23000001<br><br>**Appended Text:**JBRS Event Action: Detain-Non DOC, Action Date = 05/30/2013 |
| Date & Time Created: 05/31/2013 08:13 AM<br>Offender Location At Occurrence: **Not Unique**<br>Date & Time Of Occurrence: **05/31/2013**<br>DOC No.: 964228<br>Offender Name: **MADSEN Kurt Randall**<br>Author Name: Humble Kristin<br>Events: **Records Issues ( RC )** | CF sent to Statewide Records on this date from MCC-WSR/Records. |
| Date & Time Created: 05/30/2013 04:27 PM<br>Offender Location At Occurrence: **Not Unique**<br>Date & Time Of Occurrence: **05/30/2013**<br>DOC No.: 964228<br>Offender Name: **MADSEN Kurt Randall**<br>Author Name: Johnson Fred<br>Events: **JBRS Release ( AF )** | JBRS Release Watch Hit received from SCORE South Correctional Entity on 05/28/2013. Email notification sent to JBRSErrors@doc1.wa.gov23000001<br><br>**Appended Text:**JBRS Event Action: FTR, Action Date = 05/29/2013 |
| Date & Time Created: 05/30/2013 04:26 PM<br>Offender Location At Occurrence: **Not Unique**<br>Date & Time Of Occurrence: **05/30/2013**<br>DOC No.: 964228<br>Offender Name: **MADSEN Kurt Randall**<br>Author Name: Johnson Fred<br>Events: **JBRS Booking ( AE )** | JBRS Booking Watch Hit received from SCORE South Correctional Entity on 05/26/2013. Email notification sent to JBRSErrors@doc1.wa.gov23000001<br><br>**Appended Text:**JBRS Event Action: Detain-Non DOC, Action Date = 05/26/2013 |
| Date & Time Created: 05/30/2013 03:28 PM<br>Offender Location At Occurrence: **Not Unique**<br>Date & Time Of Occurrence: **05/30/2013**<br>DOC No.: 964228<br>Offender Name: **MADSEN Kurt Randall**<br>Author Name: Johnson Fred<br>Events: **Telephone Collateral ( TC )** | Contacted SCORE Jail this date and staff informed this officer that P was released on 5/28/13 at 5:24 p.m. P has failed to report within 24 hours of his release. Contacted HMC and P's not listed as a patient. Warrant requested this date. |
| Date & Time Created: 05/28/2013 01:17 PM<br>Offender Location At Occurrence: **Not Unique**<br>Date & Time Of Occurrence: **05/28/2013**<br>DOC No.: 964228<br>Offender Name: **MADSEN Kurt Randall**<br>Author Name: Hepp Nita<br>Events: **Victim Witness ( VW )** | Notify ltr dated 4/15/13 to      returned marked unclaimed, unable to forward, return to sender. Reached her at     . She said she was too paranoid to leave her house and go pick up the letter. She confirmed her address is good. Ltr resent 1st class. |
| Date & Time Created: 05/24/2013 09:32 AM<br>Offender Location At Occurrence: **MCC-WSR**<br>Date & Time Of Occurrence: **05/24/2013**<br>DOC No.: 964228<br>Offender Name: **MADSEN Kurt Randall**<br>Author Name: Jordan Patty<br>Events: **Records Issues ( RC )** | Risk assessment updated on 5/24/2013. No change in risk level classification |

| **Details** | **Text** |
|---|---|

Date & Time Created: 05/23/2013 01:50 PM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 05/23/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Williams Mario
Events: Records Issues ( RC )

Pulled out $40.00 gate money from his Release Envelope at MCC-WSR Main Control because he is being pick up by SCORE on Sunday 5/26/2013. Put it in MCC-WSR Record Safe.

Date & Time Created: 05/22/2013 03:26 PM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 05/22/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Humble Kristin
Events: Records Issues ( RC )

Release envelope taken to WSR main control on this date. Envelope contained order of release, signature id and envelope from i/m accts.

Date & Time Created: 05/20/2013 12:23 PM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 05/20/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: Victim Witness ( VW )

CS- Email consult with CCO and CCS: Thank you Fred Johnson, CCO Seattle Metro West Unit 265 1550 4th Ave Seattle, WA 98134 (MS TB-12A) (206) 516-7781 o (206) 389-3989 f Now FAITH is the substance of things hoped for, the evidence of things not seen. HEBREWS 11:1 From: Coker, Angella D. (DOC) Sent: Friday, May 17, 2013 5:04 PM To: Johnson, Fred H. (DOC); Johnson, Kathleen T. (DOC) Subject: RE: MADSEN, Kurt Randall (964228) Community concerns on this one are in south King County. P has not been compliant with community custody in past and has spent a lot of time on warrant status. He tried to submit a release address to Kent and that was denied because of community concerns in south King County. The majority of his criminal history has occurred in south King County. P may still try and live with family in Kent. DOC VSP would recommend that p have geo boundaries imposed to stay out of Kent area south in King County and that he not be allowed to live or stay overnight in this area. He will likely dispute this. He has had behavior problems at prison and tends to be legally litigious. Let me know if you have questions about this. Thank you, Angella _____ From: Johnson, Fred H. (DOC) Sent: Friday, May 17, 2013 7:08 AM To: Coker, Angella D. (DOC) Subject: MADSEN, Kurt Randall (964228) Are there any victim issues with this guy. It appears that N. King Co is off limits? Fred Johnson, CCO Seattle Metro West Unit 265 1550 4th Ave Seattle, WA 98134 (MS TB-12A) (206) 516-7781 o (206) 389-3989 f

Date & Time Created: 05/17/2013 12:31 PM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 05/17/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Johnson Fred
Events: Comment ( CM )

ORP notification completed this date w/ reporting instructions for P.

Date & Time Created: 05/17/2013 08:23 AM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 05/17/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Rowley Robert
Events: Comment ( CM )

ORP Notification forwarded back to CCO F Johnson. P is not allowed in North King County. CCO will staff to see if P can be supervised out of a South King County office as we are part of North King County.

**Details**                                          **Text**

Date & Time Created: 05/17/2013 07:42 AM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 05/17/2013                Rec'd warrant from MCC Records K. Humble (via email scan) that P has
DOC No.: 964228                                       a warrant out of Auburn, C00109251 Criminal Trespass 1st Degree,
Offender Name: MADSEN Kurt Randall                   that SCORE Jail will be picking him up for.
Author Name: Johnson Fred
Events: Telephone Collateral ( TC )

                                                     This date, contacted K. Humble at MCC Records who reported that P's
Date & Time Created: 05/17/2013 07:28 AM             in seg and his assigned counselor is B. Beckler 360.794.2771. This
Offender Location At Occurrence: MCC-WSR             officer inquired about the investigation w/ no address to investigate.
Date & Time Of Occurrence: 05/17/2013                Advised that P's ORP was likely meant to be a notification? Ms. Humble
DOC No.: 964228                                       provided Mr. Beckler's ph# 360.794.2771. Attempted to contact, but
Offender Name: MADSEN Kurt Randall                   Mr. Beckler's v recorder stated that he will not be in the office till
Author Name: Johnson Fred                            6/22/13 and that Jimmy Evans is the point of contact; ph#
Events: Telephone Collateral ( TC )                  360.794.2772. Spoke to Mr. Evans who confirmed that the ORP should
                                                     have been a notification. MR. Evans requested that the ORP be
                                                     returned. Advised Assignment Officer CCO Rowley.

Date & Time Created: 05/16/2013 11:15 AM
Offender Location At Occurrence: MCC-IMU
Date & Time Of Occurrence: 05/16/2013                Attny Call Request - called Disability Rights WA - Receptionist Jody said
DOC No.: 964228                                       she could not schedule a call for p, but he can try during "open call
Offender Name: MADSEN Kurt Randall                   hours" tomorrow 9-noon or 1-4. Let P Know.
Author Name: Archibald Harold
Events: Legal Issues ( LI )

Date & Time Created: 05/15/2013 04:39 PM
Offender Location At Occurrence: MCC-IMU
Date & Time Of Occurrence: 05/15/2013                SP- TC from ██████. Let her know name and # for CCO. Went over
DOC No.: 964228                                       p's conds with her. She is convinced that p is having someone keep
Offender Name: MADSEN Kurt Randall                   tabs on her.
Author Name: Coker Angella
Events: Victim Witness ( VW )

Date & Time Created: 05/15/2013 03:40 PM
Offender Location At Occurrence: MCC-IMU
Date & Time Of Occurrence: 05/15/2013                Notify ltr dated 4/15/13 to ██████ returned marked
DOC No.: 964228                                       unclaimed,unable to forward, return to sender. Found chrono where
Offender Name: MADSEN Kurt Randall                   Angella has spoken with her recently, chrono listed # called. I called
Author Name: Hepp Nita                               the same # and left a message for her to call me.
Events: Victim Witness ( VW )

Date & Time Created: 05/15/2013 09:20 AM
Offender Location At Occurrence: MCC-IMU
Date & Time Of Occurrence: 05/15/2013                SP- MSg from ██████ stating she thinks her home alarm was
DOC No.: 964228                                       tampered with.
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: Victim Witness ( VW )

Date & Time Created: 05/09/2013 03:32 PM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 05/09/2013 02:00 PM       P assigned pre-hearing confinement. Segregation Authorization signed
DOC No.: 964228                                       and submitted.
Offender Name: MADSEN Kurt Randall
Author Name: McNeese Ina
Events: Comment ( CM )

**Details**

**Text**

Date & Time Created: 05/07/2013 08:23 AM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 05/07/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: Victim Witness ( VW )

SP- TC back to ▮▮▮▮▮▮▮▮▮▮▮▮▮  She is going to call me when
she gets to work. She called me back. Let her know I was calling to
check in with her. She had to go and said she would call me back. She
called back. Went over safety planning options with her. She had Kent
PD at her house last week. Her alarm went off. She thinks people are
entering her home without permission. She denies any thoughts or
plans to ▮▮▮▮▮▮▮

Date & Time Created: 05/01/2013 05:18 PM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 05/01/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Reed Darcie
Events: Telephone Collateral ( TC )

SPOKE W/CC BRYAN BECHLER THIS DATE 360-794-2771. C WAS
CONCERNED ABOUT ORP NOT BEING APPROVED YET. I TOLD C THAT
CCO JOHNSON IS OUT OF OFFICE UNTIL 5/13/13 AND WHEN HE
RETURNS TO THE OFFICE THIS WILL BE ADDRESSED. P IS RELEASING
ON HIS MAX DATE, PRD 5/26/13- HOMELESS.

Date & Time Created: 05/01/2013 09:59 AM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 05/01/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Bolsinger Linda
Events: Victim Witness ( VW )

Rec'd a call back from Aaron Everett. I left him a message regarding
returned letter. He gave me a more complete address to use: Mr.
Aaron Everett, Youth Service Center, c/o Judge Barbara Mack, 1211
East Alder Street, Seattle, WA 98122. I have updated OMNI and will
resend the letter first class.

Date & Time Created: 05/01/2013 09:19 AM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 05/01/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Bolsinger Linda
Events: Victim Witness ( VW )

We received a return letter from Aaron Everett sent 04/15/2013
marked no receptacle. I called Aaron at 206-296-9210 and left a
message for him to call us.

Date & Time Created: 04/26/2013 02:10 PM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 04/26/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: O'Neal Shelly
Events: Comment ( CM )

Intake packet created, NCIC and Archived FF requested. Placed temp
FF with AC cause in CCO Johnson's mailbox.

Date & Time Created: 04/23/2013 01:11 PM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 04/23/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: Victim Witness ( VW )

TC to ▮▮▮▮▮▮▮▮▮ , not in service. Tried ▮▮▮▮▮▮ , left
msg on machine.

Date & Time Created: 04/22/2013 03:09 PM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 04/22/2013
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Hays Joan
Events: Records Issues ( RC )

ID for release given to CRT

Date & Time Created: 04/16/2013 12:27 PM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 04/16/2013

ORP assigned to CCO F Johnson.

**Details**                                                    **Text**

DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Rowley Robert
Events: Comment ( CM )

Date & Time Created: 04/16/2013 11:07 AM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 04/16/2013
DOC No.: 964228                                TC to ▮▮▮▮▮▮▮▮▮, not in service.
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: Victim Witness ( VW )

Date & Time Created: 04/16/2013 10:30 AM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 04/16/2013
DOC No.: 964228                                I was informed on email that p's case will be assigned to me. I
Offender Name: MADSEN Kurt Randall            submitted field file set up request to support staff.
Author Name: McDonagh Daniel
Events: Comment ( CM )

Date & Time Created: 04/16/2013 10:08 AM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 04/16/2013
DOC No.: 964228                                ORP Investigation rec'd 04/15/2013 forwarded to Seattle Metro 2
Offender Name: MADSEN Kurt Randall            Assign 04/15/2013 as P is releasing without an address.
Author Name: Sullivan Patricia
Events: Comment ( CM )

Date & Time Created: 04/15/2013 03:35 PM
Offender Location At Occurrence: MCC-WSR       SP- TC from▮▮▮▮▮ Let her know p's PRD. Offered her in person
Date & Time Of Occurrence: 04/15/2013         meeting with CCO. She is going to think about it and get back to me.
DOC No.: 964228                                She reports continued "vandalism" at her home. She thinks someone is
Offender Name: MADSEN Kurt Randall            coming into house while she is asleep. She has reached out to services
Author Name: Coker Angella                     through work and is waiting for appointment. I spoke with her▮▮▮
Events: Victim Witness ( VW )                  ▮▮▮▮▮. He is also concerned about her.

Date & Time Created: 04/15/2013 02:39 PM
Offender Location At Occurrence: MCC-WSR
Date & Time Of Occurrence: 04/15/2013
DOC No.: 964228                                SP- TC to▮▮▮▮▮▮▮▮,not able to lv msg memory full. Tried
Offender Name: MADSEN Kurt Randall            ▮▮▮▮▮▮ left her vmail.
Author Name: Coker Angella
Events: Victim Witness ( VW )

Date & Time Created: 04/15/2013 02:06 PM       CS- Sent email to CCO Rowley, CCS Johnson and cc Kopolan: This
Offender Location At Occurrence: MCC-WSR       offender is maxing out homeless on 5/26/13. He has been denied
Date & Time Of Occurrence: 04/15/2013         voucher and has not participated in release planning. Community
DOC No.: 964228                                concerns are in Kent. He has been on supervision in past and has not
Offender Name: MADSEN Kurt Randall            complied. He spends quite a bit of time on warrant status. He
Author Name: Coker Angella                     requested to live with family in Kent area and that was denied because
Events: Victim Witness ( VW )                  of community concerns. He has filed numerous legal actions
                                               throughout the years and has managed to be successful on some stuff.

Date & Time Created: 04/15/2013 10:03 AM
Offender Location At Occurrence: MCC-WSR       Potential for sexual assault/sexual victimization screening was
Date & Time Of Occurrence: 04/15/2013 10:00 AM reviewed prior to placing an offender in a housing assignment to
DOC No.: 964228                                maximize compatibility of cell/ roommate.
Offender Name: MADSEN Kurt Randall

| Details | Text |
|---|---|
| Author Name: Flick Jeffrey<br>Events: **PREA HOUSING ( PH )** | |
| Date & Time Created: 03/28/2013 04:36 PM<br>Offender Location At Occurrence: MCC-WSR<br>Date & Time Of Occurrence: 03/28/2013<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Kleinman Jesse<br>Events: Comment ( CM ) | ON 03-28-13 SCANNED ECR REQUEST FOR KING 11-1-10408-3 KNT (OSR) TO K HUMBLE. |
| Date & Time Created: 03/28/2013 04:09 PM<br>Offender Location At Occurrence: MCC-WSR<br>Date & Time Of Occurrence: 03/28/2013<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Humble Kristin<br>Events: Records Issues ( RC ) | CF Audit completed on this date. Requested Order of Restitution for King Co court liaison and requested original copy of IGN 13 (20 days loss of GCT) from WCC Records. NCIC: 1 Misd Warrant previoulsy entered into OMNI.<br><br>**Appended Text:**Received King Co Order Setting Restitution for cause no 11-1-10408-3, amount owed $4269.58. Copy put in CF and scanning. |
| Date & Time Created: 03/27/2013 01:12 PM<br>Offender Location At Occurrence: MCC-WSR<br>Date & Time Of Occurrence: 03/27/2013<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Kopoian Catherine<br>Events: Comment ( CM ),<br>PREA Screening ( PS ) | The following PREA questions were asked of the offender per policy: Have you been pressured for sex? NO. Have you been involved in or know about any PREA related incident? NO. Do you know how to report it? YES. |
| Date & Time Created: 03/27/2013 12:54 PM<br>Offender Location At Occurrence: MCC-WSR<br>Date & Time Of Occurrence: 03/27/2013<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Chase Gwen<br>Events: Records Issues ( RC ) | CF TO MCC-WSR FROM WCC. |
| Date & Time Created: 03/26/2013 12:31 PM<br>Offender Location At Occurrence: MCC-WSR<br>Date & Time Of Occurrence: 03/26/2013 12:31 PM<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Kopoian Catherine<br>Events: PREA Screening ( PS ),<br>Comment ( CM ) | PREA risk assessment completed. No indication of risk of either sexual vulnerability or predation. |
| Date & Time Created: 03/26/2013 09:08 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 03/26/2013 09:00 AM<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Hays Joan<br>Events: Records Issues ( RC ) | CF received at MCC-WSR from WCC-RC |
| Date & Time Created: 03/14/2013 03:40 PM<br>Offender Location At Occurrence: WCC-RC<br>Date & Time Of Occurrence: 03/14/2013<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall | SGT. Farringer and I met with P this afternoon. We discussed kite he had written to the Superintendent on 2/25/13 where he asks for PC as he alleges he is being retaliated against by Officers regarding legal work. He identifies Officers working in the law library area as his transgressors. He related that he is now skipping law library as he wishes no trouble. We indicated to him that was his choice but we |

| **Details** | **Text** |
|---|---|
| | support his law library use as he is entitled to its use in normal procedures. He related that he has found he is on his way to WSR so his need is less. He also indicated he was threatened by his counselor in Evergreen Hall to not file grievances as this would add to his time. We asked if he was having difficulties since his transfer to R4 3/13/13. He indicated that he was not. I asked that if P starts to have any difficulties with any staff that he bring this to my attention by approaching the booth in a respectful manner and indicating that the CUS wished to talk to me. He agreed that he would do so. Staff have been informed of this process. P is not now requesting placement in Protective Custody. |

Author Name: Uglick Jack
Events: Comment ( CM )

---

Date & Time Created: 03/11/2013 11:56 AM
Offender Location At Occurrence: WCC-RC          RECV'D FF AT AUBURN FIELD UNIT - THIS DATE
Date & Time Of Occurrence: 03/11/2013
DOC No.: 964228                                 **Appended Text:**FF RECV'D INTO THE AUBURN FIELD UNIT - DUE TO
Offender Name: MADSEN Kurt Randall             THE LAST CLOSED CAUSE BEING IN THIS OFFICE (AUBURN FIELD
Author Name: Eddings La Shandra                UNIT)- FF WILL BE PLACED IN 240S CASELOAD UNTIL NEEDED.
Events: Comment ( CM )

---

Date & Time Created: 03/07/2013 03:44 PM
Offender Location At Occurrence: WCC-RC
Date & Time Of Occurrence: 03/07/2013
DOC No.: 964228                                 SP- TC from⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛Let her
Offender Name: MADSEN Kurt Randall             know there is no new info re: p's case at this time.
Author Name: Coker Angella
Events: **Victim Witness ( VW )**

---

Date & Time Created: 03/07/2013 11:15 AM
Offender Location At Occurrence: WCC-RC
Date & Time Of Occurrence: 03/07/2013          FF returned to Auburn Field Office last closed cause 3/10. FF was
DOC No.: 964228                                 requested and ORP denied by CCO D. Nathan. Via Campus mail NA -
Offender Name: MADSEN Kurt Randall             48.
Author Name: Ly Saryfas
Events: **Comment ( CM )**

---

Date & Time Created: 03/05/2013 09:35 AM
Offender Location At Occurrence: WCC-RC
Date & Time Of Occurrence: 03/05/2013
DOC No.: 964228                                 One MF overflow rec'd at WCC.
Offender Name: MADSEN Kurt Randall
Author Name: Elliott Lori
Events: **Records Issues ( RC )**

---

Date & Time Created: 03/04/2013 08:19 AM
Offender Location At Occurrence: WCC-RC
Date & Time Of Occurrence: 03/04/2013 08:18 AM
DOC No.: 964228                                 1 volume overflow sent to WCC from SCCC via transport this date.
Offender Name: MADSEN Kurt Randall
Author Name: Sherwood Jody
Events: **Records Issues ( RC )**

---

Date & Time Created: 02/06/2013 08:03 AM
Offender Location At Occurrence: WCC-TC
Date & Time Of Occurrence: 02/06/2013          SP- TC back to⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛, she spoke with HQ
DOC No.: 964228                                 staff yesterday. She has concerns about p maxing out. She is
Offender Name: MADSEN Kurt Randall             continuing to have property and her vehicle tampered with.
Author Name: Coker Angella
Events: **Victim Witness ( VW )**

| Details | Text |
|---|---|
| Date & Time Created: 01/08/2013 03:33 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 01/08/2013<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Cook Larry<br>Events: Case Manager To Manager Communication ( JJ ) | P was provided a copy of his earned release date and all of his questions in reference to earned time and good conduct time were answered. He tried to discuss points of law and RCW, and I referred him to go to the law library if he had further questions about a law. P had previously been provided information about the WAC/RCW, and DOC policy by the WCC records manager. |
| Date & Time Created: 12/31/2012 12:45 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 12/31/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Cook Larry<br>Events: Case Staffing ( JS ) | Signed 4 separate postage transfer forms for indigent mail to be mailed to superior court and other legal mails, verified TAS to ensure indgency. |
| Date & Time Created: 12/28/2012 11:32 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 12/28/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Morton Walker<br>Events: Release Planning/Issues ( RP ) | Spoke with P this date. P was returned to this Unit yesterday. I explained to P that I could not resubmit a Housing Voucher application until 2/4/13 due to his recent infraction. P stated that he did not want to utilize the Housing Voucher and that he would just MAX out homeless. I informed P that I would be on A/L and that when I return I will have another conversation regarding his release plan. P stated "I'm releasing homeless and do not need to talk to you anymore." |
| Date & Time Created: 12/19/2012 10:56 AM<br>Offender Location At Occurrence: WCC-RC<br>Date & Time Of Occurrence: 12/19/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Nathan Damita<br>Events: Comment ( CM ) | ***ORP denial*** Denying ORP this date due to there not being a room available in PHS housing on his projected release date. Also P is not eligible for housing voucher assistance until 02/04/13. P's class counselor was given the name of the Regional Housing Specialist, Chad Winfrey to research other housing options. CCS Johnson notified of the denial. |
| Date & Time Created: 12/18/2012 12:25 PM<br>Offender Location At Occurrence: WCC-RC<br>Date & Time Of Occurrence: 12/18/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Watson Jeffrey<br>Events: Comment ( CM ) | I met with P and discussed the revocation of his Housing Voucher. He accepted the sanction but believed it was more excessive than was necessary for his infraction. |
| Date & Time Created: 12/17/2012 07:41 AM<br>Offender Location At Occurrence: WCC-RC<br>Date & Time Of Occurrence: 12/13/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Coker Angella<br>Events: Victim Witness ( VW ) | SP- TC from    . Let her know p's release plan has changed. Let her know he was infracted and is not eligible for voucher program until Feb. She has contacted Kent PD re: her home being broken into. She continues to work with community based program. |
| Date & Time Created: 12/12/2012 01:41 PM<br>Offender Location At Occurrence: WCC-RC<br>Date & Time Of Occurrence: 12/12/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Winfrey Chad<br>Events: Comment ( CM ) | DUE TO 12/4/12 SERIOUS INFRACTION, P IS PLACED ON 60 DAY PROBATIONARY PERIOD FOR VOUCHER ASSISTANCE. HE WILL BE ELIGIBLE TO REAPPLY ON OR AFTER 2/4/13 |
| Date & Time Created: 12/11/2012 04:59 PM<br>Offender Location At Occurrence: WCC-RC<br>Date & Time Of Occurrence: 12/11/2012 | Late entry 12/10/12*** in a correspondence with Michael Langone at PHS he stated that he was unable to tell me if he will have space for |

| Details | Text |
|---------|------|
| DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Nathan Damita<br>Events: Letter Collateral ( LC ) ,<br>Comment ( CM ) | any offenders as it was too far out. Email response sent to CC Morton this date with the above information. |
| Date & Time Created: 12/11/2012 04:24 PM<br>Offender Location At Occurrence: WCC-RC<br>Date & Time Of Occurrence: 12/11/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Morton Walker<br>Events: Release Planning/Issues ( RP ) | Sent CCO Nathan an email requesting the status of P's ORP. |
| Date & Time Created: 12/06/2012 09:23 AM<br>Offender Location At Occurrence: WCC-IMU<br>Date & Time Of Occurrence: 12/06/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Morton Walker<br>Events: Comment ( CM ) | Received kite from P requesting status of ORP. Informed P that ORP has not been approved and that I will let him know when it has been completed. Also informed P that his housing voucher might be revoked if he is found guilty of pending major infractions. |
| Date & Time Created: 12/03/2012 09:11 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 12/03/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: O'Neal Shelly<br>Events: Comment ( CM ) | FF received this date and placed in CCO Nathan's mailbox. |
| Date & Time Created: 11/28/2012 04:18 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 11/28/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Lai Hillary<br>Events: Comment ( CM ) | FF sent to CCO Nathan TB-12A |
| Date & Time Created: 11/27/2012 11:20 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 11/27/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Ly Saryfas<br>Events: Comment ( CM ) | FF requested from Kent Field office this date. |
| Date & Time Created: 11/27/2012 08:34 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 11/27/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Coker Angella<br>Events: Victim Witness ( VW ) | CS- Sent email to CCO Nathan and CC Walker:CCO Nathan- You were just assigned this case lucky you. There are community concerns in south King County. He submitted an address to Kent that has been denied based on those community concerns. His current cause is not DV related, but his 2004 cause was for DV. This crime is basis for community concerns. Last time he released from prison he was not in compliance at all and CRU spent a lot of time chasing him around. He is now trying to release to Pioneer on voucher. He has 35 day notification and is past his ERD. There are no issues with this proposal. He will need geo boundaries to keep him out of south King County. He is likely to appeal and dispute everything. He is extremely litigious and has been successful in past in a variety of appeals he has filed. |

| Details | Text |
|---|---|
| Date & Time Created: 11/26/2012 04:28 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 11/26/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Wootress Richard<br>Events: Release Planning/Issues ( RP ) | ORP Investigation assigned to CCO Damita Nathan at the Seattle Metro unit. |
| Date & Time Created: 11/21/2012 03:35 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 11/21/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Sullivan Patricia<br>Events: Comment ( CM ) | ORP Investigation rec'd 11/21/2012 forwarded to Seattle Metro Assign 11/21/2012. |
| Date & Time Created: 11/21/2012 07:41 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 11/21/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Keys Derrick<br>Events: Comment ( CM ) | CC3 Morton and I have received the following kiosk message (Sent: 11/20/2012 9:17:12 AM) forwarded to us from the Superintendent's office. "I ASKED MR.MORTON FOR THE PHONE NUMBER TO PIONEER HE REFUSED I WAS ABLE TO TRACK IT DOWN I SPOKE WITH MR.DOLPHY AT 206-624-0082 HE IMMEDIATELY GAVE ME A RELEASE ADDRESS. I DONT NEED SOMEONE TO MAKE PHONE CALLS FOR ME OR ENTER INFORMATION OR ACCESS IT MY POINT IS THAT I NEED TO BE ABLE TO MAKE CALLS AND ACCESS INFORMATION MYSELF MR.KEYS REFUSED TO ENTER THE ADDRESS YESTERDAY AND TODAY MR.MORTON WHO HAS REFUSED TI MR.MORTON IS NOT HERE TODAY JUST LIKE YESTERDAY SO WHAT THE F--K DO YOU EXPECT FROM ME TO WAIT AROUND AND DEPEND UPON SOMEONE ELSE IM PAST MY ERD BECAUSE ARBITRARILY CANT GO TO SOUTH KING COUNY AND MY VOUCHER WAS PUT OFF FOR OVER A MONTH FOR AN ARBTRYACT" |
| Date & Time Created: 11/21/2012 07:41 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 11/21/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Keys Derrick<br>Events: Comment ( CM ) | CC3 Morton and I have received the following kiosk message (Sent: 11/19/2012 9:57:02 AM) forwarded to us from the Superintendent's office. "I AM DEMANDING THAT THE 35 DAY NOTIFIER BE ENTERED TODAY SO THAT I CAN MAKE IT OUT BEFORE CHRISTMAS IM PAST MY RELEASE DATE AS IT IS. THE PLACE IS A PREAPPROVED PIONEER BRUKSOS HOUSE AT 1727 BELLMONT SEATTLE 98122 206-624-0082 PLEASE EXPEDITE THE SCAM..." |
| Date & Time Created: 11/20/2012 05:09 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 11/20/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Morton Walker<br>Events: Behavioral ( JA ) | Wrote an On-Site Adjustment in the Unit log. I informed P that he is not to knock on my door or enter my office unless it's Open Door, an Emergency or I have called for him. P was informed that if he violated this adjustment he could receive an infraction and possibly loose his Housing Voucher. P stated that he understood. CO Esterly was present during my conversation with P. |
| Date & Time Created: 11/16/2012 04:18 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 11/16/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Coker Angella<br>Events: Victim Witness ( VW ) | SP- TC from▮▮▮▮. Talked to her about court process. |
| Date & Time Created: 11/16/2012 07:34 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 11/15/2012 08:45 AM | SP- Met with▮▮▮▮at King County Dist Ct in Renton and accompanied her through hearing for AHO vs▮▮▮▮This is person she believes has been tampering with her home and leading her |

**Details**

DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: Victim Witness ( VW )

**Text**

to believe it was someone else. She did not get full order, but ▮▮▮▮ ▮▮▮▮ was warned to not have any further contact with her. I updated her as to p's status on release. She is very worried about p's release. She had several support people with her from her church.

| | |
|---|---|
| Date & Time Created: 11/09/2012 01:24 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 11/09/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Morton Walker<br>Events: Release Planning/Issues ( RP ) | Emailed Transitional Housing Voucher to Pioneer Human Services this date. |
| Date & Time Created: 11/07/2012 07:49 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 11/07/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Buckley Jo<br>Events: Comment ( CM ) | The housing voucher criteria worksheet has been approved by the ERD Housing Voucher Program Administrator. The offender may now submit release plans which depend on voucher funds. Access to this funding may be revoked if the offender fails to comply with the facility plan, facility rules or conditions of supervision. |
| Date & Time Created: 11/02/2012 01:52 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 11/02/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Coker Angella<br>Events: Victim Witness ( VW ) | CS- Staffed case with CUS Keys from WCC over the phone. He is responding to letter from p re: why his address was denied. Suggested to CUS to use generic language re: confirmed community concerns with proposed address to Kent and that p can develop a release address outside of south King County. |
| Date & Time Created: 11/02/2012 12:00 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 11/02/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Coker Angella<br>Events: Victim Witness ( VW ) | SP- TC from ▮▮▮▮▮▮▮▮▮ safe msg #, cell not sure if safe # ▮▮▮▮. She found out her friend of ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ has been person tampering with her security at home. She saw him on her security camera turning lights off outside her home and messing with her front door security. She is sure he is person who has been "messing" with her for past couple years. She thought he was friend. She knew about his conviction. Let her know his crime title and when he had released from prison. She got a AHO vs him and is set to go back to court on 11/15 at 8:45am. I gave her contact # for Burien police. She is back to work. She is prepared to call police if he shows up to her home or work. He does know her phone #s as well. Talked to her about safety planning options. Let her know p may escalate once he is confronted about what she is alleging at this time. Let her know I will plan to meet her at ct on 11/15. Gave her update re: p's release plan. |
| Date & Time Created: 10/29/2012 10:27 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 10/29/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Coker Angella<br>Events: Victim Witness ( VW ) | Rec'd two vmails from ▮▮▮▮▮ over the wkend. She states her house has been broken into 4 times in last month and her car has been tampered with. She only had msg # of her neighbor to leave for me, ▮▮▮▮▮ |
| Date & Time Created: 10/24/2012 10:22 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 10/24/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall | CF release audit completed. WCC |

**Details**

Author Name: Van Horn Erin

Events: **Records Issues ( RC )**

**Text**

Date & Time Created: 10/11/2012 10:52 AM
Offender Location At Occurrence: **WCC-TC**
Date & Time Of Occurrence: 10/11/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: **Victim Witness ( VW )**

SP- TC to ▮▮▮▮ not safe ▮▮▮▮▮▮▮ safe #. Let her know that DOC does not have a plc of p's brother at this time. She has called police twice this week. She states someone broke into her house Sat and Sun of last week. She spoke with a neighbor and discovered that another woman in the same complex where she lives is being stalked. She saw a photo of him and recognized him. He was customer at her store and tried to date her. She first met him in 2003 and he continued to contact her at her workplace after that. This person's name is ▮▮▮▮ . Her neighbor has a civil order vs this person. He has been prosecuted in Seatac for crimes vs her neighbor. ▮▮▮▮ had told ▮▮▮▮ details about what p had done to her. She has a security company come look at her home. Let her know p's ERD is same and that he does not have a release plan at this time.

Date & Time Created: 10/09/2012 02:53 PM
Offender Location At Occurrence: **WCC-TC**
Date & Time Of Occurrence: 10/09/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: **Victim Witness ( VW )**

TC back to ▮▮▮▮▮▮▮ , left her vmail msg. She also left ▮▮▮▮▮▮▮▮▮

Date & Time Created: 10/01/2012 03:44 PM
Offender Location At Occurrence: **WCC-RC**
Date & Time Of Occurrence: 10/01/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Morton Walker
Events: **Release Planning/Issues ( RP )**

Housing Voucher Application submitted this date.

Date & Time Created: 09/26/2012 08:29 AM
Offender Location At Occurrence: **WCC-RC**
Date & Time Of Occurrence: 09/26/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: **Victim Witness ( VW )**

TC back to ▮▮▮▮▮▮ , left her vmail with info that p has been in DOC custody since Jan 2012 and that DOC does not have a photo of p's sister or brother on file.

Date & Time Created: 09/24/2012 12:17 PM
Offender Location At Occurrence: **WCC-RC**
Date & Time Of Occurrence: 09/24/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: **Victim Witness ( VW )**

TC back to ▮▮▮▮▮ , left her vmail msg.

Date & Time Created: 09/14/2012 10:11 AM
Offender Location At Occurrence: **WCC-IMU**
Date & Time Of Occurrence: 09/14/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: **Victim Witness ( VW )**

SP- TC back to ▮▮▮▮▮ , let her know I can not leave msg at other # and that I can get her info she is looking for.

Date & Time Created: 09/14/2012 10:09 AM
Offender Location At Occurrence: **WCC-IMU**
Date & Time Of Occurrence: 09/14/2012

TC back to ▮▮▮▮ no vmail set up.

| Details | Text |
|---|---|
| DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Coker Angella<br>Events: Victim Witness ( VW ) | |
| Date & Time Created: 09/11/2012 09:24 AM<br>Offender Location At Occurrence: WCC-IMU<br>Date & Time Of Occurrence: 09/11/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Coker Angella<br>Events: Victim Witness ( VW ) | TC back to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>Vmail not set up unable to leave a msg. |
| Date & Time Created: 09/10/2012 01:47 PM<br>Offender Location At Occurrence: WCC-IMU<br>Date & Time Of Occurrence: 09/10/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Johnston CharEll<br>Events: Administrative Segregation ( AS ) | Intermediate Ad Seg: Remove Ad Seg Status and place on PHC. |
| Date & Time Created: 08/29/2012 12:52 PM<br>Offender Location At Occurrence: WCC-IMU<br>Date & Time Of Occurrence: 08/27/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Johnston CharEll<br>Events: Administrative Segregation ( AS ) | Initial Ad Seg: Retain pending investigation into a possible fight. |
| Date & Time Created: 08/23/2012 12:10 PM<br>Offender Location At Occurrence: WCC-IMU<br>Date & Time Of Occurrence: 08/23/2012 12:09 PM<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Beldo Brian<br>Events: Records Issues ( RC ) | CD PAPERWORK SENT TO CHEMICAL DEPENDECY AT HQ. WCC |
| Date & Time Created: 08/22/2012 04:15 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 08/22/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Morton Walker<br>Events: Release Planning/Issues ( RP ) | Sent email on 8/21 and 8/22/12 requesting that P's proposed release address be looked at for reconsideration/acceptance. |
| Date & Time Created: 08/21/2012 08:07 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 08/21/2012 08:06 AM<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Beldo Brian<br>Events: Records Issues ( RC ) | C/F RECV'D. WCC |
| Date & Time Created: 08/20/2012 11:47 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 08/20/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall | Field file received and combined this date. |

| Details | Text |
|---|---|
| Author Name: Kelso Karen<br>Events: **Comment ( CM )** | |
| Date & Time Created: 08/20/2012 10:52 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 08/20/2012 10:00 AM<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Edwards Christina<br>Events: **Records Issues ( RC )** | 1 volume of CF sent via transport from SCCC to WCC on this date. WCC requested this file. |
| Date & Time Created: 08/17/2012 09:00 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 08/17/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Eddings La Shandra<br>Events: **Comment ( CM )** | recv'd email for ff placed in campus mail - this date |
| Date & Time Created: 08/17/2012 08:37 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 08/17/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Coker Angella<br>Events: **Victim Witness ( VW )** | CS- Sent email to CCO Reed and CCS Collum: Just FYI there are community concerns with p's proposed address to Kent. Please see my input to CC below. Thanks, Angella<br><br>From: Coker, Angella D. (DOC) Sent: Thursday, August 16, 2012 7:51 AM To: Morton, Walker B. (DOC) Subject: Offender Madsen 964228 Just a heads up address he submitted to mom's house in Kent is ███████████████████████<br><br>███ Based on this info, DOC VSP would recommend p develop a release address outside of Kent, WA. Can you please check with him and see if he has any options outside of Kent, WA? Thank you, Angella Coker Community Victim Liaison Department of Corrections 1550 4th Ave South Seattle, WA 98134 office: (206) 516-7741 cell: (206) 419-6958 |
| Date & Time Created: 08/16/2012 10:48 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 08/16/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Collum Denise<br>Events: **Comment ( CM )** | AVI assigned to CCO Natasha Reed, due date will be 09/16/12. |
| Date & Time Created: 08/16/2012 07:51 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 08/16/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Coker Angella<br>Events: **Victim Witness ( VW )** | CS- Email to CC Morton: Just a heads up address he submitted to mom's house in Kent is ████████ ██████████. Based on this info, DOC VSP would recommend p develop a release address outside of Kent, WA. Can you please check with him and see if he has any options outside of Kent, WA? |
| Date & Time Created: 08/15/2012 02:11 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 08/15/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Morton Walker<br>Events: **Release Planning/Issues ( RP )** | ORP submitted this date. |

| **Details** | **Text** |
| --- | --- |
| Date & Time Created: 08/15/2012 01:58 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 08/15/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Morton Walker<br>Events: Release Planning/Issues ( RP ) | Spoke with P's proposed Sponsor (Mother), Linda Noland-Bushaw. Reviewed the Sponsor checklist with her. She has agreed to allow P to release to her residence; 24436 116th Ave SE, Kent, 98030, 253-854-9809. |
| Date & Time Created: 08/15/2012 01:03 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 08/15/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Morton Walker<br>Events: Safety Issues/Concerns ( SF ),<br>Employment ( JD ) | P was denied to work in the Kitchen by the Facility Screening Committee due to assaultive history. |
| Date & Time Created: 08/14/2012 02:30 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 08/14/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Morton Walker<br>Events: Classification Action ( CA ) | Intake/Re-Entry Plan submitted this date. |
| Date & Time Created: 08/14/2012 02:00 PM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 08/14/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Montgomery Volonda<br>Events: Comment ( CM ) | DOC 02-374 FORM TRANSFERRED TO LIBERTY HQ QUEUE TO BE PROCESSED. |
| Date & Time Created: 08/13/2012 11:46 AM<br>Offender Location At Occurrence: WCC-TC<br>Date & Time Of Occurrence: 08/13/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Keys Derrick<br>Events: Classification Action ( CA ) | Screening Committee met this date. Present were CUS Keys (for CPM Anderson), Lt. Matthews, Jeffrey Ellison (IIU), Health Care Manager Hernandez, and Mental Health Lead Clark. No 1+1, no kitchen due to assaultive hx w/a weapon, no gardening w/access to tools, no visit porter due to sex crime (1985). |
| Date & Time Created: 08/09/2012 08:18 AM<br>Offender Location At Occurrence: WCC-RC<br>Date & Time Of Occurrence: 08/08/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Coker Angella<br>Events: Victim Witness ( VW ) | Vmail rec'd from    . She distributed p's pic on National Night Out to her neighbors. Kent PD was present and she was able to talk to the police about p as well. |
| Date & Time Created: 08/08/2012 06:58 AM<br>Offender Location At Occurrence: WCC-RC<br>Date & Time Of Occurrence: 08/08/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Coker Angella<br>Events: Community Concerns ( CC ) | There are community concerns regarding the release of this offender. Please contact CVL Angella Coker or the Victim Service Program for additional information. |
| Date & Time Created: 08/08/2012 06:57 AM<br>Offender Location At Occurrence: WCC-RC | SP- Meet with    in person at Kent public library. Conf'd her contact info from DV05. She is concerned that someone is |

**Details**

**Text**

monitoring her cell and home phone calls. She has not contacted the providers at this time. Sugested she do so. She is going to get me phone #s that are showing up on her caller id. Her mother recently passed away and she got into physical altercation with her sister while visiting family. She states she███████████." She is seeing counselor through work. Talked to her about importance of making sure her███ and ███████ is taken care of. She works at ███████ for ██ hrs per week. She is concerned that p is having someone monitor her because of ███████. Talked to her about options of safety planning with her neighbors and calling 911. Gave her copies of p's pic, a safety planning checklist and local DV resources. She has went to ██ in past. She is going to look into going back to group. Let her know there has been a reduction in p's sentence and his ERD is this year. She is signed up for notification program. Gave her info on VINE. Let her know p has mentioned a release address in Auburn. She would like to be informed throughout his release planning process. She has civil order vs p.

Date & Time Of Occurrence: 08/07/2012 01:00 PM
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: Victim Witness ( VW )

---

Date & Time Created: 08/06/2012 10:43 AM
Offender Location At Occurrence: WCC-RC
Date & Time Of Occurrence: 08/06/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: Victim Witness ( VW )

SP-TC back███████████, she requested an in person meeting re: p. Let her know p is in prison. She thinks someone is monitoring her home. We set up 1pm apt at Kent library for Tuesday 8/07.

---

Date & Time Created: 08/01/2012 09:29 AM
Offender Location At Occurrence: WCC-RC
Date & Time Of Occurrence: 08/01/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Lontz Donna
Events: PREA HOUSING ( PH ),
PREA Screening ( PS )

PREA HOUSING SCREEN COMPLETED.

---

Date & Time Created: 07/26/2012 12:36 PM
Offender Location At Occurrence: WCC-RC
Date & Time Of Occurrence: 07/26/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Robbins Geri
Events: Records Issues ( RC )

Returned from court on King County Cause 11-1-10408-3KNT where offender was resentenced on Count I Assault 2nd to 20 months and Count II Malicious Harassment to 17 months. These counts are to run concurrent to each other. This changed ERD from 2-14-14 to 11-4-12.

**Appended Text:**Modification entered correctly. ERD of 11/04/12 is correct as of this date. SCCC Records.

---

Date & Time Created: 07/25/2012 09:58 AM
Offender Location At Occurrence: WCC-RC
Date & Time Of Occurrence: 07/25/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Farmer Ira
Events: Records Issues ( RC )

REC'D COPY OF AMENDED J&S ON KING CO CSE#11-1-10408-3 KNT SENT COPY TO SCCC RECORDS, COPY TO SCANNING. ORIGINALS WILL BE SENT TO SCCC RECORDS ON NEXT CHAIN

---

Date & Time Created: 06/22/2012 11:16 AM
Offender Location At Occurrence: WCC-RC
Date & Time Of Occurrence: 06/22/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: Victim Witness ( VW )

TC back to█████████████,
left her vmail at cell #.

| Details | Text |
|---|---|
| Date & Time Created: 06/21/2012 04:22 PM<br>Offender Location At Occurrence: WCC-RC<br>Date & Time Of Occurrence: 06/21/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Bolsinger Linda<br>Events: Victim Witness ( VW ) | I rec'd a call from [redacted]. She is very concerned that the offender has access to computers as he is a hacker. She said he has skills that no one can understand. She is fearful that he will hack into our computers and change information. She also wants to know why he was out to court. I gave her the number of the PA and she is going to call and see if she can find out why. I told her to call back if she cannot get information and we will try to help her. |
| Date & Time Created: 06/12/2012 10:58 AM<br>Offender Location At Occurrence: Not Unique<br>Date & Time Of Occurrence: 06/12/2012 10:56 AM<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Sherwood Jody<br>Events: Records Issues ( RC ) | 1 volume overflow rec'd at SCCC from WCC via transport this date. |
| Date & Time Created: 06/05/2012 09:18 AM<br>Offender Location At Occurrence: WCC-RC<br>Date & Time Of Occurrence: 06/05/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Fredin Nancy<br>Events: PREA Screening ( PS ) | PREA HOUSING SCREEN COMPLETED. |
| Date & Time Created: 06/04/2012 02:03 PM<br>Offender Location At Occurrence: WCC-RC<br>Date & Time Of Occurrence: 06/04/2012 02:00 PM<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Lontz Donna<br>Events: PREA Screening ( PS ) | PREA HOUSING SCREENING COMPLETE. A REVIEW OF THE OFFENDERS ELECTRONIC FILE INDICATES THAT THIS OFFENDER WOULD SCORE PS (NO PREA ISSUES). |
| Date & Time Created: 06/04/2012 07:46 AM<br>Offender Location At Occurrence: SCCC<br>Date & Time Of Occurrence: 06/04/2012 07:44 AM<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Sherwood Jody<br>Events: Records Issues ( RC ) | MF and 1 overflow sent to WCC from SCCC via transport this date. |
| Date & Time Created: 05/25/2012 01:57 PM<br>Offender Location At Occurrence: SCCC<br>Date & Time Of Occurrence: 05/25/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Hosler Tara<br>Events: Administrative Segregation ( AS ) | 14 Day Ad Seg Review: Present were CS L'Heureux, C/O Jimenez, CC3 Roiko, CC2 Pfaff, OAS Hosler, and Offender waived his right to attend. Offender Madsen was placed on adminstrative segregation as directed by Lt. Casey pending and investigation by CUS Grubb for an assault attempt. Investigation has been completed by Sgt. Larsen and he will be writing an infraction per CUS Grubb. Maintain current placement pending the submission of an infraction by Sgt. Larsen. |
| Date & Time Created: 05/15/2012 08:48 AM<br>Offender Location At Occurrence: SCCC<br>Date & Time Of Occurrence: 05/15/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Crane William<br>Events: Legal Issues ( LI ) | Issued Legal that offender had requested from Unit property. |
| Date & Time Created: 05/11/2012 02:28 PM<br>Offender Location At Occurrence: SCCC<br>Date & Time Of Occurrence: 05/11/2012 | 2 Day Ad Seg Review: Present were CS L'Heureux, Sgt. McCandless, CC3 Weidman, CC3 Benson, OAS Hosler, c/o's VanMeter/Parris and Offender. Offender Madsen was placed on administrative segregation |

| **Details** | **Text** |
|---|---|
| DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Hosler Tara<br>Events: Administrative Segregation ( AS ) | as directed by Lt. Casey pending an investigation by CUS Grubb for an assault attempt. Maintain current placement pending the outcome of the investigation. Offender was present and asked for further clarification as to why he was placed in Seg. Offender added additional information on what he believed the policy on Legal Copies was. Offender then began giving additional information regarding an offender he was in county with who is now at Stafford and IIU was supposed to be investigating it, at that time the Unit Team was cut short because the offender was cutting staff members off and raising his voice. |
| Date & Time Created: 05/02/2012 11:30 AM<br>Offender Location At Occurrence: SCCC<br>Date & Time Of Occurrence: 05/02/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Dehaven Joiann<br>Events: Behavioral ( JA ) | Offender Madsen is continually disrespectful in the way he talks to me. I have told him to stop with the poor behavior and he has also be directed by the unit SGT and CUS to stop with the behavior "IE" Talking to me in a disrespectful way, cussing at me, calling me inappropriate names and talking to other staff about me. This offender is continually acting inappropriate and disrespectful. |
| Date & Time Created: 03/27/2012 10:26 AM<br>Offender Location At Occurrence: SCCC<br>Date & Time Of Occurrence: 03/27/2012 10:20 AM<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Forbis James<br>Events: Legal Issues ( LI ) | I spoke with Madsen regarding his legal mail. He showed me 1 legal document with a deadline of April 20, 2012 but he had not written a letter for the document to be sent out. He stated that he had already sent his legal mail with no copy for himself because he was unable to get copies. He asked me to send an E-mail to the court to have a copy sent back because he has no money. I did not send an E-mail and told him I would not send one. |
| Date & Time Created: 03/26/2012 10:13 AM<br>Offender Location At Occurrence: SCCC<br>Date & Time Of Occurrence: 03/26/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Dehaven Joiann<br>Events: Comment ( CM ),<br>Behavioral ( JA ) | Offender wad asked to come to my office to sign his classification hearing notice due to the prior one was no good because we were on lock down and the meeting didn't take place. Offender Madsen is very upset because I was not in my office on Tuesday or Thursday of last week because he had Legal mail and I had mandatory training. Offender Madsen is continually threatening staff with law suits if we do not get him what he wants when he wants it. This offender is scheduled to attend his INTSAKE review with the CUS and unit staff on 3/29/2012. |
| Date & Time Created: 03/20/2012 09:08 AM<br>Offender Location At Occurrence: SCCC<br>Date & Time Of Occurrence: 03/20/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Halvarson Stacey<br>Events: Records Issues ( RC ) | INTAKE AUDIT: Completed this date, AKA's updated per III that was run for updating C/F. Indecent Liberties offense from 1986 added to registration screen and marked "NO" for registration as it is not a registerable offense per date. No issues noted w/current sentence. Conditions updated on Cause AC. |
| Date & Time Created: 03/14/2012 07:54 AM<br>Offender Location At Occurrence: SCCC<br>Date & Time Of Occurrence: 03/14/2012 07:30 AM<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Lane William<br>Events: PREA HOUSING ( PH ) | PREA Risk Assessment Scores reviewed. Offender's risk score compatible with the cell/roommate's risk score. |
| Date & Time Created: 03/12/2012 11:23 AM<br>Offender Location At Occurrence: SCCC<br>Date & Time Of Occurrence: 03/12/2012 11:22 AM<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall | PS: DOC 07-019 Potential for Sexual Assault/Sexual Victimization Screening per DOC Policy 490.820 completed this date. Original to WCC's Clerical Unit. No risk for predation or victimization at this time |

| Details | Text |
|---------|------|
| Author Name: Denzer Ryan<br>Events: **PREA Screening ( PS )** | |
| Date & Time Created: 03/12/2012 11:04 AM<br>Offender Location At Occurrence: **Not Unique**<br>Date & Time Of Occurrence: 03/12/2012 11:02 AM<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Sherwood Jody<br>Events: **Records Issues ( RC )** | MF rec'd at SCCC from WCC via transport this date. |
| Date & Time Created: 03/12/2012 09:30 AM<br>Offender Location At Occurrence: **WCC-RC**<br>Date & Time Of Occurrence: 03/12/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: St Louis Barbara<br>Events: **Records Issues ( RC )** | Central File was received on this date from WCC via offender transport. SCCC Records. |
| Date & Time Created: 03/12/2012 08:06 AM<br>Offender Location At Occurrence: **Not Unique**<br>Date & Time Of Occurrence: 03/12/2012 08:05 AM<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Beldo Brian<br>Events: **Records Issues ( RC )** | C/F SENT TO SCCC VIA TRANSPORT. WCC |
| Date & Time Created: 02/23/2012 01:02 PM<br>Offender Location At Occurrence: **WCC-RC**<br>Date & Time Of Occurrence: 02/23/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: McLaughlin Susan<br>Events: **Comment ( CM )** | VW packet sent to records. |
| Date & Time Created: 02/07/2012 12:24 PM<br>Offender Location At Occurrence: **WCC-RC**<br>Date & Time Of Occurrence: 02/07/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: Reese Karen<br>Events: **Comment ( CM )** | P sent kiosk to supt asking that his classification be expidited. he is 'filing a writ of madamus against the DOC you are impeding my ability to appeal under state v rafay.i spoke with him and he wants a typewriter or computer with word to work on his appeal "per RAP 10.4". he would like possession of his J&S while in the RDC. he indicated he would settle for a laptop with a usb flash drive with his legal work loaded on it. he stated he has already written to Mr. Warner regarding policy change. He said he understood that he would not be supplied with a computer, typewriter or USB to work on his appeal in the RDC. |
| Date & Time Created: 02/03/2012 03:35 PM<br>Offender Location At Occurrence: **WCC-RC**<br>Date & Time Of Occurrence: 02/03/2012<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall<br>Author Name: McCartney Marvin<br>Events: **PREA Screening ( PS )** | PS (PREA Screening): indicates a PREA risk screening instrument was completed and returned with no sexual violence or sexual victimization potential. |
| Date & Time Created: 02/01/2012 04:10 PM<br>Offender Location At Occurrence: **WCC-RC**<br>Date & Time Of Occurrence: 02/01/2012 04:05 PM<br>DOC No.: 964228<br>Offender Name: MADSEN Kurt Randall | Classification file placed in counselor's inbox. |

| Details | Text |
|---|---|
| **Author Name:** Denison Kimberly<br>**Events: Comment ( CM )** | |
| **Date & Time Created:** 01/26/2012 01:16 PM<br>**Offender Location At Occurrence:** WCC-RC<br>**Date & Time Of Occurrence:** 01/26/2012 01:16 PM<br>**DOC No.:** 964228<br>**Offender Name: MADSEN Kurt Randall**<br>**Author Name:** McLaughlin Susan<br>**Events: Comment ( CM )** | VW packet received this date. |
| **Date & Time Created:** 01/25/2012 10:01 AM<br>**Offender Location At Occurrence:** WCC-RC<br>**Date & Time Of Occurrence:** 01/25/2012 09:59 AM<br>**DOC No.:** 964228<br>**Offender Name: MADSEN Kurt Randall**<br>**Author Name:** Ashcroft Susan<br>**Events: PREA HOUSING ( PH )** | PREA HOUSING SCREEN COMPLETED. |
| **Date & Time Created:** 01/24/2012 03:15 PM<br>**Offender Location At Occurrence:** WCC-RC<br>**Date & Time Of Occurrence:** 01/24/2012<br>**DOC No.:** 964228<br>**Offender Name: MADSEN Kurt Randall**<br>**Author Name:** Callaghan Della<br>**Events: Comment ( CM )** | Received prison felony J&S King 11-1-10408-3. File forwarded to Susan in Auburn for V/W process. |
| **Date & Time Created:** 01/23/2012 01:32 PM<br>**Offender Location At Occurrence:** WCC-RC<br>**Date & Time Of Occurrence:** 01/23/2012 01:31 PM<br>**DOC No.:** 964228<br>**Offender Name: MADSEN Kurt Randall**<br>**Author Name:** Olsen Jayne<br>**Events: Records Issues ( RC )** | Initial sentence structure review completed at WCC-RC. |
| **Date & Time Created:** 01/17/2012 12:10 PM<br>**Offender Location At Occurrence:** WCC-RC<br>**Date & Time Of Occurrence:** 01/17/2012 12:10 PM<br>**DOC No.:** 964228<br>**Offender Name: MADSEN Kurt Randall**<br>**Author Name:** Beldo Brian<br>**Events: Records Issues ( RC )** | CF/MF RECV'D. WCC |
| **Date & Time Created:** 01/17/2012 11:31 AM<br>**Offender Location At Occurrence:** WCC-RC<br>**Date & Time Of Occurrence:** 01/17/2012<br>**DOC No.:** 964228<br>**Offender Name: MADSEN Kurt Randall**<br>**Author Name:** Coutts Larry<br>**Events: Risk Assessment Issues ( RA )** | CCR Review has been completed. RLC scores HV. Prison CCR Unit |
| **Date & Time Created:** 01/12/2012 02:46 PM<br>**Offender Location At Occurrence:** WCC-RC<br>**Date & Time Of Occurrence:** 01/12/2012<br>**DOC No.:** 964228<br>**Offender Name: MADSEN Kurt Randall**<br>**Author Name:** Line Jan<br>**Events: Records Issues ( RC )** | CF/MF (1 vol) fwd to WCC from Statewide Records CJC. |

**Details**

**Text**

Date & Time Created: 01/11/2012 02:49 PM
Offender Location At Occurrence: WCC-RC
Date & Time Of Occurrence: 01/11/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: Community Concerns ( CC )

There are community concerns regarding the release of this offender or potential transfer to work release. Please contact Victim Services for more information.

Date & Time Created: 01/11/2012 02:48 PM
Offender Location At Occurrence: WCC-RC
Date & Time Of Occurrence: 01/11/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Coker Angella
Events: Victim Witness ( VW )

SP- TC from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 4. She knew p was transferred to WCC. Let her know his approximate ERD. Let her know she is enrolled in notification program already. Conf'd her address and got her new phone #s. Passed this info on to Megan at HQ. She has been monitoring p's status on VINE. Let her know she can do that while he is at DOC. She states p has filed an appeal vs protection order she has vs. him. She has hired an atty and spent a lot of money on this process. Her order expires in 2015. She has concerns about his release. She would like to be kept informed about his release. Let her know to call if she has any questions.

Date & Time Created: 01/11/2012 10:07 AM
Offender Location At Occurrence: WCC-RC
Date & Time Of Occurrence: 01/11/2012 10:06 AM
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Beido Brian
Events: Records Issues ( RC )

REQUESTED CF/MF BE SENT FROM SWR TO WCC. WCC

Date & Time Created: 01/11/2012 09:02 AM
Offender Location At Occurrence: WCC-RC
Date & Time Of Occurrence: 01/11/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Fredin Nancy
Events: PREA Screening ( PS )

PREA HOUSING SCREEN COMPLETED.

Date & Time Created: 01/10/2012 10:48 AM
Offender Location At Occurrence: Not Unique
Date & Time Of Occurrence: 01/10/2012
DOC No.: 964228
Offender Name: MADSEN Kurt Randall
Author Name: Lontz Donna
Events: PREA HOUSING ( PH )

PREA HOUSING SCREENING COMPLETE. A REVIEW OF THE OFFENDERS ELECTRONIC FILE INDICATES THAT THIS OFFENDER WOULD SCORE PS (NO PREA ISSUES).

# EXHIBIT F



Kurt Madsen <madsen.appellant@gmail.com>

## MADSEN V SMITH 15-5192 MOTION FOR GENUINE CORRECTIONS
7 messages

**Kurt Madsen** <madsen.appellant@gmail.com>                    Fri, Nov 6, 2015 at 12:51 PM
To: Kurt Madsen <madsen.appellant@gmail.com>, Susan.G.Curt@usdoj.gov, Elizabeth.Trosman@usdoj.gov,
Lori.Buckler@usdoj.gov

Counsel,
I am requesting assistance to have the attached motion and documents filed in
the Court, since I have yet to receive an order for ECF filing, fraud was
committed and I should have received discharge through 18 USC 3182...

You might want to reconsider your position as far as defending traitors, when
you should prosecute them.

Also all ECF filings, since IFP and unable to pay PACER fee you received
notice of Since 9-29-2015. It was free so I should have them free and not
charged a fee, I was not permitted access to anything, except a golf pencil and
paper, oh and "first class" mail, after returned to face involuntary servitude
without being duly convicted via 18 USC 3182.
Therefore, could one of you send the documents I would like to have them.

Lastly since I was not discharged I was recharged under the same warrant as
you can see in the Exhibits, this "warrant" removed me from the Law Library of
Congress, I knew the "warrant" was bogus that is why I demanded to see it
before Appellee allowed me to be kidnapped and taken back to the land of
lawlessness to serve involuntary servitude perpetually.

I would like a decision on assistance on efiling perhaps you could ask your
comrade Robert Little.
I'll keep Congress informed of the information.

Thank You

I'll wait until Monday to Print and send Third-Class mail.


Kurt

---

**5 attachments**

**15-5192 EXHIBIT 1 WRIT  8-13-2014.pdf**
867K

**15-5192 EXHIBIT 2 8-14-2014.pdf**
3451K

**EXHIBIT 3 GOVERNERS WARRANT FILE 9-25-2014.pdf**
3832K

**EXHIBIT 4.pdf**
2687K

**15-5192 Genuine Corrections Motion.pdf**
122K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Fri, Nov 6, 2015 at 12:53 PM
To: madsen.appellant@gmail.com

Delivery to the following recipient failed permanently:

    Susan.G.Curt@usdoj.gov

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the server for the recipient domain usdoj.gov by
mx-jdcw.usdoj.gov. [2607:f330:8400:402::25].

The error that the other server returned was:
550 5.1.1 <Susan.G.Curt@usdoj.gov>... User Unknown

----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=gmail.com; s=20120113;
    h=mime-version:date:message-id:subject:from:to:content-type;
    bh=DLXy5jZ9F9mhDMLLP1bDlFvHD0GgrOWoa+cztWp3QVA=;
    b=FZx6hIEFd6wkep48P2K31//AUDS1xnMYVpnVSwmkELUcwmVJJ1ZQdOkXN7ZYTzFA/l
    hUzTBeP71GaVIbSRjS/SreOaW1IYhyRtK71pGKp1HPn2TADxS9+Jgd2X/MhVkSWYIDGc
    sv8iJaEVMc5LBl0LKaqYGRN7Lskbe1MI1HaMSwlRAJXpAuDBrBCGXCgYEbb/r2ypVXmy
    s/p7f174RMn2s7IFSh6u2NPlPDQssmv8Kk3SUKgaywUt/iyAHY03B4LarwG+Ie34jaMX
    XhMVRcQOeM7O7bXWQi79dAOKnvw1iMBm5X1lztMOpuJn5o5LE2PuXSXpOyz6ETQrUfH9
    ycLQ==
MIME-Version: 1.0
X-Received: by 10.50.4.33 with SMTP id h1mr10396614igh.24.1446832312747; Fri,
 06 Nov 2015 09:51:52 -0800 (PST)
Received: by 10.64.128.232 with HTTP; Fri, 6 Nov 2015 09:51:51 -0800 (PST)
Date: Fri, 6 Nov 2015 09:51:51 -0800
Message-ID: <CAPwc2HOKLDszV9HDyG06nRPCzdqj3K8j4h07Stwg_4c1uUhppg@mail.gmail.com>
Subject: MADSEN V SMITH 15-5192 MOTION FOR GENUINE CORRECTIONS
From: Kurt Madsen <madsen.appellant@gmail.com>

USCA Case #15-5192    Document #1595941    Filed: 01/16/2016    Page 119 of 120

To: Kurt Madsen <madsen.appellant@gmail.com>, Susan.G.Curt@usdoj.gov,
    Elizabeth.Trosman@usdoj.gov, Lori.Buckler@usdoj.gov
Content-Type: multipart/mixed; boundary=001a11c3dab812eeef0523e2e650
[Quoted text hidden]

---

**Kurt Madsen** <madsen.appellant@gmail.com>                    Fri, Nov 6, 2015 at 12:55 PM
**Draft**

[Quoted text hidden]

---

**Kurt Madsen** <madsen.appellant@gmail.com>                    Fri, Nov 6, 2015 at 12:57 PM
To: Kurt Madsen <madsen.appellant@gmail.com>, Suzanne.G.Curt@usdoj.gov, Elizabeth.Trosman@usdoj.gov,
Lori.Buckler@usdoj.gov

[Quoted text hidden]

---

**5 attachments**

📄 **15-5192 EXHIBIT 1 WRIT  8-13-2014.pdf**
   867K

📄 **15-5192 EXHIBIT 2 8-14-2014.pdf**
   3451K

📄 **EXHIBIT 3 GOVERNERS WARRANT FILE 9-25-2014.pdf**
   3832K

📄 **EXHIBIT 4.pdf**
   2687K

📄 **15-5192 Genuine Corrections Motion.pdf**
   122K

---

**Kurt Madsen** <madsen.appellant@gmail.com>                    Fri, Nov 6, 2015 at 4:15 PM
To: Kurt Madsen <madsen.appellant@gmail.com>, Suzanne.G.Curt@usdoj.gov, Elizabeth.Trosman@usdoj.gov,
Lori.Buckler@usdoj.gov

After my curt conversation with "civil servant" Mrs. Curt, and the Clerk who
suggested I file the Attached Motion.
[Quoted text hidden]

📄 **15-5192 motion to email.pdf**
   3110K

---

**Kurt Madsen** <madsen.appellant@gmail.com>                    Fri, Nov 6, 2015 at 4:54 PM
To: Lori.Buckler@usdoj.gov, Victoria.Ashton@usdoj.gov, Marc.Thompson2@usdoj.gov

You might want to consider the position of your comrades Robert Little and
Susanne Curt.

How and why are you defending treason upon the Constitution of the Union of

the United States.

Has the teamsters union corrupt the Department of Justice?

If you have someone who can do some research see attached "information"...

**2 attachments**

 **15-5192 motion to email.pdf**
3110K

 **Cloud documents 2.xlsx**
235K

**Kurt Madsen** <madsen.appellant@gmail.com>                          Fri, Nov 13, 2015 at 2:00 PM
To: Kurt Madsen <madsen.appellant@gmail.com>, washington.field@ic.fbi.gov

It is my opinion as a preponderance of the evidence suggests not only is the "corporation" of the District of Columbia corrupt the DOJ office at 555 is also corrupt.
Attached are some motions which contain the tip of the evidence.
am back in DC an would like to speak with a corruption specialist.

Also to prevent anymore infiltration into NCIC an entering bogus "warrants"
Thanks
Kurt
Pro Patria

On Fri, Nov 6, 2015 at 9:51 AM, Kurt Madsen <madsen.appellant@gmail.com> wrote:
[Quoted text hidden]